**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA, :
:
    Plaintiff, : **ORDER**
:
      -against- :
: **3: 01 CV 1317 (GLG)**
ZYGO CORPORATION, :
:
    Defendant. :
-----------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA, :
:
    Third-Party Plaintiff, :
:
      -against- :
:
NAN YA TECHNOLOGY CORPORATION, :
:
    Third-Party Defendant. :
-----------------------------------X

The Plaintiff/Third-Party Plaintiff's request to extend all discovery deadlines [Doc. #128] is **Granted.**

The schedule is as follows:

- Conclusion of Pretrial Discovery on issues for early discovery: March 8, 2004
- Conclusion of Fact Witness Depositions: March 8, 2004;
- Defendant's Expert Witness Designation: Match 8, 2004;
- Defendant's Expert Witness Deposition: June 30, 2004;
- Damage Analyses: March 22, 2004;
- Rebuttal Damage Analyses: April 16, 2004;
- Dispositive Motions: July 7, 2004;
- Joint Trial Memorandum: September 9, 2004; and
- Trial Readiness: September 9. 2004.

    **SO ORDERED.**

**Dated:   December 30, 2003**
         **Waterbury, CT**                      /s/
                                            Gerard L. Goettel
                                                U.S.D.J.