**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA, :
                                    :
    Plaintiff,                      :         **ORDER**
                                    :
      -against-                    :
                                    :         **3: 01 CV 1317 (GLG)**
ZYGO CORPORATION,                   :
                                    :
    Defendant.                      :
-----------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA, :
                                    :
    Third-Party Plaintiff,          :
                                    :
      -against-                    :
                                    :
NAN YA TECHNOLOGY CORPORATION,      :
                                    :
    Third-Party Defendant.          :
-----------------------------------X

The Plaintiff/Third-Party Plaintiff's request to extend all discovery deadlines [Doc. #130] is **granted.**

The schedule is as follows:

- Conclusion of Pretrial Discovery on issues for early discovery: April 30, 2004
- Conclusion of Fact Witness Depositions: April 30, 2004;
- Defendant's Expert Witness Designation: April 30, 2004;
- Defendant's Expert Witness Deposition: May 30, 2004;
- Damage Analyses: May 17, 2004;
- Rebuttal Damage Analyses: June 7, 2004;
- Dispositive Motions: July 7, 2004;
- Joint Trial Memorandum: September 9, 2004; and
- Trial Readiness: September 9. 2004.

    **SO ORDERED.**

**Dated:   March 10, 2004**
        **Waterbury, CT**                      _____/s/_____
                                            Gerard L. Goettel
                                              U.S.D.J.