*Nicoletti Hornig Campise Sweeney & Paige*

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
JAMES F. CAMPISE †◊
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
ROBERT A. NOVAK
THOMAS M. RITTWEGER †
ROBERT M. SULLIVAN
BARBARA A. SHEEHAN
TERRY L. STOLTZ
GEOFFREY J. GINOS
PETER J. BIGING
NOOSHIN NAMAZI †
DAVID Y. LOH °

JULIA M. MOORE †
SAMUEL C. COLUZZI †
MICHAEL R. MANAREL †
LAWRENCE C. GLYNN †
MICHAEL A. CASTELLI °Δ†
VAL WAMSER †
EDWARD L. DOHERTY
KEVIN J. O'MALLEY
FREDERICK M. KLEIN †
GUERRIC RUSSELL †
WILLIAM M. FENNELL
SARA B. ATTAS
SCOTT D. CLAUSEN †

\* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
° ALSO ADMITTED IN MASSACHUSETTS
Δ ALSO ADMITTED IN PENNSYLVANIA
◊ ALSO ADMITTED IN FLORIDA

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE   212-220-3830
TELECOPIER   212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

DAVID H. PAIGE
MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE:

401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601

TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

April 30, 2004

Honorable Gerard L. Goettel
United States District Judge, Senior Judge
United States District Court
for the District of Connecticut
14 Cottage Place
Waterbury, Connecticut 06702

RE:     Royal Insurance Company of America
        v. Zygo Corporation
        v. Nan Ya Technology Corporation
        Civil No. 3:01 CV 1317 (GLG)
        Our File No.: 21000055 JAVN/GJG

Dear Judge Goettel:

        We represent Royal Insurance Company of America in the above-captioned matter.

        As you are aware, the end date for factual discovery was April 30, 2004. The undersigned and Ian Bjorkman, counsel Zygo Corporation, have been diligently conducting the numerous depositions in this case.  Despite the parties' best efforts, however, the deposition of one non-party witness (Jeanette Zdanis) and one overseas witness (Kelvin Walch) could not be completed before the end of discovery.  We respectfully request in this letter motion, that the Court permit the foregoing depositions to be finalized at the earliest convenience of the counselors and the witnesses beyond the

April 30, 2004
Page 2

end date of discovery, but not later than three weeks prior to the present July 7, 2004 deadline for the filing of dispositive motions, so as not to effect any of the other discovery deadlines set forth by the Court. Counsel for Zygo has authorized us to state herein that he joins in the instant request.

We thank you for your consideration of this matter.

Very truly yours,

NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE

By:

Geoffrey J. Ginos

GJG/s/md

cc:

Honorable William I. Garfinkel
United States Magistrate Judge
915 Lafayette Boulevard,
Bridgeport, Connecticut 06604

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

April 30, 2004
Page 3

Robert K. Marzik, Esq.
Law Office of Robert K. Marzik, P.C.
1512 Main Street
Stratford, Connecticut 06615

Clerk of the Court
United States District Court
141 Church Street
New Haven, CT  06510

X:\Public Word Files\21\55\Goettel Gerard -- Filing of Joint Extension for Witnesses -- Letter (4-30-04).doc.md