**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,:
                                  :
     Plaintiff,                   :      ORDER
                                  :
        -against-                 :
                                  :      3: 01 CV 1317 (GLG)
ZYGO CORPORATION,                 :
                                  :
     Defendant.                   :
------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,:
                                  :
     Third-Party Plaintiff,       :
                                  :
        -against-                 :
                                  :
NAN YA TECHNOLOGY CORPORATION,    :
                                  :
     Third-Party Defendant.       :
------------------------------X
```

Plaintiff's Motion for Extension of Time to June 11, 2004 to complete discovery [Doc. #132] is **granted**.

**SO ORDERED.**

**Dated:   May 6, 2004**
**         Waterbury, CT**                    _____/s/_____
                                              Gerard L. Goettel
                                                  U.S.D.J.