UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA,<br>          Plaintiff,<br><br>v.<br><br>ZYGO CORPORATION,<br>          Defendant. | Civil No. 3:01 CV 1317 (GLG)<br><br>**STIPULATION AND PROTECTIVE ORDER RELATING TO <u>CONFIDENTIAL INFORMATION</u>** |
| ROYAL INSURANCE COMPANY OF AMERICA,<br>          Third Party Plaintiff,<br><br>v.<br><br>NAN YA TECHNOLOGY CORP.,<br>          Third Party Defendant. | |

**WHEREAS** the parties in this action and certain non-party witnesses, who may become signatories to this Stipulation, may from time to time be required to produce documents or things, or provide testimony pursuant to requests made by the parties herein:

**WHEREAS** some of these documents, things or testimony may contain confidential information within the scope of this protective order; and

**WHEREAS** each party and/or non-party witness desires to preserve the protected status of any such material and/or information:

**NOW**, therefore, the undersigned parties by their counsel hereby stipulate, agree and consent to the entry of the following order:

It is hereby **ORDERED AND DECREED** that:

1. As used herein, the "Producing Party" shall mean any party (and its attorneys) and/or non-party witness who either produces or testifies as to Confidential Information

6/14/04: SO ORDERED.
Dated at New Haven, Connecticut.