ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X   Case No.:
ROYAL INSURANCE COMPANY OF AMERICA,          :   3:01 CV 1317 (JBA)

                Plaintiff,

    -against-

ZYGO CORPORATION,

                Defendant.
------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,          :

              Third-Party Plaintiff,

    -against-

NAN YA TECHNOLOGY CORPORATION,

              Third-Party Defendant.
------------------------------------------------------------X

## ROYAL INSURANCE COMPANY OF AMERICA'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and District of Connecticut Local Rule 56(a)(1), Plaintiff/Third-Party Plaintiff Royal Insurance Company of America ("Royal") respectfully moves this Court for summary judgment dismissing, with prejudice, Zygo's bad faith and punitive damage counterclaims against Royal.

Royal is entitled to such summary judgment because there is no genuine issue as to any material fact, and, Royal is entitled to judgment as a matter of law since substantial evidence exists supporting Royal's several defenses against the claimed coverage, so that, under applicable law, said claims of bad faith and for punitive damages are patently unjustifiable and unsustainable.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

In support of this Motion, Royal respectfully submits the accompanying Memorandum of Law, Local Rule 56(a)(1) Statement and exhibits annexed thereto, and the affidavit of Geoffrey J. Ginos, Esq.

**WHEREFORE**, Royal respectfully requests a judgment from this Court dismissing, with prejudice, Zygo's bad faith and punitive damage counterclaims against Royal, and pursuant to Federal Rule of Civil Procedure Rule 11, for an order awarding Royal the costs of bringing this motion, and for such other and further relief as may be just, proper, and equitable.

Dated: New York, New York
July 7, 2004

                         NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE
                         Attorneys for Plaintiff/Third Party Plaintiff
                         Royal Insurance Company of America

By: _____
           GEOFFREY J. GINOS, ESQ. (CT 19578)
           Wall Street Plaza
           88 Pine Street, 7th Floor
           New York, New York 10005-1801
           (212) 220-3830
           (FILE NO.: 21000055 JAVN/GJG)


           LAW OFFICES OF ROBERT K. MARZIK, P.C.
           1512 Main Street
           Stratford, Connecticut 06615

**TO:**

Honorable Janet Bond Arterton
United States District Judge, Senior Judge
United States District Court
for the District of Connecticut
14 Cottage Place
Waterbury, Connecticut 06702


Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508
Tel: (203) 498-4496

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 565-3574

Daniel L. FitzMaurice, Esq.
& Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499
Tel: (860) 275-0100

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing filing, "Royal Insurance Company of America's Motion for Summary Judgment," was sent *via* first class mail, postage prepaid this 7th day of July, 2004 to:

Honorable Janet Bond Arteron
United States District Judge
United States District Court
for the District of Connecticut
14 Cottage Place
Waterbury, Connecticut 06702

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

Robert K. Marzik, Esq.
Law Office of Robert K. Marzik, P.C.
1512 Main Street
Stratford, Connecticut 06615

_____
GEOFFREY J. GINOS (CT 19578)

X:\Public Word Files\21\55\Legal\Summary Judgment - Bad Faith Claim - Notice.doc