UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ROYAL INSURANCE**               :

**v.**                            :   **NO. 3:01cv1317 (JBA)**

**ZYGO CORPORATION**              :

## SUPPLEMENTAL SCHEDULING ORDER

1. Defendant's Motion for Summary Judgment will be filed 7/7/04 nunc pro tunc.

2. Plaintiff's Opposition will be filed 7/28/04.

3. Defendant's Reply will be filed 8/11/04.

4. The parties' Joint Trial Memorandum will be filed 9/9/04.

5. A telephonic status conference will be held on 8/4/04 at 4:00 p.m. Attorney Ginos shall initiate the conference call. Chambers: 203-773-2456.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: July 08, 2004**