UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>ZYGO CORPORATION,<br>  Defendant. | Civil No. 3:01 CV 1317 (JBA)<br><br><br>July 7, 2004 |

## APPEARANCE

To the Clerk of this court and all parties of record, please enter my appearance in this case for the defendant Zygo Corporation.

                                             DEFENDANT
                                             ZYGO CORPORATION

By: /s/ Erika L. Amarante
Erika L. Amarante (ct 22393)
Wiggin and Dana LLP
P.O. Box 1832
New Haven, CT  06508-1832
Tel. 203-498-4493
Fax: 203-782-2889
eamarante@wiggin.com
Its Attorney

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of July 2004, a copy of the foregoing Appearance has been mailed, postage prepaid, to the following:

Robert K. Marzik, Esq.
Law Offices of Robert K. Marzik, P.C.
1512 Main Street
Stratford, CT  06615

John A. V. Nicoletti, Esq.
Geoffrey J. Ginos, Esq.
Nicoletti, Hornig, Campise, Sweeney & Paige
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY  10005-1801

Daniel L. FitzMaurice, Esq.
Charles D. Broadus, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT  06103

C. Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304-1050

*[signature]*
Erika L. Amarante

\15160\1\46248.1