UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>ZYGO CORPORATION,<br>  Defendant. | Civil No. 3:01 CV 1317 (JBA)<br><br><br>July 7, 2004 |

## DEFENDANT ZYGO CORPORATION'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Zygo Corporation ("Zygo") hereby moves for summary judgment on the Third, Fourth and Fifth Causes of Action in the Plaintiff's Complaint dated July 13, 2001, as well as the First and Fourth Counterclaims in Zygo's Answer dated September 20, 2001.

The relevant facts are undisputed, and, as a matter of law, the Contingency Clause in the Marine Open Cargo Policy ("Policy") that Royal Insurance Company of America ("Royal") issued to Zygo in May 1999 provides coverage on the facts of this case. Further, it is undisputed – and Royal does not have any admissible evidence to prove otherwise – that Zygo did not forfeit its right to coverage by settling this claim with its customer Nan Ya Technology Corporation. Pursuant to the Policy, Royal must reimburse Zygo the purchase price of the damaged Atomic Force Microscope ("AFM") minus its

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

salvage value, for a total recovery of $661,075 plus prejudgment interest, among other damages. Royal's failure to comply with the terms of the Policy and provide coverage for the damaged AFM is a breach of contract for which Zygo should be compensated.

Accordingly, Zygo requests that this Court grant partial summary judgment in its favor on Royal's Third, Fourth and Fifth Causes of Action, as well as Zygo's First and Fourth Counterclaims.

In support of this Motion for Summary Judgment, Zygo submits:

(1) A Memorandum of Law;

(2) An Affidavit of Ian E. Bjorkman with attached Exhibits;

(3) An Affidavit of Erika L. Amarante with attachments; and

(4) A Statement of Undisputed Facts, as required by Local Rule 56(a)1.

DEFENDANT
ZYGO CORPORATION

By: _____
Ian E. Bjorkman (ct 11648)
Erika L. Amarante (ct22393)
Wiggin and Dana LLP
P.O. Box 1832
New Haven, CT 06508-1832
Tel. 203-498-4496
Fax: 203-782-2889
ibjorkman@wiggin.com
Its Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of July 2004, a copy of the foregoing Motion for Partial Summary Judgment has been mailed, postage prepaid, to the following:

Robert K. Marzik, Esq.
Law Offices of Robert K. Marzik, P.C.
1512 Main Street
Stratford, CT  06615

John A.V. Nicoletti, Esq.
Geoffrey J. Ginos, Esq.
Nicoletti, Hornig, Campise, Sweeney & Paige
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY  10005-1801

Daniel L. FitzMaurice, Esq.
Charles D. Broadus, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT  06103

C. Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304-1050

_____
Erika L. Amarante

\15160\1\46121.1