UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, Plaintiff, | ) ) ) ) ) | Civil No. 3:01 CV 1317 (JBA) |
| v. | ) ) | |
| ZYGO CORPORATION, Defendant. | ) ) ) ) | July 7, 2004 |

**AFFIDAVIT OF ERIKA L. AMARANTE IN SUPPORT OF ZYGO CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

COUNTY OF NEW HAVEN)
                                        :       ss.
CITY OF NEW HAVEN      )

I, Erika L. Amarante, being duly sworn, depose and say:

1.      I am over the age of 18 and believe in the obligation of an oath.

2.      I am an associate in the law firm of Wiggin and Dana LLP, counsel for defendant Zygo Corporation ("Zygo").

3.      I am familiar with the facts, pleadings, and proceedings in this action.

4.      Attached to this Affidavit is a true and correct copy of the Affidavit of Lawrence Martin, dated August 7, 2002, with the attached exhibits.  The original Affidavit of Lawrence Martin is on file with the Court, as it was submitted originally in opposition to Third Party Defendant Nan Ya Technology Corporation's motion for summary judgment.

_(signature)_

Erika L. Amarante

Subscribed and sworn before me
this 7th day July 2004.

_(signature)_

Notary Public

JAIME A. McELHILL
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 4\11\09

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of July 2004, a copy of the foregoing

Affidavit of Erika L. Amarante with attachments has been mailed, postage prepaid, to the

following:


Robert K. Marzik, Esq.
Law Offices of Robert K. Marzik, P.C.
1512 Main Street
Stratford, CT  06615

John A.V. Nicoletti, Esq.
Geoffrey J. Ginos, Esq.
Nicoletti, Hornig, Campise, Sweeney & Paige
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY  10005-1801

Daniel L. FitzMaurice, Esq.
Charles D. Broadus, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT  06103

C. Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304-1050


_____
Erika L. Amarante

\15160\1\46247.1