Martin Affidavit
TAB 4

## MARINE OPEN CARGO POLICY

**ROYAL INSURANCE COMPANY OF AMERICA**

EXECUTIVE OFFICES:
9300 Arrowpoint Blvd.
Charlotte, NC 28201

**Hereinafter Called the Company**

| COVERAGE SECTION I: OCEAN CARGO | Policy Number |
|---|---|
|  | POC102950 |

1. In consideration of premiums at the agreed rates, payable monthly or on demand, in funds current in the United States, on all shipments coming within the scope of this Policy, reported or not, does insure:

    ZYGO CORPORATION
    LAUREL BROOK RD
    MIDDLEFIELD, CT 06455

**ASSURED**

**Hereinafter Called the Assured**

2. Loss, if any, payable to Assured or order.

    **LOSS PAYABLE**

3. This Policy covers, for account of whom it may concern, shipments of lawful goods and merchandise consisting principally of:

    New electro-optical measuring cumponents, parts and related equipment in approved export packing

    Under or on deck, consigned to or shipped by others for account or control of the Assured or in which the Assured has the risk of loss, but excluding shipments either sold or purchased by the Assured subject to terms of sale (or purchase) whereby the Assured is not obligated to furnish Ocean Marine insurance. Notwithstanding the foregoing, this Policy also covers all shipments of lawful goods and merchandise for the account of others from whom the Assured has received written instructions to insure provided such instructions are received prior to any known or reported loss, damage, or accident and prior to sailing of the vessel.

    **PROPERTY INSURED & INSURABLE INTEREST**

4. Attaching for 100 percent interest on all shipments coming within the scope of the Policy made on and after May 1, 1999 and to remain in force continuously thereafter until cancelled.

    **ATTACHMENT**

5. Always excepting adventures which are illegal under the laws of the United States this Policy covers Property Insured at and from ports and/or places in the world to ports and/or places in the world excluding shipments originating in the United States (meaning the forty-eight (48) contiguous states and the District of Columbia) or Canada for shipment to destination in the Continental United States or Canada.

    **GEOGRAPHICAL LIMITS**

6. This Policy covers shipments of Property Insured by the following conveyances or means of carriage:

    **CONVEYANCES**

    A. Metal self-propelled surface vessels and connecting conveyances by land or otherwise, but excluding shipments by sailing vessels with or without auxiliary power.

    B. Aircraft and connecting conveyances;

    C. Metal barges, but always subject to survey requirements set forth in this Policy.

**ZYGO-00004**

To be attached to and made part of Policy No.  POC102950

| Assured | ZYGO CORPORATION |
|---|---|

| Effective | 5/1/1999 |
|---|---|

## PREMIUM PAYMENT SCHEDULE

It is understood and agreed that premium hereunder is payable as outlined below:

| DUE DATE | INSTALLMENT PREMIUM | SERVICE CHARGE | TOTAL PAYMENT |
|---|---|---|---|
| 5/1/1999 | $5,000.00 | $   .00 | $5,000.00 |
| 8/1/1999 | $5,000.00 | $   .00 | $5,000.00 |
| 11/1/1999 | $5,000.00 | $   .00 | $5,000.00 |
| 2/1/2000 | $5,000.00 | $   .00 | $5,000.00 |

*8/6/99*
*PAD. comm. total - $2,950*
*$737.50 each inst.*

| | | |
|---|---|---|
| TOTAL INSTALLMENT PREMIUM AMOUNT: | | $20,000.00 |
| TOTAL SERVICE CHARGES: | | $   .00 |
| TOTAL PAYMENT AMOUNT: | | $20,000.00 |

If the Assured is in default of any payment as provided, and the Company elects to cancel this policy, notice of cancellation shall be in accordance with the policy conditions. In the event of cancellation, the Company shall calculate the earned premium to the date of cancellation, and such premium shall be considered as earned and shall be due and payable to the Company.

All other terms and conditions remaining unchanged.

ROYAL & SUN ALLIANCE

AUTHORIZED REPRESENTATIVE
Authorized Representative

**ZYGO-00005**

*Ocean-Marine*

| | |
|---|---|
| Endorsement No. 7 | To be attached to and made part of Policy No. POC102950 |

**Assured**     ZYGO CORPORATION

**Effective**     5/1/1999

## EXHIBITION COVER

It is understood and agreed that this policy, subject to all its terms and conditions, is extended to cover goods and/or merchandise which have been insured for the export or import voyage under this policy while on exhibition or trade fairs, not to exceed 30 days at any one location. Where there is no invoice, the property insured hereunder shall be valued at reproduction cost plus incurred delivery charges, less reasonable depreciation.

The limit of liability under this endorsement shall not exceed $2,500,000 any one loss, casualty or disaster.

The Assured agrees to identify and declare all shipments where this coverage is required indicating the length of time required and complete address of the location and shall pay additional premium to be Included of value. Additional time may be granted at additional premium to be agreed, provided notice given to the Assurer prior to expiration of the time agreed upon, as indicated in the original report.

Warranted that the property insured hereunder will be confined within a fully enclosed building at all times during exhibition.

**THIS ENDORSEMENT DOES NOT INSURE AGAINST LOSS, DAMAGE OR EXPENSE CAUSED BY OR RESULTING FROM:**

    A.  Delay, loss of market, indirect or consequential loss of any kind;

    B.  Shortage unless and Assured can prove how it occurred.

    C.  Wear and tear, mechanical breakdown, inherent vice, latent defect, gradual deterioration, or depreciation, insects, vermin, or by processing or any work upon the property unless fire or explosion ensues, and then only for direct loss or damage caused by such ensuing fire or explosion.

    D.  Corrosion, rust, dampness of atmosphere, freezing, overheating, extremes of temperature, contamination, change in flavor, color, or finish, shrinkage, evaporation or loss in weight.

    E.  Misappropriation, secretion, conversion, infidelity or any dishonest act done by or at the instigation of the Assured or other party of interest, his or their employees or agent.

    F.  Short circuit, blow-out or other electrical disturbances within any article insured hereunder, unless fire or explosion ensued, and then only for direct loss or damage caused by such ensuing fire or explosion.

    G.  Theft from any automobile, motorcycle or other vehicle, occurring while such vehicles are unattended, unless at time of such theft the windows, doors and compartments of the vehicle are securely closed and locked and such theft results from forcible entry evidenced by visible marks. This exclusion shall not apply to property in the custody of carriers for hire.

    H.  Error, omission or deficiency in design, specifications or materials unless fire or explosion ensues and then only for the loss, damage or expense resulting from such fire or explosion.

It is further understood and agreed that in the event the property insured is not sold overseas and providing that this insurance has not otherwise terminated, this insurance is further extended to cover, subject to its terms and conditions and in consideration of additional premium to be agreed, the return trip. The Assured agrees to identify and declare all such return shipments.

All other terms and conditions remaining unchanged.

ROYAL & SUNALLIANCE

AUTHORIZED REPRESENTATIVE
Authorized Representative

**ZYGO-00006**

D. Trucks and connecting conveyances.

E. Railcars and connecting conveyances.

F. Mail (ordinary or registered and including parcel post) by air or otherwise.

With respect to shipment(s) by aircraft or by approved metal barges the term "vessel" as used elsewhere in this Policy (except in the LIMIT OF LIABILITY CLAUSE) shall be construed as including aircraft and approved metal barges. It is especially agreed that the words "connecting conveyances", as used above, includes motor vehicles owned or operated by the Assured.

7. Including transit by craft and/or lighter to and from the vessel. Each craft and/or lighter to be deemed a separate insurance. The Assured is not to be prejudiced by any agreement exempting lightermen from liability.　　　　　　　**CRAFT CLAUSE**

8. The Company shall not be liable for more than:　　　　　　　　　　**LIMITS OF LIABILITY**

$ 2,500,000 with respect to Property Insured per any one vessel or any one usual connecting conveyance thereto or in any one place at any one time EXCEPT that the liability of the Company shall be further limited to:

A. $ 250,000 as the portion of the foregoing vessel limit which shall apply with respect to Property Insured stowed on deck of any one vessel AND subject to an "On Deck" Bill of Lading;

B. $ 2,500,000 with respect to Property Insured per any one aircraft or usual connecting conveyance thereto;

C. $ 100,000 with respect to Property Insured per any one approved metal barge or usual connecting conveyance thereto;

D. $ 100,000 with respect to Property Insured per two or more approved metal barges which form part of the same tow but in no event to exceed the limit of liability for any one approved metal barge as per item C. above;

E. $ 2,500,000 with respect to Property Insured per any one truck or usual connecting conveyance thereto;

F. $ 2,500,000 with respect to Property Insured per any one accident or occurrence by truck or usual connecting conveyance thereto;

G. $ 2,500,000 with respect to Property Insured per any one railcar or usual connecting conveyance thereto;

H. $ 2,500,000 with respect to Property Insured per any one accident or occurrence by rail or usual connecting conveyance thereto;

I. $ 50,000 with respect to Property Insured by any one package by mail or parcel post.

9. If the total value at risk exceeds the limit of liability provided by this Policy, the Assured shall nevertheless report the full amount at risk to the Company and shall pay full premium thereon. Acceptance of such reports and premium by the Company shall not alter or increase the limit of liability of the Company, but the Company shall be liable for the full amount of covered loss up to but not exceeding the applicable limit of liability.　　　　　　　**FULL VALUE REPORTING CLAUSE**

10. Should there be an accumulation of the Property Insured which exceeds the limits expressed in this Policy by reason of any interruption of transit beyond the control of the Assured or by reason of any casualty, or at a transshipping point or on a connecting vessel or conveyance, or by reason of one or more vessels loading from or discharging at the same pier, dock or place, this Policy shall be liable for not　　**ACCUMULATION**

**ZYGO-00007**

more than twice the limit of liability that would apply but for the existence of this clause provided notice be given to the Company as soon as such accumulation is known to the Assured, and additional premium paid if required.

11. Touching the adventures and perils which the Assurers are contented to bear, and take upon themselves, they are of the seas, fires, assailing thieves, jettisons, criminal barratry of the master and mariners, and all other like perils, losses and misfortunes that have or shall come to the hurt, detriment or damage of the said property except as may be otherwise provided for herein or endorsed hereon.

PERILS

12. Additional Perils and Terms of Average:

ADDITIONAL PERILS AND TERMS OF AVERAGE

A. New electro-optical measuring cumponents, parts and related equipment in approved export packing, shipped by air (except as connecting conveyances to other than air conveyances and excluding first class air mail and air parcel post) is/are insured:

AIR

Against all risks of physical loss or damage from any external cause irrespective of percentage, excepting those risks excluded by the F. C.& S. and S.R. & C.C. Warranties; also excluding claims for loss or damage arising out of change of temperature or atmospheric pressure (unless specifically included in writing elsewhere herein).

B. Property Insured shipped by First Class Mail and/or Parcel Post (including First Class Air Mail and Air Parcel Post) is insured:

PARCEL POST AND FIRST CLASS MAIL

Against all risks of physical loss or. damage from any external cause, irrespective of percentage, excepting those risks excluded by the F.C.&S. and S.R.&C.C. Warranties.

To come within the coverage afforded by this policy, shipments must be registered or Government Insured whenever such service is available, otherwise the Assured must obtain a certificate of mailing of such package from the Government Post Office.

Warranted by the Assured that all packages mailed and insured under this Policy will be in strict conformity with the Parcel Post or First Class Mail regulations existing in the country of exportation at the time of shipment or mailing.

C. Property Insured in approved export packing while being shipped by approved metal barges or Property Insured in approved export packing which is subject to an "On Deck Bill of Lading" (which must be so declared to the Company at the time of reporting shipments) is insured against the perils in Clause 11., subject to the following:

ON DECK & BARGE

Warranted free of particular average unless caused by the barge or vessel being stranded, sunk, burnt, on fire or in collision or by discharge of cargo at a port of distress: but losses by jettison and washing overboard shall be paid irrespective of percentage.

D. Other shipments by ocean vessels are insured against the perils named in Clause 11 subject to the following:

UNDER DECK

Warranted free from Particular Average unless the vessel or craft be stranded, sunk or burnt, but notwithstanding this warranty the Company to pay any loss of or damage to the interest insured which may reasonably be attributed to fire, collision or contact of the vessel and/or craft and/or conveyance with any external substance (ice included) other than water, or to discharge of cargo at port of distress. The foregoing warranty, however, shall not apply where broader terms are provided for herein or endorsed hereon.

**ZYGO-00008**

E. New electro-optical measuring cumponents, parts and related equipment in approved export packing, not subject to an on deck bill of lading, is/are insured as follows:

  Against all risks of physical loss or damage from any external cause irrespective of percentage, excepting those risks excluded by the F. C. & S. and S. R. & C. C. Clauses.

UNDER DECK BROADER TERMS

F. New electro-optical measuring cumponents, parts and related equipment in approved export packing, shipped by truck is/are insured:

  Against all risks of physical loss or damage from any external cause irrespective of percentage, excepting those risks excluded by the F. C. & S. and S. R. & C. C. Clauses.

TRUCK

G. New electro-optical measuring cumponents, parts and related equipment in approved export packing, shipped by rail is/are insured:

  Against all risks of physical loss or damage from any external cause irrespective of percentage, excepting those risks excluded by the F. C. & S. and S. R. & C. C. Clauses.

RAIL

13. Selling Price

Foreign currency to be converted into U.S. dollars at rate of exchange current in New York on date of invoice.

VALUATION

FOREIGN CURRENCY

14. It is especially agreed that Property Insured which is shipped in fully enclosed containers, vans, or lighters aboard ships and WHICH IS NOT SUBJECT TO AN ON DECK BILL OF LADING is insured subject to the perils, terms of average, limits and rates applicable to under deck shipments.

CONTAINER CLAUSE

15. It is specifically agreed that subsequent to the time the Property Insured leaves the warehouse at the place named in the special Policy, certificate, or declaration for the commencement of transit, the insurance provided hereunder shall cover the Property Insured while on the premises of carriers, consolidators, freight forwarders, or similar entities for the purpose(s) of packaging, repackaging, consolidation, deconsolidation, containerization, or decontainerization only; provided, however, that such coverage shall apply only for a period not exceeding thirty (30) days after arrival such premises. HELD COVERED when Property Insured is at such locations for the previously stated purposes for period(s) exceeding thirty (30) days provided that written notice is given to the Company as soon as known to the Assured, and additional premium paid if required by the Company. It is especially agreed, however, that in no event shall this clause cover Property Insured while at any premises owned, operated, leased, or controlled by the Assured, or while at any location solely for the purpose of storage.

CONTAINERIZATION, CONSOLIDATION, DECONSOLIDATION

16. This Policy is extended to cover, but only while the Property Insured is on board a waterborne conveyance, loss of or damage to said property directly caused by governmental authorities acting for the public welfare to prevent or mitigate a pollution hazard or threat thereof, provided that the accident or occurrence creating the situation which required such governmental action would have resulted in a recoverable claim under this Policy (subject to all of its terms, conditions, and warranties) if the Insured Property would have sustained physical loss or damage as a direct result of such accident or occurrence. This clause shall not increase the limits of liability provided for in this Policy.

DELIBERATE DAMAGE POLLUTION HAZARD

17. When incurred by reason of a peril insured against the Company will pay reasonable landing, warehousing, forwarding and special charges. Also to pay the insured value of any package or packages which may be totally lost in loading, transshipment or discharge.

WAREHOUSING & FORWARDING CHARGES PACKAGES TOTALLY LOST LOADING, ETC.

18. Including the risk of explosion, howsoever or wheresoever occurring during the

EXPLOSION

**ZYGO-00009**

currency of this insurance, unless excluded by the F.C. & S. Warranty or the S.R. & C.C. Warranty set forth herein.

19. Where this insurance by its terms covers while on docks, wharves or elsewhere on shore, and/or during land transportation, it shall include the risks of collision, derailment, overturning or like accident to the conveyance, fire, lightning, sprinkler leakage, cyclones, hurricanes, earthquakes, floods (meaning the rising of navigable waters), and/or collapse or subsidence of docks or wharves, claims hereunder payable irrespective of percentage.
   **SHORE CLAUSE**

20. This insurance is also specially to cover any loss of or damage to the interest insured hereunder through the bursting of boilers, breakage of shafts or through any latent defect in the machinery, hull or appurtenances, or from faults or errors in the navigation and/or management of the vessel by the master, mariners, mates, engineers or pilots.
   **INCHMAREE**

21. This insurance attaches from the time the goods leave the warehouse and/or store at the place named in the Policy for the commencement of the transit and continues during the ordinary course of transit, including customary transshipment, if any, until the goods are discharged overside from the overseas vessel at the final port. Thereafter the insurance continues whilst the goods are in transit and/or awaiting transit until delivered to final warehouse at the destination named in the Policy or until the expiry of fifteen (15) days (or 30 days if the destination to which the goods are insured is outside the limits of the port) whichever shall first occur. The time limits referred to above to be reckoned from midnight of the day on which the discharge overside of the goods hereby insured from the overseas vessel is completed. Held covered at a premium to be arranged in the event of transshipment, if any, other than as above and/or in the event of delay in excess of the above time limits arising from circumstances beyond the control of the Assured.
   **WAREHOUSE-TO-WAREHOUSE**

   NOTE:     It is necessary for the Assured to give prompt notice to the Company when they become aware of an event for which they are "held covered" under this Policy and the right to such cover is dependent on compliance with this obligation.

22. A. This insurance attaches from the time the goods leave the warehouse at the place named in the Policy, certificate or declaration for the commencement of the transit and continues until the goods are delivered to the final warehouse at the destination named in the Policy, certificate or declaration, or a substituted destination as provided in Clause C hereunder.
   **MARINE EXTENSION CLAUSES**

   B. This insurance specially to cover the goods during:

   1. deviation, delay, forced discharge, reshipment and transshipment;

   2. any other variation of the adventure arising from the exercise of a liberty granted to the shipowner or charterer under the contract of affreightment.

   C. In the event of the exercise of any liberty granted to the shipowner or charterer under the contract of affreightment whereby such contract is terminated at a port or place other than the original insured destination, the insurance continues until the goods are sold and delivered at such port or place; or, if the goods be not sold but are forwarded to the original insured destination or to any other destination this insurance continues until the goods have arrived at final warehouse as provided in Clause A.

   D. If while this insurance is still in force and before the expiry of fifteen (15) days from midnight of the day on which the discharge overside of the goods hereby insured from the overseas vessel at the final port of discharge is completed, the goods are resold (not being a sale within the terms of Clause C) and are to be forwarded to a destination other than that covered by this insurance, the goods are covered hereunder while deposited at such port of discharge until again in

ZYGO-00010

transit or until the expiry of the aforementioned fifteen (15) days, whichever shall first occur. If a sale is effected after the expiry of the aforementioned fifteen (15) days while this insurance is still in force, the protection afforded hereunder shall cease as from the time of the sale.

E.  Held covered at a premium to be arranged in case of change of voyage or of any omission or error in the description of the interest vessel or voyage.

F.  This insurance shall in no case be deemed to extend to cover loss, damage or expense proximately caused by delay or inherent vice or nature of the subject matter insured.

G.  It is a condition of this insurance that there shall be no interruption or suspension of transit unless due to circumstances beyond the control of the Assured.

23.  All shipments to South America insured in U.S. currency shall be subject to the following clause:

    **SOUTH AMERICA**

Notwithstanding anything to the contrary contained in Clauses 21 and 22, the insurance provided hereunder shall continue to cover for sixty (60) days, (ninety (90) days on shipments via the Magdalena River) after completion of discharge of the overseas vessel at port of destination or until the goods are delivered to the final warehouse at destination, whichever may first occur, and shall then terminate.

The time limit referred to above to be reckoned from midnight of the day on which the discharge of the overseas vessel is completed.

24.  This insurance shall not be vitiated by any unintentional error in description of vessel, voyage or interest, or by deviation, overcarriage, change of voyage, transshipment or any other interruption of the ordinary course of transit, from causes beyond the control of the Assured. It is agreed, however, that any such error, deviation or other occurrence mentioned above shall be reported to the Company as soon as known to the Assured, and the additional premium paid if required.

    **DEVIATION**

25.  The Assured not to be prejudiced by the presence of the Negligence Clause and/or Latent Defect Clause in the Bills of Lading and/or Charter Party. The seaworthiness of the vessel as between the Assured and the Company is hereby admitted and the wrongful act or misconduct of the shipowner or his servants causing a loss is not to defeat the recovery by an innocent Assured if the loss in the absence of such wrongful act or misconduct would have been a loss recoverable under the Policy. With leave to sail with or without pilots, and to tow and assist vessels or craft in all situations and to be towed.

    **BILL OF LADING, ETC. CLAUSE**

NOTE:  Wherever the words "ship", "vessel", "seaworthiness", "ship or vessel owner" appear in this Policy, they are deemed to include also the words "aircraft", "airworthiness", "aircraft owner".

26.  Where goods are shipped under a Bill of Lading containing the so-called "Both-to-Blame-Collision" Clause, the Company agrees as to all losses covered by this insurance, to indemnify the Assured for this Policy's proportion of any amount (not exceeding the amount insured) which the Assured may be legally bound to pay to the shipowners under such clause. In the event that such liability is asserted, the Assured agrees to notify the Company who shall have the right at their own cost and expense to defend the Assured against such claim.

    **BOTH TO BLAME**

27.  THE FOLLOWING WARRANTIES SHALL BE PARAMOUNT AND SHALL NOT BE MODIFIED OR SUPERSEDED BY ANY OTHER PROVISION INCLUDED HEREIN OR STAMPED OR ENDORSED HEREON UNLESS SUCH OTHER PROVISION REFERS SPECIFICALLY TO THE RISKS EXCLUDED BY THESE WARRANTIES AND EXPRESSLY ASSUMES SAID

    **PARAMOUNT WARRANTIES**

    **ZYGO-00011**

currency of this insurance, unless excluded by the F.C. & S. Warranty or the S.R. & C.C. Warranty set forth herein.

19. Where this insurance by its terms covers while on docks, wharves or elsewhere on shore, and/or during land transportation, it shall include the risks of collision, derailment, overturning or like accident to the conveyance, fire, lightning, sprinkler leakage, cyclones, hurricanes, earthquakes, floods (meaning the rising of navigable waters), and/or collapse or subsidence of docks or wharves, claims hereunder payable irrespective of percentage.
                                                   **SHORE CLAUSE**

20. This insurance is also specially to cover any loss of or damage to the interest insured hereunder through the bursting of boilers, breakage of shafts or through any latent defect in the machinery, hull or appurtenances, or from faults or errors in the navigation and/or management of the vessel by the master, mariners, mates, engineers or pilots.
     **INCHMAREE**

21. This insurance attaches from the time the goods leave the warehouse and/or store at the place named in the Policy for the commencement of the transit and continues during the ordinary course of transit, including customary transshipment, if any, until the goods are discharged overside from the overseas vessel at the final port. Thereafter the insurance continues whilst the goods are in transit and/or awaiting transit until delivered to final warehouse at the destination named in the Policy or until the expiry of fifteen (15) days (or 30 days if the destination to which the goods are insured is outside the limits of the port) whichever shall first occur. The time limits referred to above to be reckoned from midnight of the day on which the discharge overside of the goods hereby insured from the overseas vessel is completed. Held covered at a premium to be arranged in the event of transshipment, if any, other than as above and/or in the event of delay in excess of the above time limits arising from circumstances beyond the control of the Assured.
     **WAREHOUSE-TO-WAREHOUSE**

    NOTE:    It is necessary for the Assured to give prompt notice to the Company when they become aware of an event for which they are "held covered" under this Policy and the right to such cover is dependent on compliance with this obligation.

22. A. This insurance attaches from the time the goods leave the warehouse at the place named in the Policy, certificate or declaration for the commencement of the transit and continues until the goods are delivered to the final warehouse at the destination named in the Policy, certificate or declaration, or a substituted destination as provided in Clause C hereunder.
     **MARINE EXTENSION CLAUSES**

    B. This insurance specially to cover the goods during:

        1. deviation, delay, forced discharge, reshipment and transshipment;

        2. any other variation of the adventure arising from the exercise of a liberty granted to the shipowner or charterer under the contract of affreightment.

    C. In the event of the exercise of any liberty granted to the shipowner or charterer under the contract of affreightment whereby such contract is terminated at a port or place other than the original insured destination, the insurance continues until the goods are sold and delivered at such port or place; or, if the goods be not sold but are forwarded to the original insured destination or to any other destination this insurance continues until the goods have arrived at final warehouse as provided in Clause A.

    D. If while this insurance is still in force and before the expiry of fifteen (15) days from midnight of the day on which the discharge overside of the goods hereby insured from the overseas vessel at the final port of discharge is completed, the goods are resold (not being a sale within the terms of Clause C) and are to be forwarded to a destination other than that covered by this insurance, the goods are covered hereunder while deposited at such port of discharge until again in

**ZYGO-00012**

transit or until the expiry of the aforementioned fifteen (15) days, whichever shall first occur. If a sale is effected after the expiry of the aforementioned fifteen (15) days while this insurance is still in force, the protection afforded hereunder shall cease as from the time of the sale.

E.  Held covered at a premium to be arranged in case of change of voyage or of any omission or error in the description of the interest vessel or voyage.

F.  This insurance shall in no case be deemed to extend to cover loss, damage or expense proximately caused by delay or inherent vice or nature of the subject matter insured.

G.  It is a condition of this insurance that there shall be no interruption or suspension of transit unless due to circumstances beyond the control of the Assured.

23. All shipments to South America insured in U.S. currency shall be subject to the following clause:                                                                                       SOUTH AMERICA

Notwithstanding anything to the contrary contained in Clauses 21 and 22, the insurance provided hereunder shall continue to cover for sixty (60) days, (ninety (90) days on shipments via the Magdalena River) after completion of discharge of the overseas vessel at port of destination or until the goods are delivered to the final warehouse at destination, whichever may first occur, and shall then terminate.

The time limit referred to above to be reckoned from midnight of the day on which the discharge of the overseas vessel is completed.

24. This insurance shall not be vitiated by any unintentional error in description of    DEVIATION
vessel, voyage or interest, or by deviation, overcarriage, change of voyage, transshipment or any other interruption of the ordinary course of transit, from causes beyond the control of the Assured. It is agreed, however, that any such error, deviation or other occurrence mentioned above shall be reported to the Company as soon as known to the Assured, and the additional premium paid if required.

25. The Assured not to be prejudiced by the presence of the Negligence Clause and/or    BILL OF LADING, ETC.
Latent Defect Clause in the Bills of Lading and/or Charter Party. The    CLAUSE
seaworthiness of the vessel as between the Assured and the Company is hereby admitted and the wrongful act or misconduct of the shipowner or his servants causing a loss is not to defeat the recovery by an innocent Assured if the loss in the absence of such wrongful act or misconduct would have been a loss recoverable under the Policy. With leave to sail with or without pilots, and to tow and assist vessels or craft in all situations and to be towed.

NOTE:    Wherever   the   words   "ship",   "vessel",
"seaworthiness", "ship or vessel owner"
appear in this Policy, they are deemed to
include   also   the   words   "aircraft",
"airworthiness", "aircraft owner".

26. Where goods are shipped under a Bill of Lading containing the so-called "Both-to-    BOTH TO BLAME
Blame-Collision" Clause, the Company agrees as to all losses covered by this insurance, to indemnify the Assured for this Policy's proportion of any amount (not exceeding the amount insured) which the Assured may be legally bound to pay to the shipowners under such clause. In the event that such liability is asserted, the Assured agrees to notify the Company who shall have the right at their own cost and expense to defend the Assured against such claim.

27. THE FOLLOWING WARRANTIES SHALL BE PARAMOUNT AND SHALL    PARAMOUNT
NOT BE MODIFIED OR SUPERSEDED BY ANY OTHER PROVISION    WARRANTIES
INCLUDED HEREIN OR STAMPED OR ENDORSED HEREON UNLESS
SUCH OTHER PROVISION REFERS SPECIFICALLY TO THE RISKS
EXCLUDED BY THESE WARRANTIES AND EXPRESSLY ASSUMES SAID

ZYGO-00013

RISKS:

A. NOTWITHSTANDING ANYTHING HEREIN CONTAINED TO THE CONTRARY THIS INSURANCE IS WARRANTED FREE FROM:    F.C.& S.

   1.  capture, seizure, arrest, restraint, detainment, confiscation, preemption, requisition or nationalization, and the consequences thereof or any attempt thereat, whether in time of peace or war and whether lawful or otherwise;

   2.  all loss, damage or expense, whether in time of peace or war, caused by (i) any weapon of war employing atomic or nuclear fission and/or fusion or other reaction or radioactive force or matter (ii) any mine or torpedo;

   3.  all consequences of hostilities or warlike operations (whether there be a declaration of war or not), but this warranty shall not exclude collision or contact with aircraft, or with rockets or similar missiles (other than weapons of war) or with any fixed or floating object (other than a mine or torpedo), standing, heavy weather, fire or explosion unless caused directly (and independently of the nature of the voyage or service which the vessel concerned or, in the case of a collision, any other vessel involved therein, is performing) by a hostile act by or against a belligerent power; and for the purposes of this warranty "power" includes any authority maintaining naval, military or air forces in association with a power;

   4.  the consequences of civil war, revolution, rebellion, insurrection, or civil strife arising therefrom; or from the consequences of the imposition of martial law, military or usurped power, or piracy.

B. Warranted free from loss, damage, or expense caused by or resulting from:

   1.  strikes, lockouts, labor disturbances, riots, civil commotions or the acts of any person or persons taking part in any such occurrences or disorders;    S.R. & C.C.

   2.  vandalism, sabotage or malicious act, which shall be deemed also to encompass the act or acts of one or more persons, whether or not agents of a sovereign power, carried out for political, terrorist or ideological purposes and whether any loss, damage or expense resulting therefrom is accidental or intentional.

C. Warranted free of claim for loss of market or for loss, damage or deterioration arising from delay, whether caused by a peril insured against or otherwise.    DELAY

D. Notwithstanding anything to the contrary herein, it is hereby understood and agreed that this Policy shall not apply to any loss, damage or expense due to or arising out of, whether directly or indirectly, nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused. However, subject to all provisions of this Policy, if this Policy insures against fire, then direct physical damage to the Property Insured located within the United States, or any territory of the United States or Puerto Rico by fire directly caused by the above excluded perils, is insured, provided that the nuclear reaction, radiation, or radioactive contamination was not caused, whether directly or indirectly, by any of the perils excluded by the F.C. & S. Warranty of this Policy.    NUCLEAR EXCLUSION

Nothing hereunder shall be construed to cover any loss, damage, liability or expense caused by nuclear reaction, radiation or radioactive contamination arising directly or indirectly from the fire mentioned above.

28. Warranted free of claim for loss or damage or expense caused by or resulting from inherent vice or nature of the Property Insured.    INHERENT VICE

29. Warranted that this insurance shall not inure, directly or indirectly, to the benefit of any carrier or bailee.    CARRIER CLAUSE

30. Warranted by the Assured that all shipments made via metal barge and having an insured value of N/A or greater in the aggregate are subject to the approval of a surveyor appointed by this Company with said approval to include the tug, barge,    BARGE SHIPMENTS

ZYGO-00014

towing arrangements, loading, stowage, and weather.

31. In case of any loss or misfortune, it shall be lawful and necessary to and for the **SUE & LABOR**
Assured, his or their factors, servants and assigns, to sue, labor and travel for, in
and about the defense, safeguard and recovery of the said Insured Property, or any
part thereof, without prejudice to this insurance; to the charges whereof, the
Company will contribute according to the rate and quantity of the sum hereby
insured; nor shall the acts of the Assured, or Company, in recovering, saving and
preserving the Property Insured, in case of disaster, be considered a waiver or an
acceptance of an abandonment.

32. Any loss or damage to the property hereby insured must be promptly reported to **REPORTING LOSSES**
the Company or to the nearest Settling Agent of the Company and such Agent must
be represented on all surveys and must approve proofs of loss and bills of expense.
If there be no such Agent at or near the port or place where the loss is discovered or
the expenses incurred, then such report must be made to the nearest representative
of the American Institute of Marine Underwriters or to a Lloyds Agent, and his
approval obtained as above.  Failure to report loss or damage promptly and to file
such proof of loss shall invalidate any claim under this Policy.

33. General Average and Salvage charges payable according to United States Laws **GENERAL AVERAGE**
and usage and/or as per Foreign Statement and/or as per York-Antwerp Rules (as
prescribed in whole or in part) if in accordance with the Contract of Affreightment.

34. The Company shall pay all valid General Average and Salvage charges without **CONTRIBUTORY VALUE**
adjustment for coinsurance, but in no case shall the Company be liable for more
than the insured value of the cargo, or the applicable limit of liability under this
Policy, whichever is less.

35. No recovery for a Constructive Total Loss shall be had hereunder unless the **CONSTRUCTIVE TOTAL**
Insured Property is reasonably abandoned on account of it actual total loss **LOSS**
appearing to be unavoidable, or because it cannot be preserved from actual total
loss without an expenditure which would exceed its value when the expenditure has
been incurred.

36. In all cases of damage caused by perils insured against, the loss shall be ascertained **PARTIAL LOSS**
by a separation and a sale or appraisement of the damaged portion only of the
contents of the packages so damaged and not otherwise.

37. In case of damage affecting labels, capsules or wrappers, the Company, if liable **LABELS**
therefor under the terms of this Policy, shall not be liable for more than an amount
sufficient to pay the cost of new labels, capsules or wrappers, and the cost of
reconditioning the goods, but in no event shall the Company be liable for more than
the insured value of the damaged merchandise.

38. In case of damage to property bearing a brand or trademark, or the sale of which **BRANDS &**
carries or implies a guarantee of the Assured, the salvage value of such damaged **TRADEMARKS**
property shall be determined after the removal of all brands or trademarks or, at the
Assured's option, privilege is hereby given the Assured to bring the property to
their plant or plants for reconditioning, all reasonable charges and expenses
incidental thereto being part of the claim, but not exceeding, in all, the sum insured
on damaged property.

39. When the property insured under this Policy includes a machine consisting when **MACHINERY**
complete for sale or use of several parts, then in case of loss or damage covered by
this insurance to any part of such machine, the Company shall be liable only for the
proportion of the insured values of the part lost or damaged, or at the Company's
option, for the cost and expense, including labor and forwarding charges, of
replacing or repairing the lost or damaged part; but, in no event shall the Company
be liable for more than the insured value of the complete machine.

40. In case of loss, such loss to be paid within (30) days after interest in the Property **PAYMENT OF LOSS**
Insured and loss thereto has been established (the amount of the premium if unpaid
being first deducted).  If settlement is required in a currency other than that of the

United States, the rate of exchange will be that in effect on the date the claim is settled.

41. It is expressly agreed that in the event of claim under this Policy the Company, at its option, may either make payment against delivery of instruments securing the Company's right of subrogation or make an advance or a loan without interest (and repayable only out of net recoveries from third parties, in respect of said claim) against delivery of such loan agreement as may be required by the Company. Upon receipt of any advance or loan, the recipient shall use all reasonable means to recover such loss from third parties, and at the Company's request and expense and under its exclusive direction and control, make claim upon and institute legal proceedings against any party which the Company believes is liable for the loss, cooperating fully in the prosecution of such legal proceedings.

**COMPANY OPTION**

42. In the event of any loss of or damage to property insured hereunder, the Assured shall make claim immediately in writing against the carrier(s), bailee(s) or others involved.

**CLAIM AGAINST THIRD PARTIES**

43. It is a condition of this insurance that upon payment of any loss the Company shall be subrogated to all rights and claims against third parties arising out of such loss. It is a further condition of this insurance that if the Assured or his or their assigns have entered or shall enter into any special agreement whereby any carrier or bailee is released from its common law or statutory liability for any loss, or have or shall have waived, compromised, settled or otherwise impaired any right of claim against a third party to which the Company would be subrogated upon payment of a loss without prior agreement of the Company and endorsement hereon , the Company shall be free from liability with respect to such loss, but its right to retain or recover the premium shall not be affected.

**SUBROGATION AND IMPAIRMENT OF RECOVERY**

44. No suit or action against this Company for the recovery of any claim by virtue of this insurance shall be sustainable in any court of law or equity unless commenced within one (1) year of the happening of the physical loss or damage giving rise to the claim. Should this period of limitation be ruled invalid, suit must be commenced within the shortest contractual period of limitation permitted.

**TIME FOR SUIT**

45. Privilege is hereby granted the Assured to countersign the Company's certificates or special policies of insurance for any or all risks covered hereunder; it being agreed, however, that such certificates or special policies will be issued strictly in accordance with the terms and conditions of this Policy.

**ISSUANCE OF CERTIFICATES**

The Assured hereby agrees to furnish a copy of each such completed certificate or special Policy to the Company as soon after issuance as practicable.

46. It is a condition of this insurance that all shipments coming within the terms hereof shall be accurately reported to the Company as soon as known to the Assured and amounts accurately declared as soon as ascertained, and failure to make such reports shall render this Policy null and void if this Company shall so elect; provided, however, that unintentional error or omission in making any such report shall not void this insurance provided the same be reported to this Company as soon as known to the Assured.

**REPORTING OF SHIPMENTS**

47. This Company shall have the privilege at any reasonable time either before or within one (1) year after cancellation of this Policy, to inspect the records of the Assured as respects shipments coming within the terms of this Policy.

**INSPECTION OF RECORDS**

48. Should the terms of this Policy be in conflict with any applicable statute, they are amended to conform to such statute.

**CONFORMANCE**

49. This Policy is deemed to be continuous and to cover all shipments as herein provided until canceled by either party giving the other thirty (30) days written notice to that effect, but such cancellation shall not affect any risk on which this insurance has attached prior to the effective date of such notice. Said cancellation shall be effective on the date specified in the notice, but in no event earlier than thirty (30) days from the date of mailing of said notice by either party.

**CANCELLATION**

ZYGO-00016

Notwithstanding the foregoing notice period, however, the Company may effect immediate cancellation by giving written notice thereof at any time when premiums have been due and unpaid for a period of sixty (60) days or more. Said cancellation shall be effective upon receipt by the Assured of said notice or upon the date specified in the notice, whichever is later.

50. In case the Assured or others shall have effected any other Ocean Marine insurance directly or indirectly upon the Property Insured, prior in day of date to the time of attachment of any specific risk hereunder, the Company shall be liable only for so much as the amount of such prior insurance may be deficient toward fully covering the property hereby insured, and in this event shall return the premium upon so much of the sum by them insured as they shall be exonerated by such prior insurance. In case of any other Ocean Marine insurance upon the said property subsequent in day of date to the time attachment of any specific risk hereunder, the Company shall nevertheless be liable for the full extent of the sum by them insured upon the said risk without right to claim contribution from such subsequent insurance.

**OTHER INSURANCE**

Other Ocean Marine insurance upon the property insured hereunder, dated the same day as the time of attachment of any specific risk hereunder shall be deemed simultaneous herewith and the Company shall not be liable for more than a ratable contribution in the proportion that the sum insured by the Company bears to the aggregate of such simultaneous insurance.

This insurance shall in all cases be null and void as concerns loss or damage covered, or which would be covered in the absence of this Policy, by any fire, inland marine, sprinkler leakage, burglary, or any other form of insurance (except Ocean Marine insurance) whether prior, simultaneous, or subsequent in date hereto.

51. It is agreed that any loss or damage found upon opening of original shipping packages at the final destination (but not exceeding 90 days after delivery to the final destination as provided elsewhere in this Policy) shall be adjusted and paid by the Company in the same manner as though the original shipping packages had been opened immediately upon their arrival, provided such loss or damage is otherwise recoverable under the terms of this Policy. Where original shipping packages arrive at the final destination in a visibly damaged condition, they shall be opened immediately.

**CONCEALED DAMAGE**

52. It is agreed that on all shipments sold by the Assured on cost and freight or other terms whereby the Assured is not required to furnish ocean marine insurance, this Policy is extended (subject to all its terms and conditions) to cover only the interest of the Assured as an unpaid vendor from the time shipments become at the risk of the customer under the terms of sale until payment of draft but in no event beyond the time when this Company's risk would normally cease under the terms of this Policy.

**CONTINGENCY**

It is further understood and agreed that in no event shall this insurance inure to the benefit of the buyer or his underwriter but in the event of a loss occurring which would be collectible hereunder but for such terms of sale and the Assured is unable to collect the purchase price from the buyer in regular course, this Company will advance the amount of such loss pending collection from the buyer. The Assured hereby agrees to use all reasonable means to collect the full amount due from the buyer and reimburse this Company, the latter sharing the expense of such collection in proportion to its interest herein.

The Assured agrees to declare to this Company the value of all shipments covered under the terms of this endorsement and to pay premium thereon at rates to be agreed.

53. This Policy covers expenses incurred for the removal of all debris of the property insured hereunder which may be occasioned by loss caused by any of the perils insured except that the Company shall not be liable for more than 10% of the insured value of the property insured. Nothing contained herein shall be construed

**DEBRIS REMOVAL**

**ZYGO-00017**

to cover any clean up expenses for which the assured may be liable under any pollution statute.

It is agreed that on all shipments purchased by the Assured on C.I.F. terms, this Policy covers the difference in conditions between such other insurance and the terms and conditions of insurance provided in this Policy for the property involved.

**DIFFERENCE IN CONDITIONS**

All shipments insured hereunder to be valued at the amount of the seller's insurance but subject always to the limits of liability provided in this Policy.

The Assured agrees to declare all such shipments to this Company and pay premium thereon at rates to be agreed.

This Policy is extended to cover shipments sold by the Assured of F.O.B., F.A.S., cost and Freight or similar terms whereby the Assured is not obligated to furnish ocean marine insurance. This insurance attaches subject to Policy terms and conditions and continues until the goods are loaded on board the overseas vessel or until the Assured's interest ceases, whichever shall first occur. The particulars of all such shipments shall be reported promptly to the Assurer and premium paid on the amounts so declared at the rate of N/A for not exceeding thirty (30) days after attachment of risk. Extension of risk beyond thirty (30) days held covered at rates to be agreed.

**FOB/FAS SHIPMENTS**

In the event of refusal or inability of the Assured or other consignee to accept delivery of goods or merchandise insured hereunder, this insurance is extended to cover such shipments, whether or not the original voyage was insured hereunder, subject to Policy valuation and insuring conditions, during delay and/or return or until otherwise disposed. The Assured agrees to report the facts of such situations as soon as practicable after they have knowledge of them and pay premium, if required, at rates to be agreed.

**RETURN SHIPMENTS**

If, by the terms of this Policy, coverage is provided for loss due to theft, it is understood to include the unexplained disappearance of packages or other shipping units from containers; whether said containers arrive at final insured destination with original seals intact or not.

**SHORTAGE FROM CONTAINERS**

It is a condition of this insurance that the Assured shall render all reasonable assistance to the Company in subrogating against the party and/or parties responsible for any loss paid under this clause.

It is a further condition of this insurance that the Assured shall not divulge the existence of the insurance provided by this clause to anyone outside the Assured's organization. Violation of this condition shall void this insurance provided by this clause as respects containers which arrive at final destination with original seals intact.

It is a condition of this Policy, and it is hereby agreed, that the Assured's brokers, MATHOG AND MONIELLO COMPANIES, INC or any substituted brokers, shall be deemed to be exclusively the agents of the Assured and not of the Company. Any notice given or mailed by or on behalf of the Company to the said brokers in connection with or affecting this insurance, or its cancellation shall be deemed to have been delivered to the Assured.

**NOTICE OF CHANGE/BROKERS**

ROYAL & SUNALLIANCE

AUTHORIZED REPRESENTATIVE

**ZYGO-00018**

arrived at by the formula specified in 6.a.; or

C. At the actual cash value of the property insured at the time and place of such loss or accident if there is no invoice and the valuation has not been declared prior to known or reported loss or accident.

7. The company shall not be liable under this coverage section for more than the limit(s) stated below:

A. $2,500,000 any one conveyance (vehicle, railcar or aircraft).

B. $2,500,000 any one accident or occurrence.

**LIMITS**

8. Each claim for loss or damage resulting from any one accident or occurrence shall be separately adjusted, and from each separately adjusted claim the sum of N/A shall be deducted.

**DEDUCTIBLE**

9. It is a condition of this insurance that the Assured shall keep an accurate record of all shipments covered hereunder.

**RECORD OF SHIPMENTS**

The Assured agrees to report to the Company the total value, calculated in accordance with Valuation clause contained herein, of shipments made during the reporting period(s) as shown below, and to pay premium thereon at the rate(s) shown below.

   Rate per $100: Included

   Reports to be made: Annually

If a deposit premium for Section II is shown elsewhere in this Policy, all earned premium hereunder shall be applied against such deposit until such time as it is fully earned. Once the deposit premium is fully earned, any additional earned premium shall become due and payable as of the date shipments are reported.

10. It is a condition of this insurance that upon payment of any loss the Company shall be subrogated to all rights and claims against third parties arising out of such loss. It is a further condition of this insurance that the Company shall not be bound to pay any loss if, by agreement or act of the Assured or his or their assigns, the right of recovery of the Assured for loss of or damage to the Property Insured against any carrier, bailee, or third party has been impaired, released or lost.

**SUBROGATION & IMPAIRMENT OF RECOVERY**

11. Notwithstanding the immediately preceding Clause 10. permission is granted the Assured to accept from carriers (only) those bills of lading, receipts or contracts of transportation containing a release or limitation as to the value of the goods provided that:

A. Such acceptance be made prior to any known or reported loss, damage or accident;

B. Such bills of lading, receipts or contracts or transportation are those customarily issued by such carriers.

**WAIVER CLAUSE**

12. It is expressly agreed that the insurance under this Coverage Section shall not cover to the extent of any other valid and collectible insurance whether prior or subsequent hereto in date, and by whomsoever effected, directly or indirectly covering the same property, and this Company shall be liable for loss or damage only for the excess beyond the amount of such other insurance, provided such loss or damage would otherwise be recoverable hereunder.

**OTHER INSURANCE**

13. It is understood and agreed that in the event the Policy to which this Coverage Section is attached is canceled, coverage under this Coverage Section is automatically terminated as of the date of such cancellation.

**TERMINATION**

**ZYGO-00019**

Nothing herein contained shall be held to vary, waive, alter or extend any of the terms, conditions, declarations or agreements of the Policy other than as expressly stated in this Coverage Section.

ROYAL & SUNALLIANCE

AUTHORIZED REPRESENTATIVE

## MARINE OPEN CARGO POLICY

### COVERAGE SECTION III: WAREHOUSE STORAGE INSURANCE

**ASSURED: ZYGO CORPORATION**

Policy Number
POC102950

1. It is understood and agreed that, subject to all terms and conditions which do not conflict with the provisions set forth herein, this Policy is extended to cover property insured under Section I which is the property of the Assured or the property of others from whom the Assured has written instructions to insure while temporarily stored in warehouses at locations listed in the attached Schedule.

   **PROPERTY COVERED**

2. There is no coverage hereunder for:

   **PROPERTY EXCLUDED**

   A. Property consisting of accounts, bills, bullion, currency, evidences of debt, money, notes or securities, jewelry or precious stones;

   B. Property insured during an import or export voyage under Section I of this Policy which has been sold and delivered by the Assured or by an agent of the Assured;

   C. Property which has been placed on sale by the Assured or by his agent as part of the Assured's or other importer's (in the case of import shipments where, prior to any known or reported loss, damage or accident, the Assured has received written instructions to insure for the account of others) stock in trade at a point of sale or distribution;

   D. Property at any location for purposes or manufacture, processing or other change in the form of such property.

3. Coverage hereunder applies only while Property Insured is located at the approved locations shown in the attached Schedule and only for amounts not exceeding the limits shown opposite each location.

   **APPROVED LOCATIONS & LIMITS**

4. Property insured under this Coverage Section is valued, premium included:

   **VALUATION**

   A. At the amount of the invoice (including all charges in the invoice) plus any prepaid or guaranteed freight not included in the invoice plus 10% of the foregoing items; or

   B. At the amount declared prior to any known or reported loss or accident, but in no event shall the amount declared be less than the amount arrived at by the formula specified in paragraph A directly above; or

   C. At the actual cash value of the Property Insured at the time and place of such loss or accident if there is no invoice and the valuation has not been declared prior to known or reported loss or accident.

5. Property insured under this section is insured against all risks of direct physical loss or damage from any external cause except as excluded below and elsewhere in this Policy.

   **PERILS INSURED**

6. This insurance does not cover any loss, damage or expense caused by:

   **EXCLUSIONS**

   A. The risks excluded by the F.C. & S., S.R. & C.C., Delay, Inherent Vice and Nuclear Exclusion warranties set forth in Section I of this Policy;

   B. Loss of use or other consequential loss;

   C. Any unexplained disappearance or shortage found upon taking inventory or audit;

   D. Infidelity or any dishonest act committed by the Assured, the Assured's

**ZYGO-00020**

employees or authorized representatives, or anyone to whom the insured property may be entrusted (carriers for hire excepted).

E.   Seizure or destruction by any governmental authority unless acting to prevent the spread of any fire which would otherwise be covered hereunder.

7.   Each claim for loss or damage resulting from any one accident or occurrence shall be separately adjusted and the sum shown in the attached schedule shall be deducted from the amount of each separately adjusted claim.

**DEDUCTIBLE**

8.   It is a condition of this insurance that the Assured shall report to the Company within thirty (30) days after the end of each reporting period shown below the total value of all Insured Property at each location shown in the attached Schedule as of the last day of each month and shall pay premium thereon at the rates shown. The total values of the Insured Property shall be calculated in accordance with the Valuation Clause of this coverage section.

**REPORTS & PREMIUM**

Reports to be made: Annually

If a deposit premium for Section III is shown elsewhere in this Policy, all earned premium hereunder shall be applied against such deposit until such time as it is fully earned. Once the deposit premium is fully earned, any additional earned premium shall become due and payable as of the date the values are reported to the Company.

At the time of any loss, if the Assured has failed to file with the Company reports of values as above required, this Extension of Coverage, subject otherwise to all its terms and conditions, shall cover only at the locations and for not more than the amounts included in the last report of values filed prior to the loss, and further, if such delinquent report is the first report of values herein required to be filed, liability shall be limited to 90% of the amount for which the Company would otherwise be liable.

9.   Notwithstanding the foregoing, it is agreed that if the total value at risk exceeds any limit of liability expressed above, the Assured will report the full amount at risk to the company and shall pay full premium thereon.

**FULL VALUE REPORTING**

Acceptance of such report and premium by the Company shall not alter or increase the limit of liability of the Company, but the Company shall be liable for the full amount of covered loss up to but not exceeding the applicable limit of liability. It is further agreed that payment by the Company of any covered loss shall not serve to reduce the limit(s) of liability shown herein.

10.  It is a condition of this insurance that upon payment of any loss the Company shall be subrogated to all rights and claim against third parties arising out of such loss. It is a further condition of this insurance that the Company shall not be bound to pay any loss if, by agreement or act of the Assured or by his or their assigns, the right of recovery of the Assured for loss of or damage to the Property Insured, against any carrier, bailee, or third party has been impaired, released or lost

**SUBROGATION & IMPAIRMENT OF RECOVERY**

11.  As concerns coverage provided in this Section (only), permission is granted the Assured to accept from warehousemen (only) those warehouse receipts or storage contracts containing a release or limitation as to the value of the Insured Property provided that:

**WAIVER CLAUSE, WAREHOUSE RECEIPTS, STORAGE**

A.   Such acceptance is made prior to any known or reported loss, damage, or accident;

B.   Such warehouse receipts or storage contracts are those customarily issued by such warehousemen

12.  It is expressly agreed that the insurance under this coverage section shall not cover to the extent of any other valid and collectible insurance whether prior or subsequent hereto in date, and by whomsoever effected, directly or indirectly covering the same property, and this Company shall be liable for loss or damage only for the excess beyond the amount of such other insurance, provided such loss or damage would

**OTHER INSURANCE**

**ZYGO-00021**

otherwise be recoverable hereunder.

13. It is hereby understood and agreed that in the event the Policy to which this    **TERMINATION**
coverage section is attached is canceled, coverage under this coverage section is
automatically terminated as of the date of cancellation.


Nothing herein contained shall be held to vary, waive, alter or extend any of the terms, conditions, declarations or agreements
of the Policy other than as expressly stated in this Coverage Section.


ROYAL & SUNALLIANCE

AUTHORIZED REPRESENTATIVE

**ZYGO-00022**

| Assured | ZYGO CORPORATION | Policy Number: POC102950 |
|---------|------------------|--------------------------|
| Effective | 5/1/1999 | |

## SCHEDULE OF APPROVED WAREHOUSE LOCATIONS

| | LOCATION | DEDUCTIBLE | RATE | LIMIT |
|---|----------|------------|------|-------|
| 1. | Unnamed Locations | N/A | Included | $2,500,000 |

Warranted the Assured report to this company any Warehouse locations used of $500,000 and above.

It is understood and agreed that a $10,000. deductible shall apply on all claims for flood and quake.

ROYAL & SUNALLIANCE

AUTHORIZED REPRESENTATIVE

**ZYGO-00023**