Martin Affidavit
TAB 5

## Martin, Larry

**To:**  Lee-Tech Taipei

**Cc:**  Smith, Timothy; Monti, Brian; Ham, Bob

**Subject:** RE: Nan Ya/Damaged AFM

Billy, we at Zygo very much appreciate your fighting for us. Could you clarify some points in your summary of the meeting below for me? In reading your comments I am not sure want Nanya or their insurance company is willing to do. Presently Nanya has a total of three tools. The first tool was shipped and damaged. It was shipped on a Letter of Credit and 80% of it has been paid with a balance of 20% due. The second tool was shipped and damaged. This unit was sent on open account and nothing has been paid against this unit. The third unit was sent as a loaner with no payment expected. Now, in your email you talk about Nanya or their insurance company agreeing to compensate for 1 unit. Does that mean that
a) They will pay the remaining 20% on the first unit.
b) They will pay for the remaining on the first and pay for the second.
c) They want both of the first two units. Do they want them repaired?

As far as the warranty maintenance contract is concerned, Zygo is prepared to enter into an agreement with Veeco to support whatever units Nanya finally retains. I have indicated previously that we have a contractual agreement with Veeco that stipulates that service will be provided once we settle the sales issue. Bruce Robinson has had conversation with Ed Braun, President of Veeco, and he has confirmed that Veeco will live up to its agreement to support the Nanya units under contract to Zygo. Is this sufficent or do you need something in writing?

Lastly, your last sentence indicates that Nanya wants somebody from Zygo to evaluate the balance value of the two machines. Does this mean that they want to know what the cost would be to repair?

Billy, give me a call when you get a chance so that we can discuss all of this over the phone.

Regards,

*Larry Martin*

Phone: 860-704-5164
Fax: 860-704-5062
Email: lmartin@zygo.com

-----Original Message-----
**From:** Lee-Tech Taipei [mailto:leetech9@ms49.hinet.net]
**Sent:** Tuesday, July 04, 2000 6:48 AM
**To:** Mr. Larry Martin
**Subject:** Nan Ya/Damaged AFM

ZYGO-00084

07/10/2000

Martin Affidavit
TAB 6

**Zygo Corporation**

Laurel Brook Road
Middlefield, CT 06455

July 10, 2000

Billy Wu, President
Lee-Tech Co., LTD.
7F-1 No.94, Pao-Chung Road
Han-Lien Commercial Center Building
Hsin-Tien City, Taipei, Hsien
Taiwan, ROC

Dear Billy:

As discussed in our phone conversation of last Friday with Bruce Robinson, I am writing this letter to formally ask that you as our agent with regards to the damaged AFM equipment located at Nanya. Our proposal to Nanya would be as follows:

- Nanya would return the two units for repair to an address designated by Zygo.

- Zygo will have the equipment repaired and returned to Nanya.

- Nanya's insurance company would reimburse Zygo for the cost of the repair. This cost is estimated to be approximately $500 - $600 thousand US dollars. This is approximately the cost of one unit which their insurance company agreed to pay for until the second unit was also damaged.

- Nanya would pay Zygo Corporation the balance due on the first unit shipped on LOC and the full value of the second unit.

- Zygo would work out a very favorable pricing deal on the loaner unit, which is now in operation at Nanya (if Nanya wishes to retain the unit).

- Zygo will enter into and pay for a warranty service contract with Veeco to support all three units during the warranty period. The agreement signed between Zygo and Veeco, when Zygo exited the business, specifically stated that once Zygo had concluded its transaction with Nanya, they, Veeco and Zygo, would come to an agreement on a service warranty contract for the equipment.

I hope this is helpful to you in acting as our agent in this matter. Nanya has been a good and valued customer and you certainly have been a good friend to Zygo. Please let Bruce and I know what assistance you will need in these negotiations.

Sincerely,

Lawrence C. Martin
Staff Assistant to the President

Martin Affidavit
TAB 7

**Martin, Larry**

**From:** Martin, Larry
**Sent:** Thursday, September 21, 2000 2:13 PM
**To:** 'Wu,Billy'
**Cc:** Robinson, Bruce; Monti, Brian; Auth, Michael
**Subject:** Nanya

Billy, I need to understand what Nanya's position is regarding the two damaged units in Taiwan and how we can close this transaction with them.

- There are two damaged units in Taiwan. The first unit Nanya has paid 80% of and I believe you told me that they will pay the additional 20% as they are being reimbursed by their insurance company for that unit. Do you know if they have been paid by their insurance company and if so, when can we expect to receive the additional 20%?
- The second unit at Nanya their insurance company has not agreed to pay for and we have filed a claim with our insurance company as you know. Based on my previous email, I need your help in seeing that the insurance company has access to Nanya to inspect the unit for insurance purposes. Thank you very much to your help there.
- Nanya has asked that we send someone over to estimate the cost to repair the units. What I don't understand is what their intention is.
    1. Do they intend to have us repair the units? I need to know this as it will determine who I would send to evaluate the machine. If they are thinking of repair than I would send a representative from the company who would do the repair (Veeco/Rave).
    2. The second unit will remain Zygo property as our insurance company will reimburse us,so I don't understand why they would want to know the repair cost of that unit. Do you?
    3. What is the reason for the request for assessing the damage by them.
    4. Why are they insisting that they can't return the loaner until we assess the damage on the two systems? I have a customer for the loaner equipment and it is beginning to cost Zygo money because we do not have to provide the customer.

You have been a good friend in working this issue with Nanya however, we need to conclude this transaction to everyones satisfaction in the near future. If you are unable to get answers from them on the above than I would like to know and I will travel to Taiwan to visit Nanya along with you.

Regards,

*Larry Martin*
Phone: 860-704-5164
Fax: 860-347-8372
Email: lmartin@zygo.com

ZYGO-00087

Martin Affidavit
TAB 8

**Martin, Larry**

**From:** Martin, Larry
**Sent:** Thursday, September 21, 2000 2:13 PM
**To:** 'Wu,Billy'
**Cc:** Robinson, Bruce; Monti, Brian; Auth, Michael
**Subject:** Nanya

Billy, I need to understand what Nanya's position is regarding the two damaged units in Taiwan and how we can close this transaction with them.

- There are two damaged units in Taiwan. The first unit Nanya has paid 80% of and I believe you told me that they will pay the additional 20% as they are being reimbursed by their insurance company for that unit. Do you know if they have been paid by their insurance company and if so, when can we expect to receive the additional 20%?
- The second unit at Nanya their insurance company has not agreed to pay for and we have filed a claim with our insurance company as you know. Based on my previous email, I need your help in seeing that the insurance company has access to Nanya to inspect the unit for insurance purposes. Thank you very much to your help there.
- Nanya has asked that we send someone over to estimate the cost to repair the units. What I don't understand is what their intention is.
    1. Do they intend to have us repair the units? I need to know this as it will determine who I would send to evaluate the machine. If they are thinking of repair than I would send a representative from the company who would do the repair (Veeco/Rave).
    2. The second unit will remain Zygo property as our insurance company will reimburse us,so I don't understand why they would want to know the repair cost of that unit. Do you?
    3. What is the reason for the request for assessing the damage by them.
    4. Why are they insisting that they can't return the loaner until we assess the damage on the two systems? I have a customer for the loaner equipment and it is beginning to cost Zygo money because we do not have to provide the customer.

You have been a good friend in working this issue with Nanya however, we need to conclude this transaction to everyones satisfaction in the near future. If you are unable to get answers from them on the above than I would like to know and I will travel to Taiwan to visit Nanya along with you.

Regards,

*Larry Martin*
Phone: 860-704-5164
Fax: 860-347-8372
Email: lmartin@zygo.com

ZYGO-00087

Martin Affidavit
TAB 9

**Weidman, Matt**

| | |
|---|---|
| **From:** | Martin, Larry [lmartin@zygo.com] |
| **Sent:** | Tuesday, October 03, 2000 10:56 AM |
| **To:** | 'weidmam@mathmon.com' |
| **Subject:** | FW: NanYa Insurance Claim |

Matt, this is the email that i spoke to you about the other day. The first paragraph is the only one that counts. Basically I have responded to the second paragraph stating that unless Nanya's insurance company is willing to pay for the second machine than the second machine doesn't figure into any negotiations with Nanya on resolution of the first machine.

Regards,
Larry
-----Original Message-----
From: Lee-Tech Taipei [mailto:leetech9@ms49.hinet.net]
Sent: Friday, September 22, 2000 6:01 AM
To: Mr. Larry Martin
Subject: NanYa Insurance Claim


Dear Martin,

I contact with Mr. Richard Chung of Royal & SunAlliance today.  Mr. Chung said they have closed this case because there are nothing they can do in this case.   Did you insure the two systems in USA?  If yes, they can provide damaged document for you to get compensation from your insurance company.

Basically, the only way to solve this problem is that Zygo send a engineer to evaluate the machine as soon as possible.  The conclusion for this project is: Nan Ya's insurance company and Zygo share the loss of the two machines.  Nan has no intention to repair the machine and their insurance company also has no ability to sell the damanged machines (or parts).  So, they hope to return these two machines to Zygo when close this case.  Total cost for these two machine is US$1,380,000.00.  If the balance value of the two machines is US$250,000.00 , then insurance company will pay Nan Ya ($1,380,000.00 - $250,000.00)/2 = US$565,000.00.  The two damaged machines will be sent back to Zygo.  And then Nan Ya will pay Zygo the difference US$13,000 <US$565,000 - US$552,000 (80% of invoice) = US$13,000.00>.  This is the conculsion they hope to do.  So, the most important thing now is to have your enginner to evaluate the damaged machine value.

Nan Ya will return the loaner machine after solve above problem.  Hope above informaion is clear for you.

Best Regards,
Jessie

ZYGO-00233

Martin Affidavit
TAB 10

**Weidman, Matt**

| | |
|---|---|
| **From:** | Martin, Larry [lmartin@zygo.com] |
| **Sent:** | Friday, October 06, 2000 3:36 PM |
| **To:** | 'Weidman,Matt' |
| **Subject:** | FW: Nan Ya damaged System |

Regards,
Larry Martin
Phone: 860-704-5164
Fax: 860-704-5062
Email: lmartin@zygo.com

-----Original Message-----
From: Martin, Larry
Sent: Tuesday, October 03, 2000 10:11 AM
To: 'Lee-Tech Taipei'
Subject: RE: Nan Ya damaged System

I am working on setting up a trip for Kelvin Walsh to travel to Taiwan to
evaluate the machines. Kelvin has his own company which is providing service
to AFM customers. I should point out to you that any evaluation of the
second machine should be of little interest to Nanya or its insurance
company as they have not agreed to pay for that machine. Zygo is pursueing
collecting that machine from its insurance company. Within a week i will
have a schedule for a trip by Kelvin.

Regards,
Larry

-----Original Message-----
From: Lee-Tech Taipei [mailto:leetech9@ms49.hinet.net]
Sent: Tuesday, October 03, 2000 5:11 AM
To: Mr. Larry Martin
Subject: Nan Ya damaged System

Dear Mr. Martin,

Any idea for our e-mail dated Sep/22/00?  Nan Ya phoned us again to know
your intention for evaluating  the two damaged system.  They hope to resolve
this problem as soon as possible.  So that they can get money back to buy
new machine and they will return the 3rd system to Zygo immediately.
Insurance company won't pay the interests for the long claim time.  It is
good for both of Zygo and Nan Ya to resolve this problem earlier.  Waiting
for early comments.  Thank you.

Best Regards,
Billy Wu

ZYGO-00231

1

Martin Affidavit
TAB 11

**Weidman, Matt**

| | |
|---|---|
| **From:** | Martin, Larry [lmartin@zygo.com] |
| **Sent:** | Monday, October 16, 2000 6:06 PM |
| **To:** | 'Wu,Billy' |
| **Cc:** | 'Weidman,Matt' |
| **Subject:** | Nanya |

Billy, two things.

First of all, I am prepared to send Kelvin Walsh to Taiwan the week of October 30th however, he needs to accomplish two things while he is there. He will prepare an assessment of the salvage value of the two units. My understanding was that Nanya's insurance company was paying for the first unit. Was I wrong? I have placed a claim with our insurance company for the second unit. That would mean that our insurance company would own the second unit. I need a clarification on this as it is now confusing to our insurance company as to what their liability is. The other thing that I expect Billy to do while in Taiwan is to pack up the loaner unit for return. I do not want to have to pay for him to go twice and I want him there for the packing. I guess I don't understand why they are insisting on keeping the machine other than to hold Zygo hostage to insure agreement. I hope that is not the case. I have a customer for this machine and not having it is costing me money. The agreement with Nanya was that the machine would be returned by end of June and it was on that basis that it was imported into Taiwan by Nippon Express.

The second item relates to what our insurance company needs to proceed with our claim. They have asked me if I could get a copy of the adjusters report prepared by Nanya's insurance company on both machines. They may be willing to accept this toward our claim on the second unit. Is it possible to get a copy of this report from Nanya or its insurance company?

Regards,
Larry Martin
Phone: 860-704-5164
Fax: 860-347-8372
Email: lmartin@zygo.com

ZYGO-00229

1

Martin Affidavit
TAB 12

## Weidman, Matt

| | |
|---|---|
| **From:** | Martin, Larry [lmartin@zygo.com] |
| **Sent:** | Wednesday, October 25, 2000 5:29 PM |
| **To:** | 'Lee-Tech Taipei' |
| **Cc:** | 'Sgmuckenhim@cs.com'; 'Weidman, Matt' |
| **Subject:** | RE: Damaged AFM |

Billy, please see comments below. I have contacted Sylvain and Kelvin and I think we are set to go. Mr. Walsh would like to have crating materials available when he arrives. He will contact you directly to arrange. The target date for the trip will be the week of Nov. 6th. Please reply if I have misunderstood below.

-----Original Message-----
From: Lee-Tech Taipei [mailto:leetech9@ms49.hinet.net]
Sent: Friday, October 20, 2000 5:23 AM
To: Mr. Larry Martin
Subject: Damaged AFM

Dear Mr. Martin,

Nan Ya have agreed to pack and return the loaner machine during Mr. Walsh's staying but ask an agreement stating Zygo accept the points as below:

1. Any salvage value estimated by Mr. Kelvin Walsh will be accepted by Zygo. Agreed.
2. Zygo will manage one damaged machine completely and the loss of two damaged machines will be share out equally. I agree that Zygo will and has filed a claim for the second unit shipped with its insurance company and this claim is now in their hands. I also agree that we will have Mr. Walsh assess the salvage value of both machine 1 & 2 and the average salvage value will apply equally to both machines. Example: machine 1 & 2 both have a value of $690K US. The salvage value of machine 1 is $50K US and the salvage value of machine 2 is $100K US. The average salvage value is $75K US. Thus, machine 1 and machine 2 both have a net value of $615K US. If this is the case than Nanya would owe Zygo the difference between the $615 and the value they have already paid per the LC. This of course would cause Zygo a loss of $25K US as our insurance company will only reimburse for the $690K and the salvage value of machine 2 ($100K).

3. Zygo will handle the first salvage machine for Nan Ya. And the salvage value will be deducted from the balance payment. Agreed. Zygo will try to dispose of the first and the second machine however Nanya need to make these machines available to Zygo as soon as possible. I would like to have these machines returned with the loaner if possible. If not I would like to h

According to insurance lower, the salvage shall be handled by seller or buyer. Nan Ya is a manufacturer who has no ability to sell it. So, Nan Ya hope Zygo to sell the salvage machine. Please understand this point. We agree that we will dispose of the salvage.

Waiting for early confirmation. Thank you.

Best Regards,
Billy Wu

ZYGO-00228

1

Martin Affidavit
TAB 13

# Zygo Corporation

October 27, 2000

Lee-Tech
Mr. Billy Wu

DearBilly:

As a follow up to my email regarding the agreement to resolve the Nanya/AFM issue I submit the following:

1.  Zygo will engage, at their expense, Mr. Kelvin Walch of ASH-Semi Limited of Middlesex, UK to travel to Taiwan and perform an appraisal of the two AFM units in question. This will be done as soon as there is agreement with Nanya on the return of the loaner unit and payment of the balance of the first unit, less an average salvage value, within 30 days of the appraisal. I believe we have this agreement with Nanya. I have been in touch with Mr. Walch and he will contact you make arrangement to travel to Taiwan. It is my hope that this can all be accomplished within the next two weeks.

2.  Zygo will accept the salvage values estimated by Mr. Walch. Nanya agrees to return the loaner at the time of the appraisals of Mr. Walch and Mr. Walch will pack this machine and ship it for Zygo.

3.  I agree that Zygo will, and has, filed a claim for the second unit shipped with its insurance company and this claim is in their hands. We also agree to accept the salvage estimate of both machines and the average salvage value will apply equally to both machines. Example: machine 1 & 2 both have a value of $690K US. The salvage value of machine 1 is $50K US and the salvage value of machine 2 is $100K US. The average salvage value is $75K US. Thus, machine 1 and machine 2 both have a net value of $615K US. If this is the case than Nanya would owe Zygo the difference between the $615 and the value they have already paid per the LC. This of course would cause Zygo a loss of $25K US as our insurance company will only reimburse for the $690K and the salvage value of machine 2 ($100K).

4.  Zygo will dispose of the first and the second machine however Nanya needs to make these machines available to Zygo as soon as possible. It would be my intent that this would be done also during Mr.lWalch's visit and returned along with the loaner.

Billy, I will be asking Kelvin Walsh to get in touch with you to set the schedule for his arrival and arrange for his needs while in Taiwan. He will be needing some help with crating materials, etc. and I would ask that you cooperate with him as I know you will.

Sincerely,

Lawrence C. Martin
Staff Assistant to the President

ZYGO  00532

Martin Affidavit
TAB 14

## Zygo Corporation

Laurel Brook Road
Middlefield, CT 06455-0448

November 15, 2000

Nan Ya
C/O Lee Tech
Mr. Billy Wu
7F-1 No. 94, Pao-Chung Rd.
Han-Lien Commercial Ctr. Bldg.
Hsin-Tien City Taipei Hsien
Taiwan R.O.C.

Dear Sir or Madam:

I send this letter to Nan Ya to confirm that Zygo agrees to Nan Ya offsetting the salvage value or the 1st machine shipment against the balance due Zygo on the first machine. The outstanding receivable on Zygo's books for this unit is $138,000 US dollars. Reduced for the salvage value of $28,925, Zygo agrees to accept $109,075 as payment in full for the first shipped unit. Zygo will honor this agreement provided Nan Ya makes payment of the $109,075 by December 21, 2000. I believe this date is consistent with Nan Ya's intentions.

Sincerely,

Lawrence C. Martin
Staff Assistant to the President

ZYGO 00641

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of August, 2002, a copy of the foregoing has been mailed, postage prepaid, to the following:

Robert K. Marzik, Esq.
Law Offices of Robert K. Marzik, P.C.
1512 Main Street
Stratford, CT  06597

John A.V. Nicoletti, Esq.
Laura K. Barzilai, Esq.
Nicoletti, Hornig, Campise & Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY  10005-1801

Charlsa D. Broadus, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT  06103

Jaclyn C. Fink, Esq.
C. Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304-1050

Ian E. Bjorkman

\88888888\231\37030.1

31