# EXHIBIT 1

D. Conn.
01-CV-1317
Goettel, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the _13th_ day of _February_ two thousand three,

Present:

        Hon. Dennis Jacobs,
        Hon. Fred I. Parker,
                _Circuit Judges,_
        Hon. Lewis A. Kaplan,*
                _District Judge._



---

Royal Insurance Company of America,
                Plaintiff-Counter Defendant-
                Third Party Plaintiff-Appellant-
                Cross Appellee,

        v.                                                      02-9205 (L), 02-9293 (XAP)

Zygo Corporation,
                Defendant-Counter Claimant-
                Appellee,

Nanya Technology Corporation,
                Third Party Defendant-Fourth Party
                Plaintiff-Appellee-Cross Appellant,

China Airlines, Lynden Air Freight,
                Fourth Party Defendants.

---

Nanya Technology Corporation, through counsel, moves to voluntarily withdraw its cross- appeal. Zygo Corporation, through counsel, moves to dismiss the appeal of Royal Insurance Company of America for lack of appellate jurisdiction. Upon due consideration, it is ORDERED that the motions are granted and the appeal and cross-appeal are dismissed. This

Court lacks jurisdiction over the appeals because the action is not encompassed by admiralty jurisdiction and a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. See Atlantic Mutual Ins.Co. v. Balfour Maclaine Int'l. Ltd., 968 F.2d 196, 199 (2d Cir. 1992); Kahn v. Chase Manhattan Bank, 91 F.3d 385, 387-88 (2d Cir. 1996).

FOR THE COURT
ROSEANN B. MacKECHNIE, Clerk

By: _Lucille Carr_
Deputy Clerk

* The Honorable Lewis A. Kaplan, of the United States District Court for the Southern District of New York, sitting by designation.

quogs

# EXHIBIT 2

**To:** Sylvain Muckenhirn, B. Robinson, A. Giradi.
**From:** Kelvin Walch
**Cc:** Wilbur Chiang, others as necessary.
**Date:** February 11, 2000
**Subject:** Insurance Claims, Nan-ya
**Reference:**

**EXHIBIT**

Martin 11 ID
2-5-04    SvS

Sylvain & others,

It is with deep frustration that I need to inform you that the second SXM sent to Nan-ya has also been dropped! and that the situation is now turning sour.

Nan-ya receiving dock called us today to advise that this SXM has also sustained damage during transit, so Wilbur and I visited Nan-ya with Peter from Lee Tech to witness the opening of the crate. Although we sold both systems FOB (my understanding) and therefor consider the problem to be one for Nan-ya's insurance company, this may not be so, The consensus of opinion at Nan-ya is one of **"Inadequate Packaging"**, thereby invoking more questions about System #1. We need to quickly establish our status in this situation and Notify / Consider IBM's status since we *sold* both systems and IBM had both systems *packed* for international transit. We also need to consider now, do we ship a 3rd unit and / or get IBM to ship out $100K of parts and 2 guys to rebuild the tool on site, or have Nan-ya cancel the order! Which will let Veeco straight in with the DI9000 that's here in Taiwan and leave us with *inventory*. Either way I need some feedback Today, Friday, so that I am ready on Monday to discuss it.

I think, legally someone other than I should advise IBM of this situation, immediately.

At present, I have only allowed Nan-ya to open the crate, so we could make cursory inspections, a report follows. I feel that Our insurance and/or IBM's may need to inspect the situation before any more data is lost, Nan-ya wish to have *Assessors/ Mediators* observe the packaging on Monday, Do we need to stop them? Please advise.

In brief:
The tool-frame crate has been dropped on its side, Tool front face down. Damage has been sustained to the front of the tool, including, Interferometer damage, Bridge Plate strengthener beam is loose, since this caries the optics assembly and *was* bolted to the bridge plate, major damage has been induced. The Pre-aligner is loose, and some metal parts at the front are bent. This inspection was made through the metalized polyester film packaging, it is about 98% certain that the stage drives and lead-screws are damage along with the granite block following such a large impact, further investigation is planned for Monday, should this go ahead without Our/IBM's insurance agents?

Nan-ya, opinion of 'Inadequate Packaging' comes from:
The four Anchor plates used to secure the Tool-frame, were only secured to the pallet/ skid with 5/16 inch screws at 2 inch long, to support a 650Kg load. On both damaged shipments these had been pulled out of the timber/lumber. In this case the screws had all been bent prior to 'pull out', indicating that they had already come loose and the tool-frame was moving around inside the crate. They are supposing that the tool shifted and caused the crate to topple over. My view is that the screws had worked loose and gotten bent, this would only have allowed a few inch's of motion. That the crate was dropped/ pushed off a truck, and that this pulled out the remaining 1.25 inch of screw thread, all screws were retained by Nan-ya. Each was bent, but still had 1.25 inch or more that was straight. More than four washers were found inside the crate, leading to the thinking that the securing was not rigid.

Awaiting your response, Kelvin.

Zygo Corporation. Laurel Brook Road, Middlefield, CT 0C 455
Phone (860) 347 8506 Fax (860) 347 8372

ZYGO  00367

# EXHIBIT 3

# zygo

EXHIBIT
Martin 12 ID
2-5-04 SVS

To:         Sylvain Muckenhirn, B. Robinson, A. Giradi.
From:       Kelvin Walch
Cc:         Wilbur Chiang, others as necessary.
Date:       February 14, 2000
Subject:    Insurance Claims, Nan-ya
Reference:

Sylvain & others,

Today, we visited Nan-ya, to observe the Insurance and Shipping Companies inspection of the second dropped SXM. The 'inspectors' tried to jump immediately on the 'Inadequate packaging' concept, they looked at the retaining screws and measured the crate. They also asked about the *Center of Gravity* of the tool, I implied that this was pretty central and maybe 400-450 mm in height. Although this may not be implicitly accurate, I did not want to give any fuel to arguments against Us/ IBM. If this becomes an issue, IBM will need to calculate the real 'C of G'.

A representative from the shipping company (Wendy Chiao), at this point tried to ask me whether I considered it to be ' Adequate Packaging', to this I declined to pass any professional opinion and remarked that this is for official representatives of our insurers to comment and not me.

I informed her that the packaging is 'adequate' if you don't drop the crate on it's side! to which she replied " Due to the problems of the first shipment, we had this one tracked more than normal, with extra 'Delicate' type instructions, and that nothing unusual had happened during the shipment" she also added comments about Tilt, Shock and Vibrations during take off and landing. To which I responded, Why then does this only affect one crate from four, when each has 'Tip & Tilt' indicators and this crate is the only one with missing/ damaged ones? Her comments were all based on attempts to imply the crate had NOT been dropped, just that the SXM had come loose inside and damaged itself by 'Inadequate packaging'.

THEN WE OPENED THE METALIZED POLYESTER FILM!

Boy, what a mess, the SXM had clearly been dropped in it's front face, as I had earlier supposed. The retaining bolts for: -    The Granite Block
                            The Pre Aligner
                            The Wafer Handling Robot
               and     The whole ATM mounting plate

Had all been sheared clean off, these are 1/4, 5/16 & 3/8 inch Stainless Steel Bolts.

The Granite block was approximately 25 mm out of position, all 3 air table leveling Servo's and all 4 Air legs are damaged. The sample Stage has broken free from the Stage drive T bar, and is now floating around. The 2 Super Invar strengthening bars are pulled free from the bridgeplate, and even the 'left end' bracing bar was broken away. This means that without doubt the Bridge Plate is distorted and no longer useable. Add to this the stresses that are now being put on the Scanner block, and Z/Y Piezo actuators. You can consider the whole scanner un-repairable. Some basic pneumatics, electrics and 1 or 2 optic parts could be salvaged, but the cost of the shipment would outweigh the value of these few parts.

Now, reviewing the 'Inadequate 'packaging' claims again, even if extra securing had been used, and the SXM had not moved at all (not even the 'few' inch's previous mentioned), this damage was in no way attributable to 'road judder', ' take off vibrations' etc. THE BOX WAS DROPPED ON IT'S SIDE, and the 'costly' damage was a result of that impact. Even the retaining bolts for the Block had been sheared. Cont.

Zygo Corporation. Laurel Brook Road, Middlefield, CT 06455
Phone (860) 347 8506 Fax (860) 347 8372

ZYGO-00249

Prepared by Kelvin Walch,

Email Krwalch@aol.com. Tel. +44 410 032 776

# zygo

Since graphics present a better picture, I even used the 'crate side panel' to demonstrate just how far you need to TIP the crate to generate a result in the 'Tip & Tell' indicator.
Still they don't want to accept my arguments, not supprising, because it would cost them $690K wouldn't it. So now I am looking for yet another way to convince them, so I take a look at the under side of the pallet/skid.

At one end, scanner end, I can see witness marks from a Lift Truck, these marks are c.100mm wide (4") with centers at 450mm (16"), and shifted slight to the back of the crate. I marked these on the crate and Wilbur photographed them, this could so easily the reason why. Needless to say the Shipping Company ignored this completely. (Incidentally, the crate end panel was also slightly damaged at this point, timbers splintered).

I think Zygo and/or IBM, can expect Nan-ya's insurance company to try very hard to throw this back at us, and thereby save themselves over $500K.

Your comments please,
Kelvin.

Ps.
Are these reports being forwarded to IBM in full or in part, I need to communicate with IBM frequently on other issues and do not wish to say anything out of place, please advise.

**ZYGO-00250**

Zygo Corporation. Laurel Brook Road, Middlefield, CT 06455
Phone (860) 347 8506 Fax (860) 347 8372

Prepared by Kelvin Walch,

Email Krwalch@aol.com. Tel. +44 410 032 776

# EXHIBIT 4

**Zanelli, Linda**
**From:** Girardi, Alice
**Sent:** Friday, February 18, 2000 10:53 AM
**To:** Zanelli, Linda
**Subject:** FW: Nanya meeting with Buyer

Linda,

More information on the Nan Ya second shipment...

Alice

----Original Message----
**From:** Krwalch@aol.com [SMTP:Krwalch@aol.com]
**Sent:** Friday, February 18, 2000 10:51 AM
**To:** Sgmuckenhirn@cs.com; wilbur@tpts7.seed.net.tw
**Cc:** rjham@singnet.com.sg; tasmith@ms26.hinet.net;
bmonti@zephyr.zygo.com; brobinson@zephyr.zygo.com;
agirardi@zephyr.zygo.com; kmcguane@zephyr.zygo.com;
lmartin@zephyr.zygo.com; Krwalch@aol.com
**Subject:** Nanya meeting with Buyer

eSafe Protect Gateway (tm) has scanned this mail for viruses, vandals and
suspicious attachments and has found it to be CLEAN.

File: DA36E7~1.DOC (113,152 bytes)
Encoding: Base64
Result: Clean.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~



DA36E7-1.DOC

Attached is reoprt 5



EXHIBIT

Smith 8 ID
1-22-04 SVS

ZYGO 00383

**zygo**

| | |
|---|---|
| **To:** | Sylvain Muckenhirn, B. Robinson, A. Girardi. |
| **From:** | Kelvin Walch |
| **Cc:** | Wilbur Chiang, others as necessary. |
| **Date:** | February 17, 2000 |
| **Subject:** | Insurance Claims, Nan-ya |
| **Reference:** | |

Sylvain & others,

Although Wilbur has discussed this with Sylvain whilst I was travelling back to England, I would like to keep the document flow complete. Today, Thursday we visited with the Main buyer for Nan-ya, Mr. Hanson Lian of Formosa Plastics Group.

The meeting was essentially conducted in Chinese, so my observations minimal and any enhancement will need to come from Wilbur. The meeting started some what aggressively with Wilbur explaining that the shipping company had essentially lied to us, in that they still maintain 'nothing' happened to the crate during shipment, that the were supprised to hear of any damage at point of delivery. Mr. Lian, again following the advise he had been given (Inadequate Packaging), aggressively argued that 'We' had inadequately packed the tool and that was that!

After reviewing the reports (Damage at Nanya #2 & #4), mr l Lian began to see the 'possibility' of the tool being dropped, he and we agreed that we at the meeting could not make any final decisions about blame. He agreed in principle that if Nanya request another tool he would issue another P.O.

We further discussed 'other' shipments of the tools around the world, with minimal or no damage. Thereby re-affirming our position that the packaging is adequate. There were comments about this tool being a new design and this data necessarily being valid for this size of tool, I explained that these are 300mm tool shipments and that if I had added in 200mm tools the number would be in excess of one hundred.

We also asked, who had 'decided' the package was inadequate? when we believe that the discussions were still open. Further, we asked if we could see the 'real' shipping logs/ manifests, since we believe that the Shipping Company had basically lied to us?

I believe that Mr. Lian, was beginning to 'see' that the crate had been dropped but was unable to 'agree' to anything, neither He, nor We are the Ombudsmen here.

We left copies of reports...'damage at nanya#2','damage at nanya#4' &  'Sierra shipments' with him, to forward to Nan-ya Managers. It has been left with Mr. Lian to communicate to Nanya, and that Billy Wu will continue on our side to discuss with Nan-ya.

Apparently, the shipping company had, at one point started to blame Nan-ya for the damage! This I was only made aware of after the meeting, in a summary discussion with Wilbur.
Meanwhile, The Insurers had asked Wilbur for our reports, Wilbur advised them to make official requests to either Lee Tech or Zygo directly.

Regards, Kelvin.
Ps. Attached is 'Sierra Shipments'

**ZYGO  00384**

Zygo Corporation. Laurel Brook Road, Middlefield, CT 06455
Phone (860) 347 8506 Fax (860) 347 8372

Prepared by Kelvin Walch,

Email Krwalch@aol.com. Tel. +44 410 032 776

# EXHIBIT 5

03/07/00   11:54 FAX 1203            MATHOG & MONIELLO                    ☑001/003

| | MEMO | | Page 1 |
|---|---|---|---|
| | ACCOUNT NO. | OP | DATE |
| | ZYGOC-1 | PM | 03/07/00 |

**Mathog & Moniello Cos., Inc.**
P O Box 120650
East Haven, CT  06512
Phone : 203-468-3400   203-468-3494

POLICY INFORMATION

POLICY #
POC102950

TYPE                              EFFECTIVE        EXPIRATION
OMAR                              05/01/99         05/01/00

**Royal & SunAlliance Ins.**
RSA Premium
P.O. Box 281408
Atlanta, GA  30384-1408

Agency code:   I

CUSTOMER:  Zygo Corporation

1070008216

Attn: Claims                           Re:  Potential loss

Attached is an internal memo from Zygo in reference to an expensive
piece of equipment which apparently was dropped by shipper and damaged.
As this might evolve into a claim, we felt we should put you on notice
so that an investigation might be started.

Please call our office if further information is required.

Peggy Merati

PLF   DEPT
EXHIBIT NO.
TRN    FOR ID

PY       00279

Rohal - Ocean Called -

*(handwritten, circled:)*
5-19-00
TO. RICHARD CHUNG
FROM: JOE DANEMAN
REF. 1070008216
2 MORE PAGES

# zygo

**To:** Sylvain Muckenhirn, B. Robinson, A. Giradi.
**From:** Kelvin Walch
**Cc:** Wilbur Chiang, others as necessary.
**Date:** February 14, 2000
**Subject:** Insurance Claims, Nan-ya
**Reference:**

---

Sylvain & others,

Today, we visited Nan-ya, to observe the Insurance and Shipping Companies inspection of the second dropped SXM. The 'inspectors' tried to jump immediately on the 'Inadequate packaging' concept, they looked at the retaining screws and measured the crate. They also asked about the *Center of Gravity* of the tool, I implied that this was pretty central and maybe 400-450 mm in height. Although this may not be implicitly accurate, I did not want to give any fuel to arguments against Us/ IBM. If this becomes an issue, IBM will need to calculate the real 'C of G'.

A representative from the shipping company (Wendy Chiao), at this point tried to ask me whether I considered it to be ' Adequate Packaging', to this I declined to pass any professional opinion and remarked that this is for official representatives of our insurers to comment and not me.

I informed her that the packaging is 'adequate' if you don't drop the crate on it's side! to which she replied ~~Due to the problems on the first shipment, we had this tool track & color on this model, will crate Delicate type instructions, and that nothing unusual had happened during the shipment~~ she also added comments about Tilt, Shock and Vibrations during take off and landing. To which I responded, Why then does this only affect one crate from four, when each has 'Tip & Tilt' indicators and this crate is the only one with missing/ damaged ones? Her comments were all based on attempts to imply the crate had NOT been dropped, just that the SXM had come loose inside and damaged itself by 'Inadequate packaging'.

### THEN WE OPENED THE METALIZED POLYESTER FILM!

Boy, what a mess, the SXM had clearly been dropped in it's front face, as I had earlier supposed. The retaining bolts for: -   The Granite Block
                      The Pre Aligner
                      The Wafer Handling Robot
       and      The whole ATM mounting plate
Had all been sheared clean off, these are 1/4, 5/16 & 3/8 inch Stainless Steel Bolts.
The Granite block was approximately 25 mm out of position, all 3 air table leveling Servo's and all 4 Air legs are damaged. The sample Stage has broken free from the Stage drive T bar, and is now floating around. The 2 Super Invar strengthening bars are pulled free from the bridgeplate, and even the 'left end' bracing bar was broken away. This means that without doubt the Bridge Plate is distorted and no longer useable. Add to this the stresses that are now being put on the Scanner block, and Z/Y Piezo actuators. You can consider the whole scanner un-repairable. Some basic pneumatics, electrics and 1 or 2 optic parts could be salvaged, but the cost of the shipment would outweigh the value of these few parts.

Now, reviewing the 'Inadequate 'packaging' claims again, even if extra securing had been used, and the SXM had not moved at all (not even the 'few' inch's previous mentioned), this damage was in no way attributable to 'road judder', ' take off vibrations' etc. THE BOX WAS DROPPED ON IT'S SIDE, and the 'costly' damage was a result of that impact. Even the retaining bolts for the Block had been sheared. Cont.

Zygo Corporation. Laurel Brook Road, Middlefield, CT 05455
Phone (860) 347 8506 Fax (860) 347 8372

Prepared by Kelvin Walch.                    Email Krwalch@aol.com. Tel. +44 410 032 776

03/07/00  11:55 FAX 1203          MATHOG & MONIELLO                    ☑003/003

# zygo

Since graphics present a better picture, I even used the 'crate side panel' to demonstrate just how far you need to TIP the crate to generate a result in the 'Tip & Tell' indicator.
Still they don't want to accept my arguments, not supprising, because it would cost them $690K wouldn't it. So now I am looking for yet another way to convince them, so I take a look at the under side of the pallet/skid.

At one end, scanner end, I can see witness marks from a Lift Truck, these marks are c.100mm wide (4") with centers at 450mm (16"), and shifted slight to the back of the crate. I marked these on the crate and Wilbur photographed them, this could so easily the reason why. Needless to say the Shipping Company ignored this completely. (Incidentally, the crate end panel was also slightly damaged at this point, timbers splintered).

I think Zygo and/or IBM, can expect Nan-ya's insurance company to try very hard to throw this back at us, and thereby save themselves over $500K.

Your comments please,
Kelvin.

Ps.
Are these reports being forwarded to IBM in full or in part, I need to communicate with IBM frequently on other issues and do not wish to say anything out of place, please advise.

Zygo Corporation. Laurel Brook Road, Middlefield, CT 06455
Phone (860) 347 8506 Fax (860) 347 8372

Prepared by Kelvin Walch.                    Email Krwalch@aol.com. Tel. +44 410 032 776

# EXHIBIT 6



ROYAL & SUNALLIANCE

88 Pine Street, 28th Floor
Wall Street Plaza
New York, NY 10005
Tel. no. (212) 510-1770
Fax no. (212) 510-1780

---

## FAX TRANSMISSION

---

May 12, 2000

To: Matt Weidman
Mathog & Moniello Companies, Inc.
East Haven, CT
Fax no. (203) 468-3494

From: Joseph Daneman
Sr. Cargo Adjuster
Direct Phone: (212) 510-1768
Total Pages: 1

Re: Assured: Zygo Corporation
Damaged SXM
Our Ref. 1070008216

Dear Matt,

Thank you for your letter dated May 1, 2000 (received by us on May 8, 2000) with enclosures. We are not going to assign a surveyor because we ascertain that the assured does not have an insurable interest.

If you have information contrary to the aforementioned, please submit same in writing to us within 30 days in order that we may reevaluate this matter.

The foregoing is not an admission of liability and is strictly without prejudice. All rights and defenses available under the terms and conditions of the policy are hereby reserved.

Furthermore, no action previously taken or hereafter taken by the Company shall be construed as a waiver, nor shall the Company be estopped to rely upon any rights or defenses under the policy.

Should you have any questions or comments, please feel free to contact me. Thank you for your attention to this matter.

Best regards,

*[signature]*

Exhibit
No. _Daneman  9_
    _11/20/03_  _/ap_

**fink**
WORLDWIDE
FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018   (212) 869-1500

RY        00227

EXHIBIT 7



**ROYAL & SUNALLIANCE**

88 Pine Street, 28th Floor
Wall Street Plaza
New York, NY 10005
Tel. no. (212) 510-1770
Fax no. (212) 510-1780

---

## FAX TRANSMISSION

---

May 19, 2000

To: Matt Weidman
Mathog & Moniello Companies, Inc.
East Haven, CT
Fax no. (203) 468-3494

From: Joseph Daneman
Sr. Cargo Adjuster
Direct Phone: (212) 510-1768
Total Pages: 1

Re: Assured: Zygo Corporation
Consignee: Nan Ya Technology Corp.
Policy no. POC-102950
Damaged SXM Machine
Our Ref. 1070008216

Dear Matt,

We have advised our Taipei office to assign a surveyor to investigate this matter without prejudice to the terms, conditions, rights, or privileges of the Policy. This survey will be assigned on a non-waiver basis and is not an admission of liability. We reserve all rights and defenses available under the terms and conditions of the Policy.

We specifically requested that the surveyor endeavor to thoroughly investigate the reason and cause for this damage.

Also, please note that (1) the assured has not proven an insurable interest in this shipment, (2) the consignee has arranged for insurance for this shipment, (3) the consignee has apparently filed a claim with their insurance company, and (4) the consignee's insurance company has apparently declined liability for the claim due to insufficient and/or improper packaging. If the assured were to prove an insurable interest in this shipment, and were to pursue claim against the captioned Policy because the consignee's insurance company declined the claim due to insufficient and/or improper packaging, then in all likelihood we would also decline the claim for the same reasons.

The foregoing is not an admission of liability and is strictly without prejudice. All rights and defenses available under the terms and conditions of the policy are hereby reserved.

Furthermore, no action previously taken or hereafter taken by the Company shall be construed as a waiver, nor shall the Company be estopped to rely upon any rights or defenses under the policy.

Should you have any questions or comments, please feel free to contact me. Thank you for your attention to this matter.

Best regards,

Exhibit
No. _Daneman 11_
_11/20/02_ kr

**FINK** WORLDWIDE
FINK & CARNEY
CERTIFIED STENOTYPE REPO'
39 West 37th Street, 6th Floor NYC 10018

ZYGO-00243

# EXHIBIT 8

乃盧慶紋

(03) 327-87

開會通知單

| （一）文者 與會人員 | （一）本 文者 | 字由 | 主持人 | 人 加 | 列 頁 席 |
|---|---|---|---|---|---|
| | | APM 索賠索件(Q8001、T90002) 殘值後續處理討論 | 採購部經理室 鄭光志 高專 | 採購部經理定 採購部電值組 遲應文 組長 國泰產物保險 台灣產物保險 何俊杰 先生 謝劍理 先生 謝國胡 先生 吳宗興 先生 ZYGO代表 MR. KELVIN WALCH 巨品科技 蔡雅玲 小姐 | （手寫簽名） |

| 部門 南亞科技資材管理部 | 每 日期 中華民國 八十九年十一月十日 | 文 字號 字第 號 | 文 附件 | 時間 八十九年十一月十三日 下午十四時 分 | 地點 台塑總管理處 前棟 八樓 採購部會議室 | 聯絡人 盧慶紋 電話 03-3281688*12222 | 明 說 |

EXHIBIT

Smith 26 ID
1-22-04 SVS

P0002515

NY 000092

主旨：AFM(P/O：Q8001 & T9002，廠商：Zygo)連續 2 ST 裝運異常索賠補充說明。

說明：

1、該第一台 AFM 於 2000/1/23 進口時於機場即發現木箱 damage，故緊急再下 P/O 要求廠商 ship 第二台入廠，未料 2000/2/7 第二台亦於機場發現木箱 damage，該異常均按規定會相關公司辦理 Join Survey、issue 貨損通知函，並按企業規定辦理外購索賠。

2、但因保險公司與公證公司認為連續 2 ST damage 實為廠商包裝不良所造成，故原本以可歸究為賣方之責任而不願接受此理賠。

3、但於 2000/11/13 最後一次 Meeting 結論中，廠商(Zygo)、代理商(巨晶)、台灣庄物保險公司、國泰公證公司、採購部電儀組 連組長與採購部經理室 鄭高專，同意由台灣庄物保險公司及廠商(Zygo)各負擔 1 ST 之方式處理。

4、賠償方式說明如下(機台單價 US$690,000/per st)：

| P/O | 已付金額 | 未付金額 | 原估機台殘值 | 平均機台殘值 |
|---|---|---|---|---|
| Q8001 | US$552,000 | US$138,000 | US$25,750 | US$28,925 |
| T9002 | US$0 | US$690,000 | US$32,100 | US$28,925 |

  a. 保險公司負擔第一台，扣除殘值後，保險公司須理賠南科

$$690,000 - 28,925 = US\$661,075$$

  b. 原廠商(Zygo)須支付殘值 US$28,925 予南科，該機台所有權即歸廠商(Zygo)所有，但因該機台南科尚有尾款 20%未支付，故南科尚須支付廠商

$$138,000 - 28,925 = US\$109,075$$

  c. T9002 未付款，且以退貨方式辦理。

  d. 上述機台均已 ship back 廠商(Zygo)。

附件 1： 2000/11/13 會議記錄

附件 2： 廠商(Zygo)委託 ASH-Semi Service Limited 之殘值報告(Shipment 1)

附件 3： 廠商(Zygo)委託 ASH-Semi Service Limited 之殘值報告(Shipment 2)

附件 4： 廠商(Zygo)委託 ASH-Semi Service Limited 之 Letter(且將同意該公司所估之殘值)

附件 5： 廠商同意南科扣除第一台之殘值後，只支付 US$109,075 之尾款 Letter

附件 6： 雖 GAB Robins Taiwan 公證公司指，因受 Zygo 委託故希望 investigate 該機台，但因其委託者一直未提供相關之證明文件，故該公證公司停止調查此案。

附件 7： 公證報告、貨損通知函、機場貨物異常報告…等文件。

資材處

部經理：　　　　　　　課長：　　　　　　　經辦：

NY 000093

# Notice of Meeting

Recipient: all attendees

Copy to:

Reason: In the matter of AFM Compensation (08001, T9002) and Discussion for the Unit Salvage Value

Person Holding the Meeting: Cheng Kuang-chung, senior member, Purchasing Department, management section

Attendee: Tsai Yalin, Purchasing Department, management section
    Lien Tsung-wen, Purchasing Department, Electronic Equipment Section
    Ho Chun-chieh, Kuo-tai Notary Company
    Hsieh,    Vice Manager, Taiwan Property Insurance Company
    Chen Kuo-cheng,    Taiwan Property Insurance Company
    Wu Chung-hsien,    CEO, Chu Jin Technology Company
    Kelvin Walch,    Zygo representative
    Timothy A. Smith

Invitee:

Issuing Department: Material and Equipment Management, Naya Technology Corporation

Issuing Date: November 10, 2000

Issuing No.:

Issuing Attachment:

Time: November 13, 2000, 2:00 P. M.

Location: Taiwan Plastic Management Building, Purchasing Department Conference Room, 8th Floor

Contact: Lu Chin Un

Telephone No.: 03-3281688*1222

NY 000020

Explanation:

1. Zygo report: Q8001 Unit Salvage Value US$25,750; T9002Unit Salvage Value US$32,100; Average Salvage ValueUS$28,925
2. Taiwan Property Insurance Company agreed to pay US$661,075
3. Q8001 remains 20% unpaid (US$138,000); Chu Jin Technology Corporation agreed to pay the amount (US$109,075) after the deduction of Salvage value.
4. Q79002 will be returned to the manufacturer, no payment is required.

NY 000021

# EXHIBIT 9

# ORIGINAL



## 國泰公證股份有限公司
## CATHAY INSPECTION CO., LTD.
### Marine & Cargo Surveyors
Head Office: 2FL., No. 25, Sec. 2, Jen Ai Road,
Taipei, Taiwan, R.O.C.
總公司：台北市仁愛路二段25號2樓
TEL: 2391-3236~9(四線)  FAX: 2341-0919
E-mail: cathay88@ms33.hinet.net

Report No.    CIC-00-104
Supplementary

Date:    Nov. 17, 2000

Messrs.    Nanya Technology Corp.

**EXHIBIT**

Martin 19 ID
2-5-04      SVS

## SUPPLEMENTARY REPORT TO OUR REPORT No. CIC-00-104

Re;    One(1) set of SXM Sierra 300 Atomic Force Microscope (AFM)
By Airfreight, from Miami, USA to Taipei
MAWB No. 297-85859981 and HAWB No. 40133373
Arrived at CKS Int'l Airport on February 7, 2000.
Consignee: Nanya Technology Corp. (Ref. No. T900200-01)

Supposing that the above damaged Atomic Force Microscope(AFM) is sent bank to original manufacturer at USA for reconditioning, the supplier alleged that the reconditioning cost and the extra cost / expenses will be higher than the invoice / insured value.    Furthermore, if the damaged consignment is able to be reconditioning by original manufacturer, but, the consignee still rejected the AFM Machine. Due to the manufacturer who can not to submit guarantee for functional performance.

Under this circumstance, we recommend to settle this case as Constructive Total Loss (CTL case) and deduct present salvage value is fair and reasonable.

### Invoice / Insured Value:

The value of the sound Atomic Force Microscope(AFM) is US$ 690,000.00

### Salvage Value:

On November 7 & 13, 2000, separately attend at the consignee's plant, Kueishan Country, Taoyuan County and consignee's meeting room of head office, Taipei for appraisal of salvage value of the above damaged AFM Machine and meeting together with representatives of consignee, cargo's insurer, cargo's local agent and cargo's overseas supplier.

According to a copy(2 pcs) of salvage value report dated November 9, 2000 which is submitted by consignee from ASH-Semi Services Limited, the salvage value of the damaged SXM LSM 3050A Atomic Force Microscope(AFM) is US$ 28,925.00 which is accepted by both of the insurer and the assureds.

Attachment: One(1) copy (2 pcs) of salvage value report from ASH-Semi Services Limited.

CATHAY INSPECTION CO., LTD.

ZYGO 00616                    T. C. Chen            President

# *ASH–Semi Services Limited*

73 Stanwell Road,
Ashford,
Middlesex,
TW15 3EQ.
England.
**Fax. +44 (0)1784 253776**

| | |
|---|---|
| **To:** | **Larry Martin, Zygo Corporation, Middlefield, Connecticut.** |
| **From:** | Kelvin Walch |
| **Cc:** | |
| **Date:** | Thursday, November 09, 2000 |
| **Subject:** | **SXM LSM3050 Salvage report, Nanya Shipment #2** |
| **Reference:** | |

---

## Introduction.

The approach taken in this report to appraise the salvage value of this SXM 300 Sierra, is to:

- Separate the system into logical sub-assemblies.
- Make an assessment as to their functionality (Visual inspection only).
- Consider the costs of re-testing.
- Consider the cost of possible repairs.
- Consider the risk of no resale.
- Consider that any reseller would need to provide some level of limited warranty.

## Declaration.

It is my intent here, to try and establish a realistic Salvage value for the above listed SXM Sierra, such that Zygo Corporation, Nanya (NTC) and Taiwan Fire and Marine Insurance Co. can settle their outstanding Claims. In doing so, I am making the basic assumption that this valuation can only be realized if an interested party can be identified as a prospective buyer. ASH-Semi Services Ltd., could be such an interested party, as providing ongoing support to SXM customers is my main line of business activity right now. It is on this basis that I have generated the nominal salvage values.

## Damage Summary.

*The shipment consists of Four large crates, only one of which appears to have been dropped. Unfortunately the crate that sustained the damage contained the 'Critical Part' of the Metrology System.*

Similarly to 80962B, with the following notes: The automated loading components have taken a serious impact to the extent that they have been ripped out from the anchoring points. It is therefore expected that these units are extensively damaged and there is very little recoverable Value. This is the same for the Piezo Scanner assemblies, these units are very sensitive to shock damage. On this tool much more damage has been sustained to the Measurement region, seriously impacting the recoverable value.
Again, the other crates contain the Peripheral Equipment (Electronic Sub-system), Installation Equipment and Outer Covers. Most of the Salvageable Value is in the Electronic Sub-system, as this contains the parts that have the most usability for ongoing Service Work.
This crate has not yet been inspected! When the packing company arrives, I will open the other crates to establish whether or not they have been opened by anybody else. This will be self-evident as the units inside are in sealed foil wrappers. This may effect the Valuation!

*As this equipment was designed to measure with a resolution of less than one Angstrom (1/10,000 mm), it can simply be considered that this tool is completely destroyed and unable to be used in it's intended form.*
*As there is no longer an IBM division (Original Manufacturer), making this type of equipment, and the team of engineers are now distributed all over the world, repair must be considered impossible.*

---

ASH-Semi Services Limited is a Limited Liability Company registered in England # 3982890

ZYGO 00617

PLF   DEFT
EXHIBIT NO........ 14
TRN    FOR ID  (-7-04)

# ASH–Semi Services Limited

73 Stanwell Road,
Ashford,
Middlesex,
TW15 3EQ.
England.
Fax: +44 (0)1784 253776

| | |
|---|---|
| **To:** | Larry Martin, Zygo Corporation, Middlefield, Connecticut. |
| **From:** | Kelvin Walch |
| **Cc:** | |
| **Date:** | Thursday, November 09, 2000 |
| **Subject:** | SXM LSM3050 Salvage report, Nanya Shipment #2 |
| **Reference:** | |

## Introduction.

The approach taken in this report to appraise the salvage value of this SXM 300 Sierra, is to:

- Separate the system into logical sub-assemblies.
- Make an assessment as to their functionality (Visual inspection only).
- Consider the costs of re-testing.
- Consider the cost of possible repairs.
- Consider the risk of no resale.
- Consider that any reseller would need to provide some level of limited warranty.

## Declaration.

It is my intent here, to try and establish a realistic Salvage value for the above listed SXM Sierra, such that Zygo Corporation, Nanya (NTC) and Taiwan Fire and Marine Insurance Co. can settle their outstanding Claims. In doing so, I am making the basic assumption that this valuation can only be realized if an interested party can be identified as a prospective buyer. ASH-Semi Services Ltd., could be such an interested party, as providing ongoing support to SXM customers is my main line of business activity right now. It is on this basis that I have generated the nominal salvage values.

## Damage Summary.

*The shipment consists of Four large crates, only one of which appears to have been dropped. Unfortunately the crate that sustained the damage contained the 'Critical Part' of the Metrology System.*

Similarly to 80962B, with the following notes: The automated loading components have taken a serious impact to the extent that they have been ripped out from the anchoring points. It is therefore expected that these units are extensively damaged and there is very little recoverable Value. This is the same for the Piezo Scanner assemblies, these units are very sensitive to shock damage. On this tool much more damage has been sustained to the Measurement region, seriously impacting the recoverable value.

Again, the other crates contain the Peripheral Equipment (Electronic Sub-system), Installation Equipment and Outer Covers. Most of the Salvageable Value is in the Electronic Sub-system, as this contains the parts that have the most usability for ongoing Service Work.

This crate has not yet been inspected! When the packing company arrives, I will open the other crates to establish whether or not they have been opened by anybody else. This will be self-evident as the units inside are in sealed foil wrappers. This may effect the Valuation!

*As this equipment was designed to measure with a resolution of less than one Angstrom (1/10,000 mm), it can simply be considered that this tool is completely destroyed and unable to be used in it's intended form.*
*As there is no longer an IBM division (Original Manufacturer), making this type of equipment, and the team of engineers are now distributed all over the world, repair must be considered impossible.*

ASH-Semi Services Limited is a Limited Liability Company registered in England # 3982890

RY    00065

# ASH–Semi Services Limited.

73 Stanwell Road,
Ashford,
Middlesex,
TW15 3EQ.
England.
Fax. +44 (0)1784 253776

| SXM LSM3050 Description | Available to buy New ? | Inspection & Repair costs Minimum | Failure Rate | Probability to be able to sell soon | Salvageable Value | Notes |
|---|---|---|---|---|---|---|
| Z Piezo and Controller | $7,000.00 | $2,000.00 | Low | 30 % | $2,000.00 | |
| X/Y Piezo and Controller x 2 | $8,500.00 | $2,000.00 | Low | 20% | $2,000.00 | |
| Cameras | Yes | | Very Low | 5% | $100.00 | |
| Laser | $400.00 | Not Repairable | Low | 20% | $100.00 | |
| Approach Unit | $9,500.00 | $6,000.00 | Medium | 25% | $1,000.00 | |
| Interferometer parts | Yes | Not Repairable | Very low | <5% | $100.00 | |
| Motors | Yes | Not Repairable | Very low | | $200.00 | |
| Encoder Readers | Yes | Not Repairable | Very low | <5% | $50.00 | |
| Tip Holders( 3 delivered) | Sometimes can be repaired | | Medium | | $3,000.00 | |
| | | | | | | |
| Extra Data Drives | Yes | | Low | <5% | $50.00 | |
| Power Supplies, Varied | Yes | | Low | <5% | $100.00 | |
| Switch gear, Varied | | | Very Low | <5% | $100.00 | |
| Cables, Varied | | | Very Low | <5% | $100.00 | |
| | | | | | | |
| Pop up Pin Assy | | | Low | <5% | $50.00 | |
| Y Axis Salvage, Drive Mechanism | Yes | | Very Low | <5% | $100.00 | |
| X Axis Salvage, Drive Mechanism | Yes | | Very Low | <5% | $100.00 | |
| | | | | | | |
| Motor Controller System | | | Low, as individual units | | $500.00 | |
| Other PCB's | | | Very Low | | $675.00 | |
| PC controller & Monitor | Yes | | Very Low | | $500.00 | |
| Complete Analog Controller Unit | | | Medium | | $4,000.00 | |
| Complete AAU Drive Box | | | Low | | $2,000.00 | |
| Complete Device Controller Unit | Yes | | Low | | $2,000.00 | |
| Cognex Vision System 4200 | | | | 10% | $3,000.00 | |
| | | | | | | |
| Equipe Wafer Handler | Yes | $10,000.00 | | <10% | $4,000.00 | |
| Equipe Pre-Aligner | Yes | $7,000.00 | | <10% | $500.00 | |
| Dual Contoller | Yes | $8,000.00 | | <10% | $2,000.00 | |
| | | | | | | |
| De-Ionizer Parts | Yes | | | 10% | $500.00 | |
| | | | | | | |
| Enclosure, Scrap Metal only | | | | | | |
| Main Chassis, Scrap only | | | | | | |
| Solenoids and Regulators | Yes | | | <5% | $100.00 | |
| | | | | | | |
| | | | | Total | $28,925.00 | |

To the best of my ability, this is a fair and realistic valuation of the salvageable components of SXM LSM3050

Kelvin Walch, Director.    13/11/2000

_____

ASH-Semi Services Limited is a Limited Liability Company registered in England # 3982890

RY        00066

EXHIBIT 10

THE MATHOG & MONIELLO COMPANIES, INC.



December 12, 2000

Joe Daneman
Royal & SunAlliance Insurance
88 Pine Street, 28th Floor
Wall Street Plaza
New York, NY 10005

Re:     Assured:  Zygo Corporation
        Consignee:  Nanya Technology Corp
        Policy No.:  POC-102950
        Damaged SXM Machine

Dear Joe,

Please find attached, the appraisal for the two Nanya shipments that you are aware of. As far as we can determine, the first shipment was secured by a letter of credit per the sales agreement. Nanya's insurance carrier, Taiwan Fire & Marine Insurance Co., Ltd is covering that machine.

The second machine was not secured by a letter of credit and was shipped to Nanya to try and accommodate them with a working machine since the first one was damaged during shipping. Please note the payment terms on the Order Confirmation document. It shows, "By T/T reimbursement net 010 days after B/L date". The assured has told me that they sent the send machine without security in order to try and satisfy a client. Based on the circumstances, it appears that Zygo does have an insurable interest.

The assured has also indicated that Lee-Tech is not responsible for any recovery of the damaged unit. Lee-Tech is merely a manufacturer's rep that brought the two parties together. They have no insurable interest since they do not take title to the product.

Please review this file again and let me know what additional information you need to settle the case.

Sincerely,

Matthew D. Weidman
Account Executive

**EXHIBIT**
martin 42 Id
2-5-04 SVS

**ZYGO-00221**

100 South Shore Dr. ▪ P.O. Box 120650 ▪ East Haven, CT 06512
Tel: 203 468-3400 ▪ Fax: 203 468-3494

CONNECTICUT ▪ NEW YORK ▪ VERMONT

**ASH-Semi
Services
ASH-Semi
Services
Limited.**

73 Stanwell Road,
Ashford,
Middlesex,
TW15 3EQ.
England.
Fax. +44 (0)1784 253776

| | |
|---|---|
| **To:** | Larry Martin, Zygo Corporation, Middlefield, Connecticut. |
| **From:** | Kelvin Walch |
| **Cc:** | |
| **Date:** | Thursday, November 09, 2000 |
| **Subject:** | SXM 80962B Salvage report, Nanya Shipment #1 |
| **Reference:** | |

## Introduction.

The approach taken in this report to appraise the salvage value of this SXM 300 Sierra, is to:

- Separate the system into logical sub-assemblies.
- Make an assessment as to their functionality (Visual inspection only).
- Consider the costs of re-testing.
- Consider the cost of possible repairs.
- Consider the risk of no resale.
- Consider that any reseller would need to provide some level of limited warranty.

## Declaration.

It is my intent here, to try and establish a realistic salvage value for the above listed SXM Sierra, such that Zygo Corporation, Nanya (NTC) and Taiwan Fire and Marine Insurance Co. can settle their outstanding claims. In doing so, I am making the basic assumption that this valuation can only be realized if an interested party can be identified as a prospective buyer. ASH-Semi Services Ltd., could be such an interested party, as providing ongoing support to SXM customers is my main line of business activity right now. It is on this basis that I have generated the nominal salvage values.

## Damage Summary.

*The shipment consists of Four large crates, only one of which appears to have been dropped. Unfortunately the crate that sustained the damage contained the 'Critical Part' of the Metrology System.*

The crate has been dropped in such a way, as to 'impact' damage and distort the critical areas of the tool base and measurement instrument. Only small components from this unit can be salvaged. The automated loading components appear visually to be intact, However precise testing and repair of these components can only be done at the manufacturer, the associated costs detailed later come from recent repairs that I have had made or have knowledge about. This is the same for the Piezo Scanner assemblies.

The other crates contain the Peripheral Equipment (Electronic Sub-system), Installation Equipment and Outer Covers. Most of the Salvageable Value is in the Electronic Sub-system, as this contains the parts that have the most usability for ongoing Service Work.

This crate has not yet been inspected! When the packing company arrives, I will open the other crates to establish whether or not they have been opened by anybody else. This will be self-evident as the units inside are in sealed foil wrappers. This may effect the Valuation!

*As this equipment was designed to measure with a resolution of less than one Angstrom (1/10,000 mm), it can simply be considered that this tool is completely destroyed and unable to be used in it's intended form.*
*As there is no longer an IBM division (Original Manufacturer), making this type of equipment, and the team of engineers are now distributed all over the world, repair must be considered impossible.*

**ZYGO-00222**

ASH-Semi Services Limited is a Limited Liability Company registered in England # 3982890



ASH-Semi Services Limited.

73 Stanwell Road,
Ashford,
Middlesex,
TW15 3EQ.
England.
Fax. +44 (0)1784 253776

| SXM 80962B Description | Available to buy New ? | Inspection & Repair costs Minimum | Failure Rate | Probability to be able to sell soon | | Notes |
|---|---|---|---|---|---|---|
| Z Piezo and Controller | $7,000.00 | $2,000.00 | Low | 30 % | $2,000.00 | |
| X/Y Piezo and Controller x 2 | $8,500.00 | $2,000.00 | Low | 20% | $4,000.00 | |
| Cameras | Yes | | Very Low | 5% | $200.00 | |
| Laser | $400.00 | Not Repairable | Low | 20% | $100.00 | |
| Approach Unit | $9,500.00 | $6,000.00 | Medium | 25% | $1,000.00 | |
| Interferometer parts | Yes | Not Repairable | Very low | <5% | $200.00 | |
| Motors | Yes | Not Repairable | Very low | | $200.00 | |
| Encoder Readers | Yes | Not Repairable | Very low | <5% | $50.00 | |
| Tip Holders( 3 delivered) | Sometimes can be repaired | | Medium | | $3,000.00 | |
| Extra Data Drives | Yes | | Low | <5% | $50.00 | |
| Power Supplies, Varied | Yes | | Low | <5% | $100.00 | |
| Switch gear, Varied | | | Very Low | <5% | $100.00 | |
| Cables, Varied | | | Very Low | <5% | $100.00 | |
| Pop up Pin Assy | | | Low | <5% | $100.00 | |
| Y Axis Salvage, Drive Mechanism | Yes | | Very Low | <5% | $150.00 | |
| X Axis Salvage, Drive Mechanism | Yes | | Very Low | <5% | $150.00 | |
| Motor Controller System | | | Low, as individual units | | $500.00 | |
| Other PCB's | | | Very Low | | $325.00 | |
| PC controller & Monitor | Yes | | Very Low | | $500.00 | |
| Complete Analog Controller Unit | | | Medium | | $4,000.00 | |
| Complete AAU Drive Box | | | Low | | $2,000.00 | |
| Complete Device Controller Unit | Yes | | Low | | $2,000.00 | |
| Equipe Wafer Handler | Yes | $10,000.00 | | <10% | $4,000.00 | |
| Equipe Pre-Aligner | Yes | $7,000.00 | | <10% | $1,500.00 | |
| Dual Contoler | Yes | $8,000.00 | | <10% | $2,000.00 | |
| De-Ionizer Parts | Yes | | | 10% | $500.00 | |
| Enclosure, Scrap Metal only | | | | | | |
| Main Chassis, Scrap only | | | | | | |
| Solenoids and Regulators | Yes | | | <5% | $100.00 | |
| | | | | Total | $28,925.00 | |

To the best of my ability, this is a fair and realistic valuation of the salvageable components of SXM 80962B

Kelvin Walch, Director.

ZYGO-00223

ASH-Semi Services Limited is a Limited Liability Company registered in England # 3982890

# ASH-Semi Services
# ASH-Semi Services Limited

73 Stanwell Road,
Ashford,
Middlesex,
TW15 3EQ.
England.
Fax. +44 (0)1784 253776

| To: | Larry Martin, Zygo Corporation, Middlefield, Connecticut. |
|---|---|
| From: | Kelvin Walch |
| Cc: | |
| Date: | Thursday, November 09, 2000 |
| Subject: | SXM LSM3050 Salvage report, Nanya Shipment #2 |
| Reference: | |

## Introduction.

The approach taken in this report to appraise the salvage value of this SXM 300 Sierra, is to:

- Separate the system into logical sub-assemblies.
- Make an assessment as to their functionality (Visual inspection only).
- Consider the costs of re-testing.
- Consider the cost of possible repairs.
- Consider the risk of no resale.
- Consider that any reseller would need to provide some level of limited warranty.

## Declaration.

It is my intent here, to try and establish a realistic Salvage value for the above listed SXM Sierra, such that Zygo Corporation, Nanya (NTC) and Taiwan Fire and Marine Insurance Co. can settle their outstanding Claims. In doing so, I am making the basic assumption that this valuation can only be realized if an interested party can be identified as a prospective buyer. ASH-Semi Services Ltd., could be such an interested party, as providing ongoing support to SXM customers is my main line of business activity right now. It is on this basis that I have generated the nominal salvage values.

## Damage Summary.

*The shipment consists of Four large crates, only one of which appears to have been dropped. Unfortunately the crate that sustained the damage contained the 'Critical Part' of the Metrology System.*

Similarly to 80962B, with the following notes: The automated loading components have taken a serious impact to the extent that they have been ripped out from the anchoring points. It is therefore expected that these units are extensively damaged and there is very little recoverable Value. This is the same for the Piezo Scanner assemblies, these units are very sensitive to shock damage. On this tool much more damage has been sustained to the Measurement region, seriously impacting the recoverable value.

Again, the other crates contain the Peripheral Equipment (Electronic Sub-system), Installation Equipment and Outer Covers. Most of the Salvageable Value is in the Electronic Sub-system, as this contains the parts that have the most usability for ongoing Service Work.

This crate has not yet been inspected! When the packing company arrives, I will open the other crates to establish whether or not they have been opened by anybody else. This will be self-evident as the units inside are in sealed foil wrappers. This may effect the Valuation!

*As this equipment was designed to measure with a resolution of less than one Angstrom (1/10,000 mm), it can simply be considered that this tool is completely destroyed and unable to be used in it's intended form.*
*As there is no longer an IBM division (Original Manufacturer), making this type of equipment, and the team of engineers are now distributed all over the world, repair must be considered impossible.*

ASH-Semi Services Limited is a Limited Liability Company registered in England #3982890

ZYGO-00224



73 Stanwell Road,
Ashford,
Middlesex,
TW15 3EQ.
England.
Fax. +44 (0)1784 253776

| SXM LSM3050 Description | Available to buy New ? | Inspection & Repair costs Minimum | Failure Rate | Probability to be able to sell soon | Salvageable Value | Notes |
|---|---|---|---|---|---|---|
| Z Piezo and Controller | $7,000.00 | $2,000.00 | Low | 30 % | $2,000.00 | |
| X/Y Piezo and Controller x 2 | $8,500.00 | $2,000.00 | Low | 20% | $2,000.00 | |
| Cameras | Yes | | Very Low | 5% | $100.00 | |
| Laser | $400.00 | Not Repairable | Low | 20% | $100.00 | |
| Approach Unit | $9,500.00 | $6,000.00 | Medium | 25% | $1,000.00 | |
| Interferometer parts | Yes | Not Repairable | Very low | <5% | $100.00 | |
| Motors | Yes | Not Repairable | Very low | | $200.00 | |
| Encoder Readers | Yes | Not Repairable | Very low | <5% | $50.00 | |
| Tip Holders( 3 delivered) | Sometimes can be repaired | | Medium | | $3,000.00 | |
| | | | | | | |
| Extra Data Drives | Yes | | Low | <5% | $50.00 | |
| Power Supplies, Varied | Yes | | Low | <5% | $100.00 | |
| Switch gear, Varied | | | Very Low | <5% | $100.00 | |
| Cables, Varied | | | Very Low | <5% | $100.00 | |
| | | | | | | |
| Pop up Pin Assy | | | Low | <5% | $50.00 | |
| Y Axis Salvage, Drive Mechanism | Yes | | Very Low | <5% | $100.00 | |
| X Axis Salvage, Drive Mechanism | Yes | | Very Low | <5% | $100.00 | |
| | | | | | | |
| Motor Controller System | | | Low, as individual units | | $500.00 | |
| Other PCB's | | | Very Low | | $675.00 | |
| PC controller & Monitor | Yes | | Very Low | | $500.00 | |
| Complete Analog Controller Unit | | | Medium | | $4,000.00 | |
| Complete AAU Drive Box | | | Low | | $2,000.00 | |
| Complete Device Controller Unit | Yes | | Low | | $2,000.00 | |
| Cognex Vision System 4200 | | | | 10% | $3,000.00 | |
| | | | | | | |
| Equipe Wafer Handler | Yes | $10,000.00 | | <10% | $4,000.00 | |
| Equipe Pre-Aligner | Yes | $7,000.00 | | <10% | $500.00 | |
| Dual Contoller | Yes | $8,000.00 | | <10% | $2,000.00 | |
| | | | | | | |
| De-Ionizer Parts | Yes | | | 10% | $500.00 | |
| | | | | | | |
| Enclosure, Scrap Metal only | | | | | | |
| Main Chassis, Scrap only | | | | | | |
| Solenoids and Regulators | Yes | | | <5% | $100.00 | |
| | | | | | | |
| | | | | Total | $28,925.00 | |
| | | | | | | |

To the best of my ability, this is a fair and realistic valuation of the salvageable components of SXM LSM3050

Kelvin Walch, Director.

**ZYGO-00225**

ASH-Semi Services Limited is a Limited Liability Company registered in England # 3982890