EXHIBIT 23

1

1

2                 UNITED STATES DISTRICT COURT

3              FOR THE DISTRICT OF CONNECTICUT

4   - - - - - - - - - - - - - - - - - - - - -x

    ROYAL INSURANCE COMPANY OF AMERICA,      :

5
                    Plaintiff,               :

6
                                             :

7            -against-                        Civil No.
                                             :3:01 CV 1317
8   ZYGO CORPORATION,                            (GLG)
                                             :

9                   Defendant.

                                             :

10  - - - - - - - - - - - - - - - - - - - - -x

11

12           DEPOSITION of ALLAN P. ILIAS, taken by

13  Defendant, at the offices of Messrs. Nicoletti,

14  Hornig, Campise, Sweeney & Paige, Wall Street Plaza,

15  88 Pine Street, New York, New York 10005, on Tuesday,

16  December 2, 2003, commencing at 10:40 o'clock a.m.,

17  before ANNETTE FORBES, a Certified Shorthand

18  (Stenotype) Reporter and Notary Public within and for

19  the State of New York.

20

21

22

23

24

25

14

1                            Ilias

2    no idea who Mathog & Moniello was.

3         Q       When did you first learn of Mathog &

4    Moniello?

5         A       To the best of my recollection, the

6    first time I heard about Mathog & Moniello is when

7    I received the submission on the Zygo account from

8    my Glastonbury office.

9         Q       Tell me, what is the Glastonbury

10   office?

11        A       The Glastonbury office was Royal and

12   SunAlliance's office from Connecticut.

13        Q       What kind of functions do they do?

14        A       P and C, property and casualty, and

15   a whole bunch of other lines, except for marine.

16        Q       So the Glastonbury office would do

17   underwriting for other lines of insurance?

18        A       Correct.

19        Q       Let me show you what was marked as

20   Daneman Exhibit 1.

21                    MR. BJORKMAN:   Jeff, it's my

22                understanding that Mr. Ilias is

23                designated to testify on behalf of

24                Royal with regard to Items 3 --

25                    MR. GINOS:   I don't have my

15

1                          Ilias

2        original exhibits.

3              MR. BJORKMAN:  Here is a whole

4        set here.

5              MR. GINOS:  I had a copy of

6        the notice of deposition where I had

7        marked what he was for.  I gave you

8        that on the phone and put it on the

9        record at the Daneman deposition.  I

10       don't have it here.

11             MR. BJORKMAN:  I can tell you

12       what I have from my notes, you can

13       tell me; 3, 7, 8.

14             MR. GINOS:  Right.

15             MR. BJORKMAN:  12, 14, 15, 16.

16             MR. GINOS:  Yes.

17             MR. BJORKMAN:  And I think

18       there was some issue with

19       Mr. Daneman's deposition whether he

20       also had testimony concerning No. 2,

21       although he didn't designate that as

22       such.

23             MR. GINOS:  You can ask him

24       that area and just ask him.

25             I have no objection to you

1                          Ilias

2    process.

3              Q      Where do I find processing?

4              A      Warehouse processing location.

5    There is no numerical number on it.  It should be

6    Section 4.

7              Q      Show me where it is.

8              A      (Indicating.)

9              Q      So Section 3 is --

10             A      Warehouse.

11             Q      You didn't say warehouse was part of

12   the $18,000?

13             A      I beg your pardon?

14             Q      It was?

15             A      There are a number of other things

16   that are included in the $18,000.  I didn't list

17   them all, but the warehousing and the processing.

18   The insured, Mathog & Moniello weren't sure, to

19   the best of my recollection, whether their

20   processing on warehouse location, they declare

21   both, just in case it was a processing site as

22   opposed to a pure warehouse site.

23             Q      I'm confused then.

24                    Going back to the annual marine

25   deposit premium, first of all, where you got

Ilias

1

2      the -- I see where it says $18,000, but then there

3      is another paragraph that talks about .023 per

4      hundred of total gross sales?

5             A      .023 against exposure should

6      approximate where the premium stipulated in the

7      contract is.

8             Q      So the whole premium is $18,000; is

9      that right?

10            A      The $18,000 comprises all the

11     coverages except for some of the optional clauses

12     contained in our contract.

13            Q      Now I'm confused.

14                   You said that this is the, we are

15     looking at the page that says annual marine

16     deposit premium, right?

17                   You told me that the $18,000 was for

18     marine war processing and exhibition coverages?

19            A      Correct.  I didn't spell it all out.

20     There are lots of different coverages in here.

21            Q      I know, but are you saying that the

22     $18,000 is for something more than the marine war

23     processing and exhibition coverages?

24            A      Yes.

25            Q      What is the $18,000 for?

36

Ilias

1

2  and I could be incorrect, is that Zygo owes

3  $18,000 for the nonoptional coverages for the

4  year?

5        A      Based on adjustment at the end of

6  the year, yes.

7        Q      What does that mean, "based on

8  adjustment at the end of the year"?

9        A      The coverages contained therein, not

10  including annual coverage, are based on an annual

11  adjustment.

12        Q      Where is that annual adjustment

13  described?

14        A      Second paragraph at the end.  Earned

15  premium in excess of deposit.

16        Q      So the $18,000 is really just a

17  deposit, correct?

18        A      Correct.

19        Q      You have to calculate the premium,

20  right?

21        A      Yes.

22        Q      The actual premium.

23              Can you tell me, based on this

24  policy, how would you go about calculating the

25  actual premium?

37

1                          Ilias

2          A      For the coverages contained therein,

3     you would ask the insured to report their annual

4     sales or the annual exposure and you would

5     calculate on the rates indicated in the

6     endorsement.

7          Q      And in this policy the rate on the

8     endorsements are .023 per hundred dollars; is that

9     correct?

10         A      Correct.

11         Q      Just so I'm understanding this, if

12    Zygo reported gross sales of $100 million, that

13    would translate into a premium of $23,000; is that

14    right?

15         A      Your math is better than mine.  Yes.

16         Q      Is that how you work it?

17         A      Correct.  You do $100 million times

18    .023 percent and you get the actual earned

19    premium.

20         Q      My question really was how you

21    calculate the .023 per 100.

22                So that becomes, when you do the

23    multiplication, it's really, you take $100 million

24    and you multiply it by 00023?

25         A      Right.  That's how some people do

40

1                              Ilias

2          A      It is.

3          Q      Where is that?

4          A      It's at the very end -- not the very

5     end.   That's what it looks like (indicating).

6          Q      You showed me the page that says on

7     the very top war risk, open policy, American

8     Institute, December 2, 1993.

9          A      Correct.

10          Q      And this is the next three pages; is

11     that right?

12          A      Uh-huh.

13          Q      After that there is an annual war

14     risk deposit premium?

15          A      For 2000, yes.

16          Q      What does that mean?

17          A      That is the premium we are charging

18     for the war policy.

19          Q      That's a flat $2,000?

20          A      No.   It's adjustable.

21          Q      Where is the adjustment?

22          A      The adjustment, based on the

23     combined rate that looked at, it's .003, as

24     indicated there, .023 is marine and war.

25          Q      So is the 2000 war risk deposit

41

1                           Ilias

2    premium, it's a deposit, right?

3          A     Correct.

4          Q     Is that in addition to the $18,000?

5          A     Correct.

6          Q     So Zygo's total deposit was 20,000?

7          A     Apparently, yes.

8          Q     Then what does the marine mean in

9    that parenthetical called the annual marine

10   deposit premium?

11         A     The marine are the marine risks that

12   we cover under the policy, the first section,

13   first three sections.

14               Marine in this instance would

15   comprise all the parts of the marine, warehousing,

16   processing and excluding the optional clauses.

17         Q     Just so I know, Section 1 is called

18   ocean cargo and that's part of the marine cover,

19   right?

20         A     That is what we talked about as the

21   boilerplate.  And then you have extensions and

22   enhancements attached to said boilerplate.

23         Q     Coverage Section 2, domestic

24   transportation insurance, that's also part of the

25   marine cover?

62

1                              Ilias

2       to be agreed versus premium paid, if required.  It

3       pretty much is the same thing.

4             Q       It means the same thing?

5             A       Means the same thing.

6             Q       How about Clause 54, is that part of

7       the boilerplate?

8             A       It is a coverage that an insured can

9       request.  It is not generally part of the

10      boilerplate form, no.

11            Q       Is the coverage for the insurance in

12      Clause 54 based on the same overall premium rate

13      of .023 per hundred?

14            A       No, it is not.

15            Q       What would be the rate of the

16      premium?

17            A       As per the last paragraph of the

18      clause.

19            Q       Where it says, pay premium thereon

20      at rates to be agreed?

21            A       Correct.

22            Q       Looking at Paragraph 54 and looking

23      at Paragraph 24, is there any difference between

24      the meaning of the clauses where it says in

25      Paragraph 54 "unpaid premium thereon at rates to

63

1                              Ilias

2     be agreed," and Paragraph 24 where it says, "and

3     the additional premium paid, if required"?

4            A      Comparing and the additional premium

5     paid, if required, versus paid premium thereon or

6     rates to be agreed?

7            Q      Yes.

8            A      No, it's basically the same thing.

9            Q      Paragraph 24, what does the term

10    additional mean?

11           A      Extra.  In excess of the deposit

12    premium.

13           Q      Paragraph 56, is that part of the

14    Royal boilerplate policy?

15           A      No, it is not.

16           Q      How about Clause 57, is that part of

17    the Royal boilerplate policy?

18           A      No.

19           Q      With regard to Clause 57, what

20    premium would Zygo have to pay to have coverage

21    under Paragraph 57?

22           A      It's included.

23           Q      Paragraph 57 is included in the .023

24    per hundred rate?

25           A      Correct.

64

1                              Ilias

2                    MR. BJORKMAN:   Let's mark this

3          as Ilias 1.

4                    (Document, Bates Nos. RY 00476

5          through 480 was marked as Ilias

6          Exhibit No. 1 for identification, as

7          of this date.)

8    BY MR. BJORKMAN:

9          Q     Mr. Ilias, I'm showing you what has

10   been marked as Ilias Exhibit 1, which is a number

11   of pages beginning with Bates stamp number RY 476

12   and going to RY 480.

13                   As you may know or not, Royal

14   produced certain documents to us during the course

15   of the litigation.  These are documents that were

16   produced.  I.

17                   Don't know if this is one document

18   or not, but they were produced in consecutive

19   numbers.  They looked to me like they were

20   related, so I stapled them together.  I'm not

21   purporting that this is one document.

22                   Have you seen any of the pages

23   before in Ilias 1?

24         A     (Perusing document.)  I have seen

25   them all.

66

                              Ilias

1

2          A       To the best of my recollection, 480,

3    being Mr. McCabe's cover note, came along with 477

4    and 478, being the application for Mathog &

5    Moniello for the captioned insured.

6          Q       Are Pages 477 and 478 the first

7    contact you had with regard to anything with

8    regard to Zygo?

9          A       To the best of my recollection.

10          Q       What did you understand these two

11    documents to be?

12          A       I understood it to be an application

13    that Zygo was looking for an ocean cargo policy.

14          Q       About halfway through that first

15    page, 477, there are some, says revised to

16    50 million, revised to 70 million; is that your

17    handwriting?

18          A       No, it is not.

19          Q       There was a line right underneath

20    that that says percent now insured by Applecam a

21    hundred percent.

22                  Did you have an understanding of

23    what that meant?

24          A       That meant that the insureds, all

25    the insureds' shipments were a primary nature,

67

                                    Ilias

1    that they had no contingent exposure.

3           Q       What does that mean, no contingent

4    exposure?

5           A       Meaning where the seller, thus being

6    Zygo, was not responsible to cover the goods --

7    strike that.

8                   Going back, that Zygo was

9    responsible to cover the shipment from their

10   warehouse to the final destination, they had 100

11   percent primary coverage for that.

12          Q       How did you understand that from

13   that statement?

14          A       Could you?

15          Q       I'm trying to figure out what about

16   this tells you that Zygo insured --

17          A       Was responsible.

18          Q       -- was responsible for the insurance

19   from the warehouse to the final destination?

20          A       The fact that they put a hundred

21   percent next to that line.

22          Q       A hundred percent of what, is what

23   I'm trying to get at?

24          A       A hundred percent of all their

25   shipments.

68

1                           Ilias

2          Q      Do you remember talking to anybody

3    about that client?

4          A      Yes, I did.

5          Q      Who did you talk to about that?

6          A      That I can't recollect.

7                 It was either Zdanis, Jeanette

8    Zdanis perhaps or Matt Weidman at Mathog &

9    Moniello.

10         Q      What do you recall them telling you

11   about that?

12         A      I called up to clarify, are you sure

13   that they have no shipments of a contingent

14   nature, that this is a hundred percent primary.

15   They said, yes, yes, it is a hundred percent

16   primary coverage, there is no contingent exposure.

17         Q      Do you recall when you had that

18   phone conversation?

19         A      To the best of my recollection,

20   shortly after getting the submission in, we

21   generally speak with the broker, ask them a couple

22   of questions.

23         Q      That next section, where it talks

24   about five-year experience, amount insured, do you

25   see that column?

72

1                          Ilias

2    was generated as a one-page worksheet that you

3    used or could there have been other pieces?

4          A     There could have been, but generally

5    it was one page.

6          Q     Is there anywhere on this one page

7    worksheet that you put down that Zygo had no

8    contingent exposure?

9          A     Specifically stating that they had

10   no contingent exposure?

11         Q     Or indicating that in any way?

12         A     By omission.  There was no

13   contingent exposure.

14         Q     Say that again.

15         A     Specifically, I would look at this

16   and know that I omitted to charge a rate, they had

17   no contingent exposure.

18         Q     What do you mean by to charge a

19   contingent rate?

20         A     A contingent rate is a rate that we

21   would charge for contingent exposure.

22         Q     Did you give this piece of paper to

23   someone or what was the process at that time?

24               You were, as I recall, an

25   underwriter, right?  You had been promoted from

133

Ilias

1

2    terms and conditions of the rest of the

3    endorsements contained in the policy.

4            Q     Let's look at Paragraph 55.

5            A     Okay.

6            Q     Does that last clause in the first

7    paragraph of 52 mean that there is no contingency

8    coverage once the product is loaded on board an

9    overseas vessel?

10           A     Could you restate that?

11           Q     Let's say, for example, the shipment

12   is an FOB sale.

13           A     Okay.

14           Q     And the assured only has the

15   obligation to insure up to the point of delivery

16   onto the aircraft.

17           A     Okay.

18           Q     Does the limiting language in

19   Paragraph 52 mean that there is no contingency

20   coverage after that shipment is loaded onto the

21   aircraft?

22           A     No.

23           Q     Why not?

24           A     Because the FOB FAS provides

25   obviously free board, so once the goods are loaded

134

Ilias

 1    onto the aircraft and if they choose the option of

 2    having contingency insured on that shipment, a

 3    contingency endorsement then goes into effect.

 4              The 30 days that you are seeing

 5    there is basically the transit time.

 6        Q    Wait.  What about --

 7        A    FOB FAS, I beg your pardon.  The

 8    rate of nonapplicable for not exceeding 30 days is

 9    basically the insured have 30 days to get it from

10    the warehouse to on board the truck, airport,

11    vessel, and 30 days is more than enough time

12    practically anywhere in the world.

13        Q    So the last clause in that first

14    paragraph of 52 relates to?

15              MR. GINOS:  You keep referring

16                  to the last clause.  The one you

17                  really mean is the first paragraph in

18                  52, right, the language that you are

19                  discussing?

20              MR. BJORKMAN:  I will

21                  rephrase.

22        Q    What I am referring to is the clause

23    that begins, "We are focusing on, but in no event

24    beyond the time when this company's risk would

136

Ilias

2   they have warehouse coverage in Taiwan.

3          Q     But it does not cease once it's

4   loaded on the aircraft on an FOB sale?

5          A     If they have and take the option of

6   contingency, yes.

7          Q     The space insured agrees to, the

8   assured agrees to declare to this company the

9   value of all shipments covered under the terms of

10  this endorsement and pay premium thereon at rates

11  to be agreed.

12               Do you see that?

13         A     Yes, I do.

14         Q     What does that mean?

15         A     That means if the insured wished to

16  utilize this option of contingency, they need to

17  pick up the phone, call their broker, call the

18  underwriter and explain the circumstances and pay

19  any additional premium thereon, if any, subject to

20  underwriting information.

21         Q     What would be the procedure by

22  which, just a phone call?

23         A     That's all we ask.

24         Q     You expected a call from Mathog &

25  Moniello to you?

137

1                                    Ilias

2          A      To me.

3          Q      And what information would you

4     require?

5          A      What the commodity is being shipped,

6     new or used, the total insured value of the

7     shipment, where it's going to or from, and the

8     packing.

9                 And if this happened, I would ask,

10    you told me you have no contingent exposure,

11    that's changed, your operations changed.  Because

12    their operations are changing, we would have to

13    take some corrective action in the policy.

14         Q      Was there anything written where the

15    broker is informed of this procedure for invoking

16    the contingency coverage?

17         A      In the policy.

18         Q      Anywhere other than the policy?

19         A      No.

20         Q      Is the assured given instructions in

21    terms of invoking the risk contingency coverage?

22                       MR. GINOS:    Instructions from

23                whom?

24                       MR. BJORKMAN:   From Royal.

25         A      Royal is not supposed to have any

138
1                              Ilias

2     contact with the assured.

3          Q      Why is that?

4          A      That's the way business is done.

5                 The broker is supposed to represent

6     the interest of the assured.  They act as the

7     intermediary, I suppose, would be a logical term

8     to use.

9                 As I stated previously, direct

10    contact with the client is rare.

11         Q      So would you not require any written

12    notification?

13         A      I would never require anything in

14    writing about notification, but I'm not sure the

15    broker wanted something in writing back from me

16    about agreeing to something.

17         Q      When would you expect to be notified

18    in order for the contingency coverage to be

19    invoked?

20         A      Before the shipment departed.

21         Q      How long before the shipment

22    departed?

23         A      It all depends on the size of the

24    shipment, but an hour.  Just to at least get the

25    agreement in place and subject to them having the

139

Ilias

1
2   full underwriting information I'm looking for, it

3   really doesn't take all that long to set something

4   up.

5          Q      Under the contingency clause, isn't

6   it true that that provides coverage, whether or

7   not there is damage to the item being shipped?

8          A      Could you repeat the question?

9          Q      Isn't it true that the contingency

10  clause provides coverage, whether or not there is

11  damage to the item being shipped?

12         A      Yes.

13         Q      And the risk is that the customer

14  won't pay, right?

15         A      Correct.

16         Q      Have there been occasions where you

17  have got telephone calls for insureds invoking the

18  contingency clause?

19         A      I believe twice.  And it wasn't so

20  much -- yes, twice.

21         Q      What were the circumstances under

22  that?

23         A      They had shipments that they were

24  doing of a contingent nature which they were

25  calling up to get coverage for one thing, it was

140

Ilias

1
2    accepted, terms changed, one did not --

3         Q    What do you mean, the terms changed?

4         A    The selling terms changed.

5              At first they were going to be

6    responsible for shipments, but subsequent to

7    telling me that the contract was written in a

8    different way whereby they were no longer

9    responsible for it, it was going to be of a

10   primary nature for them.

11        Q    I'm confused.  Two different times

12   you have gotten calls?

13        A    Yes.

14        Q    Two different assureds?

15        A    Correct.

16        Q    And this is over the period of time

17   since 1996 to the present?

18        A    This is during my entire career,

19   yes.

20        Q    One of those instances you placed

21   the coverage?

22        A    Correct.

23        Q    And the other instance you didn't

24   place the coverage?

25        A    They changed the selling terms

141

1                                    Ilias

2      around.

3              Q      Changed the selling terms so that?

4              A      My policy would be primary.

5              Q      Do you recall the nature of that

6      transaction where you actually did provide

7      contingency coverage?

8              A      What do you mean "nature of that

9      transaction"?

10             Q    What was being changed, the value of

11     where it was going.

12             A      No.  This was years ago.

13             Q      How do you go about determining a

14     premium for contingency coverage?

15             A      The basis that I was brought up

16     with, and obviously this can vary from company to

17     company, is 60 percent of the applicable marine

18     rate as a guesstimate.

19             Q      In the circumstances of Zygo, that

20     would be 60 percent of whatever number is being

21     used to come up with the .023 blended rate?

22             A      Correct.

23             Q      That would be in addition to

24     premiums that had already been paid?

25             A      It would be charged as a flat

142

1                            Ilias

2    deposit.

3         Q      What does that mean, flat deposit?

4         A      Up front, nonrefundable, just the

5    one time extra charge on top of the deposit

6    premium of $20,000.

7         Q      If you have only done this two

8    times, where do you find that rule of thumb?

9         A      Which part?

10         Q      First of all, the 60 percent.

11         A      We do contingency coverage a lot

12   when they report between 50 million primary and

13   50 million contingent, you obviously break out the

14   rate, what the rate is going to be, taking 60

15   percent of that or something and applying that to

16   the contingency.

17         Q      That's a blended rate?

18         A      Not necessarily.

19               You could have rates, most of the

20   policies we have been rated against the value

21   shipped.  So you have marine rates, contingent

22   rates, warehouse rates, processing rates.

23         Q      Again, the 60 percent is not written

24   anywhere, that's an experience?

25         A      It fluctuates.  As high as 60, but

143

1                          Ilias
2    it can go as low as to nothing.
3          Q      What circumstances do you have as
4    low as to nothing?
5          A      If it's a very, very, very large
6    account and the exposure is minimal.
7          Q      How do you know that it would be
8    charging a flat deposit?
9          A      I beg your pardon?
10         Q      You said it was your understanding
11   if it were reported as a rate, it would be charged
12   a flat fee for it, right?
13                How do you know that?
14         A      How do I know it's a flat fee for
15   it?
16         Q      Yes.
17         A      I would because I book it as a flat
18   deposit.
19         Q      Why would you do that?
20         A      Because that's the best way to
21   handle that transaction.  We want to keep it
22   separate from the annual reporting that was set
23   up.
24         Q      So in determining the premium that
25   you were going to charge on a contingent shipment,

145

1                           Ilias

2          Q      You wouldn't know?

3          A      No.

4          Q      How about if I showed you that

5   reinsurance?

6          A      Well, that has the war rate on it,

7   yes.

8                 I believe that stipulates the war

9   rate of .005.

10         Q      Is that of a multiplier to come up

11  with a blended rate?

12         A      I'm not understanding your question.

13         Q      You mentioned when you came up with

14  the blended rate, you have the marine rate

15  multiplied by the percentage of foreign exchanges,

16  correct?

17         A      Correct.

18                    MR. GINOS:  That was to arrive

19            at a premium.

20                    MR. BJORKMAN:  I am trying to

21            back in to figure out what the marine

22            rate would be.

23         A      If you do a ballpark figure.

24         Q      Sure.

25         A      .005 minus .023 would be .017.

Ilias

1
2          MR. GINOS:   You want to do the

3      math here?

4      Q     Or 180.  Along those lines?

5      A     Along those lines.

6      Q     So to come up with the contingency

7   rates, you would say .018, you multiply by .6?

8      A      .6, that's a reasonable assumption.

9      Q     Then you would multiply the rate

10  that you come up with by the value of the product

11  being shipped?

12     A     Correct.

13     Q     So, for example, the .018, that

14  figure, you multiply that by -- that's for every

15  hundred dollars, right?

16     A     Correct.

17     Q     Where does it say in Paragraph 52

18  that the shipment has to be declared prior to the

19  voyage?

20     A     It doesn't.

21     Q     If you would turn to Clause 1, what

22  does it mean where it says in consideration of

23  premiums at the agreed rates payable monthly or on

24  demand and funds currently in the United States on

25  all shipments coming within the scope of this

147

1                           Ilias

2      policy reported or not.

3                   What does the reported or not clause

4      mean?

5           A      Truthfully, I don't know.

6                       MR. BJORKMAN:  Let's mark this

7                   as Ilias 12.

8                       (Policy extension, Bates No.

9                   RY 00294 was marked as Ilias Exhibit

10                  No. 12 for identification, as of this

11                  date.)

12     BY MR. BJORKMAN:

13          Q      Can you identify what has been

14     marked as Exhibit 12?

15          A      Exhibit 12 is the policy extension

16     endorsement, spelled wrong.

17          Q      What does that indicate?

18          A      What do you mean?

19          Q      Extended for how long?

20          A      Extended appears to be from a

21     one-month period May 1, '01 to June 1, '01.

22          Q      The premium was for the month; is

23     that right?

24          A      That is correct.

25          Q      Do you recall any conversations with

162

Ilias

1

2          sees letters concerning declaration of coverage?

3                  A       No, once again, it's a claims

4          adjuster's function.

5                  Q       Did Mr. Daneman ever ask you whether

6          Zygo had given Royal notice under the contingency

7          clause of its shipment of the AFM from Florida to

8          Taiwan?

9                  A       I can't remember.

10                         I would recall, however, that he

11         asked Jamie Mulvaney for their shipment reports to

12         go through the declarations.

13                         And I believe that's how we went to

14         find out whether they are not reporting any

15         contingent shipments or not.

16                 Q       You asked to see what?

17                 A       At the end of the year, the insured

18         is supposed to report all the exposure under the

19         policy to pay any additional premium thereon.

20                         And they send it in either on their

21         own letter or a third party declaration to our

22         office and we adjust them accordingly.

23                         And I believe he did speak with

24         Jamie Mulvaney to find out what they had sent in

25         and if they declared any contingent shipment

163

1                            Ilias

2     reports.

3              Q       What is this report called?

4              A       It's called the annual adjustment.

5              Q       What is included in that?

6              A       It is supposed to include all their

7     exposures either on a primary or optional basis.

8              Q       What kind of information is given?

9              A       Depends on from insured to insured.

10    Some just report the total values, some break down

11    by segment lines.

12                     It all depends on how the policy is

13    constructed.

14             Q       Looking at Zygo's policy, where

15    would you look to find what should be reported?

16             A       They would need to report their

17    values -- well, at this stage that we are talking

18    about, at later stages when we moved the

19    warehouse.

20             Q    No, no, 1999, 2000.

21             A       It's not here.  In the copy that

22    goes to the client, they get a hard copy and I

23    believe in the first page on top of this it lists

24    out how to report a claim and I believe it lists

25    out how to send in their shipment reports.

164

1                              Ilias

2          Q      And that goes to the --

3          A      The client.

4          Q      Directly to the client?

5          A      No, sends to it Mathog for them to

6     check, then they are supposed to send a copy to

7     the client.

8          Q      Who is responsible for sending that

9     to Mathog & Moniello?

10         A      The specific occurrence I can't tell

11    you, but most of them would go to Jamie Mulvaney,

12    who sends most of them out.  If she got too busy,

13    I would chip in, type up a cover letter, please

14    review the terms and conditions contained therein

15    to make sure they are per our agreement.  It goes

16    out.

17         Q      Does Royal keep a copy of that?

18         A      Not necessarily, no.

19         Q      I'm sorry, what is that report

20    called?

21         A      Annual adjustment.

22         Q      The manner in which that report is

23    made, either on a total amount or lines or some

24    other basis, is in that cover letter and not in

25    the policy; is that right?

167

1                          Ilias

2                In that middle paragraph, it is

3      further understood, I would like to focus on the

4      language that says "and if the assured is unable

5      to collect a purchase price from the buyer in the

6      regular course, this company will advance the

7      amount of such loss pending collection from the

8      buyer."

9                Do you see that?

10          A      Uh-huh.

11          Q      What does that mean?

12          A      Basically what that is saying is,

13     "If the insured in this case took the option of

14     purchasing contingent coverage and the buyer

15     reneges on the deal and refuses to pay for the

16     goods in question, Royal and SunAlliance would pay

17     or provide Zygo with the total amount in question

18     and go after the third party.

19                "However, Zygo first has to

20     demonstrate that they have used every means at

21     their disposal to recoup these funds."

22          Q      They have to first show that they

23     have used reasonable means to recoup the funds?

24          A      Correct.

25          Q      Before they get paid by Royal?

168

1                              Ilias

2          A      No.

3          Q      So they get paid first and then they

4    have to go try to collect, right?

5          A      I don't know about first.  That

6    would probably be a question you would have to ask

7    Joe Daneman.

8                 I don't know when the trigger would

9    go into effect.

10         Q      I'm asking you in terms of what this

11   clause means.

12         A      The way I'm reading this, I don't

13   think it specifies exactly when the amount would

14   be advanced.

15         Q      Doesn't it say this company will

16   advance the amount of such loss pending collection

17   from the buyer?

18                Doesn't that mean before the

19   collection is actually made?

20         A      Well, it would have to be before the

21   collection is actually made, otherwise we wouldn't

22   have to forward them any funds.

23                From my opinion, I think the insured

24   would obviously first go after the buyer to say,

25   hey, where is my money, and then after time

169

1                                Ilias

2      elapsed and they realize they are not going to get

3      their money, they then come to the carrier and say

4      this is what I have done, they are not giving me

5      the money, can you please forward me the funds in

6      question.

7              I would continue to go through

8      reasonable means, to get it from them and by all

9      means go after them yourselves.

10         Q      When you say "by all means go after

11     them yourselves," that would mean, where it says

12     the latter share in the expense of such collection

13     in proportion to its interest herein.

14             So, for example, on a claim such as

15     this, it would be a $700,000 claim, $2.5 million

16     policy, the company would have the entire cost of

17     the collection, right?

18                 MR. GINOS:  Who is the

19              company?

20                 MR. BJORKMAN:  The company,

21              meaning Royal.

22         Q      Royal is the company in the policy,

23     right?

24         A      We would share any legal expenses in

25     getting the money back, yes.

FINK & CARNEY
REPORTING AND VIDEO SERVICES
39 West 37th Street, 6th Floor, New York, N.Y. 10018  (212) 869-1500

170

1                          Ilias

2          Q      And the sharing would be in

3    proportion to the company's relationship between

4    the value of the claim and the policy limits,

5    right?

6          A      No, no.  The total claim would be

7    based upon the total insured value.

8                 The limits of the policy have

9    nothing to do with it.

10         Q      Read that back --

11         A      The limit of liability of the policy

12   is the maximum limit that they can ship.  The

13   total insured value of the claim is what we are

14   concerned about.

15         Q      I'm trying to figure out the clause

16   that says sharing the expense of such collection

17   in proportion to its interests herein?

18         A      I'm afraid I don't know.

19         Q      Now, did you have anything to do

20   with Royal's investigation, if any, concerning

21   Zygo's attempts to collect from Nan Ya?

22         A      Could you be a little more precise?

23   Was I involved?

24         Q      Yes.

25         A      No.

171

1                          Ilias
2          Q     Did you do any investigation?
3          A     No.
4          Q     Did you do a factual investigation
5    with regard to any aspect of Zygo's claim for the
6    shipment to Taiwan?
7          A     The only thing I ever did with
8    respect to the shipment to Taiwan, I went on line
9    to find out the relationship between Zygo and Nan
10   Ya.  They were listed on their Web site, which I
11   forwarded.
12         Q     Nan Ya was listed by Zygo on the Web
13   site?
14         A     Yes, to the best of my recollection.
15         Q     As a customer?
16         A     As a customer.
17         Q     Did you do any investigation to
18   determine whether or not Zygo released Nan Ya from
19   having to pay for that shipment?
20         A     I did no investigation whatsoever.
21         Q     Do you recall any discussions with
22   Mr. Daneman concerning his interpretation of
23   Zygo's policy?
24         A     Not to the best of my recollection.
25         Q     Did he ever tell you if there was a

172

1                            Ilias

2       difference of opinion in the interpretation of the

3       policy between himself and the folks at Mathog &

4       Moniello?

5              A      Not to the best of my recollection.

6              Q      Do you recall talking to Mr. Snead

7       at Mathog & Moniello?

8              A      No.

9              Q      Do you recall any conversations with

10      Mr. Corsale concerning Zygo?

11             A      I do recall having a conversation

12      with Tony Corsale when I came back to New York in

13      2001 with Joe Daneman about the Zygo account and

14      some other accounts from Boston with respect to

15      exactly what was said in that meeting, long gone.

16                           MR. BJORKMAN:  I don't have

17                    any other questions.

18                           MR. GINOS:  I actually have

19                    maybe two.

20      CROSS-EXAMINATION

21      BY MR. GINOS:

22             Q      Would you look at Clause 52 in the

23      policy, the contingency coverage clause?

24             A      (Perusing document.)  Yes.

25             Q      I believe you testified this morning

173

Ilias

1

2      and this afternoon that in order for an assured to

3      get the contingency coverage under 52, he would

4      have to first declare contingent shipment and

5      agree to a premium; is that right?

6          A      That is right.

7          Q      And then I believe that Mr. Bjorkman

8      asked you this afternoon, when does that

9      declaration have to be made, and you said before

10     the shipment.

11             Do you recall that?

12         A     Yes.

13         Q     He then asked you where does it say

14     that it has to be made before the shipment, where

15     does it say that in Clause 52?

16             And you said it doesn't say that.

17     Do you recall that?

18         A     Yes, I do.

19         Q     Would you then explain to us why you

20     feel that the declaration has to be made before

21     the shipment, if it doesn't say so in the clause?

22         A     Keep in mind obviously that the

23     language is very old, which we have already spoken

24     about.

25             In my opinion, and that of the

1                                    Ilias

2       industry, it's standard and customary that they

3       would advise of a contingent shipment prior to any

4       known loss, since it sort of otherwise doesn't

5       make any sense.

6               Q       What do you mean it doesn't make any

7       sense?

8               A       If they advise of a $750,000 claim

9       which they wished to cover under the contingency

10      coverage, that's not really what I would refer to

11      as fortuitous losses.  That's something else.

12              Q       The only other question I have is

13      because I had not heard about this until you spoke

14      of it in answer to Mr. Bjorkman's questions a few

15      minutes ago.  And correct me if I have gotten this

16      wrong.

17              I think you testified that

18      Mr. Daneman asked someone whether or not Zygo had

19      declared this particular shipment that's at issue.

20              Do you recall that?

21      A       Yes.

22              MR. BJORKMAN:  Let me just

23              object to the form.

24      Q       Who was the person he asked?

25      A       To the best of my knowledge, it was