# EXHIBIT 24

Page 1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
 3
      - - - - - - - - - - - - - - - - - )
 4                                      )
                                        )
      ROYAL INSURANCE COMPANY OF AMERICA,)  Case No.
 5                                      )  CIV 3:01 1317
                           Plaintiff,   )  (GLG)
 6                                      )
                                        )
          VS.                           )
 7                                      )
                                        )
      ZYGO CORPORATION,                 )
 8                                      )
                                        )
                           Defendant.   )
 9                                      )
      - - - - - - - - - - - - - - - - - )
10                                      )
                                        )
      ROYAL INSURANCE COMPANY OF AMERICA,)
11                                      )
                Third-Party Plaintiff,  )
12                                      )
                                        )
          VS.                           )
13                                      )
                                        )
      NAN YA TECHNOLOGY CORPORATION,    )
14                                      )
                Third-Party Defendant.  )
15                                      )
      - - - - - - - - - - - - - - - - - )
16
17
            DEPOSITION OF:  TIMOTHY ALVIN SMITH
18          DATE:  JANUARY 22, 2004
            HELD AT:  WIGGIN AND DANA
19                    ONE CENTURY TOWER
                      NEW HAVEN, CONNECTICUT
20
21
22    Reporter:  Sandra V. Semevolos, RMR, CRR, LSR #00074
               BRANDON SMITH REPORTING SERVICE
23                 44 Capitol Avenue
                   Hartford, CT  06106
24                 Tel (860) 549-1850
25
```

Page 6

STIPULATIONS

It is stipulated by counsel for the parties that all objections are reserved until the time of trial, except those objections as are directed to the form of the question.

It is stipulated and agreed between counsel for the parties that the proof of the authority of the Notary Public before whom this deposition is taken is waived.

It is further stipulated that any defects in the notice are waived.

It is further stipulated that the reading and signing of the deposition transcript by the witness may be signed before any Notary Public.

Page 7

1  (Deposition commenced at 9:49 a.m.)
2  TIMOTHY ALVIN SMITH, Deponent, of Zygo
3  Corporation, No. 40, Hsien Cheng 5th
4  Street, Chu Pei City, Hsincho Hsien,
5  Taiwan, R.O.C. 302, being first duly sworn,
6  deposes and states as follows:
7
8  DIRECT EXAMINATION BY MR. GINOS:
9  Q  Good morning, Mr. Smith.
10 A  Good morning.
11 Q  My name is Geoffrey Ginos. I represent
12 Royal in this litigation, and I'll be asking you some
13 questions.
14    I found out this morning that you have a
15 flight this afternoon, and you'd like to leave by
16 2:00 p.m. --
17 A  Yes.
18 Q  -- in order to make that flight. I will do
19 the best I can to see that we can get you out of
20 here.
21 A  Thank you.
22 Q  I can't guarantee it, but I'll do the best
23 I can. Just so you don't worry all morning, the
24 thickness of the piles of documents here doesn't mean
25 I'm going to show you every document in there.

Page 8

1  A  Thank you.
2  Q  Can you give us your full name and your
3  home address for the record.
4  A  My name is Timothy Alvin Smith. My home
5  address is Number 41, Lane 146 Shing Yi Road, Peitou,
6  Taipei, Taiwan.
7  Q  And by whom are you presently employed?
8  A  Zygo Corporation.
9  Q  And can you identify Zygo in terms of where
10 its headquarters are?
11 A  Zygo's headquarters are located in
12 Middlefield, Connecticut.
13 Q  Does Zygo have any other offices at the
14 present time?
15 A  We have two offices in Asia, and we have
16 offices in Europe.
17 Q  Where are the offices in Asia?
18 A  We have one office located in Chu Pei City,
19 Taiwan, and we have an office located in Singapore.
20 Q  What office do you work out of?
21 A  In the Chu Pei office, Taiwan.
22 Q  What is your present title or position
23 at --
24 A  Managing director, Asia --
25 Q  I'm sorry. Let me finish the question just

Page 9

1  so I have a clear record.
2  A  Okay.
3  Q  What is your title or position working for
4  Zygo Corporation?
5  A  My title is managing director of Asia
6  Pacific.
7  Q  Are you employed by anyone else, or do any
8  other kind of part-time work at the present?
9  A  No.
10 Q  What are your present duties in a general
11 sense?
12 A  In a general sense, managing sales and
13 service, managing agents for Zygo Corporation
14 throughout the Pacific rim outside of Japan, other
15 than Japan.
16 Q  When were you first employed by Zygo
17 Corporation?
18 A  In May of 1999.
19    MR. BJORKMAN: Can we take one time
20 out just to get the lunch order?
21    MR. GINOS: Sure.
22    (Pause.)
23 BY MR. GINOS:
24 Q  I believe you said you began at your
25 employment with Zygo in 1999. Have you been employed

Page 158

1  this e-mail saying agreed, agreed, agreed, and then
2  Billy responds, please put that in a formal document,
3  you know, on your letterhead saying that you agree,
4  and that's the last page in this, and I am simply
5  reading the conditions set and asking him not whether
6  Mr. Martin agreed or didn't agree, simply asking him
7  did anyone tell you that Zygo agreed to this and he
8  can saying nobody.
9       MR. BJORKMAN: Why can't you just ask
10  him that?
11       MR. GINOS: Because I'm conducting the
12  examination, and I want the documents in as exhibits.
13       MR. BJORKMAN: Well, they are in.
14       MR. GINOS: But you are just taking up
15  time.
16       MR. BJORKMAN: I'm taking up time?
17  Okay.
18       MR. GINOS: That's right. You are
19  wasting time, Ian.
20       MR. BJORKMAN: I'm wasting time by
21  questioning why you have to read in three documents,
22  three lengthy documents that he wasn't even copied
23  on?
24       MR. GINOS: First of all, I'm not
25  reading the entire document. Let's just stop this.

Page 159

1  You are wasting time with this back and forth. You
2  can register an objection. You did. Let's go on.
3  BY MR. GINOS:
4     Q  Continuing, it says in there "I also agree
5  that we will have Mr. Walsh assess the salvage value
6  of both machine 1 and 2 and the average salvage value
7  will apply equally to both machines."
8       Prior to attending the November 13 meeting,
9  did anyone from Zygo tell you that Zygo had agreed to
10  that?
11     A  No, sir. All communications were between
12  Mr. Martin and Mr. Wu directly.
13     Q  Turning to page 2 of Smith 25, who is Denna
14  Suchy, who is the addressee of that e-mail?
15     A  Denna Suchy, she was a secretary, whatever,
16  in Zygo at that time. I think Larry's secretary.
17  She hasn't been with us for sometime.
18     Q  All right. According to the Billy Wu
19  e-mail, which is page 2 of this exhibit, "Dear Larry,
20  we are glad to receive your message to agree the
21  points Nan Ya requested. Please send us a formal
22  letter via fax stating these three points. So that
23  we can send to Nan Ya for confirmation and prepare to
24  send back the systems in advance."
25       Did you know that Mr. Martin had been

Page 160

1  requested to provide a formal letter to Nan Ya
2  stating whatever it was that he was supposedly
3  agreeing to?
4     A  No, sir.
5     Q  I take it you were never provided with a
6  copy of page 2, and then turning to page 3 of 3 of
7  this exhibit, look at page 3, which is Larry Martin's
8  letter to Mr. Billy Wu. Take your time and read that
9  one, the third page.
10       (Pause.)
11     A  Okay. I've never seen this document
12  before.
13  BY MR. GINOS:
14     Q  Okay. As of the time you walked into that
15  November 13th, 2000 meeting, were you aware of the
16  agreements on the points covered in the Zygo letter
17  to Billy Wu dated October 27th, that's page 3?
18     A  No, sir.
19     Q  Billy didn't tell you about these and
20  Mr. Martin didn't?
21     A  Billy was handling everything. If all of
22  this was done, I question at this time why wasn't
23  Billy at the meeting if he was negotiating this. I
24  have no idea.
25       MR. GINOS: Let me hand you this is to

Page 161

1  be marked as 26.
2       Let me for the record -- if there is
3  no objection, apparently the Bates number 92 slid off
4  on the copy. These are identical. It's Bates number
5  92, but it's badly copied. I'm just going to write
6  in the 92, okay?
7       MR. BJORKMAN: Okay.
8       MR. GINOS: Bates numbers 92, 93. I
9  ask that be marked as Smith Exhibit 26.
10       (Smith Exhibit 26, Two-page document,
11  NY 92 and NY 93, marked for identification.)
12  BY MR. GINOS:
13     Q  Mr. Smith, look at this. I know you don't
14  read Chinese.
15     A  Thank you.
16     Q  But I see your signature on the first page,
17  Timothy A. Smith; is that right?
18     A  That's correct.
19     Q  Is that your signature?
20     A  Timothy A., yes.
21     Q  Do you recognize this document?
22     A  Yes.
23     Q  Even if you can't read it?
24     A  Yes, I do.
25     Q  What is it? Can you identify that?

Page 162

1    A    Basically it was our normal meeting
2    minutes. We have a meeting, somebody takes meeting
3    minutes, put it in Chinese, pass it around the table
4    for everybody to sign and we are done. It lists the
5    attendees.
6    Q    What do you recall as far as where that
7    meeting took place physically, where it was? I know
8    it was Taiwan, but where?
9    A    It was in the Sun Tower, I believe. I
10   believe it was the Sun Insurance building, in fact,
11   in downtown Taipei.
12   Q    And in whose offices, if you know?
13   A    That I don't know. I don't remember.
14   Q    I take it it wasn't Zygo's office?
15   A    No, no.
16   Q    Do you know if it was Lee-Tech's?
17   A    No. It was Nan Ya.
18   Q    So it was Nan Ya's office?
19   A    It was Nan Ya's office downtown.
20   Q    Do you know whether it was possibly Tokyo
21   Marine's or was it Nan Ya's?
22   A    It could very well have been Tokyo Marine's
23   because I have a memory of it being in the Sun
24   Insurance building.
25   Q    What time of day was it? Night, morning,

Page 163

1    afternoon?
2    A    I believe it was an afternoon meeting.
3    Q    How long, best you can recall, did the
4    meeting last?
5    A    I think about two hours.
6    Q    Two hours. Who was present at that
7    meeting?
8    A    That meeting was Kelvin Walch, myself, Stan
9    Lay and other members.
10   Q    You, I take it, were representing Zygo?
11   A    Yes.
12   Q    Was Kelvin Walch there on behalf of Zygo?
13   A    Yes.
14   Q    And Stan Lay as well?
15   A    Yes.
16   Q    The other people who were there, I take it,
17   were representing Nan Ya and Tokyo Marine; is that
18   correct?
19   A    Correct.
20   Q    The people who represented Nan Ya were
21   who? Do you recall their names?
22   A    No, sir.
23   Q    Did they speak any English, broken English?
24   A    They spoke some English.
25   Q    Some English?

Page 164

1    A    Yes, because we did enter into cordial
2    conversation in English.
3    Q    Sort of social?
4    A    Right.
5    Q    "Good morning, sir, how are you?"
6    A    Right. So I don't know the depth of their
7    understanding.
8    Q    Tell us to what extent, other than the
9    social chitchat, when people got down and started
10   discussing whatever the business issues were, were
11   those discussions partly in English, partly in
12   Chinese, completely in English. Give us an idea of
13   how that was conducted, in terms of the language.
14   A    It was almost entirely in Chinese because I
15   remember Kelvin asking for a lot of help. There were
16   a lot of questions again around the packaging issues,
17   and that sort of thing. That was all coming back up
18   again, the same thing that Sylvain had visited on the
19   first meeting.
20   Q    When you say "Kelvin asking for a lot of
21   help," you mean with interpreting or what?
22   A    Yeah. Kelvin was asking Stan Lay for
23   support. Stan was trying to communicate the issues
24   around the packaging, and at that time, Kelvin was
25   also doing a survey of the tools for salvage. I knew

Page 165

1    that was one of his purposes for being there, and
2    that's about the extent.
3    Q    Of the two hours, how much would you say
4    was spent in business discussions as opposed to
5    chitchat or coffee breaks or whatever else?
6    A    Maybe 60, 70 percent of it. It was a lot
7    of camaraderie among the Chinese and a lot of tea
8    drinking and festivities.
9    Q    Okay. Was there a written agenda for the
10   meeting?
11   A    No.
12   Q    Who opened it off? Once you got past the
13   chitchat, what was the first topic?
14   A    Effectively the Nan Ya people opened it,
15   and the question was concerning when were we going to
16   provide them working tools, what we were going to do.
17   Q    By "working tools," you mean a working AFM?
18   A    Exactly, a working AFM, and Kelvin gave his
19   report on the status of the machines that were there,
20   that were damaged, and what he felt he needed to do
21   to repair them. Let's see. What else?
22   Q    Did he believe they were repairable?
23   A    He believed he could salvage parts. He was
24   looking for salvaging parts.
25   Q    But in terms --

Page 166

1  A  Take two machines and build one.
2  Q  I see. He indicated he thought that was
3  feasible?
4  A  That was the feeling that I walked away
5  with, yes.
6  Q  What, if anything, was said by Nan Ya's
7  people regarding the loaner not being -- being of use
8  to them, being used, not being used, needing
9  training, you know, about the loaner? If they were
10 saying when are you going to give us a working AFM,
11 what, if anything, was said relating to that loaner
12 as far as that related to having a working AFM?
13 A  Kelvin in fact addressed Stan Lay on that
14 issue. Stan addressed the representatives from Nan
15 Ya. Their position was when we solve the problem,
16 this may be where you begin to use the word
17 "hostage," they needed a working tool. When the
18 issue was solved around getting them a working tool,
19 they could provide us a loaner. They could provide
20 the loaner back to Zygo.
21 Q  Okay, but --
22 A  Again, it was a matter of need on their
23 part, needing a working tool.
24 Q  What I honestly don't understand is --
25 A  Go ahead.

Page 167

1  Q  -- is it your impression that they weren't
2  able to use or were not using the loaner, or was it
3  that, well, we are using the loaner, but we need a
4  permanent machine, or, you are not sure what they
5  meant?
6  A  I believe they were using the loaner.
7  Q  And what else, if anything, can you recall
8  about them saying with respect to the loaner?
9  A  Literally that was it. There were no
10 threats. It was not a hostile conversation or
11 anything of that nature. It was a very open and
12 honest conversation about the tools.
13 Q  Well, assuming that Mr. Martin was telling
14 the truth in his October e-mail, that he had a
15 customer for the loaner, and he was losing money
16 unless he got it back, to what extent, if any,
17 however friendly it might be, was pressure attempted
18 to be put on Nan Ya to "let my loaner go," you know,
19 "give it back to us?" What, if anything, was said in
20 the meeting about "give us our loaner, damn it?"
21 A  Very little. Stan indicated basically that
22 Billy Wu was handling that, so he was reluctant to
23 bring it up. We brought it up in English to Stan and
24 brought it up to the other folks, and I felt assured
25 they understood exactly, but chose to not understand.

Page 168

1  Q  Or at least not indicate?
2  A  At least not indicate an understanding of
3  what we were talking about.
4  Q  All right. What else was said, if
5  anything, about the loaner, other than what you've
6  already --
7  A  To my recollection, that's all I know.
8  Q  What did they say they wanted from Zygo
9  before they would let the loaner go? Because you
10 said you were getting the feeling they were holding
11 it hostage.
12 A  No, no.
13 Q  If I misunderstood you, then correct me.
14    What was the -- you had referred earlier to
15 your getting an impression or a feeling that they
16 were holding it --
17 A  I think that's where the feeling of things
18 being held hostage comes from. In reality, what the
19 customer wanted was a working tool. He was trying to
20 find a solution to get a working tool, and Kelvin
21 brought up the salvage issues and other things, but
22 unfortunately, the details that were in this, the
23 exhibit that we just read, were not expressed in that
24 meeting.
25    Now, this may have been done behind the

Page 169

1  scenes with Billy Wu. Billy Wu did not attend this
2  meeting. This creates a lot of questions in my mind,
3  if all of these negotiations were occurring, why he
4  did not attend that meeting. I can't answer that.
5  Q  Well, don't speculate.
6     MR. BJORKMAN: Yes, don't speculate.
7  Just answer what you know.
8  BY MR. GINOS:
9  Q  Drawing your attention --
10    MR. BJORKMAN: I just want to take two
11 minutes. It's almost 2:00. I just want to talk to
12 the witness about time.
13    MR. GINOS: Yes.
14    (Whereupon, a recess was taken from
15 1:55 p.m. until 2:00 p.m.)
16 BY MR. GINOS:
17 Q  One housekeeping, what I'd like to do is,
18 originally they were stapled, and I guess in the
19 Xeroxing, they got separated, I intended to have
20 attached to the two-page minutes that are in Chinese
21 the Nan Ya allegedly accurate translation of those
22 minutes, and so I'd like to attach Nan Ya NY 20 and
23 21, make that part of 26, if we can just staple those
24 translated pages, instead of two exhibits, we will
25 simply have just one.

Page 170

1      And I cannot vouch, Mr. Smith, for the
2  accuracy of the translation until we know otherwise.
3  I'm just assuming it's reasonably accurate.
4      It says in English, "Recipient: All
5  attendees. Copy to: Reason: In the matter of AFM
6  compensation and discussion for the unit salvage
7  value."
8      MR. BJORKMAN: Where are you reading
9  from?
10 BY MR. GINOS:
11 Q   Notice of Meeting, right at the top.
12     "Person holding the meeting: Cheng
13 Kuang-chung, senior member." You can get these off
14 the document.
15     Do you remember Mr. Cheng Kuang-chung?
16 A   Uh-huh.
17 Q   Was he the senior guy there?
18 A   Uh-huh. Purchasing.
19 Q   And he was from purchasing, as it says
20 there?
21 A   Yes.
22 Q   And then it says "Tsai Yalin, Purchasing,
23 Management Section."
24     Do you recall Tsai Yalin now that you are
25 looking at these names?

Page 171

1      MR. BJORKMAN: What do you mean
2  recall?
3      MR. GINOS: Recall by name, yes, there
4  was a Mr. Tsai Yalin. If he doesn't recall the name,
5  he can say, well, no, I don't recall the name, but I
6  recall another guy from purchasing was there.
7  A   Yeah, the only one, Mr. Cheng from
8  purchasing, I've spoken with him before.
9  Q   Then Ho Chun-chieh, Kuo-tai Notary
10 Company. Was there a notary there?
11 A   Not to my knowledge.
12 Q   Or if he was a notary --
13 A   Not introduced.
14 Q   -- he was not introduced?
15 A   No cards were produced with anyone's name
16 indicating a notary company.
17 Q   The next name is Chen Kuo-cheng, who is
18 listed there as being from the Taiwan Property
19 Insurance Company.
20     Do you recall either his name now or --
21 A   No, sir.
22 Q   -- the name of that company?
23 A   No.
24 Q   Wu Chung-hsien, CEO, Chu Jin Technology
25 Company. Do you remember somebody from that company

Page 172

1  being there?
2  A   No.
3  Q   Was there anyone described --
4  A   I don't remember the persons. This is five
5  years ago.
6  Q   All right. Was anyone on the other side of
7  the table, so to speak, introduced as being a
8  technical person, an engineer with knowledge of these
9  machines or of the damage to them?
10 A   Not that I remember.
11 Q   Now, on Nan Ya Bates number 21 page, it
12 says "Explanation," and then it says, under item 3,
13 "Q8001 remains 20 percent unpaid." Then it says
14 "US$138,000, Chu Jin Technology Corporation agreed to
15 pay the amount $109,075 after the deduction of
16 salvage value."
17     Do you recall being told at the meeting on
18 November 13th that Chu Jin Technology Corporation
19 agreed to pay $109,075 after the deduction of salvage
20 value?
21 A   I do not recall.
22 Q   Do you know who Chu Jin Technology
23 Corporation is?
24 A   No, I do not. I don't recognize the name.
25 Q   It then says under 4, "Q79002 will be

Page 173

1  returned to the manufacturer, no payment is
2  required."
3      Did anyone tell you what 4 says there?
4  A   No.
5  Q   What were you told as far as -- strike
6  that.
7      By the end of the meeting on the 13th, did
8  you have any understanding from any source, and you
9  can tell us where you got it, as to whether anything
10 had been agreed at that meeting, any commitments had
11 been made and agreements reached between the parties?
12 A   No agreements were made or commitments
13 reached because you don't do it in the form of
14 meeting minutes.
15 Q   No, no.
16     MR. BJORKMAN: Wait, let him finish
17 his answer.
18 BY MR. GINOS:
19 Q   Okay. Go ahead.
20 A   The normal style is after a meeting like
21 that, you would have the meeting minutes, but there
22 is a formal -- there would be a formal agreement,
23 okay. Those agreements in Taiwan are normally, if
24 they are dealing with a foreign company, it would be
25 in English. We don't deal in Chinese. Business is

Page 174

1 not done in Chinese.
2  Q  I didn't ask that question.
3      MR. BJORKMAN: He didn't finish
4 answering.
5      MR. GINOS: I'll move to strike it
6 because it's not responsive.
7      MR. BJORKMAN: It is responsive.
8      MR. GINOS: It is not responsive.
9      MR. BJORKMAN: Good grief.
10     MR. GINOS: I asked a question, and he
11 is giving me a whole bunch of stuff I didn't ask
12 for. My question was very simple.
13     MR. BJORKMAN: Can we go off the
14 record for a second?
15     MR. GINOS: Yeah.
16     (Off the record discussion.)
17 BY MR. GINOS:
18  Q  My question, let me repeat it, divorced
19 completely from this, the minutes, forget the
20 minutes. My question to you is simply whether by the
21 end of the November 13th meeting you understood from
22 the discussions in English or in Chinese as
23 translated --
24  A  Correct.
25  Q  -- whether there had been some resolution

Page 175

1 of issues or agreement reached on issues, and if so,
2 what issues had been agreed, what had been agreed?
3  A  I left that meeting feeling that there had
4 been no agreements and no issues addressed, so I was
5 very disappointed with the meeting, quite frankly.
6  Q  And I take it that if any such agreements
7 had been reached prior to the meeting between
8 Mr. Martin through Mr. Wu, you had not been privy to
9 any of that?
10  A  No, sir. I'm not copied on any of the
11 information.
12  Q  I understand.
13  A  Quite simple.
14  Q  Sounds like the many meetings I've attended
15 in Saudi Arabia where everything takes place before
16 or after --
17  A  Chinese daisy chain.
18  Q  Well, you know, stuff is -- things happen,
19 but they are invisible.
20     Now, when you sign -- strike that.
21     Do you know how this was prepared? I can't
22 tell. Is this from a typewriter, a laptop and then
23 printed? You were there, I wasn't.
24     I'm now referring to 26, the minutes that
25 are in Chinese. They look like they are typed up.

Page 176

1  A  Well, some of this is standard format, and
2 then, you know, you can tell the stuff that's written
3 in, the characters that are written in. These points
4 on the bottom right, what he is talking about with
5 amounts.
6  Q  I'm sorry, what page are we on?
7  A  The very first page. If you look here in
8 the bottom right-hand corner, you will see the
9 Chun-chieh there is written, it's handwritten. Down
10 here.
11  Q  Yes. So they know in advance who is going
12 to be there, so you are saying that some of the
13 boilerplate --
14  A  Yeah, you'll notice they didn't know I was
15 going to be there. That's why they didn't even have
16 my name on here.
17  Q  Right. They had to put it in?
18  A  That's correct.
19  Q  So some of this is prepared in advance in
20 anticipation that they are going to make it up?
21  A  Right.
22  Q  But then if someone that they don't know is
23 going to be there shows up, you have to right your
24 name in?
25  A  Yes. Well, everyone wrote their name in

Page 177

1 here. They actually put in the characters, typed
2 them in, but you'll notice that everybody signed
3 their Chinese name also. Surprisingly Kelvin didn't
4 sign his name.
5  Q  The next page which is 93, looking at that,
6 was that all prepared before you got there? Do you
7 know?
8  A  I'm not sure what this -- possibly. I'm
9 not sure.
10  Q  Just to be clear and accurate, page 1,
11 which is Nan Ya 92, you signed that?
12  A  Yes.
13  Q  It was presented to you and you signed it?
14  A  Right.
15  Q  Page 2, was that attached to it?
16  A  I do not remember this sheet at all.
17 That's one of the --
18  Q  Okay.
19  A  This came, the single front sheet came
20 around at the end of the meeting, which is normal and
21 everybody, signed as here.
22  Q  And then page 2, you don't recall seeing
23 it.
24  A  I don't recall this being attached, sir.
25  Q  I'm not representing it was attached.

Page 178

1  A  Well, the other thing is if it was, we
2  would all have to initial this. The standard policy
3  would be to initial this, too, okay.
4  Q  Fine.
5  A  And it's not initialed by anyone.
6  Q  Well, we will have it translated in due
7  course. When you signed this, did you ask the
8  Lee-Tech representative to look it over and give you
9  a quick --
10 A  Right.
11 Q  -- summary of what it said?
12 A  Yes.
13 Q  Why did you do that?
14 A  I always do that. You know, I don't like
15 to put my name on anything, but basically he said
16 this is just the meeting minutes. I said, is there
17 any substance here? No, there is no substance. I
18 believe that completely because, as I started to say
19 before, it's just a different way of doing business
20 over there. We would have an agreement, formal
21 agreement written and signed by everybody. You don't
22 do business on just meeting minutes.
23 Q  I take it, however, that it's also not
24 normal in your experience for you to be sent to a
25 meeting and not be told prior to it about all the

Page 179

1  negotiations and agreements leading up to it?
2  A  Exactly. Had I been authorized to do any
3  negotiations, I would have been provided all the
4  detail in the beginning. I do not believe that
5  anybody expected me to go there for the purpose of
6  negotiating any deal, nor did I represent Zygo in a
7  negotiating fashion.
8  Q  Nan Ya released the loaner, did it not,
9  shortly after the meeting? Do you know that?
10 A  No. I'm not sure when and how that was
11 released, no.
12 Q  You don't know that it was released?
13 A  No.
14 Q  Nan Ya paid the remaining 20 percent of the
15 amount due on the first unit; do you know that?
16 A  No, I did not know that.
17 Q  You didn't know that either. So it
18 worked. You didn't even know.
19 A  Right.
20 Q  All right. Let's move on.
21       THE COURT REPORTER: Excuse me. Can
22 we stop to eat?
23       MR. BJORKMAN: Yes.
24       MR. GINOS: Yes, why don't we take a
25 short break. We'll take a 20-minute lunch break, a

Page 180

1  half hour.
2       (Whereupon, the witness was excused,
3  and a recess was taken for luncheon at 2:17 p.m.)

Page 181

1              AFTERNOON SESSION
2              2:41 O'CLOCK P.M.
3              TIMOTHY ALVIN SMITH
4       having been previously duly sworn,
5       resumed the stand, testifying further on
6       his oath as follows:
7       MR. GINOS: Let's mark as 27 a
8  one-page letter on Royal letterhead dated November
9  10, 2000, to Zygo. 227 is the Bates number.
10      (Smith Exhibit 27, One-page letter to
11 Matt Weidman from Joseph Daneman dated November 10,
12 2000, marked for identification.)
13 BY MR. GINOS:
14 Q  I don't believe you received a copy of
15 this. Perhaps you were shown a copy of it. Will you
16 look at this and tell us whether you've seen a copy
17 of this before today.
18 A  No. I've never seen anything from Royal
19 Sun.
20 Q  It says from Royal to Matt Weidman, who I
21 will represent to you is a broker for -- insurance
22 broker acting on behalf of Zygo.
23 A  Okay.
24 Q  And it's concerning the Nan Ya AFMs. It
25 says "Dear Matt, further to our handling of this

Page 186

1  physically shipped back to the United States, and
2  there was no need for him to stay is the point.
3  BY MR. GINOS:
4      Q   Did you have any understanding then or now
5  as to what was meant by the sentence "Nan Ya won't
6  hold the system as everything have been fixed?"
7      A   No.
8      Q   Okay. Did you do anything after you read
9  this? Did you contact anyone to discuss it?
10     A   No. Lee-Tech was handling it.
11     Q   Did you ask anybody what it meant?
12     A   No.
13     Q   How come?
14     A   There was no reason for me to.
15     Q   Why not?
16     A   This was a Lee-Tech, Larry Martin, Kelvin
17 deal.
18     Q   All right. Now, turning to page 2, middle
19 of the page, there is another e-mail that seems to be
20 from Larry Martin to Lee-Tech and to you.
21     Can you decipher for us who it's from? You
22 are mentioned on it. I can't tell whether --
23     A   What page are you looking at?
24     Q   Page 677, middle of the page.
25         MR. BJORKMAN: I think he is referring

Page 187

1  to this one.
2      A   Yeah, this is prior to this message up
3  here. This is a thread of e-mails.
4  BY MR. GINOS:
5      Q   Right. But I see there is a November 13th,
6  2000, 8:57 p.m. just prior to the one we were
7  discussing --
8      A   Right.
9      Q   -- and after the afternoon meeting on the
10 13th.
11     Are you cc'd on this or directly?
12     A   Cc'd on this.
13     Q   You are cc'd.
14     A   It looks like.
15     Q   And it's from Larry Martin to Lee-Tech,
16 Taipei. It says "I want to thank all of you for the
17 effort put in to resolve this situation."
18     Well, this is hours after you walked out of
19 the meeting that you said you were disappointed
20 because you didn't think --
21     A   Anything had been resolved.
22     Q   Right.
23     A   Right.
24     Q   So when you saw that Martin was saying here
25 "I thank you for resolving this," were you surprised,

Page 188

1  just a little?
2      A   Certainly, but if you look at all the other
3  e-mails that I was never copied on, never
4  communicated with, it's not really surprising.
5          MR. BJORKMAN: There is also another
6  e-mail in this chain.
7      A   There were many e-mails flying back and
8  forth. Some I was copied on, most I was not.
9      Had Zygo authorized me or requested that I
10 negotiate this, I would have executed it, I would
11 have done that. But from the very beginning, it was
12 a Lee-Tech negotiation all the way. They were his
13 customers, that's what the AFM group wanted, that's
14 what corporate wanted. They were involved with the
15 tool. They handled it, period.
16     So that's why I continue to say time and
17 time again, I had very, very little involvement in
18 this, other than the attendance at two meetings, and
19 then was not kept abreast of the issues surrounding
20 this particular case. Everything I knew was all
21 secondhand information, so I was of very little
22 value.
23     Q   All right. Let's move on.
24     Before I go document by document, after the
25 November 13th, 2000 meeting --

Page 189

1      A   Yes.
2      Q   -- aside from being copied on some e-mails,
3  for example, the ones we were just looking at, did
4  you participate in any other meetings relating to the
5  AFMs?
6      A   Not to my knowledge.
7      Q   The same question, but slightly different,
8  after the November 13th meeting, did you participate
9  in any discussions, face to face or on the phone,
10 that you can remember, relating to the AFMs?
11     A   Yes. Relative to the AFMs, to answer your
12 question, but it was an AFM that was installed at a
13 company called Promos, had nothing to do with Nan
14 Ya.
15     Q   I didn't mean --
16     A   I understand.
17     Q   My question, the way it was stated relative
18 to the AFMs, I meant strictly the --
19     A   Nan Ya.
20     Q   -- two damaged and one loaner AFM that had
21 been sent to Nan Ya.
22     A   No.
23         MR. GINOS: Let's mark these as 29.
24         (Smith Exhibit 29, One-page
25 handwritten document, Zygo 506, marked for

Page 202

1  BY MR. GINOS:
2    Q  Was that mentioned by you -- was your
3  request to Stan to mention the return of the loaner
4  to tell them that we want it back, was that on the
5  basis, was that done by you because of your
6  conversation with Mr. Martin about more than a month
7  before?
8    A  Right. Not by clear direction.
9        MR. BJORKMAN:  Off the record one
10 second.
11       (Off the record discussion.)
12       (Record was read by the Court
13 Reporter.)
14       MR. BJORKMAN:  "Not by clear
15 direction."
16       THE WITNESS:  In other words, I wasn't
17 directed to ask that.
18       MR. BJORKMAN:  Right, I got you.
19       THE WITNESS:  Losing my ability to
20 articulate.
21       MR. BJORKMAN:  You are doing fine.
22       THE WITNESS:  I still have trouble
23 with Chinese.
24 BY MR. GINOS:
25    Q  After the meeting, did you report to

Page 203

1  Mr. Martin on what had transpired at the meeting?
2    A  No. That was done by --
3    Q  To clarify for the record, I'm talking
4  about the November 13, 2000 meeting.
5    A  No. All reference to the meeting was
6  communicated by Kelvin and Lee-Tech.
7    Q  With reference to Exhibit 30, I now draw
8  your attention a few pages after your -- right after
9  your affidavit is the affidavit of Lawrence Martin.
10 Do you see that? Have you found it yet?
11   A  Yes.
12   Q  Turning to page 5 of his affidavit,
13 paragraph 24, "I understand that in November 2000,
14 after the salvage value of the two damaged AFMs was
15 determined, a meeting was held among representatives
16 of Nan Ya, Nan Ya's insurer and Zygo. Timothy Smith
17 was Zygo's representative at that meeting." Let me
18 stop there.
19      He didn't say it's the November 13th
20 meeting, but was there any other meeting you are
21 aware of that took place in November of 2000 that you
22 were involved with, other than the November 13th
23 meeting on the AFMs?
24   A  Yes, there was. But that did not involve
25 everyone. That was just with the fab manager.

Page 204

1        (Telephone rings.)
2        MR. GINOS:  I hope this is important.
3        (Off the record discussion.)
4    A  The issue here is, yes, there was a meeting
5  held in Linko at their plant site with their manager.
6  BY MR. GINOS:
7    Q  This is Nan Ya's plant?
8    A  Nan Ya's plant. And that's when this
9  subject was discussed, but the insurer wasn't there.
10   Q  On the basis that there was no insurer
11 there at this other meeting at the plant, do you
12 believe that the meeting being referred to in
13 paragraph 24 by Mr. Martin was the November 13
14 meeting, since it references not only you, but
15 everybody else?
16       MR. BJORKMAN:  Object to the form of
17 the question.
18   A  Frankly, I don't know at this point.
19 BY MR. GINOS:
20   Q  All right. Well, it says "For the purposes
21 of this meeting, Mr. Smith reported to me, and I
22 authorized Tim Smith to offset the amount that Nan Ya
23 owed on the first AFM by the average salvage value of
24 the two damaged AFMs."
25   A  That's correct.

Page 205

1    Q  At what point in time did he do that? Was
2  that after the 13th meeting?
3    A  That's what I'm struggling with right now,
4  is the time frame when that occurred. Frankly, I
5  don't remember the series of events before or after.
6    Q  Let's read just a little bit further to
7  help you, because the next paragraph, continuing, "I
8  received reports that at the November meeting Nan Ya
9  agreed to pay the balance due on the first AFM with a
10 deduction for the average salvage value of the two
11 damaged AFMs. I was asked to write a letter
12 confirming Zygo's agreement. Accordingly, on
13 November 15, 2000, I sent a letter to Nan Ya," and it
14 continues.
15      So he is asked to write a letter after
16 that November meeting, and he does write a letter on
17 November 15, it's within the time frame, but I don't
18 know.
19   A  Right. It corresponds with Lee-Tech's,
20 Billy Wu's e-mail sometime back indicating he was
21 requesting a letter.
22   Q  Right.
23   A  And this is what Larry is referring to, so
24 it's in that window of time, so I believe frankly it
25 was after the meeting.

Page 206

1  Q  Okay. I take it then from what you
2  testified a couple of minutes ago, the statement at
3  the beginning of Mr. Martin's paragraph 25, "I
4  received reports that at the November meeting,"
5  assuming that's the November 13th meeting, I think
6  you said earlier that you didn't give him a report on
7  that meeting, you think Kelvin Walch did?
8  A  Yes, I think Kelvin Walch probably provided
9  a documented report, because I do not remember
10 creating a document, anything on a document. There
11 was nothing on my computers or in my files relative
12 to this.
13 Q  Now, what is the basis for your thinking,
14 what conversation, what leads you to believe Kelvin
15 Walch may have provided some sort of written report?
16 A  Because Kelvin was very good. He is a
17 service guy. He is very used to putting together
18 service reports on all of his meetings, so I'm most
19 certain he -- he most likely is the one to do the
20 report.
21 Q  But you did not?
22 A  Have I physically seen it? No.
23 Q  But you did not?
24 A  No. Any communication I would have had
25 relative to this would have come up in a normal

Page 207

1  operations review meeting, if I were questioned.
2       (Telephone rings.)
3       MR. GINOS: Sorry.
4       THE WITNESS: That's okay.
5       (Off the record discussion.)
6       MR. GINOS: For the record, if such a
7  report was prepared by Mr. Walch, I think we are
8  entitled to have it, and if you can, I'd like you to,
9  Ian, ask Mr. Walch if he's got such a report and to
10 provide us with copies.
11      MR. BJORKMAN: If there is such a
12 report, we would have provided it, if it's in the
13 files.
14      MR. GINOS: I don't know what inquiry
15 you made specifically to him with respect to that, a
16 report on that meeting. You might not have asked
17 that specific, I don't know, so I'm just saying
18 formally, I would appreciate it if you could ask
19 him.
20      MR. BJORKMAN: Okay.
21      MR. GINOS: And see what he says, if
22 he has a report.
23      Similarly, if he did provide such a
24 report to Mr. Martin, we would like to have it, but I
25 will ask Mr. Martin when the time comes if he ever

Page 208

1  did get such a report.
2  BY MR. GINOS:
3  Q  I think I am done with this now.
4       When you met on November 13th with Nan Ya's
5  representatives and representatives of their
6  underwriters, November 13th, 2000, how did you
7  introduce yourself or how were you introduced to the
8  gentlemen on the other side of the table?
9  A  Essentially as Zygo's representative in
10 Taiwan.
11 Q  Did you give them business cards?
12 A  Yes.
13 Q  Had you met any of them before?
14 A  No.
15 Q  Did you have any discussions with
16 Mr. Walch regarding his determination of salvage
17 value on the two damaged AFMs at any point in time?
18 A  Just prior to the meeting and in the
19 meeting, because he was there -- he looked at the
20 tools that morning, and then we went to the meeting
21 that afternoon, and on the way, we discussed it in
22 the car, and, you know, I really learned about
23 salvage value and what he was looking at right before
24 the meeting.
25      (Telephone rings.)

Page 209

1       (Off the record discussion.)
2  BY MR. GINOS:
3  Q  In your answer to my question of a minute
4  ago, you said that you did discuss salvage value with
5  Mr. Walch just prior to the meeting?
6  A  Just prior to the meeting.
7  Q  Just to be clear on the record, the meeting
8  you are referring to is the November 13 meeting?
9  A  Yes.
10 Q  You said on the way driving to the meeting?
11 A  Correct.
12 Q  That's the meeting you are talking about?
13 A  Correct. Because he had to go out to the
14 Nan Ya factory, and I picked him up at the factory
15 and drove him into Taipei.
16 Q  What did he tell you concerning the salvage
17 value or about how he had arrived at a number?
18 A  Frankly, after so many years, I don't
19 remember anymore. It wasn't high on my list.
20 Q  Did he explain to the Nan Ya
21 representatives at the meeting how he had arrived at
22 a salvage value, in other words, what the number was
23 and what he based it on?
24 A  I do not remember him providing any form of
25 justification for his estimate. All I remember is

Page 214

1  meetings with Nan Ya, it was my belief that Nan Ya
2  was working with their insurance company and the
3  shipping company that actually created the damage,
4  and they were trying to recoup the funds from the
5  insurance company for the shipping agent, not Zygo.
6  And that's why the conversation surrounded the
7  packaging issues and all those things came up,
8  because they -- you know, their insurance company
9  disputed the way we package the tool, et cetera, et
10 cetera. The shipping company was looking for a way
11 out.
12    Q   As far as you know, what, if anything, was
13 said on behalf of Zygo to Nan Ya at the November 13,
14 2000 meeting concerning Nan Ya's payment for the
15 second damaged AFM? I should say its nonpayment.
16    A   That was part of my discontent with that
17 meeting. There was no clear understanding when I
18 left that meeting how this problem was going to be
19 resolved.
20    Q   But from the standpoint of at least what
21 was told or told to Nan Ya or demanded from Nan Ya,
22 what, if anything, was told to Nan Ya or demanded
23 from Nan Ya on your side with respect to its payment
24 or payment by its insurer for the second damaged AFM?
25    A   To my knowledge, nothing was directed at

Page 215

1  that. It was just understood, you know. We had done
2  a service for them, in a way, by turning around a
3  machine very quickly, and they expressed their
4  gratitude for that. Of course, that's the Asian way,
5  they were grateful for that. But they also expressed
6  at that time a need for a working tool, okay. So it
7  was kind of a left-handed compliment, but there was
8  no direct conversation about how we would be
9  reimbursed for the second tool or what would
10 transpire. You know, it wasn't -- it was not in a
11 definitive agreement that we could outline, draw up
12 and say, okay, this is what's going to occur, and
13 that's what I had hoped to get out of that meeting.
14    Q   But was a demand made that they pay for it?
15    A   Frankly, no. A request was made by Stan
16 Lay regarding the loaned tool in the November 13th
17 meeting, Stan Lay brought up the loaned tool, and at
18 the same time did address the second tool, okay, and
19 again, this was at my request, you know, what are we
20 going to do here, you know, how are we going to solve
21 this. There was no clear answer to that, and, you
22 know, I can only speculate past that.
23        MR. BJORKMAN: Don't speculate.
24        THE WITNESS: Yes, I don't want to do
25 that.

Page 216

1  BY MR. GINOS:
2     Q   I'm just trying to clarify what you mean by
3  address. One can address the payment by saying,
4  it's too bad we haven't been paid, or one can say, if
5  you don't pay us, we are going to sue you, or, you
6  know, how did he address --
7     A   No --
8         MR. BJORKMAN: Object to the form of
9  the question.
10 BY MR. GINOS:
11    Q   How did he address it? What does that
12 mean, he addressed it?
13    A   There was no confrontational situation. It
14 was a request for payment.
15    Q   Did he actually request payment?
16    A   Yes.
17    Q   How do you know that?
18    A   I know it only by the half English half
19 Chinese conversation, what I understood of that.
20 There was a request combined loaner and payment for
21 that second tool, so we can resolve it, we can help
22 you moving forward, et cetera, et cetera.
23    Q   And Nan Ya's response on the request for
24 payment that was made at the November 13th meeting
25 was what?

Page 217

1     A   I received no response from them, no direct
2  response. And when I questioned Stan Lay about, what
3  is the direction, what is the path, I was told again,
4  Billy will handle it.
5     Q   Just to be as accurate as you can, is your
6  recollection that Stan said Billy indicated that
7  Billy would work something out with them, or that he
8  had taken care of, it was covered, or what?
9     A   It was my understanding that he had already
10 handled it.
11    Q   And he just didn't tell you how?
12    A   Correct.
13    Q   So they didn't respond. I take it then
14 they didn't say we are not going to pay, they just
15 didn't say anything one way or the other?
16    A   They were noncommittal.
17    Q   And you understood this from what Stan
18 translated and from the half English bits?
19    A   That's correct.
20    Q   Putting them together?
21    A   Yes.
22    Q   What understanding were you able to glean
23 from the half English from the other side of the
24 table combined with Stan's translation, such as it
25 was, as to what Nan Ya felt by the end of the

Page 218

1   November 13th meeting concerning whether or not
2   anything had been resolved? Were they happy,
3   unhappy? Did they indicate by words actual, as
4   translated or as you heard in English, whether they
5   were satisfied with the progress or what had been
6   agreed or not agreed on?
7          MR. BJORKMAN: Objection to the form.
8       A   Only personal feeling. I don't feel that
9   they were happy with -- I don't believe they felt
10  that a final decision had been made at that point. I
11  certainly didn't, and I felt them to be the same. It
12  was cordial, all those things, but we didn't have a
13  defined agreement when we walked out of there.
14  BY MR. GINOS:
15      Q   But Stan did tell you that Billy had
16  reached an agreement with them?
17         MR. BJORKMAN: Object to the form.
18      A   Yes. That's all I knew.
19  BY MR. GINOS:
20      Q   Did you consider yourself on the basis of
21  your discussions with Mr. Martin responsible to some
22  extent for Zygo's collection efforts in getting paid
23  by Nan Ya with respect to the first and second AFM?
24      A   Frankly, no.
25      Q   Did you have any understanding, and if so,

Page 219

1   what was it, as to who it was acting on Zygo's behalf
2   that was responsible, at least partially, for
3   collecting from Nan Ya?
4       A   Billy Wu, Lee-Tech. His commission was
5   dependent upon his closure of the sale and receiving
6   payment, and as you can tell by the correspondence,
7   he was the primary source of communication. He was
8   the direct communicator with Nan Ya on a continual
9   basis. That's why I know so little about the case,
10  because we didn't communicate.
11      Q   Had you ever personally been involved in
12  sales products that were in your bailiwick, your
13  product?
14      A   Oh, absolutely.
15      Q   No, in which you had disputes that were
16  resolved on a commercial basis, in other words, with
17  both sides making some sort of compromise in order to
18  avoid litigation?
19      A   Oh, yes.
20      Q   In those instances, did you handle the
21  negotiations or did somebody else handle them?
22      A   I handled the negotiations.
23      Q   Did any of those cases in which some sort
24  of commercial resolution was reached of a dispute
25  involve Lee-Tech?

Page 220

1       A   No.
2       Q   Do you know whether at the time of the
3   events in question in 2000 Zygo was consulting any
4   attorneys anywhere concerning the Nan Ya problem?
5       A   To my knowledge, no.
6       Q   If they were, you don't know about it?
7       A   Right.
8       Q   Do you know for a fact that they weren't?
9       A   No, sir. There were many things going on
10  behind the scenes that I was unaware of.
11         MR. GINOS: I don't have any further
12  questions.
13         MR. BJORKMAN: I just have to talk to
14  Mr. Smith outside for a second.
15         THE WITNESS: I don't get a break?
16         MR. GINOS: No, sorry.
17         (Whereupon, a recess was taken from
18  4:01 p.m. until 4:05 p.m.)
19         CROSS EXAMINATION BY MR. BJORKMAN:
20      Q   I have a couple of questions.
21         Mr. Smith, you testified a couple of
22  minutes ago that you felt that Billy Wu was
23  responsible for collecting the debt from Nan Ya. Do
24  you remember that?
25      A   Yes.

Page 221

1       Q   Can you tell me again what you meant by
2   that?
3       A   Yes. Our agents, all of our sales
4   representatives are responsible for the sales. To
5   receive their commissions, they must also be
6   responsible for collections. When the payment is
7   received, they receive their commissions. So in that
8   light, Billy is responsible for collections.
9          As far as being authorized to do any
10  negotiations, any of the authorization would have to
11  come from Zygo corporate, and that would, in this
12  case, most likely be Larry Martin who would give
13  direction.
14      Q   So when you said that he was responsible
15  for collecting the debt, you didn't mean to say that
16  Billy Wu was authorized to cut a deal with Nan Ya on
17  behalf of Zygo?
18      A   No. To my knowledge, that would have to
19  come again from Larry Martin. To my knowledge, that
20  did not occur.
21      Q   And you are not aware of any authority that
22  Mr. Martin gave to Billy Wu to compromise any of the
23  transactions that Zygo had with Nan Ya?
24      A   No. I would believe that Larry would have
25  conveyed that information to me and allowed me to