EXHIBIT 25

Page 1

1          UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
2
3

- - - - - - - - - - - - - - - - - - )
4                                    )
ROYAL INSURANCE COMPANY OF AMERICA, )   Case No.
5                                    )   CIV 3:01 1317
                    Plaintiff,       )   (GLG)
6                                    )
      VS.                            )
7                                    )
ZYGO CORPORATION,                    )
8                                    )
                    Defendant.       )
9                                    )
- - - - - - - - - - - - - - - - - - )
10                                   )
ROYAL INSURANCE COMPANY OF AMERICA, )
11                                   )
          Third-Party Plaintiff,     )
12                                   )
      VS.                            )
13                                   )
NAN YA TECHNOLOGY CORPORATION,       )
14                                   )
          Third-Party Defendant.     )
15                                   )
- - - - - - - - - - - - - - - - - - )

16
17

        DEPOSITION OF:  LAWRENCE C. MARTIN
18      DATE:  FEBRUARY 5, 2004
        HELD AT:  WIGGIN AND DANA
19                 ONE CENTURY TOWER
                   NEW HAVEN, CONNECTICUT
20
21
22  Reporter:  Sandra V. Semevolos, RMR, CRR, LSR #00074
23
24
25

1    Singapore.

2        Q    Is he still with Zygo?

3        A    Yes, he is.

4        Q    Is he still located in Singapore?

5        A    No, he is not.  He is now the regional

6    manager for our West Coast operation.

7        Q    So he would be located in which office?

8        A    He would be in Sunnyvale, California.

9        Q    But was he in Singapore at the time of the

10   events surrounding the Nan Ya disputes?

11       A    Yes, he was.

12       Q    Did Mr. Smith report to him and interface

13   with him on matters relating to Taiwan's sales?

14       A    Yes, he did.

15       Q    And to your knowledge, who would have had,

16   other than you, what you might have, who would, on a

17   normal basis, have had direct dealings with Billy Wu

18   in the 1999, 2000 time frame?

19       A    Well, I know that Sylvain Muchenhirn did,

20   and I think that was largely related to the atomic

21   force microscope business, because Sylvain, at that

22   time, was in charge of the atomic force microscope

23   business for Zygo, and he had a staff of about 14

24   people at the time.

25       Q    Where was Mr. Sylvain located at the time?

1        A    He was located in Santa Barbara,

2   California, which is where he was living, and he

3   worked out of his office in his home.

4        Q    Do you know where he lives now?

5        A    I think he is in France.  I think his

6   family is still in Santa Barbara, but I believe he's

7   back in France.

8        Q    And who does he work for now?

9        A    I don't know, to be honest with you.

10       Q    Do you know whether Zygo has or knows the

11   contact information for Sylvain?  Do you know his

12   phone number and so forth?

13       A    I believe we do have that information.

14       Q    At the time of the first Nan Ya shipment

15   from Zygo to Nan Ya, the first AFM, can you tell us

16   approximately how many of these AFMs Zygo was selling

17   annually?

18       A    I need to give you a little background.

19       Q    Sure.

20       A    They are not Zygo AFMs.  Zygo is a

21   distributor for IBM of that product.

22       Q    I was going to come to that and ask about

23   it, but go ahead and explain it.

24       A    The product was manufactured by IBM, sold

25   to Zygo, who in turn was a reseller in the business.

1         Q     If you know, why did Zygo buy and then

2    resell, as opposed to, I don't know, acting as or

3    selling on consignment or some other basis?

4         A     Because that was the nature of the

5    agreement with IBM.

6         Q     Simply a commercial agreement?

7         A     It was a commercial agreement.  There is a

8    history there that I could go into if you want me to.

9         Q     I'd like you to, briefly.  I'm not sure

10   whether it's relevant.

11        A     The AFM equipment is originally -- the AFM

12   equipment is a piece of equipment that has

13   intellectual property in it from both IBM and a

14   company called Digital Instrument, and it's

15   cross-licensed, okay.  The IBM was originally sold by

16   a company named Veeco on a distributorship agreement

17   with IBM.  Veeco subsequently bought digital

18   equipment -- Digital Instrument, all right, and

19   terminated their agreement with IBM because Digital

20   Instrument was also making a piece of equipment on a

21   cross-licensing agreement with IBM.  IBM then came to

22   Zygo to have Zygo be the distributor for their tool

23   in the marketplace, and we went into that agreement

24   back in -- I want to say maybe early '99 -- prior to

25   my getting there, but early '99, all right.  So we

1    had not been selling that equipment for all that

2    long, all right.

3         I can't tell you how many we sold in the

4    time period between early '99 and 2000, end of 2000,

5    but what I can tell you is that IBM -- the AFM was

6    being made in a facility in Delray Beach, Florida

7    that had many products being made that were

8    associated with customized third-party applications,

9    all right.  They decided to sell off that business.

10   They came to us and wanted to know if we wanted the

11   business.  They wanted like 40, $45,000,000 for the

12   business, and there was not a lot of synergy other

13   than potentially the AFM, but we didn't want to spend

14   the money on the AFM piece of the business.  We

15   didn't have all that cash at the time.  So we

16   basically forewent any option on the business.

17        They were unable to sell the whole

18   business, so what they did was they broke it up into

19   pieces.  We subsequently did take some of their

20   employees and opened a Delray office of our own, but

21   they sold the piece of the business that had to do

22   with the atomic force microscope to Veeco, so Zygo

23   didn't sell the AFM business, IBM sold the AFM

24   business to Veeco.  Okay?

25        Q    Okay.

Page 24

```
 1        A     And then terminated the agreement with us,
 2   with Zygo.
 3        Q     All right.  At what point in time relative
 4   to the Nan Ya transactions that we're here to discuss
 5   today did this sell-off by IBM to Veeco occur,
 6   roughly, as close as you can get in terms of
 7   accuracy?
 8        A     Somewhere around the end of the summer of
 9   2000.  Somewhere around the end of the summer of
10   2000.  I'm not sure of the exact date.
11        Q     Is that when --
12        A     It's in the summer of 2000, that I do know.
13        Q     Would that have been when the deal closed,
14   so to speak, I mean, was finalized?
15        A     Yes, it would have been.  They had a target
16   date of closing the deal, I think it was June 30th.
17        Q     Do you know, and if so, let us have that,
18   approximately how much time was spent leading up to
19   the closing, negotiating it and, you know, where it
20   was in the works?
21             MR. BJORKMAN:  I'm just going to
22   object to the form.  Just to clarify, the
23   negotiations between IBM and Veeco, not that Zygo had
24   anything to do with that.
25             MR. GINOS:  Right.  I'm not suggesting
```

1    Zygo was involved.  He said there was a sell-off by

2    IBM.

3    BY MR. GINOS:

4        Q    But to the extent that you were aware that

5    that was possibly in the works and to the extent that

6    you can give us, can you give us a rough period?

7        A    Yeah, probably around May of 2000 when we

8    became aware that this was going on.

9        Q    So a couple of months or so?

10        A    Yeah.  I mean, Veeco had a very -- had a

11    selfish interest in doing what they were doing.

12    Their intention was to buy the business and then they

13    killed the business.  They killed that product

14    because they had their own product, and there were

15    only two manufacturers in the world of an atomic

16    force microscope.  They were one of them through the

17    acquisition of Digital Instruments, and IBM was the

18    other one.  So by buying the IBM business, they

19    became the only company producing an atomic force

20    microscope.

21        Q    And would have no need for --

22        A    Two different tools.

23        Q    -- two different tools and facilities.  It

24    would be more economical to have their existing

25    facility and then be the only source?

1      A    Correct.  They in fact have closed that

2  whole piece of business down.

3      Q    Simply overtaken by technology?

4      A    No.  They still make a lot of atomic force

5  microscopes, but they make the one that they

6  initially had made, not the one that was being made

7  by IBM.

8      Q    I got you.  Was there --

9      A    So there was really no market for it.  At

10  that point, the market dried up for any IBM tools.

11      Q    I take it the IBM tool then and the Veeco

12  tool, while not identical, shared similar technology

13  and were at least in general terms similar

14  instruments?

15      A    There was intellectual property -- I'm not

16  technical, but I will say that I know there was

17  intellectual property in the IBM tool that was part

18  of this cross IP relationship, cross-licensing

19  agreement between IBM and Digital Instruments prior

20  to its acquisition by Veeco, so the technology in the

21  tool had technology from both companies embedded.

22          And I might as well tell you while we are

23  on the subject that at the time that IBM came to us

24  and told us what they were up to, they wanted to

25  terminate the agreement, and what we insisted on was

1    the ability, because we had paid $2,000,000 for the

2    distribution rights of the product, which they were

3    not willing to give us back, but they did buy back

4    some of the inventory at that point in time.    Veeco

5    bought back the inventory through IBM.    We insisted

6    on a nonexclusive license to use the intellectual

7    property embedded in the IBM tool that was IBM's

8    intellectual property for a period of two years.

9        Q    And was this used in other machines or how?

10       A    It was -- we insisted on it because we

11   wanted the option of trying to embed it in some of

12   our other equipment.    That never transpired.    What

13   did transpire is a company came to us, and we also

14   had the right to allow somebody to use that

15   technology as long as whatever they developed using

16   that technology was ultimately manufactured by Zygo.

17       Q    All right.    From a commercial standpoint,

18   having paid the 2 million, you wanted to be able to

19   get some benefit?

20       A    Some benefit back from a commercial aspect

21   of it.

22       Q    And you said that ultimately the thought

23   that that technology might become embedded in someone

24   else's machinery that would be manufactured by Zygo --

25       A    Or in ours.

Page 28

1    Q   -- or in yours did not come to pass

2  ultimately?

3    A   No.  It was -- a company named Surface

4  Interface came to us, and we authorized them to use

5  that technology in developments -- in a development

6  project they were working on to produce an atomic

7  force microscope or some tool, I'm not sure what it

8  was, okay, and so we authorized them to use the

9  technology with the proviso that if they developed a

10  tool, that any portion of that tool which had that IP

11  in it would need to be manufactured by Zygo on a

12  manufacturing subcontract agreement.

13    Q   Approximately what time frame did you

14  authorize Surface Interface to proceed on that basis?

15    A   Well, I can't say for sure.  I can't say.

16  I mean, it was a signed agreement, which somewhere I

17  have in my records, but it was probably very late in

18  2000, early 2001.

19    Q   Did IP --

20    A   It was about at the time we leased this

21  loaner that was at Nan Ya to them to aid them in

22  their development.

23    Q   How, if you know, how were they going to

24  use the loaner to aid in the development?

25    A   Well, they felt that because there was IP

1    embedded in it -- I don't know, to be honest with

2    you -- but they felt it would be helpful to them in

3    speeding up the development or whatever they were

4    going to develop.

5        Q    Do you know whether the intention was to do

6    retro engineering, I mean, take it apart, see how it

7    worked, examine the design?

8        A    I don't know.  I don't know what their

9    intent was.  I was happy to lease it.

10       Q    Do you know what period of time it was

11   leased to them?

12       A    I believe it was a minimum of a year, and I

13   think it went longer than a year.  I think it went

14   two years, and the reason I say that -- well, Surface

15   Interface continued to develop whatever they were

16   developing.  They were subsequently purchased by FEI,

17   okay.

18       Q    Who is FEI?  Is that short for a longer

19   name?

20       A    Well, FEIC is their ticker symbol on the

21   exchange, and I'm not sure what FEI stands for, but

22   they were purchased by FEI, and they continued the

23   development under FEI, and at some point recently,

24   actually within the last year or so, Veeco and FEI

25   announced a plan to merge.  That plan fell apart, but

1    during that plan, they terminated that project, and

2    at the end of the rental period, they returned the

3    piece of equipment to us.

4        Q    Do you recall approximately what the rental

5    rate was per month?

6        A    It was about 13,000 a month.

7        Q    And you think for a two-year period?

8        A    I think -- I know it was at least a year.

9        Q    A year and it might have been two?

10       A    Yes.

11       Q    I'd like to shift over to the sales of AFMs

12   to Nan Ya and possibly other buyers.  Typically when

13   an AFM was sold to a customer like Nan Ya, was

14   training of their personnel and its use and

15   maintenance part of the sales package?

16       A    I would believe so.  I mean, I wasn't

17   involved in the sales process, but we had a staff of

18   people, service people who serviced and I assume

19   trained the customer in the use of the machine.

20       Q    Have you, yourself, ever physically seen an

21   AFM?

22       A    Yes, I have.

23       Q    Have you personally ever been involved in

24   any dispute concerning alleged improper packaging or

25   packing of these AFMs for shipment, aside from the

1    Nan Ya problem?

2        A    Not that I can recall.  I do know in

3    discussing that with IBM that they told us they had

4    shipped over 60 of these things without one incident.

5        Q    Is it correct that when these were shipped

6    by IBM, it was IBM that either packaged or packed

7    them or had someone do it for them?

8        A    I'm not sure who directed it.  It may well

9    have been Sylvain, but I do know that I believe it

10   was packed by the same people who always packed them

11   for shipment.  I can't be sure of that because the

12   carrier, the carrier that was used to ship these

13   tools was not the carrier of our choice.  The carrier

14   was dictated by the customer, Nan Ya.

15       Q    But leaving Nan Ya aside, as a general

16   matter, if you can answer the question, is it your

17   understanding that IBM, or someone acting on IBM's

18   behalf, would arrange for the packing of these AFMs

19   rather than Zygo doing it?

20       A    Not necessarily.

21       Q    Okay.

22       A    The machines were physically located in an

23   IBM facility in Delray; however, we had employees in

24   that facility also, we Zygo.  Now, who actually

25   called the packing guy and the freight people, I'm

1    caution you.  He is not asking you for discussions

2    between your lawyers, and if that becomes an issue,

3    and I don't think it is in this case, but just --

4        A    I don't know that I -- repeat the question

5    because I'm not sure that I ever really gave the

6    contingency clause any real thought until it became a

7    bone of contention.

8    BY MR. GINOS:

9        Q    Well, let me restate the question so I can

10   clarify.  I'll probably pose two questions when I

11   restate it, and you can answer them one at a time.

12               MR. BJORKMAN:  Can you ask them one at

13   a time.

14   BY MR. GINOS:

15       Q    I'm trying to find out when the first time

16   was you discussed the contingency clause with anyone

17   either at Zygo or at Mathog & Moniello, where

18   Mr. Weidman worked, when that was, and I'm not asking

19   you for conversations in which lawyers were

20   involved.

21       A    Okay.  I don't recall when I had that.  I

22   think maybe the first time I discussed it with

23   anybody was at the point in time where Royal declined

24   the claim.

25               You know, my feeling on the claim was,

Page 48

1    because my background in insurance is limited to my

2    home and my car, if somebody hits me in my car, all

3    right, my insurance pays me, and they go after the

4    person who hit me and collect from them, all right.

5              In this situation, I equated it basically

6    the same way.  We had tried like crazy to collect

7    from the customer or the customer's insurance company

8    without success, and we were beating our heads

9    against the wall, so we file a claim and let the

10   insurance company pay us and then recover from the

11   customer and/or the customer's carrier.

12       Q    Before becoming involved with this case,

13   had you ever been involved in any case or situation

14   or discussion where unpaid vendor cover had ever come

15   up?

16       A    No.

17       Q    So I take it before this case -- I mean,

18   did you even know there was that type of coverage

19   available?

20       A    Not really.  Well, I assumed it was

21   available, but I didn't know whether we had it in our

22   policy or not.

23       Q    To your knowledge, again, my question is

24   not searching for any information as to what lawyers

25   may have said in your presence or what you may have

1   destroyed in shipment, okay.

2       Q    You have a lot of machines getting

3   destroyed in shipment here.

4       A    Yeah, this one showed up, and it didn't

5   even have the box on it.  This thing was --

6       Q    So you still needed the loaner then?

7       A    Uh-huh.

8       Q    Can you look at the second page, which is a

9   different date on it, July 21, 2000.  Did you write

10  and send this letter to Mr. Weidman?

11      A    Yeah, I signed it.

12      Q    In the second paragraph of that letter,

13  Zygo Bates number 520, in the middle of the paragraph

14  it says "At this time it appears that their insurance

15  company will cover the loss on the first tool, but

16  expects Zygo to recover the value of the second tool

17  from our insurance company."

18           Where did you get that impression?

19      A    Basically conversations with Billy Wu and

20  documentation which began to come in from Billy Wu in

21  terms of them wanting to settle this thing.

22      Q    "These negotiations have been going on for

23  some time and it appears that we are now at an

24  impasse.  The value of this second tool is $600,000."

25           Did you ever instruct Billy Wu or anyone

1    else, including Tim Smith, anybody, to inform Nan Ya

2    that unless they agreed to do what you thought they

3    should do, which was to pay for the second, they or

4    the insurance company pay for the second, that it

5    might lead to litigation, either you would sue them

6    or arbitrate?

7              MR. BJORKMAN:   Object to the form of

8    the question.

9        A    What I told Billy Wu I would do is I would

10   turn the issue over to our insurance company to

11   pursue with Nan Ya and their insurance company, that

12   I had gone about as far as I could trying to

13   negotiate the deal.

14              I mean, if you read through all the

15   paperwork, there was a time where they kept talking

16   about repairing it, and then it wasn't repairing it;

17   it was going to be something else.  So it appears to

18   me around mid-July that the only way to deal with

19   this thing was to just hand it to the insurance

20   company and say, okay, I've done my best, now it's

21   yours.

22   BY MR. GINOS:

23       Q    I take it, though, your answer is that you

24   never told Billy or anyone --

25              MR. BJORKMAN:   What?

1    A    Right.

2    Q    Had anyone acting on behalf of Royal as of

3    this point in time, September 2000, indicated to you

4    yet that Royal would cover the claim?

5    A    No.

6    Q    Number 4 asks, "Why are they insisting that

7    they can't return the loaner until we assess the

8    damage on the two systems?  I have a customer for the

9    loaner equipment and it is beginning to cost Zygo

10    money because we do not have" --

11    A    We don't have one to provide the customer.

12    Q    We do not have one to provide the customer.

13         Is the customer there the Surface Interface?

14    A    Yes, it is.

15    Q    And because the others had been damaged,

16    you didn't have one?

17    A    Right.

18    Q    And you needed the loaner back?

19    A    Right.

20    Q    Did you ever have the impression that there

21    were miscommunications, you know, language barriers

22    between yourself and Billy and Billy and Nan Ya in

23    terms of this attempt to persuade them to your point

24    of view?

25         MR. BJORKMAN:  I object to the form.

 1    paragraph we just read?

 2         A    No.

 3         Q    The second paragraph says "Basically the

 4    only way to solve this problem is that Zygo send an

 5    engineer to evaluate the machine as soon as possible."

 6              If you know, what machine is he referring

 7    to, the first AFM, the second?

 8         A    I thought he meant both, but --

 9         Q    "The conclusion for this project is Nan

10    Ya's insurance company and Zygo share the loss of the

11    two machines.  Nan has no intention to repair the

12    machine and their insurance company also has no

13    ability to sell the damaged machines (or parts).  So

14    they hope to return these two machines to Zygo when

15    close this case."  Let me stop there.

16              Now, on the basis of your communications

17    with Billy Wu, as of September 2000, what

18    understanding did you have concerning whether what he

19    was saying here was his opinion as to how this should

20    be resolved or whether he was simply passing on Nan

21    Ya's proposals to you?

22         A    I thought it was his opinion of how it

23    should be resolved, although he does say this is the

24    conclusion they hope to do.

25         Q    Okay.  What response did you make to Billy

1    once you read this?

2        A    I'm not sure how I responded, to be honest

3    with you.  But clearly what I did -- at one point I

4    went back to him and said that we had filed with our

5    insurance company, and we were leaving it in the

6    hands of our insurance company on the second machine

7    if they weren't going to pay for the second machine.

8    But the question was, were they going to pay for the

9    first machine?

10       Q    That's not referenced in this?

11       A    No, it's not.  But there is a document that

12   does reference it, I believe.

13       Q    Well, when it's time for Mr. Bjorkman to

14   put his case on, I'm sure he will reference it.

15              MR. BJORKMAN:  No, just show it to

16   him.

17       A    Here is where I felt that they were holding

18   us a little captive higher.  They will return the

19   loaner after the problem has been solved.

20   BY MR. GINOS:

21       Q    What was your reaction to that?

22       A    I wasn't happy with that.

23       Q    Well, assuming that this was sent on

24   September 22nd, the date appears on there, it's now

25   almost three full months beyond the time they were

Page 195

1      supposed to return the loaner.

2          A      That's right.

3          Q      Billy, who you trust to communicate with

4      them on your behalf, is telling you essentially they

5      are not going to return the loaner until you've

6      agreed to these proposals?

7          A      I agree, at this point that's what he is

8      telling me.

9          Q      So what was your reaction to that, based on

10     what you've told me up till now?

11                    MR. BJORKMAN:  Object to the form.

12     BY MR. GINOS:

13         Q      You would have viewed it as a mild form of

14     extortion at least?

15         A      I would.

16         Q      So what did you do?  Did you call Billy up

17     and say this is outrageous?

18         A      No.  I mean, I knew it was outrageous, but

19     there was nothing he was going to do about that.  We

20     needed to resolve the issue somehow, okay?

21         Q      Why was there nothing he was going to do to

22     resolve that?  Did you feel he was not able to

23     persuade them?

24         A      I felt he was not able to get that loaner

25     returned.  I believed that they were holding it

1    hostage, if you will.

2        Q    Right.

3        A    Until there was some kind of an agreement

4    reached.

5        Q    What was your understanding as to what they

6    wanted in return for which they would release the

7    loaner?

8        A    At this point in time?

9        Q    Yes.

10        A    I wasn't sure, other than what this says,

11    okay?  This wasn't totally clear.  I think there are

12    some subsequent communications which brings some

13    clarity to it.  Here it sounded to me like they

14    wanted to share -- they weren't going to pay for the

15    second machine; they wanted to share the salvage

16    cost.  That's what I basically got out of this second

17    paragraph.

18        Q    Did you ask Billy whether or not they meant

19    that Nan Ya's insurers will pay for one machine and

20    Zygo's insurers will pay for the other and the

21    parties will basically split the loss?  Your people

22    eat one of these and we'll eat the other?

23            MR. BJORKMAN:  Object to the form of

24    the question.

25        A    I didn't actually go back to him on that

1    subject.  I think that's what they were saying, but I

2    wasn't prepared to do that because I had already

3    filed a claim.  There was no reason in my mind why I

4    should, in any way, let them off the hook.  They were

5    shipped FOB, and I believed that the handling of the

6    tool was the cause of the damage, and it was not our

7    problem.

8    BY MR. GINOS:

9        Q    But you did believe that --

10       A    I believed I could only get so far in the

11   agreement without having to turn it over to the

12   lawyer or the insurance company to resolve.

13       Q    But they wanted to split the salvage value

14   and the losses on the two machines, that was your

15   understanding?

16       A    Right.  I was happy to split the salvage

17   value, but not the losses.

18       Q    Was it your understanding that if

19   ultimately you refused to split the losses that most

20   probably the insurance company, if they paid on the

21   loss, could go after Nan Ya to collect it?

22               MR. BJORKMAN:  Object to the form.

23       A    Say that again?  I'm sorry.  Take me

24   through that again.

25   BY MR. GINOS:

1      Q    Was it your understanding or belief that if

2  your insurance company, Royal, paid for the second

3  AFM, they would then seek to recover that from Nan Ya?

4      A    Absolutely my belief.  I mean, that's

5  typical.

6      Q    Did you ever tell that to Nan Ya?

7      A    Not directly, no.

8      Q    Indirectly?

9      A    Indirectly I told Billy Wu that I was going

10 to pursue a claim against my insurance company.

11     Q    Right.

12     A    And I mean, given the coverage, my

13 insurance company would then go after Nan Ya.  I

14 never released Nan Ya from any responsibility for the

15 second piece of equipment.

16     Q    Did you ever tell Billy Wu to inform Nan Ya

17 that unless they and their underwriters acted

18 reasonably, your insurance company would come after

19 them for the second AFM?

20          MR. BJORKMAN:  Object to the form.

21     A    I don't recall that I asked him to go do

22 that.

23 BY MR. GINOS:

24     Q    Is there any particular reason you didn't

25 want to put that kind of pressure or threat on them?

Page 199

1      A    Well, I wanted to sell something.  I wanted

2    to get the loaner back.  I would like to have gotten

3    paid for the first piece of equipment and fight out

4    the second piece of equipment without antagonizing

5    them.  But I certainly would think that they would

6    believe that my insurance company wouldn't just pay

7    me without going after them.

8             I mean, if it were me on the other side, I

9    would have asked for a signed release, if that was

10   what my -- if I wanted to truly protect myself from

11   any further litigation.

12     Q    But I take it you don't know what Billy Wu

13   told them?

14     A    Well, no, I don't.

15     Q    You weren't there when he spoke to them?

16     A    This is correct.

17     Q    And you were not at the meeting that --

18   this is the November 13th meeting that Tim Smith went

19   to?

20     A    That's correct.

21     Q    All right.  Let's move on.

22             MR. GINOS:  Let's mark as Martin 33

23   Zygo 233.

24             (Martin Exhibit 33, Two pieces of

25   e-mail, Zygo 233, marked for identification.)

Page 206

1    reach some common agreement on how we were going to

2    sort out the issues to both parties' satisfaction,

3    which hadn't been determined at that point, I don't

4    believe.

5        Q    Mr. Wu says in the second paragraph, about

6    the middle of that second paragraph in Martin 34, "It

7    is not fair for Zygo or insurance company to afford

8    the first unit.  It is the reason why Nan Ya asked to

9    estimate both units, not only first or second."  Then

10   he says "Both insurance company and Nan Ya are unable

11   to manage the damaged system."

12           Do you know what he meant by those things?

13   I don't want you to speculate, but based on your

14   communication.

15       A    I believe they had no way of disposing of

16   the salvageable -- whatever was salvageable on the

17   equipment and expected us to dispose of the salvaged

18   equipment.  They didn't want to own the salvaged

19   equipment, the salvage value of the equipment.

20       Q    His last paragraph discusses a meeting.

21   "After receipt of Mr. Walsh's report of salvage

22   value, they will have meeting with insurance company

23   and Zygo to make final decision.  Who can represent

24   Zygo to attend the meeting?  Can Lee-Tech?  Or Mr.

25   Tim Smith?  Or other person?  When the compensation

1    are agreed by all parties including Zygo/insurance

2    company/Nan Ya, they will return the loaner system

3    immediately."

4         Did you have any understanding of what he

5    meant by compensation being agreed by all parties?

6    A    I believe he was talking about the damaged

7    units, the salvage value of the damaged units.

8    Q    But ultimately the salvage value of those

9    units was what?

10   A    Well, at the time this was written, there

11   hadn't been a salvage value determination.

12   Q    Had you had any indications from any source

13   that the salvage value would be anything more than

14   minimal, you know, less than 10 percent on each unit?

15   A    I had no idea.

16   Q    No idea.

17   A    I mean, in essence these pieces of

18   equipment at this point in time weren't saleable to a

19   customer even if they had been repaired, other than

20   somebody who wanted to use them like a Nan Ya.   First

21   of all, we couldn't sell them to anybody else, per

22   our agreement with IBM, at that point in time.

23   Q    So they had no salvage value, other than

24   what it would be worth for Nan Ya to pay for them?

25   A    Right, but I didn't know what the salvage

Page 208

1    value appraisal would be, what the value of the

2    components within the system might be on the open

3    market.

4        Q    Were you free to sell, to break the unit

5    apart and sell individual components on the market?

6                    MR. BJORKMAN:  Under the agreement?

7                    MR. GINOS:  With IBM.

8        A    Under the agreement with IBM?

9    BY MR. GINOS:

10       Q    Yes.

11       A    I believe we were.  I don't think the

12   agreement spoke to that specifically, breaking it

13   apart.  In fact, I'm quite sure it didn't, but we

14   know we couldn't sell it as a complete AFM system.

15       Q    The unit cost --

16       A    We could sell the pieces off.

17       Q    I believe you said that the unit sold, I

18   think the paperwork shows, 690,000 for one of these

19   machines priced to Nan Ya?

20       A    Right.

21       Q    And I believe you indicated you believe

22   somewhere in the range of maybe 600,000, 5 to 600,000

23   is what you would have paid IBM?

24       A    Right.

25       Q    Did you have any reason to believe, as of

1    October 2000, with Mr. Walch having already seen the

2    damaged units and reported they were badly damaged,

3    did you have any reason to believe that there was any

4    significant salvage value in them?  And by

5    "significant," I mean more than $100,000 apiece.

6        A    To be honest, I had no idea what he would

7    come up with as a salvage value.  You know, I didn't

8    know -- yes, the machine as a complete system was

9    badly damaged.  Were some of the components expensive

10   and not damaged and could be reused by somebody

11   else?  This I didn't know.  I mean, I hadn't even

12   gotten a preliminary estimate of what -- from

13   Mr. Walch or anybody else as to what the potential

14   salvage value of the machine was.  So it would be

15   conjecture basically on my part to make any

16   assumption as to the salvage value.

17       Q    Look at Martin 35.  It says from Larry

18   Martin to Matt Weidman, and I take it you were

19   passing, correct me if I'm wrong, you were passing on

20   your message to Lee-Tech, you were passing that on to

21   Matt Weidman; is that right?

22       A    That's correct, yes.

23       Q    And the original message, the one that you

24   sent to Lee-Tech, was sent on October 3rd, 2000;

25   correct?