1       A    Correct.

2       Q    You state, and this is your message to

3    Lee-Tech, "I am working on setting up a trip for

4    Kelvin Walch to travel to Taiwan to evaluate the

5    machines.  Kelvin has his own company which is

6    providing service to AFM customers.  I should point

7    out to you that any evaluation of the second machine

8    should be of little interest to Nan Ya or its

9    insurance company as they have not agreed to pay for

10   that machine.  Zygo is pursuing collecting that

11   machine from its insurance company."

12           What was the state of the claim to Royal

13   as of this point in time?

14      A    I really don't recall.  I don't believe

15   they had declined the claim at this point in time.

16      Q    Would you look at Martin 36.  Do you recall

17   seeing this?  This was sent to you.

18      A    Yes.

19      Q    Willy is telling you "Nan Ya has made

20   appointment with their insurance company and surveyor

21   for Mr. Walsh's company on October 11th, 2000. Is

22   Mr. Walsh sure to come next week?  If the schedule is

23   fixed, please inform us his hotel information."

24           I take it from this that some sort of

25   meeting was, at this point in time, being attempted

Page 211

1    to be scheduled for October 11th?

2         A    That's correct.

3         Q    Did a meeting in fact take place on October

4    11th?

5         A    I believe so.

6         Q    Do you know what that meeting --

7         A    On or about October 11th.

8         Q    What was the purpose of that meeting, if

9    you know?

10        A    I think the purpose of that meeting, the

11   primary purpose, as I recall, of that meeting was to

12   assess the salvage value and to resolve the down

13   payment balance on the second machine.

14        Q    The down payment balance?

15        A    The payment balance.

16        Q    Oh, the payment balance?

17        A    The payment balance on the second machine.

18        Q    Isn't it correct that on the second damaged

19   AFM nothing had been paid by Nan Ya?

20        A    Nothing had been paid, but they had

21   contended they would not pay it.

22        Q    Right.  But when you say the second payment

23   balance --

24        A    There was a 20 percent balance on the first

25   machine still due Zygo.

Page 212

1       Q    Right.

2            And there was 100 percent due on the

3    second?

4       A    I understand.  And they were going to

5    determine the salvage value of the two machines,

6    average them, and reduce the balance due on the first

7    machine by the average salvage value of the machines.

8       Q    And this was whose proposal?

9       A    The averaging?  The averaging, I believe,

10   was Nan Ya's proposal.

11      Q    Did you find that proposal, as far as

12   you've described it, acceptable?

13      A    Yes, I did.

14      Q    Did you ever, either yourself or through

15   Mr. Weidman, attempt to give Royal any notice of the

16   October 11th meeting?

17      A    I don't believe I did personally.  I

18   forwarded the e-mail to Matt telling him about the

19   meeting.

20      Q    Did you ask him to notify Royal about it?

21      A    No, I did not.  Not that I can recall.

22      Q    With respect to the meeting -- a meeting

23   took place later in November, November 13th, 2000, at

24   which Tim Smith attended; you are familiar with

25   that?  This would have been a meeting that Tim

1    attended with Stan Lay and representatives of Nan Ya.

2        A    Right.  And I think -- was Kelvin at that

3    meeting also?

4        Q    Perhaps, yes.

5        A    I don't know.

6        Q    Well, in any event, this November 13

7    meeting, did you ever suggest to anyone at Mathog &

8    Moniello that they notify Royal that that meeting was

9    going to take place?

10        A    I don't recall that I did.

11        Q    With respect to -- let's go to Martin 37.

12    Did you write that letter to Nan Ya?

13        A    Yes, I did.

14        Q    What is this, if you can summarize what it

15    is?

16        A    This was subsequent to the November 13

17    meeting where the appraisal or the assessment of the

18    salvage value had been determined, and I had received

19    the appraisal values and I forget the specifics.  The

20    salvage value of one machine was 33 and the other one

21    was 25, and the average salvage value was 28, and

22    what they asked me to do was agree to the average

23    salvage value of the two machines as a reduction of

24    the 20 percent that was due and payable on the first

25    machine, which was the 138,000.

Page 214

1      Q      Did you seek to get any approval of these

2  salvage values from Royal prior to communicating --

3      A      No, I did not.

4      Q      Was there any particular reason that you

5  didn't?

6      A      I believed they probably were fair for

7  several reasons, one of which was that this equipment

8  didn't have a market, a viable market for repair.  We

9  couldn't sell them, and they were badly damaged, and

10  I thought the salvage value was probably adequate and

11  fair given the condition of the machines according to

12  the appraisal done by Kelvin Walch.  There would have

13  been no other expert that could have gone in there

14  essentially in my view and done an appraisal of the

15  salvage value.  They would not have known the

16  equipment well enough to do it.

17          But the answer to your question is no.

18              MR. GINOS:  Let's mark as 38 Zygo

19  537.

20              (Martin Exhibit 38, Document addressed

21  to Larry Martin, Zygo 537, marked for

22  identification.)

23  BY MR. GINOS:

24      Q      Can you identify Martin 38?

25      A      No, I don't recall this particular memo, to

1    be honest with you, even though it's addressed to

2    me.  I'm familiar with the actual appraisal documents

3    themselves.

4         Q    This was --

5         A    This identified three units.  Oh, okay, one

6    is the one at Surface Interface that was damaged,

7    yeah.  And I guess this was a ballpark set of numbers

8    based on his assessment, having seen the machines a

9    couple of times, without actually going in and doing

10   a thorough appraisal.

11        Q    Was Mr. Walch an employee of Zygo as of

12   October 26, 2000?

13        A    No, he was not.

14        Q    Who was he employed by?

15        A    Ash-Semi Services Limited.  He formed his

16   own company to service these tools.

17        Q    Do you know whether Mr. Walch himself made

18   any offer to purchase the damaged machines or any

19   parts thereof?

20        A    Not to my knowledge.

21        Q    Was he paid to do an appraisal?

22        A    Yes, I paid him to do the appraisal.

23        Q    And at the time that he did the appraisal,

24   was he engaged in providing any other services other

25   than that appraisal to Zygo?

1        A     No, he was not.

2        Q     He mentions a concern as to the

3   completeness of the units in Taiwan.  Do you see that

4   in the second paragraph?

5        A     Yes, I do.

6        Q     "These two units have been left open at a

7   customer site, and the salvageable components may

8   already be missing."

9              Did you discuss that with him or anyone

10  else?

11       A     No, I did not.

12       Q     He says "Left open at a customer site."  Is

13  that Nan Ya's site?

14       A     Uh-huh.

15       Q     Do you know whether any instructions were

16  ever issued or requests made to Nan Ya to preserve

17  the damaged units by protecting them from the

18  elements or preventing people from having access to

19  them?

20       A     I don't know if any specific instructions

21  were given to Nan Ya.  I certainly didn't give them

22  any specific instructions; however, I did ask Billy

23  Wu to make sure that they were kept intact in the

24  event that Royal's appraiser wanted to look at them.

25       Q     When you say "kept intact," what were your

```
 1      A    That's correct.  I never received any

 2  information back from Kelvin, however, that they were

 3  stored outdoors, you know.

 4               MR. GINOS:  Let's mark as Martin 39

 5  Zygo Bates numbers 583 through 600 inclusive.

 6               (Martin Exhibit 39, Document Zygo 583

 7  through Zygo 600, marked for identification.)

 8  BY MR. GINOS:

 9      Q    Could you look at Martin 39, and if you

10  can, please identify it for us?

11      A    It appears to be a copy of Kelvin's

12  appraisal.

13      Q    Now, the date on the first page is November

14  9, 2000.

15      A    Uh-huh.

16      Q    If you know, can you tell us whether this

17  report was a product of the, at least partially, of

18  the meeting held on or about October 11 that we were

19  discussing?

20      A    I'm not sure.

21      Q    Did you review the report?

22      A    I basically looked at the values that he

23  had assigned to them.  There should -- there should

24  be two of these, shouldn't there?

25      Q    Well, I'm giving you one for now.
```

1      A    Okay.

2      Q    Do you know which one this relates to?

3      A    Specifically which system, no.  Let's see

4   if he says it.

5      Q    It says subject --

6      A    Oh, Nan Ya 1, okay.  This is the first one

7   that was shipped.

8                MR. GINOS:  Let's mark as Martin 40

9   Zygo 511, 512.

10               (Martin Exhibit 40, Document Zygo 511

11   and Zygo 512, marked for identification.)

12   BY MR. GINOS:

13     Q    According to the first page, this was sent

14   to you.  Did you receive a copy of this from

15   Mr. Walch?

16     A    Yes, I did.

17     Q    Does this relate to the third system that

18   was not going to Nan Ya, the one that went to

19   California that was damaged?

20     A    The one that went to California, right.

21     Q    At the bottom of this, it says, on the

22   first page of Martin 40, it says "As there is no

23   longer an IBM division (original manufacturer),

24   making this type of equipment, and the team of

25   engineers are now distributed all over the world,

Page 220

1    repair must be considered impossible."

2            What was the last point in time, if you can

3    estimate, at which a repair would have been possible,

4    not necessarily of these units, but assuming AFM

5    repairs were required by IBM, when were they still

6    last in business making those kind of repairs?

7            MR. BJORKMAN:  Object to the form of

8    the question.

9        A    That division was sold at the end of June

10   2000, but actually Kelvin was in the business of

11   servicing that equipment.

12   BY MR. GINOS:

13       Q    Does that mean you believe he was qualified

14   to make repairs?

15       A    He was qualified to make repairs, I believe.

16       Q    If he had wanted to make repairs --

17       A    If he had wanted to.

18       Q    -- would he have been able to get parts,

19   and if so, from where?

20       A    He may have been able to get parts from

21   Veeco because Veeco bought all of the excess

22   equipment from IBM, parts and inventory related to

23   this product.  They effectively picked up the service

24   on these tools that were sold by them and IBM, the 60

25   some-odd units that were out in the field, as part of

```
 1    the sale.  So he isn't particularly right there,

 2    because they could still be repaired.  In fact, Veeco

 3    had agreed to give us a service contract to service

 4    the Nan Ya equipment in the event that Nan Ya wanted

 5    them repaired.

 6                  MR. GINOS:  Let's mark as Martin 41

 7    Zygo 644 through 649.

 8                  (Martin Exhibit 41, Fax to Larry

 9    Martin dated November 20, 2000, Zygo 644 through Zygo

10    649, marked for identification.)

11    BY MR. GINOS:

12    Q    Do you recall receiving a copy of this from

13    Lee-Tech?  I'm now referring to Martin 41?

14    A    I believe so, yeah.

15    Q    Looking at the second page of Martin 41, it

16    lists three AFMs.  Is that in fact a listing of the

17    two damaged AFMs and the loaner, all three of which

18    are now being returned by Nan Ya to Zygo?

19    A    That's correct.

20    Q    The one that is valued at 690,000, I take

21    it, was the loaner.

22    A    That's correct.

23    Q    I see it says "Ship to," although the

24    consignee is Zygo, it says "Ship to Surface

25    Interface."
```

Page 222

1              Were all three sent to Surface Interface?

2        A    Yes.  All three were sent to Surface

3   Interface.

4        Q    Do you know what use they made, if any, of

5   the two damaged AFMs to date?

6        A    To my knowledge, they made no use of them.

7   My understanding was that they never even took them

8   out of the crates.  Their intention in buying them

9   was to potentially use some of the components, if

10  possible, in the system that they were trying to

11  design.

12       Q    Did they, in the end, cannibalize any of

13  the parts, if you know?

14       A    I do not know.  I do know that they

15  returned the loaner to us into working order at the

16  end of the lease.

17       Q    I take it you don't know what use they made

18  of the other parts?

19       A    No.

20       Q    Do you know whether, and I don't want you

21  to speculate, but do you know from any source, for

22  example, Mr. Walch, whether it was possible

23  effectively to put together a working AFM from the

24  parts from the first and second damaged ones, perhaps

25  supplemented by additional parts from Veeco?

Page 223

```
 1                    MR. BJORKMAN:  Object to the form of

 2    the question.

 3         A    I don't know basically.  Well, I don't

 4    know, you know.

 5    BY MR. GINOS:

 6         Q    Do you know whether anyone, like Mr. Walch,

 7    ever discussed doing something like that with people

 8    from Zygo?

 9         A    No.

10                    MR. GINOS:  Let's mark as Martin 42

11    Zygo 221 to 225 inclusive.

12                    (Martin Exhibit 42, Letter from Mathog

13    & Moniello dated December 12, 2000, Zygo 221 to Zygo

14    225, marked for identification.)

15    BY MR. GINOS:

16         Q    It appears to be a letter from Mathog &

17    Moniello sending to Royal two appraisals, one for the

18    first AFM and one for the second damaged AFM.

19                    Do you recall seeing a copy of this before

20    today?

21         A    Actually I don't.  I mean, I certainly have

22    seen --

23         Q    The appraisals?

24         A    -- the appraisals, but I haven't seen this

25    letter.
```

Page 224

1      Q    Do you have any recollection of discussing

2   with Mr. Weidman having him send copies of the

3   appraisals to Royal?

4      A    I don't recall.

5              MR. GINOS:  Let's mark as Martin 43

6   Zygo 160 and 161.

7              (Martin Exhibit 43, Document Zygo 160

8   and Zygo 161, marked for identification.)

9   BY MR. GINOS:

10     Q    Can you identify Martin 43?

11             MR. BJORKMAN:  Take your time and read

12  through it.

13     A    Yeah.  I do remember this, yeah.  This had

14  to do with the payment.

15  BY MR. GINOS:

16     Q    Which payment is it referring to?

17     A    This is the, I believe it's referring to

18  the balance, the 20 percent balance on the first unit

19  less the salvage value.

20     Q    Was the payment eventually --

21     A    It was in fact received.

22     Q    -- received?

23     A    Right.

24     Q    Do you recall approximately when, relative

25  to these e-mails?

1      A     In approximately the same time, the same

2    time frame.  There was no problem with collection of

3    the payment.

4      Q     Halfway down the first page of Exhibit 43,

5    there is an original message from you to Lee-Tech

6    sent Wednesday, January 10, 2001; do you see that?

7      A     Yes.

8      Q     After the discussion about the payment, it

9    says "In addition, I could use your help on another

10   issue.  As you know, we are attempting to collect on

11   the second machine from our insurance company (Royal

12   and Sun Alliance).  We have supplied them the copies

13   of the surveyors reports that you provided me.  Our

14   insurance company has now asked permission to talk to

15   Nan Ya's insurance company (Taiwan & and Marine).  In

16   order to do this, they say they need permission from

17   Nan Ya.  Could you talk to the people at Nan Ya and

18   ask them to write a letter to their insurance company

19   stating that our company (Royal and Sun Alliance) has

20   permission to discuss this claim with their insurance

21   company."

22          Do you know whether that was done?

23     A     I don't believe -- to my knowledge, it

24   wasn't done.

25     Q     I'm done with that.

Page 226

```
 1                    MR. GINOS:  I meant to ask you, for
 2   some reason -- Ian, can we get two copies made of
 3   this?  For some reason, I'm missing the copies.
 4   While you are doing that, I'll see if I can go
 5   through this short stack here and remove some.
 6                    (Whereupon, a recess was taken from
 7   4:15 p.m. until 4:17 p.m.)
 8                    MR. GINOS:  Let's mark this as Martin
 9   44.
10                    (Martin Exhibit 44, Letter from Royal
11   to Mr. Weidman dated January 4, 2001, Zygo 159,
12   marked for identification.)
13   BY MR. GINOS:
14        Q    Look at Martin 44, which is a Royal letter
15   to Mr. Weidman dated January 4, 2001.  Do you recall
16   seeing a copy of this in January 2001, or shortly
17   thereafter?
18        A    Can I --
19        Q    Certainly.  Take a look at it and when you
20   are ready, you can answer the question.
21        A    I don't recall having seen it.
22        Q    There is mention in the second paragraph of
23   this letter that says, "The policy excludes shipments
24   sold by the assured subject to terms of sale whereby
25   the assured is not obligated to furnish ocean marine
```

1    insurance."

2              Was that particular assertion brought to

3    your attention by Mr. Weidman, or discussed with

4    you?

5              MR. BJORKMAN:  I just didn't hear

6    that.  I was reading a part of the letter.  If you

7    can read that back.

8              (Record was read by the Court

9    Reporter.)

10   A    I really don't recall, to be honest with

11   you.  It doesn't ring a bell, but that doesn't mean

12   he didn't bring it to my attention.  I just didn't

13   understand what the heck he was saying.

14   BY MR. GINOS:

15   Q    If you read further down in that letter, it

16   says "Re the damages, the surveyor assigned by our

17   Taipei office did not receive any cooperation or

18   accommodation in trying to arrange for survey of

19   damages.  Does the assured have any survey reports

20   verifying the nature, extent, cause or minimization

21   of loss."

22             With specific reference to the claim there

23   that the surveyor had not received cooperation, was

24   that assertion brought to your attention by

25   Mr. Weidman?

1      A    Not to my knowledge.  I mean, if I knew

2    about it, I did something about it, and I would have

3    been very upset if people weren't cooperating with

4    him.

5      Q    Leaving aside whether or not they were or

6    weren't in fact cooperating, you would have wanted

7    and expected Mr. Weidman to bring this to your

8    attention?

9      A    And I would have wanted or expected

10    cooperation from whomever they needed it from.

11      Q    All right.  I'm done with that.

12                MR. GINOS:  Off the record for a

13    second.

14                MR. BJORKMAN:  Sure.

15                (Off the record discussion.)

16                MR. GINOS:  Let's mark as Exhibit 45

17    Zygo 115.

18                (Martin Exhibit 45, Document Zygo 115,

19    marked for identification.)

20    BY MR. GINOS:

21      Q    Could you identify Martin 45, please, sir?

22      A    Yup.  I responded to it.

23      Q    It appears to be -- it says "See red notes

24    below," but of course this is a Xerox copy.  Can you,

25    if you can, identify which are the red notes?

Page 229

1     A    Yeah.  If you go to 1, "I will have a copy

2  of this ready for you when you arrive today."

3     Q    Okay.

4     A    And then the next one would be "Yes, if the

5  serial number matches than it should be the same

6  unit."  And "As far as I know you have everything

7  however I will go look one more time."

8     Q    Now, can I conclude from this -- well, did

9  you meet with Matt Weidman, as he says, "See you this

10  afternoon" --

11     A    Probably.

12     Q    -- to discuss the insurance claims?

13     A    I think it was primarily to give him

14  information.  I gave him copies of everything that I

15  had in my files.  And this could be the point at

16  which I did it or this was a follow up for things

17  that I hadn't given him that he asked for subsequent.

18     Q    Just to be clear, when you say to give him

19  information, and you referred to everything you had

20  in your file, you are talking about information and

21  documents relating to the first and second AFMs?

22     A    That's correct.

23     Q    Whose handwriting is that on this?

24     A    I have no idea.  It says Matt.

25     Q    Okay.

1       A    It may be Matt's.  Yeah, it must be Matt.

2              MR. GINOS:  Let's mark as Exhibit

3    Martin 46 Zygo 112 and 113.

4              (Martin Exhibit 46, Letter from

5    Carroll Sneed to Joseph Daneman dated March 23, 2001,

6    Zygo 112 and Zygo 113, marked for identification.)

7    BY MR. GINOS:

8       Q    This is a letter from Mr. -- I'm sorry,

9    from Carroll Sneed to Mr. Daneman at Royal, but it

10   shows you and Matt Weidman as being copied at the end

11   of the letter.

12             Did you, in fact, receive a copy of this

13   letter at about the time it was authored?

14      A    Probably.  This is the one, the opinion

15   letter?  Without reading it all the way through.

16      Q    Well, you can take a look at it.  Is this

17   in fact the opinion letter from an expert at Mathog

18   that you were discussing this morning?

19      A    I believe it is, yes.

20      Q    Take a look at it, and then if you can

21   confirm whether or not in fact it is.

22      A    I'm not sure if this is the one or not.

23      Q    Do you recall any discussions at Zygo or

24   with Mathog & Moniello specifically relating to this

25   opinion letter?

Page 231

1          A    No, I don't.

2          Q    We are done with that.

3                    MR. GINOS:   Let's mark as Martin 47

4    Zygo 573 through 575 inclusive.

5                    (Martin Exhibit 47, Document Zygo 573

6    through Zygo 575, marked for identification.)

7    BY MR. GINOS:

8          Q    This appears to be a letter from Royal to

9    Matt Weidman, which he forwarded on to you with a

10   copy to Michael Mabe.

11                   Do you recall receiving this?

12         A    Must have.  I believe so.

13         Q    Did you have occasion to discuss the Royal

14   letter that's in Martin 47 with anyone at Mathog &

15   Moniello, as best as you can recall?

16         A    I think I probably responded.  I believe --

17   are they looking for anything in here?

18                   MR. BJORKMAN:   Look at the cover

19   sheet.

20         A    I think what I ended up doing was giving

21   him -- I'm sure what I ended up doing was giving him

22   anything and everything I had relative to this

23   particular issue.

24   BY MR. GINOS:

25         Q    Which issue?

Page 232

1      A      The Nan Ya damaged units.

2      Q      Well, May 7th, 2001 is the date on the

3   letter.

4      A      Right.

5      Q      By that point in time, can you recall

6   whether you had documents and information relating to

7   the damaged AFMs that had not already been provided?

8      A      I would doubt that I did at that point.   So

9   I would doubt that I had anything else to offer.

10      Q      If you look at the second page of the

11   exhibit, which would be the first page of the Royal

12   letter.

13      A      The first page of the letter, okay.

14      Q      The first page of Royal's letter.

15      A      Royal's letter, got it.

16      Q      Next to last paragraph on Zygo page a 574,

17   the author of Royal's letter says "We again direct

18   your attention to clause 52, which obligated the

19   assured to declare to the Royal the value of all

20   shipments which were to be insured under the, quote,

21   contingency, unquote, coverage and to pay the

22   additional premium thereon.  Please forward to this

23   office all evidence that the first, second and/or

24   third shipments were in fact declared to the Royal

25   for this contingency insurance."

Page 233

1            With specific reference to the language in

2    that letter that I've just read, do you have any

3    recollection of discussing that paragraph or the

4    points raised therein with anyone at Zygo or at

5    Mathog & Moniello?

6         A    At that time, in that time frame?

7         Q    In that time frame.

8         A    I believe I did have a conversation with

9    Matt at that time on that subject.

10        Q    Tell us what you recall about that

11   conversation.

12        A    First of all, we did not declare the

13   shipments, but we had never declared shipments of any

14   equipment at any time against that policy for ocean

15   shipments, and that's what I told him.  I mean, that

16   would mean that we'd be declaring every shipment of

17   everything we shipped overseas and paying additional

18   insurance on it, and I'm not an insurance expert, so

19   I'll defer to the insurance experts on that issue.

20   But I do remember having a conversation, and I think

21   he was more informing me, because I'm not an

22   insurance expert so, you know, I don't fully

23   understand it.

24        Q    What do you recall him informing you

25   specifically just with respect to that?

Page 234

```
 1        A    Well, basically the contention of Royal was

 2   that we should have claimed those shipments against

 3   the policy, notified Royal when we made those

 4   shipments and paid an additional premium.

 5                  MR. BJORKMAN:  Can I hear that back,

 6   that answer?

 7                  (Record was read by the Court

 8   Reporter.)

 9   BY MR. GINOS:

10        Q    What did you mean by -- I take it you were

11   giving us your understanding of what Royal was

12   saying, but you just said "we should have claimed."

13   Do you mean declared the shipment?

14        A    Declared.

15        Q    What did --

16        A    That's what this statement says in here.

17        Q    What is your understanding, then or now, as

18   to what was meant by declaring a shipment?

19                  MR. BJORKMAN:  I'm going to object to

20   that and -- I'm going to object to the form of the

21   question.  I think you are twisting his last answer.

22   His last answer was really his understanding of what

23   Royal's claim was, and now I think you are asking him

24   whether he has an independent understanding of what

25   declare or claim is, and I don't think it's a fair
```

1    question.

2    BY MR. GINOS:

3        Q    Did you have any understanding, from

4    whatever source, as to what was meant by the phrase

5    "declaring a shipment," as used in that letter?

6        A    My understanding would be that you need to

7    notify Royal that you are making such a shipment in

8    advance of making the shipment, okay.  Now, I didn't

9    understand why that would be necessary, as you'd be

10   calling them constantly because we make many

11   shipments under an ocean cargo agreement.

12            So, I mean, I'm not an insurance

13   individual, so I had no real opinion one way or

14   another about the clause from an insurance legality

15   point of view.  I don't know if I'm answering your

16   question.  I'm trying to.

17            MR. BJORKMAN:  I think you answered

18   it.  If it's not sufficient, he will be sure to ask

19   you another one.

20            THE WITNESS:  I'm trying to.

21   BY MR. GINOS:

22       Q    Did you -- are you done?

23       A    I'm done.

24       Q    Did you have any understanding as to

25   whether or not all shipments coming under the Royal

```
 1    Marine Open Cargo Policy that we are talking about,

 2    that all of those shipments had contingency cover?

 3                   MR. BJORKMAN:  Are you asking based on

 4    Royal's contention as put in this letter, or are you

 5    asking him in general?

 6                   MR. GINOS:  No, just based on his

 7    personal understanding, if he had one at the time.

 8        A    I don't have an understanding one way or

 9    the other.

10    BY MR. GINOS:

11        Q    Okay, fine.

12             So I take it the best you can do in respect

13    to these contingency issues is, to the extent that

14    you can remember, tell us what perhaps people at

15    Mathog & Moniello may have said on the subject?

16        A    Yeah, they had an opinion.

17        Q    But you are not an insurance expert --

18        A    I don't have an opinion.

19        Q    -- and would not advance your own opinions?

20        A    Right.

21        Q    And I take it then, you are not in a

22    position to give any expert opinion as to whether

23    Mathog & Moniello were correct as to their

24    assertions; you are relying on them?

25        A    Yeah.  I have no background on which to
```

Page 267

1            But the essence of that is prior to the

2    drop-off in the sentence.  There is a drop-off in the

3    sentence.

4        Q    The following paragraph begins with

5    "According to insurance lower," I'm not sure what

6    that means.

7        A    I don't know what that means.

8        Q    "The salvage will be handled by seller or

9    buyer," and it continues.

10           Can you identify which if any part of that

11   is your response?

12       A    The last sentence.

13       Q    "We agree that we will dispose of the

14   salvage?"

15       A    Yes.

16       Q    And the prior was Billy Wu?

17       A    Right.

18       Q    If you look at the next page in that

19   exhibit, Billy Wu seems to be asking you to provide a

20   formal letter via fax confirming your responses?

21       A    Right.

22       Q    And did you do that?

23       A    Yes, I did.

24       Q    And is that the next page?

25       A    Yes, it is.

Page 268

1        Q    I'm done with that.

2             If you look at Exhibit 26, Smith Exhibit 26.

3        A    Okay.  This will be tough to read.

4                  (Telephone rings.)

5                  MR. GINOS:  I'm sorry, I know who this

6    is, I've got to take it.

7                  THE WITNESS:  Go ahead.

8                  MR. GINOS:  Well, he'll call back.

9    BY MR. GINOS:

10       Q    This is what Nan Ya has described as

11   minutes of the meeting that occurred on November

12   13th, 2000 that Tim Smith attended.

13       A    Okay.

14       Q    Were you provided with a copy of these in

15   Chinese?

16       A    No, I wasn't.

17       Q    When was the first time you ever saw a copy

18   of these in either --

19       A    When I was in China.  That's an easy one.

20                 (Telephone rings.)

21                 THE WITNESS:  Want to answer that?

22                 MR. GINOS:  Yes

23                 (Pause.)

24   BY MR. GINOS:

25       Q    When was the first time you saw these

Page 269

```
 1   either in China or a translation?

 2       A    Sitting before the judge magistrate up in

 3   the Hartford court in an attempted settlement meeting.

 4       Q    And this was a meeting with --

 5       A    Your firm and Nan Ya's firm and Zygo's firm

 6   and the judge magistrate.  Right?

 7                 MR. BJORKMAN:  Yes.

 8       A    So it came as quite a surprise to see this

 9   document.

10   BY MR. GINOS:

11       Q    We are almost done now.  I'm done with that.

12            Look at Smith 28.  Can you identify the

13   e-mails in Smith 28?

14       A    Yes, I can.

15       Q    Did you receive these from Lee-Tech?

16       A    I believe so.

17                 MR. BJORKMAN:  Well --

18                 MR. GINOS:  This is on the first page.

19                 MR. BJORKMAN:  Yes.

20       A    It depends.  Yes, I responded.

21   BY MR. GINOS:

22       Q    Some of these are from Lee-Tech to you, and

23   from you back?

24       A    Yes, that's correct.

25       Q    Do you recall either receiving these or
```