# EXHIBIT 28

Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
 3              SOUTHERN DISTRICT OF CONNECTICUT
 4    ----------------------------X
 5    ROYAL INSURANCE COMPANY
      OF AMERICA,
 6
                   Plaintiff,
 7
           vs.                         Case No.
 8                                     CIV 3:01 131 7
      ZYGO CORPORATION,                    (GLG)
 9
                   Defendant.
10    ----------------------------X
11    ROYAL INSURANCE COMPANY
      OF AMERICA,
12
           Third-Party Plaintiff,
13
                vs.
14
      NAN YA TECHNOLOGY CORPORATION.
15
16         Third-Party Defendant.
      ----------------------------X
17
18
19                 DEPOSITION OF KELVIN WALCH
20                    New York, New York
21                   Monday, June 7, 2004
22
23
24    Reported by:
      Thomas R. Nichols, RPR
25    JOB NO. 161178
```



Page 6

1
2  so forth, we'll be happy to accommodate you.
3      A.  OK.
4      Q.  I understand you have to leave by 3.
5      A.  Or thereabouts.
6      Q.  Or approximately. -- in order to
7  catch an international flight, which is why we
8  tried to start early.  It's now about 8:27.
9          And my first question to you is, for
10  the record, can you give us your full name and
11  your current residence address?
12      A.  Sure.  My name is Kelvin Walch.
13  Middle name Ross, if it's important.  I live
14  at 73 Stanwell Road, Ashford, Middlesex.  It's
15  in England.  Postal code is TW153EQ.  It's
16  also my business address.
17      Q.  I have in my hand your business card
18  and it says Ash, A-s-h, hyphen, Semi Services,
19  Limited.
20          Is that the present name of your
21  business?
22      A.  It is.
23      Q.  Can you tell us how old that company
24  is?
25      A.  It's just a fraction over four years

Page 7

1
2  old now.
3      Q.  And what business is that company
4  engaged in?
5      A.  I am engaged specifically in
6  continued support for AFM instrumentation in
7  the semiconductor microchip fabrication
8  facilities.
9      Q.  Without going into great detail can
10  you briefly explain what AFM instrumentation
11  is and what it's used for?
12      A.  Yes, it's something very similar to
13  an old vinyl record player system.  It's a
14  small stylus assembly that is driven or
15  resonated at a high frequency.  And as you
16  bring this tip in close proximity to another
17  structure -- in this case it would be features
18  in a manufacturing process on a wafer -- the
19  characteristics of the tip changed.  The
20  resonant frequency changes slightly and the
21  tip amplitude changes slightly.
22          By controlling this, which is
23  essentially a process called van der Waals'
24  forces -- that's v-a-n d-e-r W-a-a-l-s.  It's
25  the forces between the atoms as they come

Page 8

1
2  very, very close proximity to each other, and
3  it's used in the feedback loop to maintain a
4  distance between the tip and the surface.  So
5  it's not actually touching, but it's very,
6  very close to the surface.
7      Q.  And what does this tip do?  What's
8  it used for?  What is it used to accomplish?
9      A.  It's used to trace the surface and
10  generate geometric data.  It's used as a
11  process control tool in the manufacturing of
12  microchips.  So it's a quality control tool.
13      Q.  Is it used for anything besides the
14  use you described in connection with microchip
15  manufacture?
16      A.  It can be used in medical
17  applications, but it's analysis in those
18  cases.  Medical or biomedical.
19      Q.  Let's go back and I would like to
20  begin with your educational background.  Can
21  you describe that briefly for us, telling us
22  what degrees you hold and when you got them?
23      A.  OK.  I don't hold a degree.  I left
24  school at 16 with a basic education from an
25  English school.  I went to a vocational type

Page 9

1
2  of college where I studied advanced industrial
3  electronics.  I had two qualifications in the
4  first two years, in the second two years doing
5  that.
6          But at the same time it's a
7  vocational course, so I was working at the
8  same time in what we call in England an
9  apprenticeship in electronics in the
10  high-technology materials industry.
11          So it's a little bit perhaps
12  difficult to explain exactly what that
13  encompasses, but what -- and in many cases
14  it's what you guys in Wall Street refer to as
15  the high-tech stocks.  It's those sorts of
16  companies.
17      Q.  I think you just mentioned two
18  qualifications.  What were you referring to?
19      A.  OK, I have what's called an ordinary
20  national certificate and a higher national
21  certificate in advanced electronics.
22          And then I went on for two further
23  years to a polytechnic, which has now been
24  renamed as a university, where I was studying
25  for a degree in electronics, but I didn't

3 (Pages 6 to 9)

Page 14

1
2 approximately 14 years ago -- there's
3 something wrong here with my dates.
4       MR. BJORKMAN: Just take your time.
5    Start again if you want to reorient
6    yourself. The question is how you first
7    became involved with the AFM.
8    A. '96, October '96, I was approached
9 by Veeco to join their team to look after
10 their instrumentation for process control, for
11 process measurements in wafer facilities in
12 the UK market.
13    Q. You just said that you were
14 approached by Veeco to look after their
15 instrumentation.
16       What do you mean by to look after?
17    A. Look after as in they wanted me to
18 join the team as a service engineer and
19 process support engineer.
20    Q. And what does a service and process
21 support engineer do in that context?
22    A. In that context, the job is when
23 equipment is new is to install it and make it
24 operational, fix it when it's broken.
25       But the process support engineer

Page 15

1
2 side or technical support side is far more
3 geared towards understanding the customer's
4 processes and the fundamental operations of
5 the equipment that you sell them and to marry
6 the two together to give the customer the
7 maximum performance from the equipment.
8    Q. I take it then you did go to work
9 for Veeco at some point.
10    A. Yes. At that time, '96, I started
11 work for Veeco.
12    Q. How long did you work for Veeco?
13    A. I worked for Veeco in the UK in
14 Europe for about a year and a half, two years.
15 And then I worked for Veeco in Santa Barbara,
16 but engaged as an individual person in the UK
17 for a further year.
18    Q. When you say engaged as an
19 individual person, do you mean as opposed to
20 being formally on their payroll? Were you a
21 consultant, outside contractor or what?
22    A. It's a little complicated.
23 Obviously I live in England and I pay my taxes
24 in England. And I was frustrated with Veeco's
25 management style in Europe. So at some point,

Page 16

1
2 I believe that was -- I don't recall the dates
3 exactly, but I became disenchanted with their
4 management structure and I resigned.
5       But the very next day I had a job
6 offer from Veeco in Santa Barbara, who
7 understood my frustrations but were unable to
8 make me any sort of offer or package or
9 support while I was engaged in Europe. Some
10 political issues.
11       So I joined Santa Barbara, but for
12 administrative purposes I was paid via the UK
13 office, but off of the Santa Barbara budgets.
14    Q. At what point in time did you leave
15 Veeco's employ?
16    A. I left Veeco's employment
17 approximately March. Give me a second. Can I
18 just consult my notes?
19    Q. Sure.
20    A. Because I did this the other day,
21 but just to be sure that I had all this
22 information in place, because I had a feeling
23 these questions would come.
24       OK, I ceased being engaged with
25 Veeco in March '99.

Page 17

1
2       MR. BJORKMAN: '99?
3       THE WITNESS: Yes.
4    Q. While you were, as you put it, being
5 engaged by Veeco did you also do any work for
6 other companies or for yourself, for your own
7 account?
8    A. No, Veeco only.
9    Q. While you were being engaged by
10 Veeco did any of your work involve the Far
11 East, traveling to the Far East and assisting
12 with instruments, Veeco instruments in the Far
13 East?
14    A. That's a good question. My
15 involvement was very heavy with Europe and the
16 U.S., and I had made numerous trips to the Far
17 East. But whether any of them were
18 specifically with Veeco I have trouble
19 remembering now.
20       MR. BJORKMAN: You don't have to
21    guess.
22    A. No, I'm not sure. It's possible,
23 but I'm not sure.
24    Q. You have no specific recollection
25 now.

Page 18

1
2      A.  No.
3      Q.  After leaving Veeco's employ what
4   was your next job?
5      A.  My next job was a similar
6   arrangement with Zygo.
7      Q.  At what point did that arrangement
8   commence?
9      A.  Almost immediately.  I recall it
10   would have been a few days either way.
11      Q.  So in March of 1999.
12      A.  Yes.
13      Q.  Can you describe the nature of that
14   arrangement when it first began?  What was the
15   job title you had?
16      A.  The job title then was application
17   support manager in Europe.  But that was the
18   title I was given by my then manager.  When
19   discussed with Zygo at some other meetings,
20   they were just using the term "service
21   engineer."
22         To me it made no difference in the
23   description, the title of the name.  I was
24   still doing the same job, which was to support
25   the customer.  Whether it was classified as

Page 19

1
2   service or application support really wasn't
3   overly important to me.
4      Q.  Tell us, please, the type of support
5   you were providing to the customers of Zygo
6   when you first began employment with them.
7      A.  It was essentially application
8   support.  I would visit various sites around
9   the world.  Mainly my visits were aimed at the
10   group, which was Siemens, now referred to as
11   Infineon -- there's a separation in their
12   business structure -- and IBM.
13         Siemens and IBM had been partners in
14   a technological development.  That part of
15   Siemens became independent and was made
16   Infineon, so it was Infineon and IBM.  So much
17   of my experience was with their processes that
18   I was asked to look after that batch of
19   customers around the world.
20      Q.  And by looking after them, what do
21   you mean?
22      A.  Looking after them, it's a technical
23   support role.  So it was all aspects of the
24   use of the machine and understanding their
25   process and the machine and making the two

Page 20

1
2   work together efficiently.  But it was not a
3   commercial arrangement.  I mean, I wasn't a
4   salesperson.
5      Q.  So you weren't involved in selling
6   the machines.  Were you involved in repairing
7   the machines?
8      A.  On occasion.
9      Q.  Were you involved in designing or
10   modifying the designs of these instruments?
11      A.  Yes.
12      Q.  At that time.
13      A.  At the very, very beginning, not so
14   much involved.  I had input.  I take field
15   input and communicate back with the
16   development team of IBM.  You may appreciate
17   it, you may not, but the machine was actually
18   manufactured by IBM in Boca Raton, Florida.
19   Later moved to Delray Beach, Florida.  And
20   Veeco was the distributor earlier on and then
21   Zygo had become the distributor later on.
22      Q.  The machine we're talking about now,
23   is this the atomic force microscope that I had
24   originally mentioned?
25      A.  Yes.

Page 21

1
2      Q.  During your tenure with Zygo were
3   you involved personally in giving training to
4   customers in the use of machines?
5      A.  Very much so.
6      Q.  Did you assist at times in showing
7   them how to set the machines up or perhaps
8   actually setting them up yourself?
9      A.  Yes.
10      Q.  Did you ever have occasion to visit
11   the IBM facilities in California where these
12   machines were made?
13      A.  No, they were made in Florida, in
14   Boca Raton.
15      Q.  I'm sorry, Florida, I misspoke.
16      A.  Or Delray Beach as it was later.
17      Q.  In Boca Raton or Delray Beach,
18   Florida.
19      A.  Yes.
20      Q.  Can you tell us what involvement you
21   had, if any, ranging all the way from simply
22   witnessing to possibly making suggestions,
23   with respect to the packaging of these AFM
24   machines for shipment overseas or across the
25   country?

6 (Pages 18 to 21)

Page 22

1
2      A.  Involvement, none.  Witnessing, on a
3  couple of occasions I was there, machines were
4  being packed.  I say while I was there.  That
5  may have been during my Veeco time rather than
6  Zygo time.  I saw machines being packed and
7  shipped.
8          I didn't study them being shipped
9  and packed, but I witnessed them on the
10 loading dock being prepared for shipment.
11     Q.  I take it you didn't stop to inspect
12 closely and ask questions about the packaging
13 or did you?
14     A.  No.
15     Q.  Have you ever received any either
16 formal training in terms of courses or perhaps
17 on-the-job training in packaging or packing of
18 these types of machines in order to protect
19 them during shipment cross-country or
20 overseas?
21         MR. BJORKMAN:  I will object to the
22     form of the question.  You can answer.
23     A.  Formal question -- I'm sorry, formal
24 training, no.  Involvement, yes.  In my much
25 much earlier years I was involved in packing

Page 23

1
2  and shipping of large pieces of equipment of a
3  similar size and mass and shape for transport
4  around the world, which we had built in the
5  factory.
6          So yes, I was involved in taking
7  various parts off the machine and packing them
8  and crating them up for shipment.  Equally I
9  was involved in unpacking on the other end,
10 installing the equipment.  And equally during
11 this interaction with Zygo and Veeco I've
12 unpacked many of these machines and I've
13 repacked many of these machines after trade
14 shows.
15     Q.  I think you mentioned that before
16 your employment with Zygo you had some
17 involvement in packing equipment of similar
18 weight --
19     A.  Yes.
20     Q.  -- and size.
21         When was that?  Who were you
22 employed by when that occurred?
23     A.  I was employed then by a company
24 called Iontech, I-o-n-t-e-c-h, a small company
25 in England.

Page 24

1
2      Q.  What was the time frame of that
3  involvement?
4      A.  That's the same place that I studied
5  my apprenticeship.  So from '76 on to around
6  about 1984.
7      Q.  The equipment that you say you had
8  some involvement with its packing, what type
9  of equipment was it?
10     A.  It was what's referred to as process
11 equipment.  So it would be etching or
12 deposition equipment.
13     Q.  Did you receive any training on the
14 job or otherwise with respect to the packing
15 of that equipment?
16     A.  I wouldn't say I had any specific
17 training, no.
18     Q.  What guidance, if any, did you have
19 in how to pack the equipment?  Did somebody
20 who had done it before show you how to do it
21 or what?  I am just trying to get an idea of
22 how you knew what --
23     A.  Well, no.  It's just something that
24 you learn over years and years of things, that
25 you put heavy items at the bottom of crates

Page 25

1
2  and cases.  Not light stuff.  Light stuff sits
3  on the top.
4          But you provided adequate space or
5  packaging around the outside so it doesn't get
6  impact damage.  Things like this.
7      Q.  Did you ever receive any training,
8  again, either formal or informal on the job,
9  with respect to designing packaging?
10     A.  No.
11     Q.  Did you ever receive training with
12 respect to doing calculations based on
13 dimensions and weights of equipment, to
14 determine center of gravity for a piece of
15 equipment and its effect on how it should be
16 packed?
17         MR. BJORKMAN:  Object to the form of
18     the question.
19     Q.  For an overseas shipment.
20         MR. BJORKMAN:  Object to the form of
21     the question.
22         I think it's compound and vague, but
23     if you understand it.
24         THE WITNESS:  Oh, I understand the
25     question.

7 (Pages 22 to 25)

Page 26

1
2      A.  And my answer is yes, I understand
3  how to calculate the center of gravity.  I
4  studied electronic engineering for again over
5  six years and in England you don't study just
6  one subject.  The definition, "engineering,"
7  defines that you have to study along the way
8  civil engineering, mechanical engineering and
9  electronic engineering.
10      So yes, that sort of calculation is
11  something that I have come across in the past.
12      Q.  Have you ever actually used the
13  formulae in order to calculate the center of
14  gravity for a piece of equipment in connection
15  with determining how it should be packaged for
16  overseas shipment?
17      A.  No.
18      Q.  Did you ever participate in or
19  assist in the packaging of the AFMs being
20  manufactured by IBM in Florida?
21      MR. BJORKMAN:  I'm just going to
22  object to the form.  Do you mean
23  packaging in Florida or are you just
24  referring to those machines that were
25  manufactured there?

Page 27

1
2      MR. GINOS:  I mean the packaging, as
3  the machines were being manufactured in
4  Florida by IBM were being prepared and
5  packaged, being sent overseas or
6  cross-country, did he participate in that
7  packaging, in the actual process.
8      A.  I can answer that question.  The
9  answer is yes in a very, very vague sense.  As
10  in I assisted in physically pushing a large
11  piece of this equipment, one of these things,
12  AFM/scanner assemblies, up onto the pallet
13  prior to the crew packing the rest of the box.
14      But that's about it.  I wasn't
15  involved in, you know, doing up the screws and
16  clips on the cases and stuff like that, no.
17      Q.  I take it you were not involved in
18  deciding how many screws or what kind of
19  screws to use in the packaging.
20      A.  No.
21      Q.  Or where to place them.
22      A.  No.
23      Q.  And you were not involved in making
24  decisions as to what type of wood or thickness
25  of wood should be used in effecting that

Page 28

1
2  packaging.
3      A.  No.
4      Q.  Nor were you involved in decisions
5  or the actual operation of relating to putting
6  in insulating or cushioning material around
7  the machines to protect it.
8      A.  No.
9      Q.  Do you happen to know who, if
10  anyone, at the IBM facilities with these AFM
11  machines in Florida, did in fact design and
12  construct the packaging for these AFMs to be
13  shipped overseas?
14      A.  Well, there are drawings in
15  existence of the crates that IBM used.  There
16  must be a draftsman's initials on those
17  drawings.
18      Now, whether he did the calculations
19  or whether another engineer did the
20  calculations for size of the timbers and stuff
21  like that, I couldn't answer.
22      Q.  I take it that you've never had any
23  discussions with whoever the draftsperson was,
24  or whatever engineers may have advised him
25  that, concerning the packaging of these AFMs?

Page 29

1
2      A.  No.
3      Q.  I believe you described the nature
4  of your work for Zygo when you began your
5  association with Zygo.
6      Did there come a point in time when
7  you left Zygo's employ, and if so, when was
8  that?
9      A.  Yes.  I ceased to be engaged by Zygo
10  on the 31st of March 2000.
11      Q.  So I take it you had been engaged by
12  them for approximately one year?
13      A.  Almost exactly one year, yes.
14      Q.  What relationship did you have with
15  Zygo, if any, after that point?
16      A.  After that point since the reason
17  for mine and everybody else in the team's -- I
18  say virtually everybody else in the team --
19  demise from Zygo was Zygo's arrangement with
20  IBM came to an end.
21      I don't know who cancelled the
22  agreement, but the IBM/Zygo representation of
23  the AFM was finishing, and all of us in the
24  field support team were laid off at the end of
25  March.

8 (Pages 26 to 29)

Page 30

1
2      We knew that date was coming, and as
3  that date was coming and there appeared to be
4  no planned future for the AFM, I made a
5  decision about a month, two months previously
6  that I would make myself available to support
7  the customer base for a profit.
8      So I had made a decision to become
9  truly independent as opposed to -- as opposed
10  to self-employed in the UK with essentially
11  one hundred percent for Zygo to become
12  available to all of the customer base to do
13  that.
14      Q.  And was it your intention in
15  starting this new independent business to
16  continue to essentially offer the same
17  services that you had performed for Zygo when
18  you had been engaged by it?
19      A.  Yes, absolutely.  I was offering
20  installation, if necessary, movement of
21  equipment, training, maintenance, spare parts.
22      Q.  When you say "movement of
23  equipment," what do you mean by that?
24      A.  Well, on occasion wafer facilities
25  decide the equipment is redundant and they put

Page 31

1
2  it up on the secondhand market.  So I was
3  quite prepared to decommission the equipment
4  in one FAB for one customer and install it in
5  another FAB for another customer.  How that
6  transaction occurred in between was between
7  them.
8      Q.  So you're referring to interfacing
9  with the customers to in effect disengage the
10  instrument from one and introduce it into the
11  service of another.
12      A.  Exactly.
13      Q.  And when you said movement, you
14  didn't mean that you were physically involved
15  in packaging and moving, physically moving the
16  equipment.
17      A.  Oh, yeah, absolutely.  I'd have done
18  the same thing.  I'd have packed the machine
19  for shipment if that was necessary.
20      It was an offer at that point to
21  people.  I have done it in the last four years
22  on a couple of occasions.  But at that
23  specific time, March 2000, it was an offer of
24  services to people, but it wasn't an event.
25      Q.  During your employ or engagement, as

Page 32

1
2  you put it, by Zygo for that one year did you
3  ever personally pack any of the AFMs for
4  shipment?
5      A.  I think repack is a better
6  definition.
7      Q.  OK.
8      A.  Several trade shows.  I would have
9  unpacked and repacked the equipment at the
10  beginning and end of the trade show.
11      Q.  The equipment you're referring to in
12  connection with those trade shows was what
13  exactly?  What type of equipment are we
14  talking about?
15      A.  They'd have been the large scale
16  AFM, the so-called SXM 320.
17      Q.  Now, I take it that the equipment
18  you're referring to would have been
19  transported to a trade show in some sort of
20  packaging, taken out of that packaging and
21  then put on display at the trade show; is that
22  correct?
23      A.  Correct.
24      Q.  And then at some point the trade
25  show would come to an end and you would repack

Page 33

1
2  the unit and it would be shipped somewhere.
3      A.  In the same containers, yes.
4      Q.  In the same original containers.
5      The container that it was shipped in
6  to this trade show, who would typically design
7  or construct that?
8      A.  Oh, it's the same packaging as was
9  shipped for international shipments to
10  customers.
11      Q.  So is that -- I just want to be
12  clear.  Would that then have been packaging
13  that would have been fabricated in the IBM
14  facility in Florida used to transport it to
15  Zygo and then used by Zygo to transport it to
16  the trade show and back?
17      A.  OK.
18      Q.  Or am I misunderstanding?
19      A.  No, no.  The answer to that is yes.
20  At the time Zygo had the office right next
21  door, the industrial unit right next door to
22  IBM's facility.  So it was more a matter of if
23  Zygo were just going to use the machine for
24  demonstration purposes or take a delivery of
25  one that was on some order quota, it would

9 (Pages 30 to 33)

Page 34

1
2    have just been pushed across the loading dock.
3        If the goods were being shipped on
4    to another Zygo facility or to a customer,
5    then they would have been crated in the IBM
6    designed crates.
7        Q.  Do you know, and I don't want you to
8    speculate, but do you know whether during the
9    period that you were engaged by Zygo, do you
10   know whether the IBM designed crates were ever
11   modified in their design for any reason?  And
12   I don't want you to guess.
13       MR. BJORKMAN:  You're asking him
14   whether the design was modified?
15       MR. GINOS:  Yes.
16       A.  That would be an impossible question
17   to answer then, because I don't have the
18   revisions of all the drawings.  I don't recall
19   any changes.
20       Q.  After you left Zygo's employ and
21   began your own independent business providing
22   these services, can you tell from whatever you
23   saw or heard firsthand whether the packaging
24   for these AFMs, that is to say, for
25   transporting them cross-country or overseas,

Page 35

1
2    whether that packaging differed from the IBM
3    packaging that had been used while you were
4    employed by Zygo?
5        MR. BJORKMAN:  Before you answer
6    that, I just have to hear that back.  I
7    missed the first part.
8        (A portion of the record was read.)
9        MR. BJORKMAN:  Are you saying the
10   packaging that Mr. Walch used or does he
11   know about how Zygo or others shipped
12   this after he left the employ?  That's
13   just my confusion.
14       MR. GINOS:  The latter.  In other
15   words, assuming they were being, these
16   machines were being manufactured, they
17   would have to then be packaged for
18   shipment.
19       And I'm just wondering if he knows,
20   I don't want him to guess --
21       Q.  -- from direct observation or at
22   least at minimum from seeing or reading,
23   hearing things, whether the design of the
24   packaging, how it was effectively changed at
25   all between the time you left Zygo and then

Page 36

1
2    your subsequent servicing as an independent --
3        MR. BJORKMAN:  I just want to make
4    sure.  And I'm not trying to be
5    difficult.  But you're asking him after
6    let's say the end of March 2000 whether
7    Zygo and/or IBM or whoever else was in
8    control of these things, whether the way
9    that entity shipped it changed.
10       MR. GINOS:  Correct.
11       MR. BJORKMAN:  OK.
12       MR. GINOS:  If he knows.
13       MR. BJORKMAN:  If you know.
14       A.  I think the answer to that is quite
15   simple.  At the end of that time, March 2000,
16   the project had eventually, let's say
17   essentially closed.  IBM had stopped
18   manufacturing the machines.  Nobody was
19   selling the machines.  There was just some
20   inventory left.
21       And as I recall around March time
22   most of the machines that were going to be
23   moved anywhere in the next few months were
24   already crated or crates were ready to the IBM
25   design.  As far as I recall.

Page 37

1
2        Q.  And that final crating of the
3    remaining machines, the remaining inventory
4    that was going to be shipped wherever it was
5    going, do you know whether there was any
6    difference in how those machines were packaged
7    compared to how they had been packaged a year
8    before?
9        A.  I don't know of any difference.
10       Q.  Well, I want to be clear.  Are you
11   saying based on your observations you don't
12   believe there was any difference or simply
13   there might have been, but you're not aware of
14   it.
15       In other words, you don't know.  You
16   didn't do a study and compare, any sort of
17   comparison.
18       MR. BJORKMAN:  Wait.  I'm going to
19   object to the form of the question, and --
20   I'll object to the form.  If you
21   understand it.
22       Q.  Do you understand what I'm trying to
23   get at?  I mean, it's one thing to say, I'm
24   not aware of any, but then if you weren't
25   there and didn't do a study, didn't ask,

Page 42

1
2  loaner, which is a slightly different model,
3  by the way, it's called an AUS 2500, that one,
4  the crates had been destroyed after delivery
5  by Nan Ya's shipping people. So we had to
6  have a whole set of crates made for that one.
7      Q.  Do you know either by observation or
8  calculations or whatever other process, and
9  again, I don't want you to guess or speculate,
10  but do you know why the packaging on the first
11  crate was apparently more damaged than the
12  packaging on the second AFM?  And I don't want
13  you to guess.
14      MR. BJORKMAN:  I'm going to object
15  to the form.
16      Q.  I mean, was there anything that you
17  saw or deduced from your observations or from
18  calculations or anything else that explained
19  to you why the crating on the first apparently
20  received rougher treatment or been more
21  damaged?
22      MR. BJORKMAN:  Object to the form.
23      A.  I can answer the question, but
24  you've referred to that I would have
25  calculated.  And the answer to that is no, I

Page 43

1
2  haven't calculated.
3      But by observation, purely by
4  observation, the first package had been tipped
5  up, dropped somehow, and the impact was to the
6  corner of the pallet, nominally a thousand
7  kilo, thousand pound package.  I don't
8  remember the exact weight.  But it had landed
9  on the corner and the box had all become
10  distorted and broken.
11      The second shipment had been tipped
12  up cleanly onto one face.  So it landed square
13  on, meaning far far less damage to the wooden
14  structure.
15      Q.  Correct me if I'm wrong.  Are you
16  indicating in effect that whatever force,
17  impact force resulted from the box tipping
18  over and coming into contact with the ground,
19  was spread out over a larger area in the
20  second instance as opposed to --
21      A.  Yes, the direct point of impact,
22  yes.
23      Q.  Do you know, can you tell, whether
24  the internal structure securing the second
25  AFM, and by internal structure I mean whatever

Page 44

1
2  wood and screws, and so forth, have been built
3  into the packaging, whether that gave way or
4  damaged at the same time that the package
5  tipped over or whether that occurred before it
6  tipped over?
7      MR. BJORKMAN:  I'm going to object
8  to the form.  And also, he hasn't
9  described damage to the internal part of
10  the crate.  So I think you're --
11      MR. GINOS:  All right, let me back
12  up.
13      Q.  Based on your observation of the
14  second AFM was there any internal damage to
15  the packaging?  By internal I mean inside the
16  package.
17      A.  Yes, I can answer that question.
18  The second shipment.  Bear in mind that I
19  didn't see the damage to the first shipment.
20  So I can't make a reference to this.
21      What I saw of the first shipment was
22  a pile of crate base and panels stacked up in
23  the corner on Nan Ya's deck with a lot of
24  distortion.
25      The second shipment I was there that

Page 45

1
2  day.  We had taken a call, and colleague
3  Wilbur Chiang and I went along to see the
4  status of the machine.  And inside the crate
5  there was just essentially one imprint of
6  certain screws on the machine against the
7  inside on one face of the plywood panel.
8      That indicated to me based on your
9  question that damage had come from the machine
10  on that side impacting the inside of the crate
11  in one hit.  It was not a series of multiple
12  impacts and strands of fibrous timber all over
13  the place as though it had been knocking
14  against the side again and again and again.
15      Q.  Well --
16      A.  That was also the face that was down
17  on the floor, that would have impacted the
18  floor.
19      Q.  If you know, based on your
20  observation of the packaging of the second
21  AFM, had the riggers or whoever else at IBM
22  built this packaging utilized any kind of
23  fasteners, screws, bolts, anything, in order
24  to minimize or prevent movement of the machine
25  within the packaging during shipment?

12 (Pages 42 to 45)

Page 70

1
2  one organization or two, but they're outsiders
3  to IBM.
4      Q.  Had you, at about the time this
5  e-mail was sent, did you learn from any source
6  as opposed to reading it now, but did you hear
7  back then from any source that the contractors
8  who were building crates and perhaps rigging
9  these AFMs for shipment were quitting or about
10 to quit?
11     A.  No, no recollection at all.  They're
12 not the people that I would have had any
13 contact with.
14     Q.  Do you know whether as of February
15 2000 Zygo had its own personnel or personnel
16 acting on its behalf who were supervising
17 either IBM or this other company's packaging
18 of these AFMs at the facility?
19     A.  I can't speculate to that one.  I
20 have no idea.
21     One thing, before you go on.
22     Q.  Sure.
23     A.  I would say that in the Delray
24 office Casey was the more senior and more --
25 most comprehensively knowledgeable person

Page 71

1
2  inside the Zygo group down there.  So he would
3  have been more like the coordinator of the
4  guys that were in Delray Beach.
5      Q.  Do you know, and again, I don't want
6  you to play Sherlock Holmes, unless it's
7  possible to do so.
8      MR. BJORKMAN:  No, no.  You don't
9      get to play Sherlock Holmes if it helps
10     him or something like that.
11     Q.  I mean, if there's specific
12 information like dates and references and
13 names upon which you can reasonably deduce,
14 you know, with some certainty, you're free to
15 do that, but we don't want you to speculate.
16     Looking at this Martin 10, can you
17 tell us, do you know what "upgrading of the
18 crate design for strength" is a reference to?
19     MR. BJORKMAN:  I'm just going to
20     object to the form of the question.  He
21     is asking if you have any knowledge about
22     that.
23     Q.  Right, I don't want you to guess.
24     A.  No, I don't know.
25     Q.  There's -- the statement is made

Page 72

1
2  near the end of the e-mail, "Casey had an
3  issue with quality being partially neglected
4  trying to achieve the ship date."
5      On the basis of your recollection,
6  conversations with Casey or other people or
7  documents you've seen, do you know what that
8  is a reference to?  And I don't want to you
9  guess.
10     A.  No, I have no idea.
11     Again --
12     MR. BJORKMAN:  Don't guess.
13     A.  No, I can't.  It would be
14 speculation and I may be wrong.
15     Q.  The last sentence or the next to
16 last says, "He also said we had until the 15th
17 to be on site."
18     Do you know what that's a reference
19 to?
20     A.  I don't.  No, I don't.  I'm inclined
21 to believe it's probably to get the unit to
22 Nan Ya, but I --
23     Q.  But you're not sure whether that's a
24 reference to one of the Nan Ya units.
25     A.  No.

Page 73

1
2      Q.  Can you recall any discussions that
3  you participated in or personally overheard
4  which related to the upgrading or the
5  upgrading of the crate or packaging designs
6  being used for shipping AFMs to Nan Ya?
7      A.  Yes, I can.
8      Q.  Can you tell us --
9      A.  I don't recall specifically whether
10 it was a voice conversation or an e-mail.
11 Again, it would be something I would have to
12 go and check against my archives.
13     But I did make some recommendations
14 that we made the anchorage points of this
15 shipment more secure than had been used to
16 ship the Nan Ya machines.  Bearing in mind
17 that I have just seen the damage of two
18 machines in Nan Ya, and the conclusion -- not
19 conclusion.  That's an unfair statement -- an
20 observation is that the anchorage method could
21 have been more secure.
22     Q.  Do you recall an approximate time
23 frame in which this e-mail communication or
24 perhaps verbal communication would have taken
25 place?

19 (Pages 70 to 73)

1
2      A.  It would have been during my trip,
3   that one where I wrote the reports on the
4   second, the second damaged unit, which would
5   have been I think -- that was --
6        THE WITNESS:  Can you help me there?
7        MR. BJORKMAN:  You were there in
8   February.
9      A.  February.  February.  So in that
10  case no, because this would have been -- this
11  would have been prior to that, so no.  I know
12  I had a conversation with Sylvain, my manager,
13  suggesting that we do something about making
14  it more secure.
15       Obviously if damage is going to
16  happen, it's going to happen.  You can't
17  always avoid it, but we'll take -- we learn
18  from anything, and perhaps we should improve.
19       But this reference here in, as you
20  said, Martin 10 is prior to that conversation.
21  So no, I have no knowledge of that.
22     Q.  Is it correct though that by the
23  point in time when this e-mail was sent the
24  first Nan Ya AFM had already arrived in
25  damaged condition?

1
2      A.  I don't recall.  Sorry.  Don't
3   recall the dates of the first shipment or
4   first delivery.
5        MR. GINOS:  Let's mark as Walch 3 a
6        document, two pages, with the Bates
7        numbers Zygo-436 and 437.
8        (Plaintiff's [Walch] Exhibit 3,
9        e-mail string, Bates Nos. ZYGO-436 and
10       437, marked for identification, as of
11       this date.)
12     Q.  Mr. Walch, would you look at this.
13  And I see there's a cc to krwalch@aol.com.
14  Was that your mail address at the time?
15     A.  It was and still is, yes.
16     Q.  Would you take as long as you need
17  to look at this and tell us whether this helps
18  to refresh your recollection as with respect
19  to my earlier question as to whether by
20  February 2, 2000, the first AFM had already
21  arrived in damaged condition at Nan Ya.
22     A.  This appears to reference the second
23  delivery, but refers to the accident with the
24  first delivery.  But it doesn't put a date to
25  that first delivery that I can see.

1
2      Q.  Are you looking at page 2?
3      A.  I'm looking at --
4      Q.  Where it says "Obviously the
5   accident happening to the first tool is a rude
6   hit."
7      A.  Whatever that means, yes.
8      Q.  And the date on that e-mail is
9   January 29, 2000; is that correct?
10     A.  Oh, yes, sorry.  Yes, it is.
11     Q.  So at least by the 29th of January,
12  2000, the first AFM destined for Nan Ya had
13  arrived in damaged condition, correct?
14     A.  It does look that way, yes.
15     Q.  So that means that the first damaged
16  AFM had arrived by the time the Martin 10
17  e-mail was sent, which was sent of February 2nd.
18     A.  Yes, yes, it does.
19     Q.  This January 29th, 2000 e-mail from
20  Mr. Muckenhirn to Lee-Tech was copied to you.
21     A.  Correct.
22     Q.  What, if anything, can you recall
23  you were told, either in writing or verbally,
24  about the first AFM's damage as of the end of
25  January 2000?

1
2      A.  I don't recall seeing any written
3   correspondence about the first damage.  I
4   recall hearing a statement from general
5   conversation around the building.
6        No, that's unfair because I may not
7   even have been in Del Ray.  I may have been in
8   Korea, Japan, in this time frame.  But I
9   remember hearing some communication that the
10  first machine for Nan Ya had been severely
11  damaged in shipment and that there were huge
12  chunks of the granite block chipped off.
13       Now, that may not mean much to you
14  guys, but the fact that the granite slab, that
15  everything works on in this machine has taken
16  such a serious amount of damage, without even
17  looking at anything else, indicates to me to
18  that there's little choice to do anything but
19  ship the whole damn thing back to IBM to have
20  any chance of recovery.
21       Because everything that's bolted to
22  that granite block is precision engineered.
23  It's flat, it's all machined, machined as
24  partially assembled machines taken apart and
25  resembled, to get everything correctly made to

Page 92

iis

iwan?

ne

is?

s not

Page 9

very

the
en

nd

2,

, the

as
and

ne being
ssociated
le and
this

hat
that he

es 90 to

**Page 94**

1
2 was desperately waiting for is now
3 dysfunctional. The level of dysfunction
4 unknown at that point, and that the whole
5 purpose for my trip being there is now
6 questionable. Were we going to try and fix
7 what was wrong? What could be done? You
8 know.
9    Q.  Before you went to Nan Ya as
10 reported in this Martin 11, what can you
11 recall regarding what you were told about the
12 second AFM's damage, if any?
13    A.  None. Just the message was from
14 Wilbur, Looks like they've damaged the second
15 machine. That sort of statement in the car.
16 That was all.
17    Q.  What was your purpose in going to
18 Nan Ya after you heard that?
19    A.  My purpose was to discover the level
20 of damage. Was this a recoverable situation?
21    Q.  By recoverable, do you mean
22 repairable?
23    A.  Repairable, install it in a
24 temporary form that enabled them to use it
25 possibly. All sorts of possibilities.

**Page 95**

1
2    Q.  Basically to size up the situation.
3    A.  Exactly.
4    Q.  There's a reference there to your
5 going to Nan Ya with Peter from Lee-Tech to
6 witness the opening of the crate.
7       First of all, was the crate closed
8 when you arrived?
9    A.  It was.
10    Q.  And who opened it?
11    A.  Myself and Wilbur.
12    Q.  And without going into a great deal
13 of detail, what's involved in opening the
14 crate initially?
15    A.  The particular crate is screwed
16 together. So it's just, you know, a power
17 screwdriver or something to remove 20, 30 or
18 so screws from the panel, one side panel, to
19 have a look inside.
20       We didn't open the crate completely.
21 We opened one, maybe two corners. I don't
22 recall if there was a panel on the top. But a
23 very elementary opening of the crate to see.
24       There was minor damage to the face
25 of the crate. One side, you know, the plywood

**Page 96**

1
2 had splintered, that sort of thing. So we
3 removed one, maybe two panels. I don't recall
4 exactly, to take a look inside and see just
5 how much damage there was or was not.
6       But we were not prepared to do any
7 more than that without other witnesses to the
8 situation, insurance people and stuff like
9 that. We didn't want to compromise any more
10 than -- but it was important enough that we
11 needed to make an initial observation.
12    Q.  Did you have any understanding, and
13 if so what was it, if you had it, at that
14 point in time which party or insurance company
15 would be responsible for this AFM, assuming it
16 was damaged?
17    A.  Only from point of view on the -- I
18 think it was a Friday. On the first initial
19 date, no. My assumption was that it had been
20 shipped FOB, free on board, implying that the
21 customer's responsibility to take delivery,
22 essentially X works back at the factory, the
23 date they ship it and carry it and insure it
24 and it's their responsibility.
25       That was general understanding of

**Page 97**

1
2 how Nan Ya had ordered this machine. But I
3 haven't got a document to support that anyway.
4 It's just from communication.
5    Q.  Prior to your removing a couple of
6 panels did you have any understanding as to
7 whether any representatives of any insurance
8 companies would be at this initial examination
9 of the damaged crate?
10    A.  On the very first day?
11    Q.  First day.
12    A.  No. It was Nan Ya wanted to know
13 the status. We needed to know the status of
14 what was inside. And we took a careful look.
15 Very careful there, because I'm cautious about
16 these things. I didn't want to have an issue
17 where everybody turns around at the end of the
18 day and says, Hey, there's no way to check it
19 because because just. You know, we just
20 needed to know just enough.
21       Inside the crate everything's
22 wrapped in a polyester film and we did not
23 open the polyester film. I was feeling
24 through the polyester film to the machine to
25 see how much damage had been done.

25 (Pages 94 to 97)

Page 98

1
2      Q.  In your own mind in this first
3   examination on the 11th, aside from the goal
4   that you already mentioned, which was to see
5   whether there was in fact damage to the
6   machine, and I think how bad it was and
7   whether it could be at least temporarily
8   functional, did you have any other goals on
9   that first day?
10      A.  Not really.  If it had arrived in
11   good condition, the intention would have been
12   to uncrate it and move it in.  But since we
13   had the message that it had shown some sort of
14   damage, then the objective was purely and
15   simply to take an initial view.
16      Q.  Is it damaged, how bad is the
17   damage.
18      A.  Exactly.
19      Q.  A preliminary view only.
20      A.  Right.
21      Q.  When you say you were very careful
22   because you didn't want people later raising
23   various -- I don't want to put words in your
24   mouth.  Explain that again.  Why were you
25   being very careful?

Page 99

1
2      A.  I'm cautious.  It was damaged, the
3   second one.  And somebody has this insured.
4   Somebody, who.  I don't know and I really
5   don't care.  Somebody had it insured.
6          So if we -- if we do too much, we
7   can't do anything.  I mean, we may have
8   destroyed all the evidence if we took the
9   whole damn thing apart.
10          So since my understanding was it was
11   FOB and it was Nan Ya's insurance, they were
12   happy for us to open the crate and take a
13   look.  We were happy to undo twenty or so
14   screws, take off a panel and take an initial
15   look inside.
16      Q.  So in other words, you were not
17   opening the polyethylene packing, not
18   changing.  You were simply with their approval
19   taking a couple of panels off so everyone
20   could look inside.
21      A.  Exactly.
22      Q.  Minimal on this first --
23      A.  Exactly.
24      Q.  Did you have any discussions on the
25   11th with anyone that you understood to be an

Page 100

1
2   insurance representative for Nan Ya?
3      A.  Not that I recall on the 11th.
4      Q.  Who was there for or on behalf of
5   Nan Ya as you understood it, if you know?
6      A.  I don't know.  There were one or two
7   nonNan Ya people there.  For all I know they
8   might just have been loading dock personnel.
9   A manager, a manager, whatever level, whatever
10   description.  Possibly.  Wilbur was having a
11   conversation with those guys.
12      Q.  So you don't know whether or not
13   anyone there was an insurance rep.
14      A.  No.
15      Q.  Do you know whether there was anyone
16   there on behalf of Nan Ya or its underwriters
17   who was some sort of engineer or surveyor?
18      A.  No.
19      Q.  Technical person.
20      A.  No.  The customer was my view on it,
21   Nan Ya.  The only people there were were the
22   customer.
23      Q.  As to what their qualifications
24   were, at that point you didn't know.
25      A.  No.

Page 101

1
2      Q.  After you took the panels off what
3   did you do next?
4      A.  Well, basically put -- took an
5   initial look inside, put my hands up against
6   the foil to see where any damage had occurred,
7   observed first of all that the whole machine
8   was now loose inside the crate.  It was no
9   longer fixed to the pallet.  The screws had
10   been pulled out.
11      Q.  You can tell that from just looking
12   at the base?
13      A.  Oh, yes, this polyester film goes
14   around the bottom of the machine and the bolts
15   are screwed down through the film to seal the
16   bag.  In other words, the air would just get
17   straight back in.
18          And as it had come adrift, this,
19   what looks like a -- well, looks like a
20   plastic bag, sealed around this machine, was
21   still on the machine, but the whole machine
22   was loose inside the crate.  It was laying
23   slightly on one side.
24      Q.  When you say laying on one side, do
25   you mean --

26 (Pages 98 to 101)

Page 102

1
2     A.  It had moved to one side.
3     Q.  From its center position it had been
4  moved --
5     A.  To one side.
6     Q.  -- closer to one side?
7     A.  Bear in mind that if the anchoring
8  plates are no longer fixed to the pallet, then
9  it's on the four wheels, four casters.  So
10  it's mobile.  That's how we move it in and out
11  of the wafer FAB.
12     Q.  So there are four casters on the
13  bottom of this heavy machine that enable you
14  to move it around as long as it's not fastened
15  down.
16     A.  Exactly.
17     Q.  I think you in fact mentioned that
18  you had yourself moved.  Have you ever moved
19  one of these machines?
20     A.  Oh, yeah.
21     Q.  Is it possible, assuming you're on a
22  level surface, to move it by yourself or do
23  you need --
24     A.  No, you can move it by yourself, but
25  it's very heavy to get started.  Once it's

Page 103

1
2  moving, once it's rolling, it's a little
3  easier.  Because it's casters it goes off in
4  any direction, because the casters are free
5  rotating in any direction.
6     Q.  Do you recall the approximate weight
7  of the machine itself as opposed to the
8  packaging?  Just the machine.
9     A.  My nominal understanding is it's
10  about a thousand-pound unit.
11     Q.  And the box in which it had been
12  packaged was made of what type of wood, if you
13  know?
14     A.  I can't specify the tree type, but
15  essentially a white wood lumber and plywood
16  side panels with nominally a two-by-two
17  framework around the outside that's all
18  screwed together.
19     Q.  By removing the two panels did that
20  give you a clear view from at least the side
21  where they had been removed, clear view down
22  to the base?
23     A.  Absolutely.  It's a complete side
24  panel, so once it's off you can see.  And
25  anything you can't see of course is the

Page 104

1
2  reverse side.
3     Q.  So you can see a corner, in other
4  words, two sides and a corner.
5     A.  Yes.  It's highly likely that we
6  took one side, one face off, one side panel
7  and the top panel.  But I don't recall.  I
8  seem to remember it only being one, but
9  there's a possibility we took two panels off
10  to look.
11     Q.  Let's go back to Martin 11.  I'm
12  reading from this.  Right after the report
13  states that you visited Nan Ya with Peter from
14  Lee-Tech to witness the opening of the crate,
15  it continues as follows.
16        "Although we sold both systems FOB,
17  paren, my understanding, close paren, and
18  therefore consider the problem to be one for
19  Nan Ya's insurance company, this may not be
20  so."
21        Can you explain why at this point
22  you felt that the problem might not be one for
23  Nan Ya's insurance company?
24     A.  OK, "it may not be so, comma," even
25  though I started the next line with a capital.

Page 105

1
2     Q.  Oh, I see.  All right.
3     A.  But the implication here is that
4  there's enough of a concern for me that since
5  this is the second unit, and Nan Ya's people
6  as you will see in the very next, Nan Ya's
7  people were immediately claiming, shouting
8  inadequate packaging, that if that was going
9  to be their instantaneous defense, then it may
10  include an insurance claim against the packing
11  company or against IBM.
12        I could see that there was enough
13  concern here that I shouldn't just assume it
14  to be purely and simply in Nan Ya's hands, Nan
15  Ya's responsibility.
16     Q.  In other words --
17     A.  Perhaps I shouldn't use the word
18  "responsibility" there.  What I'm getting at
19  is that there was enough sensitivity and issue
20  for me to want to communicate back to Zygo
21  that this may require somebody in a higher
22  position than myself and possibly from Zygo's
23  insurance or IBM's insurance, somebody else to
24  be involved before we moved, make any more
25  movement on this.

27 (Pages 102 to 105)