UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROYAL INSURANCE           :

v.                        :   NO. 3:01cv1317 (JBA)

ZYGO CORPORATION          :

## SUPPLEMENTAL SCHEDULING ORDER

Cross-Motions for Summary Judgment having been filed (7/7/04 and 7/9/04), the following supplemental order shall enter:

1. Opposition will be filed 7/30/04.

2. Replies, if any, will be filed 8/13/04.

3. The previously-scheduled telephonic status conference (set down for 8/4/04 at 4:00 p.m.) remains unchanged.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **July 22, 2004**