UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,           Case No.
                                              CIV 3:01 1317 (JBA)
                Plaintiff,

- against -

ZYGO CORPORATION,

                Defendant.

-----------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,

                Third-Party Plaintiff,

- against -

NAN YA TECHNOLOGY CORPORATION,

                Third-Party Defendant.
-----------------------------------------------------------------X

## NOTICE OF MANUAL FILING
## FOR SUPPORTING AFFIDAVIT WITH EXHIBITS

       Please take notice that Plaintiff/Third-Party Plaintiff, Royal Insurance Company of America has manually filed the following document or thing:

- Supporting Affidavit with Exhibits

This document has not been filed electronically because:

[ X ]    the document or thing cannot be converted to an electronic format (too voluminous)
[ X ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

       The document or thing has been manually served on all parties.

Respectfully submitted,

NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE
Attorneys for Plaintiff/Third Party Plaintiff
Royal Insurance Company of America

By: _____
GEOFFREY J. GINOS, ESQ. (CT 19578)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
Gginos@NicolettiHornig.com
(FILE NO.: 21000055 JAVN/GJG)

LAW OFFICES OF ROBERT K. MARZIK, P.C.
1512 Main Street
Stratford, Connecticut 06615

**TO:**

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing filing, "Notice of Manual Filing for Supporting Affidavit with exhibits" was sent *via* Federal Express this 29th day of June, 2004 to:

Honorable Janet Bond Arterton
United States District Court
141 Church Street
New Haven, Connecticut 06510.


Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

Robert K. Marzik, Esq.
Law Office of Robert K. Marzik, P.C.
1512 Main Street
Stratford, Connecticut 06615


*[signature]*
GEOFFREY J. GINOS (CT 19578)

X:\Public Word Files\21\55\Legal\Notice of Manual Filing.WMF-s-lr.doc