UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>ZYGO CORPORATION,<br>　　Defendant. | Civil No. 3:01 CV 1317 (JBA)<br><br><br>July 30, 2004 |

## AFFIDAVIT OF IAN E. BJORKMAN IN SUPPORT OF ZYGO CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COUNTY OF NEW HAVEN )
　　　　　　　　　　　　: ss.
CITY OF NEW HAVEN　　 )

I, Ian E. Bjorkman, being duly sworn, depose and say:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I am a partner in the law firm of Wiggin and Dana LLP, counsel for defendant Zygo Corporation ("Zygo").

3. I am fully familiar with all the facts, pleadings, and proceedings in this action.

4. On July 6th and 7th, 2004, I spoke with Geoffrey J. Ginos, attorney for Royal, via telephone. In the July 6, 2004 conversation, I learned for the first time that Royal intended to move for summary judgment on Zygo's claim of bad faith insurance denial. During the telephone conversation that took place at about noon on July 7, 2004, Mr. Ginos threatened to seek Rule 11 sanctions if Zygo did not withdraw its bad faith counterclaim, and purported to cite

examples of Royal's defenses to coverage and the bad faith claim. My best recollection is that I told Mr. Ginos, in effect, that I would take his position under advisement. Zygo has not withdrawn its bad faith claim.

5. Attached hereto as Exhibit 1 is a true and correct copy of the relevant excerpts from the Deposition Testimony of Joseph Daneman, dated November 20, 2003.

6. Attached hereto as Exhibit 2 is a true and correct copy of the relevant excerpts from the Deposition Testimony of Lawrence Martin, dated February 5, 2004.

7. Attached hereto as Exhibit 3 is a true and correct copy of the relevant excerpts from the Deposition Testimony of Timothy Alvin Smith, dated January 22, 2004.

8. Attached hereto as Exhibit 4 is a true and correct copy of the relevant excerpts from the Deposition Testimony of Kelvin Walch, dated June 7, 2004.

9. Attached hereto as Exhibit 5 is a true and correct copy of the relevant excerpts from the Deposition Testimony of Allan Ilias, dated December 2, 2003.

10. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Joseph Daneman to Richard Chung, dated May 19, 2000, with attached fax transmission sheet.

11. Attached hereto as Exhibit 7 is a true and correct copy of a fax from Joseph Daneman to Richard Chung, dated June 5, 2000.

12. Attached hereto as Exhibit 8 is a true and correct copy of an email from Joseph Daneman to Richard Chung, dated June 15, 2000.

13. Attached hereto as Exhibit 9 is a true and correct copy of an email from Richard Chung to Joseph Daneman, dated June 19, 2000.

14. Attached hereto as Exhibit 10 is a true and correct copy of a letter from Joseph Daneman to Matt Weidman, dated June 19, 2000.

15. Attached hereto as Exhibit 11 is a true and correct copy of an email from Matt Weidman to Joseph Daneman, dated August 1, 2000.

16. Attached hereto as Exhibit 12 is a true and correct copy of an email from Richard Chung to Joseph Daneman, dated August 25, 2000.

17. Attached hereto as Exhibit 13 is a true and correct copy of a letter from Joseph Daneman to Matt Weidman, dated November 10, 2003.

18. Attached hereto as Exhibit 14 is a true and correct copy of Royal's Policy Extension Endorsement, dated May 1, 2001.

19. Attached hereto as Exhibit 15 is a true and correct copy of Royal's Contingency Endorsement, dated May 1, 2001.

20. Attached hereto as Exhibit 16 is a true and correct copy of the General Cargo Survey Report, performed by Cathay Inspection Co., Ltd, dated February 21, 2000.

21. Attached hereto as Exhibit 17 is a true and correct copy of a letter from Joseph Daneman to Matt Weidman, dated January 4, 2001.

22. Attached hereto as Exhibit 18 is a true and correct copy of the relevant excerpts from the Deposition Testimony of Carroll Sneed, dated April 4, 2004.

23. Attached hereto as Exhibit 19 is a true and correct copy of a series of internal Zygo emails that Matt Weidman forwarded to Joseph Daneman on or about August 9, 2000.

24. Attached hereto as Exhibit 20 is a true and correct copy of Royal's proposed Renewal Specifications for the Policy, for the May 2001 – May 2002 Policy term.

25. Attached hereto as Exhibit 21 is a true and correct copy of a letter from Joseph Daneman to Richard Chung, dated February 5, 2001.

26. Attached hereto as Exhibit 22 is a letter from Mathog & Moniello to Joseph Daneman, dated June 14, 2001.

27. Attached hereto as Exhibit 23 is an email dated from Larry Martin to Tim Smith and Billy Wu, dated August 1, 2000.

                                                               _____
                                                                Ian E. Björkman

Subscribed and sworn before me
this 30th day July 2004.

_____
Notary Public

My Commission Expires April 30, 2009

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of July 2004, a copy of the foregoing Affidavit of Ian Bjorkman with attached Exhibits has been mailed, postage prepaid, to the following:

Robert K. Marzik, Esq.
Law Offices of Robert K. Marzik, P.C.
1512 Main Street
Stratford, CT  06615

John A. V. Nicoletti, Esq.
Geoffrey J. Ginos, Esq.
Nicoletti, Hornig, Campise, Sweeney & Paige
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY  10005-1801

Daniel L. FitzMaurice, Esq.
Charles D. Broadus, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT  06103

C. Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304-1050

Erika L. Amarante

\88888888\741\481207.1