# EXHIBIT 2

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
 3
        - - - - - - - - - - - - - - - - - )
 4                                         )
        ROYAL INSURANCE COMPANY OF AMERICA,)   Case No.
 5                                         )   CIV 3:01 1317
                          Plaintiff,       )   (GLG)
 6                                         )
           VS.                             )
 7                                         )
        ZYGO CORPORATION,                  )
 8                                         )
                          Defendant.       )
 9                                         )
        - - - - - - - - - - - - - - - - - )
10                                         )
        ROYAL INSURANCE COMPANY OF AMERICA,)
11                                         )
                  Third-Party Plaintiff,   )
12                                         )
           VS.                             )
13                                         )
        NAN YA TECHNOLOGY CORPORATION,     )
14                                         )
                  Third-Party Defendant.   )
15                                         )
        - - - - - - - - - - - - - - - - - )
16
17
           DEPOSITION OF:  LAWRENCE C. MARTIN
18         DATE:  FEBRUARY 5, 2004
           HELD AT:  WIGGIN AND DANA
19                   ONE CENTURY TOWER
                     NEW HAVEN, CONNECTICUT
20
21
22      Reporter:  Sandra V. Semevolos, RMR, CRR, LSR #00074
23
24                                          ORIGINAL
25
```

```
 1    had occurred at some other point in time?
 2              MR. BJORKMAN:  Object to the form of
 3    the question.
 4        A    Forensic, when you say "forensic" --
 5    BY MR. GINOS:
 6        Q    Well, forensic, by that I mean someone
 7    knowledgeable about packaging and evidence of damage
 8    to such shipments, you know, being able to deduce
 9    from measurements --
10              MR. BJORKMAN:  Objection.
11    BY MR. GINOS:
12        Q    -- or whatever else --
13              MR. BJORKMAN:  Objection.
14        A    I don't know of any.
15    BY MR. GINOS:
16        Q    -- how the damage had occurred or when it
17    had occurred, an expert.
18              MR. BJORKMAN:  Objection.
19        A    We never called an expert.
20    BY MR. GINOS:
21        Q    Do you know, and I don't want you to
22    speculate, whether Kevin Walch had expertise in
23    forensic analysis of damage to shipments like this?
24              MR. BJORKMAN:  I'm going to object to
25    the form of the question.
```

```
 1      A    Not to my knowledge.  His expertise was in
 2  the operation of the machine itself, because it was a
 3  very sensitive electronic piece of equipment.
 4  BY MR. GINOS:
 5      Q    But he was not a surveyor --
 6      A    He was not a surveyor per se.
 7      Q    -- whose job it was to figure out what had
 8  caused damage or when it occurred?
 9           MR. BJORKMAN:  Object to the form.
10      A    Not in the pure sense.
11  BY MR. GINOS:
12      Q    The memo continues, middle of the page,
13  separate paragraph, "At present, I have only allowed
14  Nan Ya to open the crate so we could make cursory
15  inspections, a report follows.  I feel that our
16  insurance and/or IBM's may need to inspect the
17  situation before any more data is lost."  Let me stop
18  there.
19           At the time that Mr. Walch wrote this, I
20  take it from what you said earlier, he worked for
21  Zygo still; correct?
22      A    Yes, he would have.
23      Q    So do you know whether Zygo's insurance was
24  asked to inspect the situation, as he puts it, before
25  any more data is lost?
```

```
1     A    That's right.
2     Q    -- to help you meet the forecast?
3     A    Right.  They would be on that list.
4     Q    Do you recall what the forecast was for the
5  KMS units at this point in time?
6     A    No.  Not at that point in time.
7     Q    By the way, were these forecasts annual or
8  quarterly or what?
9     A    Well, they were annual, and they were also
10 updated quarterly.
11    Q    At the very bottom of the Lee-Tech fax, it
12 says "PS, frankly, I have see the package in Nan Ya.
13 I was wondering why the expensive machine has such
14 poor package.  And for KMS the package is different."
15         Did you ever have any conversation with
16 Mr. Billy Wu concerning what he is alleging here or
17 describing as poor packaging?
18              MR. BJORKMAN:  Objection to the form.
19    A    No, never.
20 BY MR. GINOS:
21    Q    Was the packaging for the KMS units
22 different, if you know, than what had been done for
23 these AFMs?
24    A    I do not know.
25    Q    Were the KMS units also being handled by
```

1   Mr. Billy Wu?
2       A    They would have, yeah.
3       Q    So he would have been familiar --
4       A    They originally -- that is what he was
5   originally selling into Nan Ya or attempting to sell
6   into Nan Ya.
7       Q    So I take it then he would have been
8   familiar with whatever that packaging was for the
9   KMSs?
10      A    Probably.
11              MR. BJORKMAN:   Objection.
12      A    I can't say that he was.
13              MR. GINOS:  Let's mark as Martin --
14  oh, wait, I'm sorry.
15  BY MR. GINOS:
16      Q    Would you go back, I forgot, Martin 13, on
17  the back of Martin 13, there were some handwritten
18  notes.  Can you recognize or identify whose
19  handwriting that is?
20      A    No, I can't.
21      Q    It says in the first handwritten note "Ship
22  no more units until cleared of fault."
23              Do you recall any discussions in this time
24  frame concerning Zygo not shipping anymore AFMs until
25  it or IBM were cleared of any fault with respect to

```
 1   intent was that they were going to order two.  They
 2   ordered two; we shipped two; both broke.  We sent
 3   them a loaner.  Beyond that, I don't know what Nan Ya
 4   was agreeing to.
 5       Q    Okay.  Let's mark as Martin 21 Zygo 251 and
 6   252.  By the way, the Zygo Bates number is way up
 7   here to the right.
 8            (Martin Exhibit 21, Zygo 251 and Zygo
 9   252, marked for identification.)
10   BY MR. GINOS:
11       Q    Mr. Martin, would you look at Martin 21.
12   This was produced by Zygo.  Do you recognize any of
13   the handwriting that appears on page 1 of this
14   exhibit?
15       A    No.
16       Q    Part 1 of the handwritten notes at the
17   bottom left says "Larry Martin, extension 5164."
18       A    Yes, that's my extension.
19       Q    Okay.  Do you recall seeing this letter
20   from Royal to Mathog & Moniello in March, April,
21   possibly May of 2000?
22       A    No, but I do recall notifying Mathog &
23   Moniello that we had this issue with the equipment.
24       Q    Which issue?
25       A    The damage.
```

```
 1        Q    Oh, okay.
 2        A    But I don't recall seeing this.
 3        Q    All right.  The first paragraph --
 4        A    I'm surprised they didn't send it to me,
 5   quite frankly.
 6        Q    The first paragraph of the Royal letter to
 7   Mathog, which is dated March 8, 2000, says "Dear
 8   Peggy, we refer to your fax dated March 7, 2000.
 9   Please advise us the location of the damaged
10   equipment with a contact name, telephone number and
11   fax number.  Also" and then it asks for more
12   information, all sorts of things.
13             Do you recall anyone from Mathog & Moniello
14   informing you in March of 2000, early March, that
15   Royal was requesting the information referenced in
16   this letter?
17        A    I know I was asked at one point in time to
18   provide the names of some contacts that could get
19   somebody in there to view the equipment, and I
20   provided those names, and I think I also at one
21   point, also wrote a letter or a fax to the
22   individuals saying that they may be contacted by
23   somebody from Royal, and that they should give them
24   their full cooperation.
25        Q    But you don't recall now, as you sit here,
```

1  whether that was in March of 2000 or several months
2  later?
3      A    No.  But I do know that if they had asked
4  me to do it in March, I probably informed somebody in
5  March that they should be prepared to try and assist.
6      Q    Well, if Royal requested this from Mathog
7  and Mathog & Moniello didn't pass the request on to
8  you, I take it you wouldn't be able to --
9      A    How would I know?
10     Q    You wouldn't know.  All right.
11          Now, if you'll turn to the second page of
12 this exhibit, which may not in fact have been
13 originally any part of the first page, I can't tell,
14 if you look at that, do you have any recollection of
15 seeing the second page?
16     A    No, I don't.  No, I don't at all.
17     Q    I'm done with that.  Let's mark as Martin
18 22 Nan Ya 672, which is I think a copy of the
19 Temporary Loan Agreement.
20          (Martin Exhibit 22, Temporary Loan
21 Agreement, NY 672, marked for identification.)
22 BY MR. GINOS:
23     Q    Do you recall seeing a copy of this
24 Temporary Loan Agreement before today?
25     A    I remember one that talked about returning

```
 1   comments in response to him?
 2      A    That's correct.
 3      Q    So, for example, he said "I thought that
 4   Zygo ended up using Brandon Transfer & Storage
 5   because IBM usually used them," and then did you put
 6   in as a response "This is true and we also used them,
 7   as you will note I put them on notice?"
 8      A    Yes.
 9      Q    The next question that I draw your
10   attention to is "In addition, were the personnel
11   supervising the packaging actually Zygo employees at
12   that time, February 2000, or were they still
13   IBM's?"  And is your response "They were a
14   combination" and so forth, the shaded part?
15      A    Yes, it is.
16      Q    There is a shaded part, "I can contact
17   Surface Interface and will to determine what has been
18   done, if anything, with the equipment."
19           Is that your response?
20      A    Yes, it is.
21      Q    And then "The units were shipped directly
22   from Nan Ya to Surface Interface," et cetera.  That's
23   your response to his question?
24      A    Yes, it is.
25      Q    On page 2 of the exhibit, in the middle of
```

```
 1   the page, there is an e-mail.  It says "Original
 2   message from Martin, Larry to Weidman, Matt."
 3       A    Uh-huh.
 4       Q    And you are responding to something Matt
 5   had said?
 6       A    Right.
 7       Q    And you are saying, if I'm correct in
 8   reading this as yours, "I'm willing to do that
 9   however the equipment that was shipped to Zygo's
10   property" --
11       A    "Was Zygo's property."
12       Q    -- "was Zygo's property, not IBM's."  I'm
13   sorry.  "It was only located at the IBM facility
14   (which is where it was built).  I don't know if they
15   have any involvement as our personnel supervised the
16   packing and shipment."
17            What were you referring to as "our
18   personnel supervised the packing and shipment."  Of
19   what?
20       A    Of the AFMs.
21       Q    Which AFMs?
22       A    The two AFMs that were sent to Nan Ya.
23       Q    The two damaged?
24       A    The two damaged AFMs.
25       Q    Okay.  That's it for 52.
```