# EXHIBIT 3

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3

       - - - - - - - - - - - - - - - - - - - )
 4                                            )
       ROYAL INSURANCE COMPANY OF AMERICA,    )   Case No.
 5                                            )   CIV 3:01 1317
                       Plaintiff,             )   (GLG)
 6                                            )
            VS.                               )
 7                                            )
       ZYGO CORPORATION,                      )
 8                                            )
                       Defendant.             )
 9                                            )
       - - - - - - - - - - - - - - - - - - - )
10                                            )
       ROYAL INSURANCE COMPANY OF AMERICA,    )
11                                            )
               Third-Party Plaintiff,         )
12                                            )
            VS.                               )
13                                            )
       NAN YA TECHNOLOGY CORPORATION,         )
14                                            )
               Third-Party Defendant.         )
15                                            )
       - - - - - - - - - - - - - - - - - - - )
16
17
           DEPOSITION OF:  TIMOTHY ALVIN SMITH
18         DATE: JANUARY 22, 2004
           HELD AT:  WIGGIN AND DANA
19                   ONE CENTURY TOWER
                     NEW HAVEN, CONNECTICUT
20

21
22     Reporter:  Sandra V. Semevolos, RMR, CRR, LSR #00074
                  BRANDON SMITH REPORTING SERVICE
23                       44 Capitol Avenue
                         Hartford, CT  06106
24                       Tel (860) 549-1850
25
```

Page 134

1  you recognize that address?
2    A   Yeah. His name was Christopher Bunker, and
3  Zygo ultimately -- Chris Bunker was with the AFM
4  organization in Delray Beach, Florida, IBM, which
5  Zygo ultimately purchased, okay.
6    Q   As of the time that the first, second and
7  third AFMs were sent to Nan Ya, was that IBM
8  organization in Delray Beach part of Zygo, or had it
9  not yet been purchased?
10    A   I'm not sure about that situation, you
11  know. I look at this and see he is still using the
12  IBM e-mail address, not using Zygo.
13    Q   All right. It discusses a Zygo shipment
14  that reached California trashed. Take as long as you
15  need to read this to see if it refreshes your
16  recollection and then tell us what, just very
17  briefly, what "Zygo shipment that reached California
18  trashed" is referring to, if you know.
19    A   No. I know nothing of this. I don't know
20  what this refers to.
21    Q   Given the author of the e-mail, and again,
22  on the basis of your knowledge of the facts at the
23  time, would this have been an AFM machine that he is
24  referring to?
25    A   I was looking --

Page 135

1    Q   I don't want you to speculate, only on the
2  basis of the contents of the e-mail and what you know
3  of the Delray Beach people.
4    A   They use an abbreviation SII. I'm sorry,
5  it would be conjecture on my part.
6    Q   Okay. Let's move on.
7        MR. GINOS: Let's mark as Smith 18 a
8  one-page e-mail, Zygo Bates number 235.
9        (Smith Exhibit 18, One-page e-mail,
10  Zygo 235, marked for identification.)
11  BY MR. GINOS:
12    Q   I note that this seems to be an e-mail from
13  Larry Martin to Matt Weidman forwarding something
14  from Larry Martin to you and to Billy Wu.
15    A   Yeah.
16    Q   Do you recall seeing the e-mail that it's
17  forwarding, the one that's addressed to you?
18    A   This e-mail, yes.
19    Q   Yes, you do?
20    A   Yes. He was advising me of the insurance
21  agent which ultimately contacted me.
22        "I would ask that you make the necessary
23  arrangement for him if requested," and he never
24  requested to visit the Nan Ya facility or I would
25  have facilitated that.

Page 136

1    Q   Were you asked prior to August 1, 2000, or
2  was this first time, if you recall, that you were
3  asked to facilitate an inspection by a Royal
4  representative?
5    A   I was asked verbally if I was -- by
6  telephone, in one of my operations reviews, that if I
7  was contacted by our local representative to assist
8  him, I said, yes. Obviously the insurance company
9  had contacted Larry directly saying they wanted to
10  see the tool or whatever. They wanted to have their
11  person in Taiwan. That individual did contact me. I
12  don't remember his name.
13    Q   Did you have any discussions with Larry
14  Martin or anyone else at Zygo in this time frame,
15  meaning August of 2000, concerning Zygo's insurance
16  claim for the damaged AFM?
17    A   No. There was no reason to discuss it.
18    Q   So you were just told facilitate if
19  somebody contacts you?
20    A   Right.
21        I was quite surprised, in fact, our
22  insurance company didn't want to see the machine or
23  didn't contact me earlier. I didn't know about their
24  representative --
25    Q   There is a whole history there that you are

Page 137

1  not familiar with.
2    A   Sure. I didn't know about their
3  representatives in Taiwan.
4        MR. GINOS: Let's mark as 19 a
5  document, this actually has Royal Bates numbers 205
6  through 208 inclusive. Mark that as 19.
7        (Smith Exhibit 19, Four-page document,
8  RY 205 through RY 208: Marked for identification.)
9  BY MR. GINOS:
10    Q   Just for the record, it appears to be, on
11  page 1, an e-mail from Matt Weidman to Joseph
12  Daneman, subject Nan Ya AFM insurance claim and
13  begins by saying "Joe, I don't know if you need this
14  or not, but I thought it may be helpful. Matt."
15        Then it seems to be enclosing another
16  e-mail, more than one in fact?
17    A   That's from me --
18    Q   That's from you, from Tim Smith?
19    A   -- explaining that I was contacted by Leo
20  Chen, Royal Sun Alliance Insurance Company.
21    Q   So it says "Larry," if I've got what you
22  are referring to correctly, you are referring to your
23  e-mail from you to Larry Martin saying "Larry, I was
24  contacted today by Mr. Leo Chen of GAB Robins
25  representing Royal Sun Alliance Insurance Company.