# EXHIBIT 4

Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
 3              SOUTHERN DISTRICT OF CONNECTICUT
 4   ----------------------------X
 5   ROYAL INSURANCE COMPANY
     OF AMERICA,
 6
              Plaintiff,
 7
          vs.                          Case No.
 8                                     CIV 3:01 131 7
     ZYGO CORPORATION,                     (GLG)
 9
              Defendant.
10   ----------------------------X
11   ROYAL INSURANCE COMPANY
     OF AMERICA,
12
         Third-Party Plaintiff,
13
          vs.
14
     NAN YA TECHNOLOGY CORPORATION.
15
         Third-Party Defendant.
16   ----------------------------X
17
18
19              DEPOSITION OF KELVIN WALCH
20                 New York, New York
21                Monday, June 7, 2004
22
23
24   Reported by:
     Thomas R. Nichols, RPR
25   JOB NO. 161178
```

Page 14

2 approximately 14 years ago -- there's
3 something wrong here with my dates.
4     MR. BJORKMAN: Just take your time.
5 Start again if you want to reorient
6 yourself. The question is how you first
7 became involved with the AFM.
8     A. '96, October '96, I was approached
9 by Veeco to join their team to look after
10 their instrumentation for process control, for
11 process measurements in wafer facilities in
12 the UK market.
13     Q. You just said that you were
14 approached by Veeco to look after their
15 instrumentation.
16     What do you mean by to look after?
17     A. Look after as in they wanted me to
18 join the team as a service engineer and
19 process support engineer.
20     Q. And what does a service and process
21 support engineer do in that context?
22     A. In that context, the job is when
23 equipment is new is to install it and make it
24 operational, fix it when it's broken.
25     But the process support engineer

Page 15

2 side or technical support side is far more
3 geared towards understanding the customer's
4 processes and the fundamental operations of
5 the equipment that you sell them and to marry
6 the two together to give the customer the
7 maximum performance from the equipment.
8     Q. I take it then you did go to work
9 for Veeco at some point.
10     A. Yes. At that time, '96, I started
11 work for Veeco.
12     Q. How long did you work for Veeco?
13     A. I worked for Veeco in the UK in
14 Europe for about a year and a half, two years.
15 And then I worked for Veeco in Santa Barbara,
16 but engaged as an individual person in the UK
17 for a further year.
18     Q. When you say engaged as an
19 individual person, do you mean as opposed to
20 being formally on their payroll? Were you a
21 consultant, outside contractor or what?
22     A. It's a little complicated.
23 Obviously I live in England and I pay my taxes
24 in England. And I was frustrated with Veeco's
25 management style in Europe. So at some point,

Page 16

2 I believe that was -- I don't recall the dates
3 exactly, but I became disenchanted with their
4 management structure and I resigned.
5     But the very next day I had a job
6 offer from Veeco in Santa Barbara, who
7 understood my frustrations but were unable to
8 make me any sort of offer or package or
9 support while I was engaged in Europe. Some
10 political issues.
11     So I joined Santa Barbara, but for
12 administrative purposes I was paid via the UK
13 office, but off of the Santa Barbara budgets.
14     Q. At what point in time did you leave
15 Veeco's employ?
16     A. I left Veeco's employment
17 approximately March. Give me a second. Can I
18 just consult my notes?
19     Q. Sure.
20     A. Because I did this the other day,
21 but just to be sure that I had all this
22 information in place, because I had a feeling
23 these questions would come.
24     OK, I ceased being engaged with
25 Veeco in March '99.

Page 17

2     MR. BJORKMAN: '99?
3     THE WITNESS: Yes.
4     Q. While you were, as you put it, being
5 engaged by Veeco did you also do any work for
6 other companies or for yourself, for your own
7 account?
8     A. No, Veeco only.
9     Q. While you were being engaged by
10 Veeco did any of your work involve the Far
11 East, traveling to the Far East and assisting
12 with instruments, Veeco instruments in the Far
13 East?
14     A. That's a good question. My
15 involvement was very heavy with Europe and the
16 U.S., and I had made numerous trips to the Far
17 East. But whether any of them were
18 specifically with Veeco I have trouble
19 remembering now.
20     MR. BJORKMAN: You don't have to
21 guess.
22     A. No, I'm not sure. It's possible,
23 but I'm not sure.
24     Q. You have no specific recollection
25 now.

5 (Pages 14 to 17)

Page 18

```
 1
 2    A.  No.
 3    Q.  After leaving Veeco's employ what
 4  was your next job?
 5    A.  My next job was a similar
 6  arrangement with Zygo.
 7    Q.  At what point did that arrangement
 8  commence?
 9    A.  Almost immediately.  I recall it
10  would have been a few days either way.
11    Q.  So in March of 1999.
12    A.  Yes.
13    Q.  Can you describe the nature of that
14  arrangement when it first began?  What was the
15  job title you had?
16    A.  The job title then was application
17  support manager in Europe.  But that was the
18  title I was given by my then manager.  When
19  discussed with Zygo at some other meetings,
20  they were just using the term "service
21  engineer."
22       To me it made no difference in the
23  description, the title of the name.  I was
24  still doing the same job, which was to support
25  the customer.  Whether it was classified as
```

Page 19

```
 1
 2  service or application support really wasn't
 3  overly important to me.
 4    Q.  Tell us, please, the type of support
 5  you were providing to the customers of Zygo
 6  when you first began employment with them.
 7    A.  It was essentially application
 8  support.  I would visit various sites around
 9  the world.  Mainly my visits were aimed at the
10  group, which was Siemens, now referred to as
11  Infineon -- there's a separation in their
12  business structure -- and IBM.
13       Siemens and IBM had been partners in
14  a technological development.  That part of
15  Siemens became independent and was made
16  Infineon, so it was Infineon and IBM.  So much
17  of my experience was with their processes that
18  I was asked to look after that batch of
19  customers around the world.
20    Q.  And by looking after them, what do
21  you mean?
22    A.  Looking after them, it's a technical
23  support role.  So it was all aspects of the
24  use of the machine and understanding their
25  process and the machine and making the two
```

Page 20

```
 1
 2  work together efficiently.  But it was not a
 3  commercial arrangement.  I mean, I wasn't a
 4  salesperson.
 5    Q.  So you weren't involved in selling
 6  the machines.  Were you involved in repairing
 7  the machines?
 8    A.  On occasion.
 9    Q.  Were you involved in designing or
10  modifying the designs of these instruments?
11    A.  Yes.
12    Q.  At that time.
13    A.  At the very, very beginning, not so
14  much involved.  I had input.  I take field
15  input and communicate back with the
16  development team of IBM.  You may appreciate
17  it, you may not, but the machine was actually
18  manufactured by IBM in Boca Raton, Florida.
19  Later moved to Delray Beach, Florida.  And
20  Veeco was the distributor earlier on and then
21  Zygo had become the distributor later on.
22    Q.  The machine we're talking about now,
23  is this the atomic force microscope that I had
24  originally mentioned?
25    A.  Yes.
```

Page 21

```
 1
 2    Q.  During your tenure with Zygo were
 3  you involved personally in giving training to
 4  customers in the use of machines?
 5    A.  Very much so.
 6    Q.  Did you assist at times in showing
 7  them how to set the machines up or perhaps
 8  actually setting them up yourself?
 9    A.  Yes.
10    Q.  Did you ever have occasion to visit
11  the IBM facilities in California where these
12  machines were made?
13    A.  No, they were made in Florida, in
14  Boca Raton.
15    Q.  I'm sorry, Florida, I misspoke.
16    A.  Or Delray Beach as it was later.
17    Q.  In Boca Raton or Delray Beach,
18  Florida.
19    A.  Yes.
20    Q.  Can you tell us what involvement you
21  had, if any, ranging all the way from simply
22  witnessing to possibly making suggestions,
23  with respect to the packaging of these AFM
24  machines for shipment overseas or across the
25  country?
```

Esquire Deposition Services
1-800-944-9454

Page 90

2  After that it should normally only be a half
3  an hour to get through the security checks and
4  stuff.
5      So we got in.
6      Q.  Could I interrupt just for a second?
7  The date on this memo is February 11, 2000.
8      Can you recall what the date was,
9  the date you're saying we got in, we went to
10 the plant. The first visit.
11     A.  This would have been that night.
12 I'm 99 percent certain this would have been
13 that evening.
14     MR. BJORKMAN: Wait. When you say
15     "this" was, you mean you wrote this in
16     the evening.
17     THE WITNESS: Yes.
18     MR. BJORKMAN: Or did you go in in
19     the evening?
20     THE WITNESS: No, no, no. We went
21     in during the afternoon.
22 BY MR. GINOS:
23     Q.  So you would have gone in the
24 afternoon of the 11th and then that evening
25 would have written up this report.

Page 91

2      A.  As far as I can recall, yes.
3      Q.  I just wanted to get a time frame.
4      A.  As you will see from what's going
5  on, it's a big issue. Second machine damaged.
6  It was sensitive as hell, so it was important
7  to get it done.
8      Q.  To be clear, Wilbur Chiang worked
9  for whom?
10     A.  Wilbur Chiang worked for Zygo at the
11 time.
12     Q.  In what capacity?
13     A.  Essentially as a service engineer in
14 Asia region. So he covered service and some
15 application support in essentially Taiwan and
16 Korea. He did not have an involvement with
17 Japan.
18     Q.  What office did he work out of?
19 Physically where was he geographically??
20     A.  He worked primarily from his home.
21 He was directly responsible back to Sylvain,
22 and wherever Sylvain's official place of work
23 was -- he lived in Santa Barbara, but worked
24 for Connecticut, but worked in -- ran the
25 division in Delray Beach. So it's pretty

Page 92

2  diverse as to where his location was.
3      Q.  Where was Wilbur Chiang's home?
4      A.  Wilbur Chiang's home is in Taiwan.
5      Q.  So Mr. Chiang was working out of his
6  home in Taiwan then.
7      A.  Yes.
8      Q.  Working providing services for
9  Mr. Muckenhirn.
10     A.  Yes.
11     Q.  I take it that Peter from Lee-Tech
12 was someone employed by Lee-Tech in Taiwan?
13     A.  Yes.
14     Q.  What was his full name?
15     A.  I don't know. I only ever knew him
16 as Peter. Actually, no. I may have his name
17 in a business card.
18     Q.  Oh, that's all right.
19     A.  I may have his name on a business
20 card.
21     Q.  Do you recall what his function was?
22 Was he an engineer, a marketing person?
23     A.  I would say he was a salesperson.
24 He had contact with the customer, but was not
25 necessarily very technically aware.

Page 93

2      Q.  Let's go through the memo. The very
3  first sentence says, "It is with deep
4  frustration that I need to inform you that the
5  second SXM sent to Nan Ya has also been
6  dropped, exclamation points, and that the
7  situation is now turning sour."
8      The second SXM, is that the second
9  AFM unit we've been discussing?
10     A.  That's Nan Ya shipment number 2,
11 yes.
12     Q.  Explain how and why, if you can, the
13 situation, as you put it, was now turning
14 sour.
15     A.  Well, bear in mind, I don't speak
16 any Chinese. I was in the same location as
17 Nan Ya's people and Lee-Tech's people and
18 Wilbur, and there was some frantic
19 conversations going on about the machine being
20 dropped and, you know, the problems associated
21 in their facility was now behind schedule and
22 what was going to be done about it, all this
23 sort of thing.
24     And it was just a general somewhat
25 irate customer that the second machine that he

24 (Pages 90 to 93)

Page 94

was desperately waiting for is now dysfunctional. The level of dysfunction unknown at that point, and that the whole purpose for my trip being there is now questionable. Were we going to try and fix what was wrong? What could be done? You know.

Q. Before you went to Nan Ya as reported in this Martin 11, what can you recall regarding what you were told about the second AFM's damage, if any?

A. None. Just the message was from Wilbur, Looks like they've damaged the second machine. That sort of statement in the car. That was all.

Q. What was your purpose in going to Nan Ya after you heard that?

A. My purpose was to discover the level of damage. Was this a recoverable situation?

Q. By recoverable, do you mean repairable?

A. Repairable, install it in a temporary form that enabled them to use it possibly. All sorts of possibilities.

Page 95

Q. Basically to size up the situation.

A. Exactly.

Q. There's a reference there to your going to Nan Ya with Peter from Lee-Tech to witness the opening of the crate.

First of all, was the crate closed when you arrived?

A. It was.

Q. And who opened it?

A. Myself and Wilbur.

Q. And without going into a great deal of detail, what's involved in opening the crate initially?

A. The particular crate is screwed together. So it's just, you know, a power screwdriver or something to remove 20, 30 or so screws from the panel, one side panel, to have a look inside.

We didn't open the crate completely. We opened one, maybe two corners. I don't recall if there was a panel on the top. But a very elementary opening of the crate to see.

There was minor damage to the face of the crate. One side, you know, the plywood

Page 96

had splintered, that sort of thing. So we removed one, maybe two panels. I don't recall exactly, to take a look inside and see just how much damage there was or was not.

But we were not prepared to do any more than that without other witnesses to the situation, insurance people and stuff like that. We didn't want to compromise any more than -- but it was important enough that we needed to make an initial observation.

Q. Did you have any understanding, and if so what was it, if you had it, at that point in time which party or insurance company would be responsible for this AFM, assuming it was damaged?

A. Only from point of view on the -- I think it was a Friday. On the first initial date, no. My assumption was that it had been shipped FOB, free on board, implying that the customer's responsibility to take delivery, essentially X works back at the factory, the date they ship it and carry it and insure it and it's their responsibility.

That was general understanding of

Page 97

how Nan Ya had ordered this machine. But I haven't got a document to support that anyway. It's just from communication.

Q. Prior to your removing a couple of panels did you have any understanding as to whether any representatives of any insurance companies would be at this initial examination of the damaged crate?

A. On the very first day?

Q. First day.

A. No. It was Nan Ya wanted to know the status. We needed to know the status of what was inside. And we took a careful look. Very careful there, because I'm cautious about these things. I didn't want to have an issue where everybody turns around at the end of the day and says, Hey, there's no way to check it because because because. You know, we just needed to know just enough.

Inside the crate everything's wrapped in a polyester film and we did not open the polyester film. I was feeling through the polyester film to the machine to see how much damage had been done.

25 (Pages 94 to 97)

Page 98

2  Q. In your own mind in this first
3  examination on the 11th, aside from the goal
4  that you already mentioned, which was to see
5  whether there was in fact damage to the
6  machine, and I think how bad it was and
7  whether it could be at least temporarily
8  functional, did you have any other goals on
9  that first day?
10  A. Not really. If it had arrived in
11  good condition, the intention would have been
12  to uncrate it and move it in. But since we
13  had the message that it had shown some sort of
14  damage, then the objective was purely and
15  simply to take an initial view.
16  Q. Is it damaged, how bad is the
17  damage.
18  A. Exactly.
19  Q. A preliminary view only.
20  A. Right.
21  Q. When you say you were very careful
22  because you didn't want people later raising
23  various -- I don't want to put words in your
24  mouth. Explain that again. Why were you
25  being very careful?

Page 99

2  A. I'm cautious. It was damaged, the
3  second one. And somebody has this insured.
4  Somebody, who. I don't know and I really
5  don't care. Somebody had it insured.
6  So if we -- if we do too much, we
7  can't do anything. I mean, we may have
8  destroyed all the evidence if we took the
9  whole damn thing apart.
10  So since my understanding was it was
11  FOB and it was Nan Ya's insurance, they were
12  happy for us to open the crate and take a
13  look. We were happy to undo twenty or so
14  screws, take off a panel and take an initial
15  look inside.
16  Q. So in other words, you were not
17  opening the polyethylene packing, not
18  changing. You were simply with their approval
19  taking a couple of panels off so everyone
20  could look inside.
21  A. Exactly.
22  Q. Minimal on this first --
23  A. Exactly.
24  Q. Did you have any discussions on the
25  11th with anyone that you understood to be an

Page 100

2  insurance representative for Nan Ya?
3  A. Not that I recall on the 11th.
4  Q. Who was there for or on behalf of
5  Nan Ya as you understood it, if you know?
6  A. I don't know. There were one or two
7  nonNan Ya people there. For all I know they
8  might just have been loading dock personnel.
9  A manager, a manager, whatever level, whatever
10  description. Possibly. Wilbur was having a
11  conversation with those guys.
12  Q. So you don't know whether or not
13  anyone there was an insurance rep.
14  A. No.
15  Q. Do you know whether there was anyone
16  there on behalf of Nan Ya or its underwriters
17  who was some sort of engineer or surveyor?
18  A. No.
19  Q. Technical person.
20  A. No. The customer was my view on it,
21  Nan Ya. The only people there were were the
22  customer.
23  Q. As to what their qualifications
24  were, at that point you didn't know.
25  A. No.

Page 101

2  Q. After you took the panels off what
3  did you do next?
4  A. Well, basically put -- took an
5  initial look inside, put my hands up against
6  the foil to see where any damage had occurred,
7  observed first of all that the whole machine
8  was now loose inside the crate. It was no
9  longer fixed to the pallet. The screws had
10  been pulled out.
11  Q. You can tell that from just looking
12  at the base?
13  A. Oh, yes, this polyester film goes
14  around the bottom of the machine and the bolts
15  are screwed down through the film to seal the
16  bag. In other words, the air would just get
17  straight back in.
18  And as it had come adrift, this,
19  what looks like a -- well, looks like a
20  plastic bag, sealed around this machine, was
21  still on the machine, but the whole machine
22  was loose inside the crate. It was laying
23  slightly on one side.
24  Q. When you say laying on one side, do
25  you mean --

Page 102

1
2   A.  It had moved to one side.
3   Q.  From its center position it had been
4   moved --
5   A.  To one side.
6   Q.  -- closer to one side?
7   A.  Bear in mind that if the anchoring
8   plates are no longer fixed to the pallet, then
9   it's on the four wheels, four casters. So
10  it's mobile. That's how we move it in and out
11  of the wafer FAB.
12  Q.  So there are four casters on the
13  bottom of this heavy machine that enable you
14  to move it around as long as it's not fastened
15  down.
16  A.  Exactly.
17  Q.  I think you in fact mentioned that
18  you had yourself moved. Have you ever moved
19  one of these machines?
20  A.  Oh, yeah.
21  Q.  Is it possible, assuming you're on a
22  level surface, to move it by yourself or do
23  you need --
24  A.  No, you can move it by yourself, but
25  it's very heavy to get started. Once it's

Page 103

1
2   moving, once it's rolling, it's a little
3   easier. Because it's casters it goes off in
4   any direction, because the casters are free
5   rotating in any direction.
6   Q.  Do you recall the approximate weight
7   of the machine itself as opposed to the
8   packaging? Just the machine.
9   A.  My nominal understanding is it's
10  about a thousand-pound unit.
11  Q.  And the box in which it had been
12  packaged was made of what type of wood, if you
13  know?
14  A.  I can't specify the tree type, but
15  essentially a white wood lumber and plywood
16  side panels with nominally a two-by-two
17  framework around the outside that's all
18  screwed together.
19  Q.  By removing the two panels did that
20  give you a clear view from at least the side
21  where they had been removed, clear view down
22  to the base?
23  A.  Absolutely. It's a complete side
24  panel, so once it's off you can see. And
25  anything you can't see of course is the

Page 104

1
2   reverse side.
3   Q.  So you can see a corner, in other
4   words, two sides and a corner.
5   A.  Yes. It's highly likely that we
6   took one side, one face off, one side panel
7   and the top panel. But I don't recall. I
8   seem to remember it only being one, but
9   there's a possibility we took two panels off
10  to look.
11  Q.  Let's go back to Martin 11. I'm
12  reading from this. Right after the report
13  states that you visited Nan Ya with Peter from
14  Lee-Tech to witness the opening of the crate,
15  it continues as follows.
16      "Although we sold both systems FOB,
17  paren, my understanding, close paren, and
18  therefore consider the problem to be one for
19  Nan Ya's insurance company, this may not be
20  so."
21      Can you explain why at this point
22  you felt that the problem might not be one for
23  Nan Ya's insurance company?
24  A.  OK, "it may not be so, comma," even
25  though I started the next line with a capital.

Page 105

1
2   Q.  Oh, I see. All right.
3   A.  But the implication here is that
4   there's enough of a concern for me that since
5   this is the second unit, and Nan Ya's people
6   as you will see in the very next, Nan Ya's
7   people were immediately claiming, shouting
8   inadequate packaging, that if that was going
9   to be their instantaneous defense, then it may
10  include an insurance claim against the packing
11  company or against IBM.
12      I could see that there was enough
13  concern here that I shouldn't just assume it
14  to be purely and simply in Nan Ya's hands, Nan
15  Ya's responsibility.
16  Q.  In other words --
17  A.  Perhaps I shouldn't use the word
18  "responsibility" there. What I'm getting at
19  is that there was enough sensitivity and issue
20  for me to want to communicate back to Zygo
21  that this may require somebody in a higher
22  position than myself and possibly from Zygo's
23  insurance or IBM's insurance, somebody else to
24  be involved before we moved, make any more
25  movement on this.

27 (Pages 102 to 105)

Page 146

2 what point in time, relative to your memo of
3 February 11th, was this Walch Exhibit 6 photo
4 taken?
5     A. The photo was probably taken on the
6 Monday.
7     Q. In other words, the second
8 examination.
9     A. The second examination. We would
10 have been able to see this inside the crate,
11 but the photograph would have been on the
12 second day. Because I'm pretty sure Wilbur
13 didn't take the camera out until the second
14 meeting, the second inspection.
15     Q. Were all of the screws that appear
16 in Walch 6 loose and out of -- had they all
17 been pulled out of the wood when you --
18     A. Yes.
19     Q. -- saw them on the 11th?
20     A. They were no longer in the wooden
21 base.
22     Q. I take it though your opinion or
23 theory as to when and how these screws were
24 pulled out is your personal opinion only.
25     A. It is.

Page 147

2     Q. To your knowledge, did any surveyor
3 or other person agree with you concerning the
4 scenario that you described as to how these
5 screws came out?
6     A. No.
7     Q. I take it you did not do any sorts
8 of calculations or tests in order to confirm
9 that scenario was accurate.
10     A. No. But the one observation that I
11 can make, and it relates to something I
12 mentioned earlier, was that inside the wooden
13 crate there was only one significant witness
14 mark to the impact of the machine to the
15 panel, the inside face of the panel.
16         Had those screws come adrift
17 significantly earlier and the machine had been
18 moving around inside completely loose, then
19 there would have been many more witness marks
20 to the inside of the crate. The witness mark
21 on the inside of the case indicated to me one
22 significant impact.
23     Q. The zed-shaped bar, one end of which
24 was screwed into the machine's frame and the
25 other screwed into the base, the wooden base,

Page 148

2 in this photo, Walch 6, very close to maybe
3 half-inch, there seems to be some sort of
4 gouge or hole, something in the wood. What is
5 that, if you know?
6     A. That's the broken timbers where the
7 screw has been pulled out of the fixing hole.
8 That would have been the anchor point.
9     Q. For that zed plate?
10     A. Yes.
11     Q. To your knowledge did any
12 representatives of any insurance company
13 observe these screws and the pieces we have
14 been discussing in this photograph?
15     A. Yes.
16     Q. Who?
17     A. Cathay Pacific or Cathay something.
18 I took it to be Cathay Pacific, the aircraft
19 company, but I believe in hindsight that it
20 was more an insurance broker, undertaker,
21 something. They were there on the Monday.
22 They took a series of photographs as well,
23 their series of photographs.
24         So their people, whether that was
25 Taipei Fire & Marine or Taiwan Fire & Marine

Page 149

2 or Cathay Insurance, they took their own
3 series of photographs.
4     Q. And who did they represent as
5 between Zygo and Nay Ya?
6     A. They were representing Nan Ya's side
7 of the equation.
8     Q. Who was present at the second
9 examination of the damaged AFM acting on
10 behalf of Zygo or its underwriters?
11     A. Its underwriters, nobody. But Zygo
12 itself, myself, Wilbur Chiang, and then I
13 believe two representatives from Zygo. I
14 think Peter was there on that day, and again
15 the young guy that had been driving us. I
16 don't recall his name.
17     Q. Was any request made at the end of
18 the first examination of the second AFM to not
19 disturb the crate or its contents, leave it
20 alone, just leave it the way it is at this
21 point so that no data is lost?
22     A. A mutual decision, we moved the
23 crate to the corner of the loading dock. So
24 it was out of the way of everybody else's
25 activity on the loading dock until the Monday.

38 (Pages 146 to 149)

Page 150

2  Q. The people at the loading dock who
3  worked on the loading dock were employees of
4  what company, if you know?
5  A. I don't know, but Nan Ya would be my
6  answer. But I can't guarantee that they don't
7  use a subcontract company to manage the dock.
8  Q. But it's someone either working for
9  Nan Ya or subcontractors of them.
10  A. Yes.
11  Q. To your knowledge was a request
12  explicitly made, Look, we're going to move
13  this over, and leave it alone, tell your
14  people not to touch it?
15  A. Yes.
16  Q. What was done with the panels that
17  had been removed? Were they rescrewed on or
18  simply laid to the side or what?
19  A. They were stood up alongside the
20  machine.
21  Q. What about the screws that affixed
22  them?
23  A. Left on the pallet. They weren't
24  moved and arranged for that photograph until
25  the Monday.

Page 151

2  Q. And who moved and arranged those
3  screws for the photograph to be taken on
4  Monday?
5  A. I have no idea. Wilbur was
6  physically taking the photographs.
7  Q. Did anyone other than Wilbur take
8  photographs at that second examination?
9  A. Yes. The representatives from Nan
10  Ya's insurance or shipping agent, whoever it
11  was.
12  Q. I believe you said on the first
13  examination on the 11th you didn't think
14  Wilbur had even brought his camera, right?
15  A. No.
16  Q. Did anyone at that first examination
17  acting on behalf of Nan Ya or their side have
18  a camera and were they taking pictures?
19  A. I don't recall.
20  Q. Were any measurements taken at the
21  first examination, say with a ruler or tape
22  measure?
23  A. No, I think that was done the second
24  or third day we made some measurements. The
25  first day it was just a limited number of

Page 152

1  panels and observation.
2  Q. And on the second day, or not second
3  meaning the next morning or the next day, but
4  the second examination, who do you recall was
5  present at that?
6  A. There were I believe three
7  representatives from Cathay something,
8  whatever it was. No, no, I take that back.
9  There were three representatives from Taiwan
10  Fire & Marine Insurance. One, possibly two
11  representatives, from Cathay something, which
12  I took to be the responsible shipping agents.
13  A Nan Ya manager.
14    But I'm afraid I don't have records
15  of names. I have a series of business cards
16  from that week, but specifically which people
17  were there, I honestly couldn't remember.
18  Q. Well, names aside, your
19  understanding was they were -- you were just
20  identifying people who were there on behalf of
21  Nan Ya?
22  A. Yes.
23  Q. Do you recall people being there on
24  behalf of Nan Ya's underwriters?

Page 153

2  MR. BJORKMAN: He just said.
3  A. Well, the insurance. Taiwan Fire &
4  Marine is an insurance company.
5  Q. Was that one person, two? How many?
6  A. No, I have three business cards from
7  that group of people.
8  Q. Do you know whether they were
9  technical people, meaning engineers?
10  A. I have no idea, I'm afraid. I still
11  have the business cards if they're of help to
12  you, but...
13  Q. Who else was there besides the
14  people you've just described?
15  A. There was Wendy Chiao. I think her
16  name was Chiao. She was from the shipping
17  company, but I'd already mentioned that one.
18    As far as I recall, that was it.
19  Maybe two people from Lee-Tech. Again, it
20  would have been Peter and the guy that was
21  driving us.
22  Q. Just to be clear, when you say the
23  shipping company, do you mean the people who
24  had been responsible for transporting?
25  A. Just give me one second.

39 (Pages 150 to 153)

Esquire Deposition Services
1-800-944-9454

Page 170

1
2  Q. "At this point tried to ask me
3  whether I considered it to be 'adequate
4  packaging.' To this I declined to pass any
5  professional opinion and remarked that this is
6  for official representatives of our insurers
7  to comment and not me."
8      Why did you tell her that instead of
9  giving your own opinion as to whether this was
10 adequate or not?
11     A. As I said, I'm not an expert packer.
12 That would be an unfair thing for me to give
13 that level of opinion in what could constitute
14 a major lawsuit as it has eventually come to.
15     Q. Do you know whether Zygo obtained
16 any opinions as to the adequacy of the
17 packaging for this AFM from any professionals
18 in packaging?
19     A. No, I don't know.
20     Q. You're not aware of any, are you?
21     A. No.
22     Q. It then says, it describes -- she
23 makes a comment about this shipment being,
24 allegedly being tracked more than normal.
25     You describe what she says and then

Page 171

1
2  you say, "to which I responded, why then does
3  this only affect one crate from four, when
4  each has 'Tip & Tilt' indicators and this
5  crate is the only one with missing, slash,
6  damaged ones, question mark."
7      Can you explain what you were trying
8  to convey there to him?
9      A. She was trying to imply that the
10 whole packaging concept was inadequate, and
11 none of the other crates were damaged. This
12 one really wasn't that heavily damaged in
13 itself, but had been clearly been tipped up.
14 The "Tip & Tilt" indicator was missing on the
15 side.
16     It's a plastic device that's stuck
17 on the side of a crate full of like colored
18 granules of sand and there are two channels at
19 45 degrees in an apex shape, and in the event
20 that the crate gets tipped, these granules of
21 sand roll down and get stuck on a gluey
22 substrate at the other end, and it indicates
23 to you the direction of the tilt.
24     Q. It says "missing, slash, damaged
25 ones." Were some missing and some damaged?

Page 172

1
2      A. Yes, the one on the front face that
3  I suppose hit the surface, hit the ground, was
4  smashed and missing. A small piece of the
5  plastic was left on there. And the one on the
6  side was broken, cracked, but had clearly
7  indicated a tip in the direction that we
8  concluded the machine had had.
9      Q. By looking at the one that was still
10 there indicating a tip had occurred, could you
11 tell how great the tip had been before it
12 keeled over?
13     A. No, it's like a final marker. Once
14 the granules run down the channel into the
15 gluey region, they can't go back. It
16 indicates a tip greater than 45 degrees, which
17 is the angle of the channel. So it has to
18 have gone at least 45 degrees for the granules
19 to run.
20     Q. To your knowledge, do the tip and
21 tilt indicators by themselves indicate when in
22 the course of the shipment that occurred?
23     A. Absolutely not, no.
24     Q. Does it indicate what caused it to
25 tilt?

Page 173

1
2      A. No.
3      Q. On the second page of Martin 12,
4  second full paragraph -- it's hard to tell
5  what's a paragraph here, it says, "Still they
6  don't want to accept my arguments. Not
7  surprising because it would cause them
8  $690,000, wouldn't it? So now I am looking
9  for yet another way to convince them, so I
10 take a look at the underside of the
11 pallet/skid."
12     The next paragraph describes at
13 least part of what you saw. Can you tell us
14 what, if anything, your examination of the
15 underside of the pallet/skid led you to
16 believe with respect to the cause of the
17 damage to this AFM?
18     A. Let me just read what I've written.
19     Q. Certainly.
20     A. I'm not sure actually. I'm reading
21 this here and I'm trying to figure out what I
22 was trying to get at here. It's almost like
23 I've missed, missed a line of text out
24 somewhere.
25     What I was intimating at, and it's

44 (Pages 170 to 173)

Page 194

2   were anything independent from that.
3       Now that you say it, they may have
4   been an independent assessor acting on
5   behalf of the freight company itself.
6       But to me, when I've referred all
7   the way through to the shipping company,
8   I'm referring to the representatives --
9   BY MR. GINOS:
10  Q.  -- from Cathay.
11  A.  -- from Cathay.
12  Q.  Whoever they may be.
13  A.  Yes.
14  Q.  To your knowledge, were any
15  representatives for Royal Insurance Company
16  invited to attend any of these inspections
17  that you were describing?
18  A.  I have absolutely no idea.
19  Q.  To your knowledge did you see anyone
20  there who was represented as being from Royal
21  Insurance?
22  A.  No.
23  Q.  Martin Exhibit 12, at the very end
24  of it, states, "PS," this is from page 2, "Are
25  these reports being forwarded to IBM in full

Page 195

2   or in part? I need to communicate with IBM
3   frequently on other issues and do not wish to
4   say anything out of place. Please advise."
5       Can you tell us why you communicated
6   that?
7   A.  Yes. It's quite simple. In Taiwan
8   and in Korea, where I had been the week
9   before, there were a whole series of issues on
10  AFM, service issues, and I have to communicate
11  with IBM people directly from my level of
12  technical support. And I was only reporting
13  this directly to Zygo.
14      What I didn't know was how much or
15  how little Zygo may have been reporting to
16  IBM. And I didn't want to put anything out of
17  place. I didn't want to be somebody
18  communicating a statement, whatever that
19  statement may have been, that may have been
20  construed as a breach of confidentiality or
21  anything else in the Zygo-IBM relationship.
22  Q.  At the end you say "please advise."
23  Were you ever given any answer to the last
24  question?
25  A.  I can't honestly say. I don't know

Page 196

2   the answer to that one. I do periodically
3   talk as I said with Sylvain, my manager, on
4   these issues, and he wasn't concerned as far
5   as I recall about what I did or said. It was
6   relatively straightforward. He trusted me to
7   do what I needed to do.
8   Q.  I'll hand you Martin 13. First look
9   at it, take as long as you need to look at it,
10  and tell us whether you can recall seeing
11  either its first or second page.
12  A.  The first answer is no, I have never
13  seen it.
14  Q.  You have never seen this before?
15  A.  No.
16  Q.  Did you have occasion to meet with
17  or to talk to a Mr. Billy Wu from Lee-Tech
18  when you were working over there?
19  A.  Yes, most days as we came away from
20  Nan Ya, if I wasn't being driven by Wilbur, I
21  was being driven by a Nan Ya engineer. He had
22  taken me back to the office, Lee-Tech's
23  office.
24      And most evenings Billy Wu would ask
25  me for a very brief update with what was going

Page 197

2   on. He had already had an update from his
3   team, but he just wanted to hear my comments.
4   Q.  What was his position at Lee-Tech?
5   A.  He's the owner, director, chairman,
6   whatever you call it. He's the top guy.
7   Q.  At the bottom of Martin 13's first
8   page, which appears to be a fax sent by Mr. Wu
9   to Zygo, he ends his fax by saying, "PS.
10  Frankly, I have see the package in Nan Ya."
11      Let me stop there. Was Mr. Wu at
12  Nan Ya's loading dock at any point in time?
13  A.  One second here. This is the 15th.
14  No, not on any of those days, 11, 14 or 15.
15  Q.  So if he was there, it wasn't while
16  you were there.
17  A.  Yes.
18  Q.  He says, "Frankly, I have see the
19  package in Nan Ya. I was wondering why the
20  expensive machine has such poor pageage,"
21  which I don't know if that means package or
22  something else.
23  A.  It does. It's Chinese broken
24  English.
25  Q.  "And for KMS the package is

Page 198

1 different."
2 
3     Is KMS a different supplier?
4     A. KMS is a different product made by
5 Zygo in Connecticut. And Connecticut's
6 packaging company, Zygo Connecticut, they have
7 packaging designed specifically for the
8 products that are manufactured there.
9     The SXM was a product manufactured
10 by IBM and it was packaging by IBM's design.
11     Q. Just so we're not comparing apples
12 to oranges or something even more different,
13 is KMS a large, heavy machine like the AFM or
14 is it something else?
15     A. A KMS is an optical tool, I guess
16 probably about half the size of the main unit,
17 probably only a quarter to a third of the
18 weight of an SXM, and the most critical
19 component is the optics assembly, and that's
20 removed for shipment into another box.
21     So it's not -- I wouldn't say it was
22 an apples-for-apples comparison. That would
23 be completely wrong. But it's not necessarily
24 an apples-for-oranges comparison. It's a
25 little bit mid ground on that.

Page 199

1 
2     Q. Were you familiar with the packaging
3 that was done of the KMS units in the
4 Connecticut facility?
5     A. No, not at all.
6     Q. Did you ever have any discussion or
7 any kind of communication with Mr. Wu at
8 Lee-Tech concerning the adequacy or inadequacy
9 of the packaging realized for the AFMs we've
10 been discussing?
11     A. No. I didn't have a conversation
12 with Billy about my beliefs on the adequacy of
13 the packaging. It's highly likely that we had
14 a conversation about Nan Ya's viewpoint on the
15 packaging, which we have already covered a
16 little bit earlier on.
17     Q. Can you recall him offering any of
18 his own opinion as to what it's referring to
19 there about the --
20     A. In those meetings, Billy Wu is very
21 much the senior executive position in his
22 company at Lee-Tech, and in meetings with
23 Billy you sit there, he asks some simple
24 questions.
25     It's very courteous, but it's not a

Page 200

1 
2 really eventful meeting. You don't really
3 resolve anything. It's very much "Please come
4 to my office." It's executive leather chairs,
5 and you sit there for five minutes. It's
6 courtesy more than anything. He's not a
7 technical person in respect to the AFM at
8 least. So...
9     Q. Tell us what you know, if anything,
10 concerning Billy Wu's attempts to resolve the
11 damaged AFM and the two problems being had
12 with Nan Ya over the second AFM.
13     And I don't want you to speculate.
14 Just on the basis of your attending the
15 meetings.
16     A. To be honest with you, I can't
17 answer that question at all. Because whatever
18 Billy would have done discussing with Nan Ya,
19 he would have done in his office or on the
20 telephone and it would have been in Chinese,
21 and very much to himself. It would have been
22 a private thing. I have absolutely no --
23     Q. So you're not privy to what he did
24 or didn't do.
25     A. Not at all.

Page 201

1 
2     Q. Or what he said or didn't say to
3 them.
4     A. No. And equally with his
5 communications, if any, with Zygo. I'm
6 outside of that loop entirely. It's way too
7 high up the tree for me.
8     Q. Let me give you Martin 14. The
9 first question simply is whether you've ever
10 seen a copy of this before today.
11     A. No.
12     Q. At the bottom, paragraph numbered 5,
13 Billy Wu says in this February 16, 2000 fax to
14 Zygo, "Now we can only do is delivery 3rd on
15 time. And also provide the formal statement
16 to Nan-Ya shows: The same packing (60 units)
17 to other countries never happened this
18 mistake."
19     Let me stop there. From your own
20 personal knowledge, were you aware of any
21 attempt made to demonstrate to Nan Ya that
22 other units with similar packing had been
23 shipped without any problems?
24     A. Yes.
25     Q. Tell us about that.

51 (Pages 198 to 201)

Page 202

2  A. I can't remember the date exactly,
3  but it was the end of the trip. We had a
4  meeting with Mr. Hanson Lee or Hanson Lian,
5  and in that meeting I gave him a document that
6  I had taken from a spreadsheet that I have on
7  my computer showing the locations of all the
8  machines around the world, and I had taken an
9  extract relating to this particular hardware,
10  the SXM 320, or actually it's the LSM 320.
11  But from your documentation it's called SXM,
12  so I'm going to leave it the same.
13      And on there I'm showing the
14  installation locations where these machines
15  are and an indication of how many times
16  they've been shipped. Because in some cases
17  they shipped to one site and moved to another
18  site. Other times they've gone to trade shows
19  and come back. And that document shows 26, 27
20  shipments of the SX 320 size machine where
21  essentially no damage was reported.
22      There are a couple of damage reports
23  that I didn't witness, but they were related
24  about six, nine months earlier to fork truck
25  damage to the corners of the crates. Not the

Page 203

2  scanner assembly as it happens, but there's
3  another much bigger case which houses the
4  enclosure for the machine. It's a fully
5  assembled enclosure. So the enclosure itself
6  is bigger than the crate concerned in this
7  litigation.
8      Q. Is this enclosure in effect kind of
9  a miniature room that encloses the machine to
10  seal it from dirt and dust?
11      A. Exactly. It has a filter system in
12  the top, a hand filter pack on the top.
13      Q. Do you know for a fact whether the
14  packaging utilized in respect of all of these
15  other shipments was identical or almost
16  identical to that used in this case that we've
17  been talking about?
18      A. I can't say I know for a fact, but
19  it was the same, to the best of my knowledge,
20  the same shipping company and the same
21  packaging design all the way through.
22      Q. But, I mean, that's an assumption on
23  your part?
24      MR. BJORKMAN: No, he just said what
25  he said.

Page 204

2      A. It is an assumption, but I've seen a
3  huge amount of them. I've been involved with
4  the delivery of quite a few of the machines.
5  I've been involved on the trade shows when
6  they arrive and I've taken them out and put
7  them back in and shipped them back. I've seen
8  them packed on the docks when I'm walking
9  past.
10      So in principle I know with a 95
11  percent certainty that they're all the same.
12      Q. Do you have as you sit here today
13  any explanation for why there would be severe
14  damage to two AFM shipments back to back as
15  occurred here?
16      A. None.
17      Q. Continuing, very end of that first
18  page, Martin 14, it says "please also provide
19  the document," it says "form," but he may have
20  meant "from" -- "your insurance company or
21  other party or IBM shows," which I assume he
22  meant to say "showing" -- "the package is
23  suitable for transportation."
24      Do you know whether any
25  documentation was provided from IBM attesting

Page 205

2  to the adequacy of the packaging?
3      A. Not that I know of.
4      Q. Do you know if any request was made
5  to Zygo's insurance company relating to some
6  attestation as to the adequacy of the
7  packaging?
8      A. Not that I know of.
9      Q. Are you aware, personally, not from
10  hearsay, but where you read or where you
11  participated in a conversation, are you aware
12  of any access given by Zygo to its insurance
13  company Royal in respect of an inspection of
14  these units?
15      A. None.
16      Q. Damaged units.
17      A. To be honest, to circumvent some of
18  these questions, and I appreciate you've got
19  to ask the question, up until the times that
20  Ian mentioned to me there was a possible
21  lawsuit, I didn't know of any relationship
22  between Zygo and its insurance company, not
23  the company name, not correspondence,
24  absolutely nothing.
25      Q. But even leaving aside --

Page 214

1
2  point in Sunnyvale, California. That had
3  already been shipped three times by this point
4  in time.
5       Then there's a few that had not been
6  shipped, and at the bottom of that table it
7  identifies recent trade shows where the LSM or
8  SXM series had been shipped. It had been to
9  Semicon West 98, Semicon West 99, Semicon
10 Europa 99 and Semicon Taiwan 99. Each of
11 those was a two-way shipment. And if you add
12 the numbers up, it comes to approximately 27
13 shipments.
14      That's of this specific type of
15 hardware in this specific type of case. It's
16 a document that I referred to in another
17 e-mail correspondence as a document called
18 shipments, or something like that. Maybe even
19 on your next page over there.
20    Q.  Where did you get the data for this?
21    A.  I monitor this stuff all the time.
22 I was involved in servicing support, all of
23 these machines at different times, and all of
24 us in the group had the same document. I just
25 enhanced and highlighted this area to make

Page 215

1
2  this document clear.
3    Q.  Do you know whether at any point in
4  time corresponding to the shipments summarized
5  here Zygo's insurance company was given an
6  opportunity to inspect the adequacy of
7  packaging for these units?
8    A.  No, to be honest, the amount of
9  damage on these ones that were reported here
10 at the bottom of the page, it refers to a
11 machine at AMD in Dresden, that's in Germany,
12 and two other incidents on return shipments
13 from trade shows.
14      These were all small incidents and I
15 don't think they were covered by any insurance
16 claims. I think they were just dealt with
17 internally by Zygo and IBM. In fact, to be
18 fair, I'm not even sure that they were Zygo
19 and IBM. I think they were -- some of these
20 were in Veeco's time.
21    Q.  Let me give you Smith 8. It appears
22 to be an e-mail passing on another e-mail, the
23 original message being from K.R. Walch, that's
24 yourself, and that was sent on February 18th.
25      Look at it as much as you need to

Page 216

1
2  and tell us if you can identify the report or
3  memorandum dated February 17th, which is the
4  second page of this.
5    A.  OK, yes. This is my sort of
6  concluding report at the end of the trip. I
7  started preparing this in the hotel in the
8  last evening. So that the date may be the
9  date I started preparing it as opposed to
10 necessarily the date I shipped it. This
11 e-mail has got Friday, the 18th, on the
12 covering page. So 17, 18.
13      This discusses the meeting that I
14 had with Hanson Lian, with Wilbur and I think
15 Peter from Lee-Tech, I'm not a hundred percent
16 sure who was in that meeting, where -- we just
17 had this discussion a few minutes ago. This
18 is my notes on that meeting.
19    Q.  Can you tell us what steps, if any,
20 were being taken as of February 17, 2000 to
21 maintain the second damaged AFM in its
22 condition, in the condition it was in when you
23 had finished inspecting it?
24    A.  OK, when I had finished inspecting
25 it we -- if I remember correctly, and this is

Page 217

1
2  really if I remember correctly because it's a
3  long time ago now. I don't have any notes to
4  back me up on this one. I believe we moved it
5  inside the opened crate. We moved it inside
6  and put it alongside shipment number 1 in that
7  semiclean room.
8    Q.  And that would have occurred
9  approximately the day of this memo?
10   A.  To be honest, I think it was a day
11 or two before. It would have been at my third
12 inspection, the end of the third inspection
13 that I did.
14   Q.  Were any requests made or
15 instructions given to Nan Ya's personnel with
16 respect to safeguarding the information or the
17 evidence contained in that?
18   A.  I recall asking them not to dispose
19 of the cases. But I had little control over
20 exactly what they were going to do once I
21 left. I had requested that the cases, the
22 packing case that we had dismantled, did not
23 get destroyed. But unfortunately, timber
24 packing cases on a loading dock have a
25 tendency not necessarily to be very well

Page 218

1
2  respected.
3      Q.  Do you know for a fact what did
4  happen to the timber packing cases?
5      A.  Well, they were still there when I
6  went back.  No, they weren't.  I take that
7  statement back.  No, I have no idea.
8      Q.  When you went back were they gone?
9      A.  Come November, yes.  We had to make
10 another crate to pack up that unit.
11     Q.  Between middle of February 2000
12 and --
13     MR. BJORKMAN:  No, no.
14     A.  Let me take it back.  You're right.
15 The packing case for shipment number 2 was
16 still there.  Because we were able to repack
17 that in its original case to ship it back.  We
18 had to make two new cases, one for the loaner
19 tool and one for shipment number 1.
20     Q.  Do you know whether or not Zygo's
21 insurance company was given an opportunity to
22 inspect that case?
23     A.  I do not.
24     Q.  Did you ever have any discussion
25 from February 17, 2000 onward with anyone

Page 220

1
2  you recall seeing this before today.
3      A.  No.
4      Q.  The second and third pages I take it
5  are your report of the 14th that we've already
6  discussed?
7      A.  Just give me one second.  I know
8  it's not overly important, but I'm reading the
9  front one as well.
10     Q.  No, go ahead.  Any time you want to,
11 that's fine.
12     A.  OK, yeah, this is one of the
13 previous reports, February 14, report number
14 2.
15     Q.  Now, if you look at the first page
16 of Walch 10 it appears to be from someone
17 named Peggy Merati at Mathog & Moniello and
18 sending what she calls is an internal memo,
19 which I assume is your report, to Royal.
20         Do you recall ever discussing the
21 damaged AFMs, any of them, with Peggy Merati?
22     A.  No, never heard of the name.
23     Q.  Ignoring Walch 10, assuming you have
24 never seen it --
25     A.  It was meaningless.  Oh, OK.

Page 219

1
2  before today concerning whether or not Zygo's
3  insurance company should be allowed to inspect
4  the second damaged AFM?
5      A.  No.
6      Q.  So you don't know whether Zygo did
7  or didn't give such an opportunity to Royal?
8      A.  No.
9      Q.  I'm done with this.
10     A.  These by the way are the scans.
11 This is an e-mail from Wilbur.  The same
12 photographs that we referenced earlier.  That
13 first page.  I know you haven't referred to
14 the document yet, but that was Wilbur's
15 interpretation of the same photographs.
16     MR. GINOS:  Let me mark as Walch 10
17     a document, Bates Numbers RY-279 through
18     RY-281 inclusive.
19         (Plaintiff's [Walch] Exhibit 10,
20     fax transmission of 3/7/00 with
21     attached e-mail of 2/14/00, Bates Nos.
22     RY-279 through 281, marked for
23     identification, as of this date.)
24     Q.  First of all, look, please, just at
25 the first page of Walch 10 and tell us whether

Page 221

1
2      Q.  Assuming you have never seen that
3  document --
4      A.  Sure.
5      Q.  -- of your own knowledge, could you
6  tell us when, if ever, Zygo gave notice of the
7  second AFM's damages to Royal?
8      A.  Can you repeat that?  Oh, no, to
9  Royal, I don't know.
10     Q.  If you had not seen that document
11 you wouldn't have known --
12     A.  The fact that it was a communication
13 with Royal, I have no idea.
14     Q.  You were not privy to any of those.
15     A.  No.
16     Q.  This one I want to show you.
17     MR. GINOS:  Let's mark this as Walch
18     11.
19         (Plaintiff's [Walch] Exhibit 11,
20     letter to Joe Daneman from Matt Weidman
21     of May 1, 2000, Bates Nos. RY-229 and
22     230, marked for identification, as of
23     this date.)
24         (A recess was taken from 1:56 p.m.
25     to 2:04 p.m.)

56 (Pages 218 to 221)

Page 278

2  A. Yes.
3  Q. Then not more than two weeks later
4  you went and did a salvage value assessment of
5  those two units, right?
6  A. Correct.
7  Q. When you did that, did you find that
8  any salvageable components were missing?
9  A. Nothing discernible. Virtually all
10 of the key critical parts were there. Nothing
11 looked like it had been seriously disturbed or
12 anything. It didn't look like the crates had
13 been opened, so it all looked sound.
14 Q. When you say it looked like the
15 crates had not been opened, do you mean the
16 three crates that had not been damaged?
17 A. As it happens six crates out on the
18 loading dock, because the other three from
19 shipment number 1 were still there as well.
20 Q. So these three crates were still on
21 the loading dock?
22 A. Yes.
23 Q. I'm sorry, three crates from the
24 shipment. So six crates were still on the
25 loading dock.

Page 279

2  A. Correct.
3  Q. And they were in intact condition.
4  A. Yes.
5  Q. How about the damaged components of
6  Nay Ya's shipment 2, where were they located
7  when you went to do your review in November of
8  2000?
9  A. They were still in the clean room,
10 clean/semiclean room and ancillary room up
11 into the FAB area.
12 Q. And as far as you could tell, was
13 that equipment in any different condition than
14 when you had last seen it?
15 A. No, it all seemed to be pretty much
16 intact. There may have been odd screws,
17 brackets not laying on the top of the machine
18 where they had been before, but there was
19 nothing significantly missing.
20 Q. Where was the crate for crate 1 of
21 Nan Ya shipment 2? Where had that been
22 maintained?
23 A. That was still on the loading dock.
24 Q. And that was segregated in some
25 fashion?

Page 280

2  A. Yes, it was in a different corner of
3  the loading dock, but it was all there
4  together.
5  Q. I believe you testified when
6  Mr. Ginos asked you some questions that, in
7  words or substance, that you thought that for
8  another surveyor to come in and do an
9  evaluation of when the damage may have
10 occurred, the last point in time you were
11 aware of was February of 2000.
12     Do you remember that testimony?
13 A. Can you repeat that or read it back,
14 either way?
15     MR. GINOS: I think he said March.
16     MR. BJORKMAN: OK, thank you.
17 Q. In response to Mr. Ginos' testimony,
18 I believe you testified that you thought that
19 the last time that a surveyor could come in
20 and inspect, to do an evaluation of what
21 happened to damage the Nan Ya shipment 2, was
22 in March of 2000. Do you recall that?
23 A. OK, that may be my slight
24 misunderstanding of Mr. Ginos' question. My
25 interpretation was the last time I could

Page 281

2  confirm its condition for any other
3  inspection. But in hindsight of what we've
4  just discussed now, perhaps even that could
5  have been as late as the November visit since
6  there didn't appear to be much more or any
7  more sustainable damage or missing parts.
8      So the reality is it was there, but
9  in the context that Mr. Ginos was asking the
10 question, I took that as when I could confirm,
11 it was in a condition as which we had opened
12 the crates.
13 Q. But as far as you knew, the damaged
14 elements of Nan Ya 2 were essentially all
15 there in November of 2000 as well.
16     MR. GINOS: Objection.
17     THE WITNESS: Does that mean I still
18 answer that?
19     MR. GINOS: You can answer. I don't
20 know what he means by essentially. Sort
21 of? Mostly? Kind of? Essentially all
22 there?
23     MR. BJORKMAN: I'll withdraw the
24 question.
25     MR. GINOS: Except for one critical

71 (Pages 278 to 281)

Page 282

1
2   component missing?  You know.
3  BY MR. BJORKMAN:
4     Q.  When you did the evaluation in
5  November for the salvage value was there any
6  critical components missing from Nan Ya 2?
7     A.  No.
8       MR. GINOS:  Objection.
9       MR. BJORKMAN:  What was wrong with
10  that?
11       MR. GINOS:  Any critical components.
12       He was doing a salvage valuation of
13       undamaged stuff.  You're now trying to
14       extend that over to the damaged AFM?
15       I'll cover that when I re-question.  Go
16       ahead.
17       MR. BJORKMAN:  I will cover it now.
18  BY MR. BJORKMAN:
19     Q.  When you looked at the Nan Ya Number
20  2 to determine its salvage value, did you look
21  to see what components were there?
22     A.  No.  Having been there as we opened
23  the crates, I had no reason to suspect
24  anything was not there.
25     Q.  Did you look only, did you examine

Page 283

1
2  only the pieces of that equipment that had not
3  been damaged?
4     A.  No, no.  Not at all.
5       MR. GINOS:  What point in time?
6       MR. BJORKMAN:  In November.
7     A.  Oh, November?
8     Q.  Yes.
9     A.  In November I didn't open the other
10  crates.
11     Q.  No, no, I'm talking about the crate 1.
12     A.  The crate that was open I was
13  observing to see if and how much of the parts
14  in the system looked tangible enough to
15  salvage.  I have to take an assessment of risk
16  in that, that some of those parts may have
17  looked good, but not been good.  And on the
18  other hand, some parts may have looked
19  damaged, but in reality it would have had
20  negligible effect.
21     Q.  And when you did that examination
22  and you looked at what was the contents of
23  crate 1 of that shipment, did you see, did you
24  notice that there were any parts that you
25  would normally find within that unit, in that

Page 284

1
2  crate, that were not there?
3     A.  No.
4     Q.  Let me ask you to take a look at
5  Walch Number 10.
6     A.  OK.
7     Q.  Attached to this document RY 280 is
8  a memo that you wrote; is that right?
9     A.  Correct.
10     Q.  Do you recognize that handwriting in
11  the upper right-hand corner, 5/19 to Richard
12  Chung?
13     A.  No.
14     Q.  You said that you had no contact
15  with anyone from Zygo's insurer; is that
16  correct?
17     A.  Correct.
18     Q.  Well, did Mr. Chung ever call you to
19  find out any facts about --
20     A.  Mr. Chung is referred to in this
21  document, no.
22     Q.  Did you ever get a call from
23  Mr. Richard Chung?
24     A.  No.
25     Q.  Did you ever get an e-mail from

Page 285

1
2  Mr. Richard Chung?
3     A.  No.
4     Q.  Did you ever get a message by any
5  means of communication that Mr. Richard Chung
6  wanted to talk to you?
7     A.  No.
8     Q.  How about Joseph Daneman, did you
9  ever learn in any way, shape or form that
10  Joseph Daneman wanted to talk to you?
11     A.  No.
12     Q.  Did you ever hear of a company
13  called GAB Robbins?
14     A.  No.
15     Q.  So you never learned by any means
16  that someone from GAB Robbins wanted to talk
17  to you?
18     A.  Not at all.
19     Q.  I just have one other series of
20  questions.  Mr. Ginos had asked you some
21  questions about the November 13th meeting.
22       Do you remember that?
23     A.  OK, yes.
24     Q.  And in that, in your answer, and I'm
25  afraid it might be an issue between American

Page 294

2 people to find out if anyone to their
3 knowledge had made any changes to the
4 components of AFM in the interim?
5     A.  No, I did not.
6     Q.  So would it be fair to state then
7 that you cannot as you sit here today say with
8 any certainty that there were not in fact any
9 differences or changes occasioned between your
10 observation of that equipment in March of 2000
11 and November of 2000?
12         MR. BJORKMAN: I'm going to object
13     to the form of the question.
14     A.  In a purely literal sense, then yes,
15 I cannot make a statement that they are that
16 identical, that their condition was exactly
17 the same.
18     Q.  To your knowledge did anyone, either
19 in March of 2000 or November of 2000, or any
20 time in between, do any forensic analysis of
21 AFM number 2 to determine the cause of the
22 damage it had suffered?
23         MR. BJORKMAN: Objection.
24     A.  Not that I know of.
25     Q.  I meant to ask you this and I had

Page 295

2 forgotten. As of March of 2000 to your
3 knowledge, if you know, and if you don't know,
4 you can say so, had Nan Ya paid Zygo for the
5 second AFM or portion of the purchase price?
6     A.  For the second AFM? As far as I
7 know, no.
8     Q.  It had paid 80 percent on the first.
9     A.  Yes, letter of credit on the first
10 one.
11     Q.  But on the second it had paid
12 nothing, correct?
13     A.  Correct.
14     Q.  So that as of March of 2000 Zygo had
15 not been paid anything for that second AFM.
16 Do you know of any reason for the
17 second damaged AFM being left in Nan Ya's
18 custody as opposed to Zygo taking it away to
19 preserve it?
20     A.  No, no reason at all.
21     Q.  Did Zygo have a space where this
22 could have been kept and stored?
23     A.  I'm not sure I can answer that, but
24 I guess they had space.
25     Q.  Was there any discussion ever

Page 296

2 between yourself and anyone else at Zygo about
3 Zygo retaining custody of the second damaged
4 AFM in order to ensure that it was preserved,
5 that the evidence was preserved?
6     A.  No discussion that I knew of.
7     Q.  In lieu of that, it was simply left
8 with Nan Ya.
9     A.  Yes.
10     Q.  And you do not know what Nan Ya's
11 personnel may have done or not done in respect
12 of that damaged AFM between March and
13 November.
14         MR. BJORKMAN: Objection. He
15     already --
16     Q.  Right?
17     A.  I don't know of anything that they
18 may or may not have done other than to say in
19 November that there was no apparent
20 difference.
21     Q.  There was no --
22         MR. BJORKMAN: He knows they didn't
23     take a sledgehammer to it.
24     Q.  But you didn't do a careful
25 examination in order to determine whether

Page 297

2 there was any damage, right?
3     A.  That's why I used the word
4 "apparent." But by this time I'm treating it
5 as scrap. So if it's got a fingerprint on it,
6 it's got a fingerprint on it.
7     Q.  You didn't treat it as scrap on
8 February 11th, did you?
9     A.  On February 11th. No, not at all.
10     Q.  In fact, quite the opposite. On
11 February 11th you went to great pains to make
12 as little change to that evidence, because you
13 regarded it as potential evidence, so that
14 people could look at it and examine it, right?
15     A.  I use the word "data," but yes, I
16 agree with you, yes.
17     Q.  So on February 11th and perhaps the
18 14th, 15th, when you were looking at it, it
19 was evidence being reviewed by parties.
20     A.  Yes.
21     Q.  But in November it was scrap.
22     A.  Yes, by November essentially I
23 considered it scrap, yes.
24         MR. GINOS: No other questions.
25         MR. BJORKMAN: I don't have any