# EXHIBIT 10



**ROYAL & SUNALLIANCE**

88 Pine Street, 28th Floor
Wall Street Plaza
New York, NY 10005
Tel. no. (212) 510-1770
Fax no. (212) 510-1780

---

## FAX TRANSMISSION

---

June 19, 2000

To: Matt Weidman
Mathog & Moniello Companies, Inc.
East Haven, CT
Fax no. (203) 468-3494

From: Joseph Daneman
Sr. Cargo Adjuster
Direct Phone: (212) 510-1768
Total Pages: 1

Re: Assured: Zygo Corporation
Consignee: Nan Ya Technology Corp.
Policy no. POC-102950
Damaged SXM Machine
Our Ref. 1070008216

Dear Matt,

Our office in Taipei has advised us that they have appointed a surveyor to try to contact the consignee and their agent to conduct the survey. However, the damaged cargo is reportedly not available to survey, and according to the shipper's statement, they have not put forward a claim of the damaged cargo.

Please advise us specifically (1) the location of the damaged machine with street address and name of owner/bailee, (2) the person to contact to arrange for survey of the damaged machine, and (3) the telephone number and fax number of this contact person.

The foregoing is not an admission of liability and is strictly without prejudice. All rights and defenses available under the terms and conditions of the policy are hereby reserved.

Furthermore, no action previously taken or hereafter taken by the Company shall be construed as a waiver, nor shall the Company be estopped to rely upon any rights or defenses under the policy.

Should you have any questions or comments, please feel free to contact me. Thank you for your attention to this matter.

Best regards,

RY        00216

# EXHIBIT 11



 "Weidman, Matt"          To: 'joseph daneman' <joseph_daneman@rsausa.com>
<weidmam@mathmon          cc:
.com>                     Subject: Zygo          1070008216

08/01/2000 02:53 PM

Joe,
Here are a couple of contacts that you should be able to get your
surveyor in touch with:
Billy Wu
business phone = 011 886 229 142 5013
cell phone = 011 886 935 146 542
e-mail = leetech@mail.ivnet.com.tw

Tim Smith
business phone = 011 886 228 755 079
cell phone = 011 886 937 025 454
e-mail = tsmith@zygo.com

Good luck,
Matt

RY          00210

# EXHIBIT 12

 **Richard Chung@ROYALSUNINT**

08/25/2000 03:38 AM

To: JOSEPH DANEMAN/NYOM/ROYAL-SSD@ROYAL-HQ
cc: Teresa Tang/Taipei/TW/RoyalSun@RoyalSunInt
Subject: Re: Assured: Zygo Corp., Consignee: Nan Ya Technology Corp., Damaged SXM Machine, Our Ref. 107008216

Dear Foseph,

We have liaised with Billy Wu and Tim Smith you mentioned last time. But they have no positive answer and didn't know the situation. According to Nan Ya 's statement, they have 2 Policies in this journey. The loss probably caused by insufficient package since the same damage happened in second import machine. Taiwan Fire & Marine Insurance Co., Ltd. have agreed to settle this claim in half amount on amicable basic, and the rest amount will be settled by Lee-Tech Co., Ltd. (Zygo Corp.'s Taiwan agent). Now they are awaiting for Lee-Tech's offer of the salvage.

Under such circumstance, we recommend to ignore this claim and close this file.

Regards,

Richard
JOSEPH DANEMAN@ROYAL-HQ

 **JOSEPH DANEMAN@ROYAL-HQ**

2000/08/02 08:20 PM

To:     Richard Chung/Taipei/TW/RoyalSun@RoyalSunInt
cc:

Subject: Assured: Zygo Corp., Consignee: Nan Ya Technology Corp., Damaged SXM Machine, Our Ref. 107008216

Hi Richard,

We have been advised of two contacts as follows:

Billy Wu
business telephone: 011 886 229 142 5013
cell telephone:     011 886 935 146 542
e-mail address:     leetech@mail.ivnet.com.tw

Tim Smith
business telephone: 011 886 228 755 079
cell telephone:     011 886 937 025 454
e-mail address:     tsmith@zygo.com

Please advise the surveyor of these two contacts in order that the surveyor can survey the damaged machine.

Best regards,
Joe

**Exhibit No.** _Daneman 17_
_11/20/03  KCC_

FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018    (212) 869-1500

RY        00204

# EXHIBIT 13



# ROYAL & SUNALLIANCE

88 Pine Street, 28th Floor
Wall Street Plaza
New York, NY 10005
Tel. no. (212) 510-1770
Fax no. (212) 510-1780

## FAX TRANSMISSION

November 10, 2000

Total pages: 1

To: Matt Weidman
Mathog & Moniello Companies, Inc.
East Haven, CT
Fax no. (203) 468-3494

From: Joseph Daneman
Sr. Cargo Adjuster
Direct Phone: (212) 510-1768
E-mail: Joseph_Daneman@rsausa.com

Re: Assured: Zygo Corporation
Consignee: Nan Ya Technology Corp.
Policy no. POC-102950
Damaged SXM Machine
Our Ref. 1070008216

Dear Matt,

Further to our handling of this file, our Taiwan office/surveyor have communicated with Billy Wu and Tim Smith, but they have no positive answer and don't know the situation. According to Nan Ya's statement, they have two policies in this journey. The loss was probably caused by insufficient packaging since the same damage happened to the second imported machine. Taiwan Fire & Marine Insurance Co., Ltd. have reportedly agreed to settle this claim at half the amount on an amicable basis, and the rest will reportedly be settled by Lee-Tech Co., Ltd. (Zygo Corp.'s Taiwan agent). Lee-Tech reportedly has offered salvage. Furthermore, the assured does not have an insurable interest.

Under the circumstances, we will close our file with no claim payment. Please advise the assured accordingly.

The foregoing is not an admission of liability and is strictly without prejudice. All rights and defenses available under the terms and conditions of the policy are hereby reserved.

Furthermore, no action previously taken or hereafter taken by the Company shall be construed as a waiver, nor shall the Company be estopped to rely upon any rights or defenses under the policy.

Should you have any questions or comments, please feel free to contact me. Thank you for your attention to this matter.

Best regards,

Exhibit
No. _Daneman 16_
_11/20/03_ _KCe_

FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018   (212) 869-1500

RY    00202

# EXHIBIT 14

#12



ROYAL &

SUNALLIANCE

ASSURED:           ZYGO CORPORATION

EFFECITVE:        May 1, 2001

ENDORSEMENT NO.: 14

## POLICY EXTENTION ENDORSEMENT

It is hereby mutually understood and agreed that effective May 1, 2001 this policy is extended by one month to June 1, 2001.

In lieu of this extension the underwriters are due a Flat, non-refundable, $20,833.

To be attached to and forming part of POC 102950

**All other terms and conditions remain unchanged.**

ROYAL & SUNALLIANCE

AUTHORIZED REPRESENTATIVE

**Authorized Representative**

89037B

RY        00294

# EXHIBIT 15



ROYAL & SUNALLIANCE

ASSURED:          ZYGO CORPORATION

EFFECITVE:        May 1, 2001

ENDORSEMENT NO.: 16


## CONTINGENCY ENDORSEMENT


It is hereby mutually understood and agreed that effective May 1, 2001 Clause 52, Contingency, is deleted in its entirety from this policy.


To be attached to and forming part of POC 102950

**All other terms and conditions remain unchanged.**

ROYAL & SUNALLIANCE

_____
Authorized Representative

890378

RY        00292