EXHIBIT 19



"Weidman, Matt"
<weidmam@mathmon
.com>

08/09/2000 11:58 AM

To: 'joseph daneman' <joseph_daneman@rsausa.com>
cc:
Subject: FW: Nanya AFM Insurance Claim

*1070008216*

Joe,
I don't know if you need this or not but I thought it may be helpful.
Matt

> -----Original Message-----
> From:    Martin, Larry [SMTP:lmartin@zygo.com]
> Sent:    Wednesday, August 09, 2000 9:23 AM
> To: 'Weidman,Matt'
> Subject:  FW: Nanya AFM Insurance Claim
>
>              Matt, see attached inquiry. Your representative
> in
> Taiwan has been asking for information on this tool. I have some and
> so I am
> forwarding it to you as I don't know how to reach him. Our guy in
> Taiwan,
> Tim Smith, also has this and may be providing it but here it is for
> your
> files also. There are pictures on all three attached files.
>
>
>              <<Nanya AFM Insurance Claim - Report.doc>>
>              Regards,
>              Larry Martin
>              Phone: 860-704-5164
>              Fax: 860-347-8372
>              Email: lmartin@zygo.com
>
>
>              -----Original Message-----
>              From: Tim Smith
> [mailto:tasmith@ms26.hinet.net]
> <mailto:[mailto:tasmith@ms26.hinet.net]>
>              Sent: Tuesday, August 08, 2000 10:00 PM
>              To:  Martin, Larry
>              Cc:  Brian Monti; Robert J. Ham
>              Subject:    RE: Nanya AFM Insurance Claim
>
>              Larry,
>
>              I was contacted today by Mr. Leo Chen of
> GAB
> Robins, representing Royal Sun Alliance Insurance Company. His inquiry
> was
> regarding the damaged AFM tools at Nanya.
>              He requested pictures and documentation
> to
> support a claim of damage in shipment vs. damage due to improper
> packaging.
> He indicated he had communicated with Billy Wu but that Billy had been
> uncooperative indicating that he had already reached an agreement with
> Nanya. I explained that I had little interaction in this project and
> no
> documentation or pictures as he had requested. I suggested he work


EXHIBIT
Smith 19 JD
1-22-04 SVS

```
> through
> Billy as he was directly involved in the sale and knowledgeable in the
> disposition of these tools. However, I would contact Zygo corporate
> for
> available documentation.
>                         Rgds,
>                         Tim Smith
>             <<Nanya AFM Insurance Claim - Report.doc>>
```

- Nanya AFM Insurance Claim - Report.doc

From: **Monti, Brian [bmonti@zygo.com]**
Sent: Wednesday, August 09, 2000 8:46 AM
To: Robert J Ham; Tim Smith
Cc: Martin, Larry; Brian Monti
Subject: RE: Nanya AFM Insurance Claim


ntc-1.JPG


ntc-2.jpg


Damage Report Feb
16 00.doc

Attached ma be of
value.

Regards,

BJM

-----Original Message-----

From: **Robert J Ham [mailto:rjham@singnet.com.sg]**
Sent: Tuesday, August 08, 2000 11:38 PM
To: Tim Smith
Cc: Martin, Larry; Brian Monti
Subject: Re: Nanya AFM Insurance Claim

My recollection is that Kelvin Walsh, formerly with the AFM
group, took and forwarded to USA (?) photos to accompany his
trip report(s) on Nan Ya...

Bob Ham

----- Original Message -----

From: **Tim Smith <tasmith@ms26.hinet.net>**
To: Martin, Larry <lmartin@zephyr.zygo.com>
Cc: Brian Monti <bmonti@zygo.com>; Robert J. Ham <
rjham@singnet.com.sg>
Sent: Wednesday, August 09, 2000 10:00 AM
Subject: RE: Nanya AFM Insurance Claim

Larry,

I was contacted today by Mr. Leo Chen of GAB Robins, representing Royal
Sun Alliance Insurance Company. His inquiry was regarding the damaged
AFM tools at Nanya.

He requested pictures and documentation to support a claim of damage in
shipment vs. damage due to improper packaging. He indicated he had

communicated with Billy Wu but that Billy had been uncooperative
indicating that he had already reached an agreement with Nanya. I
explained that I had little interaction in this project and
no documentation or pictures as he had requested. I suggested he work
through Billy as he was directly involved in the sale and knowledgeable
in the disposition of these tools. However, I would contact Zygo
corporate for available documentation.

Rgds,
Tim Smith

# EXHIBIT 20



ROYAL &
SUNALLIANCE

ZYGO CORPORATION
RENEWAL SPECIFICATIONS    5/1/01 – 5/1/02 POLICY TERM

| | | |
|---|---|---|
| Deductibles: | $50,000 | per accident or occurrence, except |
| | $200,000 | per accident or occurrence for shipments originating in Florida |
| Exposure: | $125,000,000 | |
| Premium: | $100,000 minimum and deposit adjusted annually against gross annual sales | |
| Rate: | .10% Against Gross Annual Sales | |
| Policy Form: | Removal of Contingent Interest Wording | |

This quote subject to the insured implementing the loss control recommendations submitted by Mr. Eric Newman from ITS.

This quote is contingent upon the $700,000 loss amounting to nothing.

Exhibit
No. _____ I L I A S    13
_____ 1 2/2/ 0 3  H F

FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
WORLDWIDE 39 West 37th Street, 6th Floor NYC 10018    (212) 869-1500

89037B



ROYAL &
SUNALLIANCE

ZYGO CORPORATION
RENEWAL SPECIFICATIONS    5/1/01 – 5/1/02 POLICY TERM

Deductibles:          $100,000 per bill of lading, except
                      $300,000 per bill of lading for all claims in excess of $300,000

Exposure:             $125,000,000 Gross Annual Sales

Premium:              $250,000 Flat Deposit.  Insured to report values going forward at anniversary
                      deposit to be amended as needed.

Policy Form:          Removal of Contingent Interest Endorsement

Limits of Liability:  $1,000,000 per anyone vessel / aircraft

This quote reflects the $700,000 loss the insured are pursuing regarding the shipment damaged in transit
on the way to Taiwan.

The insured have 30 days, or until May 14th, 2001 to accept this quote as above or the policy will be non-
renewed effective May 1, 2001.

**Exhibit**
**No.** _ILIAS 14_
_12/2/03_

FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018    (212) 869-1500

89037B

RY    00361

# EXHIBIT 21



ROYAL & SUNALLIANCE

88 Pine Street, 28th Floor
Wall Street Plaza
New York, NY 10005
Tel. no. (212) 510-1770
Fax no. (212) 510-1780

FAX TRANSMISSION

February 5, 2001                                      Total pages: 1

To: Richard Chung                          From: Joseph Daneman
    Royal & SunAlliance                            Sr. Cargo Adjuster
    Taipei, Taiwan                          Direct Phone: (212) 510-1768
    Fax no. (886-2) 2719-7107               E-mail: Joseph_Daneman@rsausa.com

Re: Assured: Zygo Corp.
    Consignee: Nanya Tehcnology Corp.
    Our Ref. 1070008216

Dear Richard,

    We request you to contact the insurance carrier of Nanya, entirely without prejudice.  The contact is Mr Gary Chen.  His telephone number is 886-2-2382-1666, ext. 319.  Nanya has communicated with them about your doing this.

    Please ask Mr. Chen if they are willing to settle the loss for the machine in the second shipment for the same as they settled the loss for the machine in the first shipment.

    The first shipment was surveyed by Cathay Inspection Co., Ltd.  Their report number is CIC-00-100, Nanya's reference number is Q8001-00-01.

    The second shipment was also surveyed by Cathay Inspection Co., Ltd.  Their report number is CIC-00-104.  Nanya's reference number is T900200-01.

    Please advise me their position.

    Should you have any questions or comments, please feel free to contact me.  Thank you for your attention to this matter.

Best regards,

*[signature]*

Exhibit
No. *Daneman 19*
      *11/20/03  Kac*

**FINK**
WORLDWIDE
FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018    (212) 869-1500

RY    00149

# EXHIBIT 22



THE MATH₍ ₎& MONIELLO COMPANIES, INC.

June 14, 2001

Mr. Joseph Daneman
Sr. Cargo Adjuster
Royal and SunAlliance
Wall Street Plaza
88 Pine Street, 28th Floor          JUN 1 5 2001
New York, NY  10005

Re:    Insured:      Zygo Corporation
       D/L:          February 2000
       Your Ref:     107008216

Dear Mr. Daneman:

My apology for the delay in replying to your letter of May 15, 2001. However, our efforts have been in coordination with the assured to produce the additional information and documentation, which you request.

To clarify with regard to whether or not Zygo is pursuing the claim under policy Clause 52 (Contingency). Subject to Royal producing substantial evidence that the loss is not otherwise covered, Zygo will opt to pursue payment under Clause 52.

You have raised a question of value reporting as this pertains to Clause 52. It is our opinion and interpretation that the policy is not of the "reporting form" type. Instead, values are subject to year-end audit, based on the Assured's gross sales for purpose of determining any additional premium due or return premium.

Enclosed you will find a June 1, 2001 letter from Lawrence Martin of the assured to Matt Weidman, with various attachments intended to satisfy the requests in your letters of May 7 and May 15, 2001. While you will find all of this self-explanatory, allow me to comment on a few of the documents as they pertain to some of your questions.

You requested information on the present location of the damaged property for the purpose of inspection. The property was salvaged, but the assured is presently trying to determine if it is still available for inspection. However, I call your attention to the attached, September 21, 2000 communication from Larry Martin to Billy Wu, his Taipai contact, which identifies your Taipai representative, Richard Chug. Then note the attached communication of September 22, 2000 from Billy Wu to Larry Martin, which reflects that your Mr. Chung declined the opportunity to inspect the property.

**Exhibit**
**No.** *Daneman 27*
        *11/20/03 Kac*

**FINK** **&** **CARNEY**
WORLDWIDE  CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018   (212) 869-1500

100 South Shore Dr. ▪ P.O. Box 120650 ▪ East Haven, CT 06512
Tel: 203 468-3400 ▪ Fax: 203 468-3494

CONNECTICUT ▪ NEW YORK ▪ VERMONT

Page 2
Daneman/Mathog/Weidman/Sneed
Letter of June 14, 2001

You state that it will be important for the machine to be made available for delivery to Nan Ya as part of any action to collect under the sales contract between Zygo and Nan Ya. We believe that documentation previously directed to you, namely:

1. The inspection reports of Cathay Inspection Co., LTD (The independent marine survey firm who wrote the initial damage assessment report of February 21, 2000 and the supplement of November 17, 2000) indicated a total constructive loss.
2. The inspection report of Ash-Sem. Services Limited indicating the extent of the damage leaving a salvage value of $28,925.00.

These two reports are enclosed for your ease of reference. Therefore, it seems evident that anything to which Nan Ya would be entitled is the salvage value of $28,925.00.

You have requested documentation, which the assured has under search, on the return of the third shipment ("The Loaner") by Nan Ya to Zygo, but we don't understand your concern that Nan Ya's reason for not purchasing the third shipment may be of some importance to pursuing payment for the second shipment, and we request that you be more specific in this regard, while the assured searches to produce the shipping documents. Also, if you feel that we are overlooking anything necessary to support loss payment, please so advise.

Thank you.

Sincerely,                          Sincerely,                          Sincerely,

Alan Mathog, CIC, ARM, CPCU    Matthew D. Weidman, CIC    Carroll D. Sneed
Managing Principal             Account Executive          Claims Examiner

cc:    Larry Martin

**zygo**®

Zygo Corporation and Subsidiaries

Laurel Brook Road
P.O. Box 448
Middlefield, Connecticut
06455-0448

Voice: 860 347-8506
 Fax: 860 347-8372
http://www.zygo.com

June 1, 2001

Matt Weidman
Mathog & Moniello Companies, Inc.
100 South Shore Drive
P.O. Box 120650
East Haven, CT 06512

Dear Matt:

After reviewing the letter of May 15, 2001 from Royal Insurance Company of America, I am putting together the chronology of events surrounding the shipment of the second Nan Ya unit in question. Particularly I will focus on why the second system was shipped and the attempts made on our part to collect the outstanding receivable.

Nan Ya initially indicated that they intended to purchase two SXM machines from Zygo. They gave us an order for the first machine in December of 1999 for $690 thousand. The terms under which this machine was sold FOB, Delray Beach, Florida with payment to be 80% on LC and the balance on acceptance at the customer sight. This shipment was made in January and became the first damaged unit. Because of the LC, Zygo collected 80% on shipment and was owed the 20% balance from Nan Ya. Nan Ya at that time insisted that Zygo provide a second machine immediately to replace the damaged unit as they were in the middle of setting up their fab line and urgently needed the replacement. Zygo agreed to send one that was in stock but not until Nan Ya provided a purchase order. Nan Ya did provide that purchase order on January 31, 2000 in the amount of $690 thousand. Due to the urgency of the situation, Zygo agreed to send the equipment on an open account basis as opposed to requiring a Letter of Credit. The terms of payment were that Nan Ya would pay 80% against the shipping documents and 20% after acceptance. In addition, the buyer specified the shipping forwarder as Lynden Air Freight.

As we all know, this second unit was also destroyed in shipment and as a result Nan Ya did not meet its 80% payment commitment. Once we were notified of the second incident we sent Zygo personnel into Nan Ya to evaluate the extent of the damage and the potential cause. Nan Ya contended that the problem was in the packing however, after examination by Zygo personnel it was clear that the main cause of the damage was that the unit had been dropped and potentially not handled properly. This is documented in a written report by Mr. Kelvin Walsh, who at the time was employed by Zygo. His evaluation is attached to this letter along with other correspondence pertinent to the claim. Subsequent to the loss of the second unit Nan Ya, who was a valued customer of Zygo's, was upset and insisted on the shipment of yet another unit as we were impacting their production capability. In order to maintain a satisfactory business relationship with the customer, Zygo agreed to send a third unit however this time as a loaner until such time as disposition of the first two units could be resolved. This unit was also sent after receipt of a purchase order from Nan Ya.

Immediately following the shipment of the third unit, Zygo began efforts to resolve the dispute over responsibility. It was our position that the equipment was sent FOB Delray Beach, Florida and that Nan Ya and their insurance company were responsible for it during transport. We also felt strongly about this position as the customer, Nan Ya, specified Lynden Air Freight as the carrier. Their position, and that of their insurance company was, and continued to be that the problem was in the packaging of the equipment and that it was our responsibility. After many phone calls and attempts on the part of our personnel and the resources of our agent Lee Tech in Taiwan we were getting nowhere in our efforts to

**zygo**®

Zygo Corporation and Subsidiaries

Laurel Brook Road
P.O. Box 448
Middlefield, Connecticut
06455-0448

Voice: 860 347-8506
  Fax: 860 347-8372
http://www.zygo.com

● Page 2

collect on either the remaining value of the first unit nor on the second unit. Many of the emails related to these discussions and negotiations have been forwarded to yourself and presumably forwarded to Royal. We made offers to evaluate and repair the machines however, preliminary assessments indicated that if that were even possible, it would be extremely expensive as all of the expensive and critical parts of the machine were in the crates which were destroyed. It was also at this time that Zygo canceled its agreement with IBM to market and distribute this equipment. IBM at the same time sold the product line to Veeco, a competitor of Zygo.

Finally, after several attempts to resolve the issue, our agent, who had a good relationship with the customer, was able to get the customer to agree to compensate Zygo for the remaining 20% of the first unit once their insurance company paid them for the first unit. Their insurance company agreed to pay for the first unit. Both parties continued to claim no responsibility for the second unit and would not discuss it further. For our part Zygo agreed, on the insistence of Nan Ya, to have an appraisal done of the repair or salvage value of both of the damaged machines at our expense and this was done. I believe that you are in possession of that appraisal. This has been documented in an email from Billy Wu of Lee Tech to myself which, I believe you are also in possession of. Also agreed was that we would be allowed to remove both of the damaged machines and the loaner since, at this point, Nan Ya had no interest in them.

While this was all transpiring I realized that the only option Zygo had was to file a claim with our insurance company. As you know this is what we did and here we are today, over a year later. I have put Brandon Transfer and Storage, Lynden Air Freight, and Nan Ya on notice that we have an outstanding claim for this loss. Copies of these letters are also attached for you records.

Sincerely,

Lawrence C. Martin
Staff Assistant to the President

BX      00057

EXHIBIT 23

**Weidman, Matt**

| | |
|---|---|
| From: | Martin, Larry [lmartin@zygo.com] |
| Sent: | Tuesday, August 01, 2000 4:07 PM |
| To: | 'Weidman,Matt' |
| Subject: | FW: NanYa Insurance Claim |

Regards,
Larry Martin
Phone: 860-704-5164
Fax: 860-347-8372
Email: lmartin@zygo.com

——Original Message——
From:    Martin, Larry
Sent:    Tuesday, August 01, 2000 3:35 PM
To: Smith, Timothy; 'Wu,Billy'
Cc: Ham, Bob; Monti, Brian; Robinson, Bruce;
'Weidman,Matt'
Subject:    NanYa Insurance Claim

Gentlemen, we have filed a claim on the second unit shipped to NanYa. Either or both of you will be receiving a call from a representative of our insurance company (Royal and Sun Alliance) in the near future. I would ask that you co-operate fully with this individual to expedite the claim. The individual will probably request to inspect the tool at the NanYa facility. I would ask that you make the necessary arrangement for him if requested. If you have any questions, please give me a call.

Regards,
Larry Martin
Phone: 860-704-5164
Fax: 860-347-8372
Email: lmartin@zygo.com <mailto:lmartin@zygo.com>

1

**ZYGO-00235**