UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ROYAL INSURANCE** | : |
| **v.** | : **NO. 3:01cv1317 (JBA)** |
| **ZYGO CORPORATION** | : |

### AMENDED SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 8/5/04, the following Amendment to the schedule dated 7/8/04 is ordered:

1. The parties' trial memoranda for a bench trial will be filed 30 days after ruling on pending summary judgment motions.

2. A status conference will be held on the parties' request before trial memoranda are filed.

3. The parties will advise the court of any request for assistance in facilitating scheduling of further settlement negotiations.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: August 05, 2004**