UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,           :    Case No.:
                                                                          :    3:01 CV 1317 (JBA)
                        Plaintiff,                                    :
                                                                          :
        -against-                                                    :
                                                                          :
ZYGO CORPORATION,                                         :
                                                                          :
                        Defendant.                                 :
------------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,           :
                                                                          :
                        Third-Party Plaintiff,                :
                                                                          :
        -against-                                                    :
                                                                          :
NAN YA TECHNOLOGY CORPORATION,              :
                                                                          :
                        Third-Party Defendant.             :
------------------------------------------------------------------X

**REPLY AFFIDAVIT OF GEOFFREY J. GINOS IN FURTHER SUPPORT OF
ROYAL INSURANCE COMPANY OF AMERICA'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

STATE OF NEW YORK    )
                                         s.s.:
COUNTY OF NEW YORK  )

GEOFFREY J. GINOS, being duly sworn, deposes and says:

1.    I am an attorney duly admitted to the practice of law in the State and Federal Courts of New York and before this Honorable Court *pro hac vice*, and am a member of Nicoletti Hornig Campise Sweeney & Paige, attorneys for Plaintiff/Third-Party Plaintiff Royal Insurance Company of America ("Royal"). The Nicoletti Hornig Campise Sweeney & Paige firm,

along with the Law Offices of Robert K. Marzik, P.C., are attorneys of record for Royal in the captioned litigation.

2. I am fully familiar with all the facts, pleadings, and proceedings in this action.

3. Annexed hereto as Exhibit "A" is a true and accurate copy of several letters from Joseph Daneman of Royal to Zygo Corporation ("Zygo") and/or Zygo's insurance broker and agent, Mathog & Moniello dated July 16, 2001, May 15, 2001, May 7, 2001, and May 2, 2001.

4. Annexed hereto as Exhibit "B" is a true and accurate copy of Royal's Ocean Marine Cargo Large Loss Report.

5. Annexed hereto as Exhibit "C" is a true and accurate copy of the Purchase Order Confirmation between Zygo and Third-Party Defendant Nan Ya Technology Company for the second damaged AFM.

6. Typographical errors, for which we apologize to the Court, gave the date of Royal's declination letter (see Exhibit "A" hereto) as being July 16, 2000 rather than 2001, but the correct year was obvious on the letter's face and was correctly cited in para. 42 of Royal's 56(a)(1) Statement. That error was inadvertent and not, as Zygo suggests, an improper attempt to mislead the Court.

Dated: New York, New York
      August 12, 2004

By: _____
      GEOFFREY J. GINOS, ESQ.

Sworn to before me this
12th day of August, 2004

_____
Notary Public

LAWRENCE C. GLYNN
Notary Public
State of New York
Reg #02GL6093796
Commission Exp 06/09/2007

**TO:**

Honorable Janet Bond Arterton
United States District Court Judge
141 Church Street
New Haven, Connecticut 06510

Ian E. Bjorkman, Esq.
Wiggin & Dana.
One Century Tower
New Haven, Connecticut 06508

Daniel L. FitzMaurice, Esq.
& Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing filing, "Reply Affidavit of Geoffrey J. Ginos in Further Support of Royal Insurance Company of America's Motion for Summary Judgment," was sent *via* federal express this 12th day of August, 2004 to:

Honorable Janet Bond Arterton
United States District Judge
United States District Court
for the District of Connecticut
14 Cottage Place
Waterbury, Connecticut 06702

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

Robert K. Marzik, Esq.
Law Office of Robert K. Marzik, P.C.
1512 Main Street
Stratford, Connecticut 06615

GEOFFREY J. GINOS (CT 19578)

\\NHS-SRV1\users\Shared\SClausen\21\55 - Royal v. Zygo\Summary Judgment - Bad Faith Claim - Ginos Reply Affidavit.doc