**OCEAN MARINE CARGO LARGE LOSS REPORT**



New York
Ocean Marine
Claim Handler
Susan Smith
April 28, 2000

**This Large Loss Report is being forwarded by Joseph Daneman.**

| | |
|---|---|
| Claim Number: | 1070008216 |
| Claim Handler: | Joseph Daneman |
| Handling Office: | New York Ocean Marine |
| Date of loss: | February 14, 2000 |
| Assured: | Zygo Corporation |
| Policy/Certificate number | POC-102950 |
| Branch: | Boston |
| Broker: | Mathog & Moniello, East Haven |
| Cargo: | One crate with SXM machine |
| Amount of claim/deductible: | $700,000 / No D/A |
| Subrogation/Salvage: | Yes subrogation / No salvage |
| Vessel/Voyage: | Air / International; departure and arrival unknown |
| Surveyor: | Not yet appointed; awaiting info from broker |

**DESCRIPTION OF LOSS:**
 The crate was reportedly dropped/knocked over causing extensive damage to the machine.

**RESERVES:**
$700,000 indemnity + $5,000 expense

**PROBLEMS AND ACTIONS:**
 This claim was not reported promptly to RSA. We have advised the broker of this and reserved our rights.

 Also, we have previously requested with and followed up with the broker to furnish documents and location of the damaged machine; but we have not yet received this from them.

 Additionally, we have queried the broker about the aspects of all the parties involved with this shipment; but we have not yet received any answers from them.

 Moreover, we have been recently advised that the assured is apparently a middleman in this transaction, and the consignee may have arranged transit insurance. If so, the consignee may then file a claim for this loss with their underwriter, resulting in withdrawal of claim against RSA.

RY   00286