```
........ .. .........-.. ..........-...                          TEL:886-2-27122211
                                                                  FAX:886-2-27178459
     201,TUNG HWA N.ROAD, TAIPEI,TAIWAN, R.O.C                    TELEX:11248,22260 TAIPEI
                                                                  CABLE:"PLASTICORP"TAIPEI
                      ORDER CONFIRMATION                          PAGE:    OF
                      ================================            DATE:JAN.31,2000
DER NO: C 4C T9002 00
] Messrs:
     ZYGO CORPORATION.
     P.O.BOX 448 MIDDLEFIELD,              FAX:002-1-860-3478372
     CONNECTICUT 065455-0448 U.S.A.
We NAN YA TECHNOLOGY CORPORATION         (Buyer) hereby agree to buy and
YGO CORPORATION.                         (Seller) agree to sell equipments
aterials specified below according to the GENERAL TERMS AND CONDITIONS stated on the
everse hereof.
```

| tem | Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | ATOMIC FORCE MICROSCOPE (AFM) AS SPEC. | ST | 1 | 690000 | S690,000 |
|   |   |   |   | 00 |   |

```
DELEVERY TERMS : FOB US AIRPORT                    TOTAL : USD      $690,000

PAYMENT TERMS : By T/T reimbursement net 010 days after B/L date.      Shipping Mark
       80% BY T4 AGAINST SHIPPING DOCUMENT.
                                                                         NTC
       20% BY T4 AFTER ACCEPTANCE TEST.
EMARKS :                                                                4C  T9002 00
1.Loading port : US AIRPORT            Destination : CKS AIRPORT
2.Partial shipment IS NOT allowed.   Transit shipment IS NOT allowed.
3.Latest Shipping date : FEB.28,2000. However unless otherwise stipulated above for
  schedule of partial shipment; loading date shall not be earlier than FEB.18,2000
4.The order no. shall be indicated in all of related documents and communications.
5.Beneficiary should dispatch a fax or telex to Buyer(ATTN:Purchasing Division) BEFORE 3 DAYS
  of the Confirmed Departure Date advising the Departure Date and Estimated Arrival Date of
  the cargo. Also,as soon as shipment is effected,Seller shall send shipping documents either
  by FAX and by DHL courier to Buyer hereunder.
6.The order shall be deemed as acceptance after completion of Seller's signature on the
  buttom hereof and submital of Seller's PROFORMA INVOICE with the signed page to Buyer.
7.Seller obligate to advise Buyer if specification described herewith need clarification.
8.Upon delivery,seller shall add the tag plate (Tag No. and Description listed in the "ORDER
  CONFIRMATION" to be included) to be adhered on each itemized cargo and then take pictures.
  Packing List shall also indicate the same under each delivered item and related pictures shall
  be attached on each packing list. The pictures indicating Tag Plate shall be deemed as parts
  of the necessary shipping documents.
9.Pls inform and provide us the detail packing list in case of any tools or appliance is required
  for installation shall be shipped together with main equipment; so that the tools can be
  returned to your side after complete installation.
10.Shipment shall be effected by the Shipping Co.Forwarder: TO BE INSTRUCTED BEFORE SHPMT.
                                                              LINDEN AIRFREIGHT INC
11.Seller has to pay a delay penalty on basis of 0.2% of the Invoice value for each day
  delayed.                                                    TEL:27685768

Seller: ZYGO CORPORATION.                   Buyer:NAN YA TECHNOLOGY CORPORATION
                                                  PURCHASING DIV.

                                  Name
                                  Title
```

NY 000001

1. Unless otherwise specified, this contract is subject to Incoterms 1990 and its addendum prevailing on the date of the shipment of the goods hereunder.
2. Fixed Prices: The prices indicated in this contract are fixed, and not subject to any escalation.
3. Payment: As per statement on the front page hereof and/or Supplemental Terms and Conditions attached herewith. All banking charges outside Taiwan shall be for Seller's account. Seller shall not require the letter of credit be confirmed unless Seller bears the confirmation charges.
4. Certificate/Inspection:
   Seller shall send the maker's inspection certificate to Buyer on or before the scheduled shipment date, but Seller shall be still responsible to indemnify Buyer for all and any variances and/or defects found after dilivery.
5. Guarantee: Seller guarantees that equipments/materials furnished hereunder shall conform to this order and shall be brand new and of good workmanship and quality, free of any defects. If any defect, non-conformity or shortage is found by Buyer, Seller shall, upon receipt of Buyer's notice, immediately and within the period stipulated by Buyer, replace the rejected equipments/materials with new ones, or make up the shortage in accordance with the term and condition of this order. Seller shall bear the cost, insurance and ocean or air freight for the replacement of equipments materials, and all expenses and charges required to ship the rejected equipments/materials back to Seller.
6. Warranty: Unless otherwise stipulated, Seller warrants to Buyer that equipments/materials is free from any defects in material and/or workmanship for a period of 18 months from the date of shipment, or 12 months from the start-up, whichever comes first. If any defect is found within the warranty period hereof, Seller hereby shall agree Buyer to replace or repair in time, if Buyer deems appropriate, and shall provide Buyer with all necessary assistance forthwith, and agree to indemnify for loss and damage claimed by Buyer thereafter, and the period of warranty shall be extended to 12 months after the date of replacement or satisfactory completion of the repair works.
7. Packing: Equipments/materials covered by this order shall be packed in such a manner as will be adequate for seaborne or airborne export shipment as the case may be. Such packing must be sufficient to secure safe arrival at destination fully covering such overseas shipping hazards as rough handling and possible collision. For any loss or damage in transit attributable to improper packing, Buyer may at its own discretion either take compensation or request replacement form the Seller in accordance with provisions specified in above mentioned paragraph 5.
8. Forwarding: If shipment is arranged by Seller, Seller shall be responsible for arrangement of vessel. In arranging vessel, Seller should refrain from using overage vessel or vessel of less than 1,000 GRT (Gross Register Tonnage); otherwise, any additional insurance premium thus incurred shall be for Seller's account.
9. Insurance: If the insurance is effected by Seller, unless otherwise specified, All risks, war, S.R.C.C., including unloading port to Buyer's warehouse and I.O.P., shall be covered by Seller. The insured amount shall be invoice value plus ten percent(10%).
10. Shipment Advice: Immediately after equipments/materials are loaded on board, Seller shall advise Buyer of the details of shipment by fax. Such fax shall contain Buyer's contract or purchase order number, name of vessel, a description of equipments/materials shipped, port and time of loading, estimated time of arrival, number of packages, gross weight, invoice value, agent of shipping company in Taiwan etc. Seller shall airmail directly to Buyer, on the same day when equipments/materials are loaded on board, a full set of shipping documents. Such fax/airmail shall be sent to the attention of PURCHASING DIVISION. If Seller fails to effect this provision within the specified time, all extra charges thus incurred shall be for Seller's account.
11. Agent's Responsibility & Liability:
    The agent/representative of Seller has been duly authorized by Seller for signing of this contract. Seller's agent/representative shall be jointly and severally liable for all of the obligations of Seller under this contract.
12. Force Majeure: Buyer is not responsible for delay or non-performance of its contractual obligation to purchase, and Seller is not responsible for delay or non-performance of its contractual obligation to sell all or any of equipments/materials hereof caused by war, blockade, revolution, insurrection, civil commotions, riots, mobilizations, strikes, lockouts,acts of God, plague or other epidemic, fire, flood, obstruction, acts of government or public enemy, subject to approval of Governments.
13. Termination: Provided Seller fails to fulfill any of his obligation under this contract within specified date, Buyer shall have the right to terminate this contract forthwith by written notice, and Seller shall be responsible for all the Buyer's losses caused by the termination of the contract.
14. Arbitration:
    Any matter not provided herein and any claim or dispute arising from this contract shall be settled amicably as far as possible by mutual consent. If the parties hereto fail to come to the settlement, the parties hereby agree to be finally settled through arbitration in Taipei by the Commercial Arbitration Association of the Republic of China, in accordance with the Commercial Arbitration Act of the Republic of China.