UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------X

ROYAL INSURANCE COMPANY OF AMERICA,

                       Plaintiff,

    - against -

ZYGO CORPORATION,

                      Defendant.
-------------------------------------------------------------------X

ROYAL INSURANCE COMPANY OF AMERICA,

                  Third-Party Plaintiff,

    - against -

NAN YA TECHNOLOGY CORPORATION,

                 Third-Party Defendant.
-------------------------------------------------------------------X

Case No.
CIV 3:01 1317 (JBA)

### ROYAL INSURANCE COMPANY OF AMERICA'S MOTION TO STRIKE ZYGO CORPORATION'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

Royal Insurance Company of America ("Royal") respectfully submits this Motion to Strike Zygo Corporation's ("Zygo") "Reply Brief in Support of its Motion for Partial Summary Judgment" ("Reply Brief").

While wrongly accusing Royal of failing to respond properly to Zygo's Local Rule 56(a)(1) Statement in its Reply Brief, Zygo violates Local Rule 7(d), which provides: "A reply brief may not exceed 10 pages, must be strictly confined to a discussion of matters raised by the responsive brief and must contain references to the pages of the responsive brief to which reply is being made." Dist. Ct. L.R. 7(d)(emphasis added).

**WHEREFORE**, Royal respectfully requests that this Court strike Zygo's Reply Brief in its entirety and for such other and further relief as the Court deems just and proper.

**TESTIMONY NOT REQUIRED**

Dated: New York, New York
       August 16, 2004

Respectfully submitted,

NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE
Attorneys for Plaintiff/Third Party Plaintiff
Royal Insurance Company of America

By: _____
     JOHN A.V. NICOLETTI, ESQ. (CT 00842)
     Wall Street Plaza
     88 Pine Street, 7th Floor
     New York, New York 10005-1801
     Tel: (212) 220-3830
     Fax: (212) 220-3780
     Gginos@NicolettiHornig.com
     (FILE NO.: 21000055 JAVN/GJG)

LAW OFFICES OF ROBERT K. MARZIK, P.C.
1512 Main Street
Stratford, Connecticut 06615

**TO:**

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing filing, "Royal Insurance Company of America's Motion to Strike Zygo Corporation's Reply Brief in Support of its Motion for Partial Summary Judgment," was sent *via* first class mail, postage prepaid, this 16th day of August, 2004 to:

Honorable Janet Bond Arterton
United States District Court
141 Church Street
New Haven, Connecticut 06510

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

Robert K. Marzik, Esq.
Law Office of Robert K. Marzik, P.C.
1512 Main Street
Stratford, Connecticut 06615

JOHN A.V. NICOLETTI, ESQ. (CT 00842)

X:\Public Word Files\21\55\Legal\THIRD PARTY ACTION\Motion to Strike -- Notice.doc