UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,                Case No.
                                                   CIV 3:01 1317 (JBA)
                Plaintiff,

- against -

ZYGO CORPORATION,

                Defendant.
-----------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,

                Third-Party Plaintiff,

- against -

NAN YA TECHNOLOGY CORPORATION,

                Third-Party Defendant.
-----------------------------------------------------------------X

**ROYAL INSURANCE COMPANY OF AMERICA'S
MEMORANDUM OF LAW IN SUPPORT OF ITS
MOTION TO STRIKE ZYGO CORPORATION'S
REPLY BRIEF IN SUPPORT OF ITS MOTION
FOR PARTIAL SUMMARY JUDGMENT**

Royal Insurance Company of America ("Royal") respectfully submits this Memorandum of Law in Support of its Motion to Strike Zygo Corporation's ("Zygo") "Reply Brief in Support of its Motion for Partial Summary Judgment" ("Reply Brief").

**FACTUAL BACKGROUND**

On July 7, 2004, Royal and Zygo both moved for partial summary judgment. See Docket No. 143. On July 29, 2004, Royal served its Opposition to Zygo's Motion for Partial Summary Judgment. See Docket No. 137. On August 13, 2004, Zygo served its Reply Brief, which consisted of fifteen (15) pages and what purported to be an exhibit containing additional legal argument and citations, which was unsigned, consisting of seven (7) pages (the "Exhibit").

## ARGUMENT

Zygo's Reply Brief is improper under the Local Rules of the District of Connecticut in that it impermissibly exceeds the ten (10) page limit set forth in Local Rule 7(d). Local Rule 7(d) provides: "<u>A reply brief may not exceed 10 pages</u>, must be strictly confined to a discussion of matters raised by the responsive brief and must contain references to the pages of the responsive brief to which reply is being made." Dist. Ct. L.R. 7(d). Zygo's Reply Brief consists of fifteen (15) pages and, therefore, is improper.

Moreover, Zygo appends to its Reply Brief a seven (7) page document, which it identifies as an exhibit, in which it further wrongly argues that Royal's Local Rule 56(a)(2) Statement was improper and that the Court should deem each of Zygo's Local Rule 56(a)(1) statements admitted. Zygo's purported Exhibit contains legal arguments and citations and is unsigned. The purported Exhibit is improper as an affirmation or affidavit because it is neither signed nor affirmed. Similarly, if the purported Exhibit is intended to be part of Zygo's Reply Brief, then it is an impermissible attempt to circumvent the page limitation of Local Rule 7(d), which Zygo has already violated by submission of its oversized Reply Brief even without consideration of the Exhibit.

## CONCLUSION

Royal respectfully requests that this Court strike Zygo's Reply Brief in its entirety (and with its accompanying purported Exhibit) and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       August 16, 2004

                                                Respectfully submitted,

                              NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE
                              Attorneys for Plaintiff/Third Party Plaintiff
                              Royal Insurance Company of America

By: _____
      JOHN A.V. NICOLETTI, ESQ. (CT 00842)
      Wall Street Plaza
      88 Pine Street, 7th Floor
      New York, New York 10005-1801
      Tel: (212) 220-3830
      Fax: (212) 220-3780
      Gginos@NicolettiHornig.com
      (FILE NO.: 21000055 JAVN/GJG)

      LAW OFFICES OF ROBERT K. MARZIK, P.C.
      1512 Main Street
      Stratford, Connecticut 06615

**TO:**

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing filing, "Royal Insurance Company of America's Memorandum of Law in Support of its Motion to Strike Zygo Corporation's Reply Brief in Support of its Motion for Partial Summary Judgment," was sent *via* first class mail, postage prepaid, this 16th day of August, 2004 to:

Honorable Janet Bond Arterton
United States District Court
141 Church Street
New Haven, Connecticut 06510

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

Robert K. Marzik, Esq.
Law Office of Robert K. Marzik, P.C.
1512 Main Street
Stratford, Connecticut 06615

_____
JOHN A.V. NICOLETTI, ESQ. (CT 00842)

X:\Public Word Files\21\55\Legal\THIRD PARTY ACTION\Motion to Strike -- Memo of Law.doc