UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROYAL INSURANCE     :

v.                  :  NO. 3:01cv1317 (JBA)

ZYGO CORPORATION    :

### ENDORSEMENT ORDER [DOC. #163]

Motion for Permission to File Reply Brief in Excess of Page Limitation or Out-Of-Time [doc. #163] is GRANTED. The Clerk is directed to docket Defendant Zygo Corporation's Reply Brief in Support of its Motion for Partial Summary Judgment.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: August 31, 2004