UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA,<br>　Plaintiff,<br><br>v.<br><br>ZYGO CORPORATION,<br>　Defendant. | ) ) ) ) ) ) ) ) ) ) | Civil No. 3:01 CV 1317 (JBA)<br><br><br>September 8, 2004 |

### NOTICE OF FILING ELECTRONIC COPY

PLEASE TAKE NOTICE that the defendant Zygo Corporation files herewith an electronic version of its Reply Brief in Support of its Motion for Partial Summary Judgment, dated August 18, 2004.  According to the Docket Sheet, Exhibit A of that Reply Brief appears "in Paper Form only."  *See* Docket Entry 165.  Accordingly, Zygo hereby gives notice that it is filing another electronic copy of that Reply Brief, with Exhibit A attached, so that the entire document may be docketed in electronic form.

DEFENDANT
ZYGO CORPORATION

By: _____
Ian E. Bjorkman (ct 11648)
Erika L. Amarante (ct 22393)
Wiggin and Dana LLP
P.O. Box 1832
New Haven, CT  06508-1832
Tel. 203-498-4496
Fax: 203-782-2889
ibjorkman@wiggin.com
Its Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of September 2004, a copy of the foregoing

has been mailed, postage prepaid, to the following:


Robert K. Marzik, Esq.
Law Offices of Robert K. Marzik, P.C.
1512 Main Street
Stratford, CT 06615

John A.V. Nicoletti, Esq.
Geoffrey J. Ginos, Esq.
Nicoletti, Hornig, Campise, Sweeney & Paige
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005-1801

Daniel L. FitzMaurice, Esq.
Charles D. Broadus, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

C. Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050



_____
Erika L. Amarante

\15160\1\47056.2