**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ROYAL INSURANCE                    :

v.                                 :  NO. 3:01cv1317 (JBA)

ZYGO CORPORATION                   :

**<u>SCHEDULING ORDER</u>**

    1. Trial Memoranda will be filed 1/17/05.

    2. A status conference will be held 1/3/05 at 10:00 a.m. in Chambers Room 118.

    3. Status reports will be submitted to chambers no later than 12/29/04 [format attached].

            IT IS SO ORDERED.

_____
               Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: <u>December  , 2004</u>**

RE:    **CASE NO. 3:01cv1317 (JBA)**
----------------------------------------------------------------

TO:    **COUNSEL OF RECORD:**


----------------------------------------------------------------

On or before **12/29/04,**

THE PARTIES SHALL SUBMIT TO THE CHAMBERS OF THE HONORABLE JANET
BOND ARTERTON [with certification copies sent to all counsel of
record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)   THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS,
OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES'
COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)   INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED
STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS
PROGRAM;

    (c)   WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A
MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK