UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.: Civil 3:01cv1317 (JBA) |
| v. | ) ) | |
| ZYGO CORPORATION, | ) ) | |
| Defendant. | ) ) | |
| -------------------------------------------------------- | ) | |
| ROYAL INSURANCE COMPANY OF AMERICA, | ) ) | **JURY TRIAL DEMANDED** |
| Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| NAN YA TECHNOLOGY CORPORATION, | ) ) | DECEMBER 29, 2004 |
| Third-Party Defendant. | ) ) | |

## NOTICE OF MANUAL FILING

Please take notice that Third-Party Defendant Nan Ya Technology has manually filed Exhibits 1 through 15.

Exhibits 1 through 15 have not been filed electronically because the electronic file size of the documents exceeds 1.5 megabytes.

NAN YA TECHNOLOGY CORPORATION


By: _____
    Daniel L. FitzMaurice (ct#05331)
    Charlsa D. Broadus (ct#22153)
    DAY, BERRY & HOWARD LLP
    CityPlace I, 185 Asylum Street
    Hartford, CT 06103-3499
    (860) 275-0100 (phone)
    (860) 275-0343 (fax)
    dlfitzmaurice@dbh.com
    cdbroadus@dbh.com

    Tait Graves, Esq. (*pro hac vice* 23302)
    WILSON SONSINI GOODRICH & ROSATI
    650 Page Mill Road
    Palo Alto, CA 94304
    (650) 493-9300 (phone)
    (650) 565-5100 (fax)
    tgraves@wsgr.com

Its Attorneys

# **CERTIFICATION**

**THIS IS TO CERTIFY** that a true and correct copy of the foregoing document has been served by U.S. Mail, postage prepaid, this 29th day of December, 2004, to the following counsel of record:

Robert K Marzik, Esq.
LAW OFFICES OF ROBERT K. MARZIK, P.C.
1512 Main Street
Stratford, Connecticut 06615

Geoffrey J. Ginos , Esq.
NICOLETTI HORNIG CAMPISE & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801

Ian E. Bjorkman, Esq.
WIGGIN & DANA
Attorneys for Zygo Corporation
One Century Tower
P.O. Box 1832
New Haven, CT  06508-1832

**THIS IS TO CERTIFY** that true and correct courtesy copies of the foregoing document has been forwarded by hand delivery, this 29th day of December, 2004 to:

The Honorable Janet Bond Arterton
United States District Court
141 Church Street
New Haven, Connecticut  06510

The Honorable Joan G. Margolis
United States District Court
141 Church Street
New Haven, Connecticut  06510

_____
Charlsa D. Broadus