# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA, :
                                   :
        Plaintiff,                 :           ORDER
                                   :
          -against-                :
                                   :       3: 01 CV 1317 (GLG)
ZYGO CORPORATION,                  :
                                   :
        Defendant.                 :
----------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA, :
                                   :
        Third-Party Plaintiff,     :
                                   :
          -against-                :
                                   :
NAN YA TECHNOLOGY CORPORATION,     :
                                   :
        Third-Party Defendant.     :
----------------------------------X

       Plaintiff's Motion for Extension of Time to June 11, 2004 to
complete discovery [Doc. #132] is **granted**.


            **SO ORDERED.**


Dated:      **May 6, 2004**
            **Waterbury, CT**              _____/s/_____
                                            **Gerard L. Goettel**
                                               **U.S.D.J.**

# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROYAL INSURANCE                          :

v.                                       :    NO. 3:01cv1317 (JBA)

ZYGO CORPORATION                         :

SCHEDULING ORDER

1. Trial Memoranda will be filed 1/17/05.

2. A status conference will be held 1/3/05 at 10:00 a.m. in
   Chambers Room 118.

3. Status reports will be submitted to chambers no later than
   12/29/04 [format attached].

IT IS SO ORDERED.

_____ Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December __, 2004