UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>ZYGO CORPORATION, )<br><br>Defendant. )<br>------------------------------------------------------- )<br>ROYAL INSURANCE COMPANY OF AMERICA, )<br><br>Third-Party Plaintiff, )<br><br>v. )<br><br>NAN YA TECHNOLOGY CORPORATION, )<br><br>Third-Party Defendant. ) | CASE NO.: Civil 3:01cv1317 (JBA)<br><br><br><br><br><br>DECEMBER 29, 2004 |

## EXHIBIT LIST

1.    Memorandum of Decision and Order dated December 14, 2004 (Arterton, J.)

2.    Transcript of August 5, 2004 Status Conference

3.    December 13, 2001 Correspondence from Attorney Laura Barzilai to Attorney Daniel Fitzmaurice and Attorney Charlsa Broadus

4.    November 30, 2004 Correspondence from Attorney Geoffrey Ginos to The Honorable Janet Bond Arterton

5.    Defendant Zygo Corporation's Answer to Nan Ya Technology Corporation's First Set of Requests for Admissions dated April 23, 2002

6.    July 26, 2002 Correspondence from Attorney John Nicoletti to Attorney Ian Bjorkman

7.  September 11, 2002 Endorsement Granting Motion for Summary Judgment (Goettel, J.)

8.  Third-Party Defendant Nan Ya Technology Corporation's Motion for Clarification and, In the Alternative, Partial Reconsideration of Its September 11, 2002 Order Granting Nan Ya's Motion for Summary Judgment dated September 25, 2002

9   Third-Party Defendant Nan Ya Technology's Motion for Certification Under Rule 54 dated October 21, 2002

10. Denial of Third-Party Defendant Nan Ya Technology's Motion for Certification Under Rule 54 dated January 16, 2003

11. September 18, 2002 Correspondence from Attorney Robert Marzik to The Honorable Gerard Goettel

12. Nan Ya's January 24, 2003 Opposition to Plaintiff's Motion to Take Depositions During Appeal

13. December 28, 2004 Correspondence from Attorney Geoffrey Ginos to The Honorable Janet Bond Arterton

14. Affidavit from Nan Ya's counsel, Charlsa D. Broadus

15. Unreported decisions are attached hereto in alphabetical order for the Court's convenience