UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ROYAL INSURANCE**                  :

**v.**                               :   NO. 3:01cv1317 (JBA)

**ZYGO CORPORATION**                 :

### ENDORSEMENT ORDER [DOC. #161, #169]

1. Motion to Strike [doc. #161] is DENIED as moot in light of the Court's order granting motion to file reply brief in excess of page limitation [doc. #164].

2. Motion for Reconsideration [doc. #169] is DENIED for the reasons set forth on the record this date.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: January    , 2005**