UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZYGO CORPORATION, )<br>)<br>Defendant. )<br>------------------------------------------------------------ )<br>ROYAL INSURANCE COMPANY OF AMERICA, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>NANYA TECHNOLOGY CORPORATION, )<br>)<br>Third-Party Defendant. )<br>) | CASE NO.: Civil 3:01cv1317 (JBA)<br><br><br><br><br><br>**JURY TRIAL DEMANDED**<br><br><br><br>JANUARY 12, 2005 |

**THIRD-PARTY DEFENDANT NANYA TECHNOLOGY CORPORATION'S
MOTION TO STRIKE ROYAL'S VOUCHING IN NOTICE AND MOTION FOR AN
ORDER CLARIFYING THE COURT'S BIFURCATION OF NON-JURY ISSUES
FROM ISSUES FOR WHICH NANYA HAS ASSERTED A JURY DEMAND**

Third party defendant Nanya Technology Corporation ("Nanya") moves for an expedited order: (1) striking Royal's substantively improper and untimely "vouching in" notice to Nanya of January 6, 2004; and (2) clarifying the Court's bifurcation of jury and non-jury issues to explicitly state that in any subsequent jury trial between Royal and Nanya, Nanya will not be collaterally estopped from litigating any issues common to that matter and Royal's coverage action with its insured, Zygo Corporation. Nanya respectfully requests immediate court intervention, which is necessary to the parties in planning for both the non-jury trial and any

**ORAL ARGUMENT REQUESTED**

subsequent jury trial given Royal's last-minute efforts to avoid the Court's bifurcation ruling and its demand that Nanya prosecute the February 1, 2005 trial. In support of this motion, Nanya relies upon its accompanying Memorandum of Law.

                            NANYA TECHNOLOGY CORPORATION

By: _____
     Daniel L. FitzMaurice (ct#05331)
     Charlsa D. Broadus (ct#22153)
     DAY, BERRY & HOWARD LLP
     CityPlace I, 185 Asylum Street
     Hartford, CT  06103-3499
     (860) 275-0100 (phone)
     (860) 275-0343 (fax)
     dlfitzmaurice@dbh.com
     cdbroadus@dbh.com

Tait Graves, Esq. (*pro hac vice* 23302)
WILSON SONSINI GOODRICH &
   ROSATI
One Market, Spear Tower
Suite 3300
San Francisco, CA  94105-1126
(415) 947-2000 (phone)
(415) 947-2099 (fax)
tgraves@wsgr.com

Its Attorneys

## **CERTIFICATION**

**THIS IS TO CERTIFY** that a true and correct copy of the foregoing document has been served by facsimile, electronic mail and overnight mail, this 12th day of January, 2005, to the following counsel of record:

Robert K Marzik, Esq.
LAW OFFICES OF ROBERT K. MARZIK, P.C.
1512 Main Street
Stratford, Connecticut 06615

Geoffrey J. Ginos, Esq.
NICOLETTI HORNIG CAMPISE & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801

Ian E. Bjorkman, Esq.
WIGGIN & DANA
Attorneys for Zygo Corporation
One Century Tower
P.O. Box 1832
New Haven, CT  06508-1832

**THIS IS TO CERTIFY** that true and correct courtesy copies of the foregoing document has been forwarded by hand delivery, this 12th day of January, 2005 to:

The Honorable Janet Bond Arterton
United States District Court
141 Church Street
New Haven, Connecticut  06510

The Honorable Joan G. Margolis
United States District Court
141 Church Street
New Haven, Connecticut  06510

_____
Charlsa D. Broadus