UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,　　　　Case No. CIV 3:01 1317 (JBA)

                Plaintiff,

    - against -　　　　　　　　　　　　　　　　　　PLAINTIFF/THIRD-PARTY
　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF ROYAL
ZYGO CORPORATION,　　　　　　　　　　　　　　INSURANCE COMPANY
　　　　　　　　　　　　　　　　　　　　　　　　　OF AMERICA'S VOUCHING
　　　　　　　　　　　　　　　　　　　　　　　　　IN NOTICE TO
                Defendant.　　　　　　　　　　THIRD-PARTY
　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT NAN YA
　　　　　　　　　　　　　　　　　　　　　　　　　TECHNOLOGY
　　　　　　　　　　　　　　　　　　　　　　　　　CORPORATION
------------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,

                Third-Party Plaintiff,

    - against -

NAN YA TECHNOLOGY CORPORATION,

                Third-Party Defendant.
------------------------------------------------------------------X

TO:   Nan Ya Technology Corporation

## VOUCHING IN NOTICE

**PLEASE TAKE NOTICE** that trial of the disputes between Royal Insurance Company of America ("Royal") and Zygo Corporation ("Zygo") arising out of Zygo's sale of an Atomic Force Microscope ("AFM") to Nan Ya Technology Corporation ("Nan Ya") has been scheduled by Judge Arterton to run from February 1 through 4, 2005, with any remaining trial business being finished between February 22 and 24, 2005 (the "First Trial"). Judge Arterton has

ruled that the disputes between Royal and Nan Ya are to be tried separately, if that should later become necessary as a result of a judgment being issued against Royal in the First Trial.

Nan Ya contended in its Answer to Royal's Third-Party Complaint and continues to contend that it has no liability in respect of the subject AFM's purchase price, either to its vendor, Zygo or to Zygo's subrogated insurer, Royal, because:

1. Zygo released Nan Ya in respect of any such obligation; and

2. The damages suffered by the second damaged AFM were caused by improper or insufficient packaging for which Zygo is responsible.

Royal is asserting these same defenses in the action that is scheduled to begin trial before Judge Arterton on February 1, and said defenses will be adjudicated at that trial. By virtue of its involvement in these matters, Nan Ya is uniquely capable of offering testimony and documentary evidence in support of these defenses and is in a far better position than Royal to sustain them and rebut and disprove Zygo's opposition thereto.

**ACCORDINGLY, DEMAND IS HEREBY MADE UPON NAN YA TO APPEAR AND TAKE OVER SAID DEFENSES AT THE FIRST TRIAL.**

If Nan Ya refuses or neglects to appear and take over said defenses at the First Trial, and those defenses are not sustained at that trial, in any subsequent trial of Royal's subrogated claims against Nan Ya for breach of Nan Ya's sales contract with Zygo, Nan Ya will be precluded from objecting to and will be bound by the findings of the Court in respect of said defenses in the First Trial.

Additionally, if Nan Ya refuses or neglects to honor this demand, it will be precluded from objecting to the outcome of the First Trial should that trial be obviated or terminated by a settlement to which Nan Ya is not a party, and, in that event, Royal will claim over against Nan Ya for any and all sums which it may reasonably pay in settlement of the disputes between Royal and Zygo to the extent that such payment relates to the purchase price of the subject AFM (and any interest thereon) that Nan Ya has refused to pay to Zygo in breach of the subject sales contract between them.

Dated: New York, NY
       January 6, 2005

                      Respectfully submitted,
              NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE
              Attorneys for Royal Insurance Company of America

By: /s/ Geoffrey J. Ginos
      Geoffrey J. Ginos, Esq. (CT 19578)
      Wall Street Plaza
      88 Pine Street
      New York, NY 10005
      Tel: (212) 220-3830 (ext. 395)
      Fax: (212) 220-3780

**TO:**

Honorable Janet Bond Arterton
United States District Court Judge
United States Courthouse
141 Church Street
New Haven, Connecticut 06510

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

Robert K. Marzik, Esq.
Law Office of Robert K. Marzik, P.C.
1512 Main Street
Stratford, Connecticut 06615

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing "Vouching In Notice" was sent *via* overnight Federal Express this 6th day of January, 2005 to:

Honorable Janet Bond Arterton
United States District Court Judge
United States Courthouse
141 Church Street
New Haven, Connecticut 06510

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

Robert K. Marzik, Esq.
Law Office of Robert K. Marzik, P.C.
1512 Main Street
Stratford, Connecticut 06615


_____
GEOFFREY J. GINOS (CT 19578)

X:\Public Word Files\21\55\Legal\Nan Ya Vouching-In Notice (Final).doc