UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>ZYGO CORPORATION,<br>  Defendant. | Civil No. 3:01 CV 1317 (JBA)<br><br><br>January 18, 2005 |

### ZYGO CORPORATION'S MOTION IN LIMINE TO PRECLUDE ALAN ILIAS FROM TESTIFYING ABOUT THE CUSTOM AND PRACTICE IN THE INSURANCE INDUSTRY AND TO PRECLUDE LEARNED TREATISE EVIDENCE

Defendant Zygo Corporation ("Zygo") moves for an order precluding Alan Ilias from testifying about the custom and practice in the insurance industry and precluding Royal's proposed learned treatise evidence. In support of this Motion, Zygo states:

1. Mr. Ilias was not disclosed as an expert witness even though "custom and practice" in an industry is an issue of "specialized knowledge," *see* Fed. R. Evid. 702.

2. Having dealt with contingency shipments on only two prior occasions, Mr. Ilias does not have the requisite experience necessary to give such expert testimony.

3. Royal's Proposed Findings of Fact, at paragraphs 46 and 47, refers to learned treatise evidence.

4. Under Federal Rule of Evidence 803(18) learned treatise evidence is admissible only through expert testimony.

5. Royal has not disclosed any expert witness who will testify at the trial. Moreover, the learned treatise material referred to in the Proposed Findings of Fact is not listed on Royal's proposed exhibit list, or referred to in its proposed witness statements.

Accordingly, for each of these reasons, this Court should preclude Mr. Ilias from testifying about his perception of the custom and practice in the insurance industry. The Court should also preclude learned treatise evidence.

DEFENDANT
ZYGO CORPORATION

By: _____
Ian E. Bjorkman (ct 11648)
Erika L. Amarante (ct 22393)
Wiggin and Dana LLP
P.O. Box 1832
New Haven, CT 06508-1832
Tel. (203) 498-4496
Fax (203) 782-2889
Its Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of January 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

Robert K. Marzik, Esq.
Law Offices of Robert K. Marzik, P.C.
1512 Main Street
Stratford, CT 06615

John A.V. Nicoletti, Esq.
Geoffrey J. Ginos, Esq.
Nicoletti, Hornig, Campise, Sweeney & Paige
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005-1801

Daniel L. FitzMaurice, Esq.
Charlsa D. Broadus, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

C. Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

_____
Ian E. Bjorkman

\15160\1\48822.2