UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA,<br>　Plaintiff,<br><br>v.<br><br>ZYGO CORPORATION,<br>　Defendant. | Civil No. 3:01 CV 1317 (JBA)<br><br><br>January 18, 2005 |

**DEFENDANT ZYGO CORPORATION'S MOTION IN LIMINE
CONCERNING ROYAL'S PURPORTED "PACKAGING" CLAIM**

Defendant Zygo Corporation ("Zygo") moves for an order precluding plaintiff Royal Insurance Company of America ("Royal") from presenting any evidence or argument concerning its apparent claim that the damage to the Atomic Force Microscope ("AFM") Zygo shipped to its customer, Nan Ya Technologies Corp. ("Nan Ya"), was caused by inadequate packaging. In support of this Motion, Zygo states:

　1.　Royal's Complaint does not mention the packaging issue and fails to provide Zygo with fair notice of this claim; and Royal waived this purported claim by not asserting it in either the Complaint or the July 16, 2001 declination letter.

　2.　The alleged cause of the damage to the AFM is irrelevant to any issue in this case, because: (1) the Marine Ocean Cargo Policy (the "Policy") that Royal issued to Zygo does not permit Royal to decline contingency coverage because of its perception of the cause of the damage, and, (2) the packaging of the equipment could not impair Royal's subrogation claim against Nan Ya because the damage occurred after risk of loss passed to Nan Ya.

Accordingly, Zygo requests that the Court grant this Motion in Limine and preclude Royal from presenting any evidence or argument on the allegedly inadequate packaging at trial.

In support of this Motion, Zygo submits the attached Memorandum of Law.

DEFENDANT
ZYGO CORPORATION

By: _____
Ian E. Bjorkman (ct 11648)
Erika L. Amarante (ct 22393)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel. 203-498-4496
Fax: 203-782-2889
ibjorkman@wiggin.com
Its Attorneys

## **CERTIFICATION**

This is to certify that on this 18th day of January 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

Robert K. Marzik, Esq.
Law Offices of Robert K. Marzik, P.C.
1512 Main Street
Stratford, CT 06615

John A.V. Nicoletti, Esq.
Geoffrey J. Ginos, Esq.
Nicoletti, Hornig, Campise, Sweeney & Paige
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005-1801

Daniel L. FitzMaurice, Esq.
Charlsa D. Broadus, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

C. Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

_____
Ian E. Bjorkman

\15160\1\48784.2

3