# Exhibit D

### Defendant's Proposed Exhibit List:

500. Marine Open Cargo Policy, no. POC102950, issued by Royal Insurance Company of America ("Royal") to Zygo Corporation ("Zygo") on or about May 1, 1999. (ZYGO 00004-00042)

501. Order Confirmation dated January 5, 2000, detailing the terms of Zygo's sale of an Atomic Force Microscope ("AFM") to Nan Ya Technology Corporation ("Nan Ya").

502. Order Confirmation dated January 31, 2000, detailing the terms of Zygo's sale of a second AFM to Nan Ya. (ZYGO 00426)

503. Fax dated March 7, 2000 from Peggy Merati at Mathog and Moniello ("M&M") to Royal, putting Royal on notice of a potential claim and attaching the February 14, 2000 email from Kelvin Walch. (RY 00279-00281)

504. Temporary Loan Agreement, dated March 14, 2000, detailing Zygo's shipment of a third AFM to Nan Ya on a loaner basis until June 30, 2000. (NY 672)

505. Memo dated May 1, 2000 from Matt Weidman to Joe Daneman of Royal, detailing information about the shipment, location of the damaged cargo and who to contact for more information. (RY 00229-00230)

506. Fax dated May 12, 2000 from Joe Daneman to Matt Weidman, stating that Royal would not assign a surveyor because Zygo does not have an insurable interest. (RY 00227)

507. Fax dated May 19, 2000 from Joe Daneman to Richard Chung of Royal & Sun Alliance in Taipei, stating "[p]er enclosed documents, please arrange a survey," and attaching fax transmission sheet showing transmission of 41 pages total. (RY 00222-00223)

508. Fax dated May 19, 2000 from Joe Daneman to Matt Weidman, stating "We have advised our Taipei office to assign a surveyor..." (ZYGO 00243)

509. Fax dated June 5, 2000 from Joe Daneman to Richard Chung, referring to the May 19 fax and asking for a current status report. (RY 00220)

510. Email dated June 15, 2000 from Joe Daneman to Richard Chung indicating that he has not a received a response to his May 19 and June 5 faxes, and would like a status report as soon as possible. (RY 00219)

511. Email dated June 19, 2000 from Richard Chung to Joe Daneman, stating "We have appointed GAB Robins to try to contact the consignee and their agent to conduct the survey. But the damage [sic] cargo are not available to survey and according to the shipper's statement, they haven't put forward a claim of the damaged cargo. Therefore, it seems that we have a embarrass [sic] position in this case . . ." (RY 00218)

512. Letter dated June 19, 2000 from Joe Daneman to Matt Weidman of M&M, stating: "Our office in Taipei has advised us that they have appointed a surveyor to try to contact the consignee and their agent to conduct the survey. However, the damaged cargo is reportedly not available to survey, and according to the shipper's statement, they have not put forward a claim of the damaged cargo . . ." and asking for additional information on the location of the machine and a contact person. (RY 00216)

513. Email chain dated July 10, 2000 from Larry Martin to Billy Wu, starting: "Billy, we at Zygo very much appreciate your fighting for us. Could you clarify some points in your summary of the meeting below for me? . . .," with attached email dated July 4, 2000 from Billy Wu to Larry Martin stating, "Today, I attend the meeting to discuss the compensation of damaged AFM with keymen as below . . ." (ZYGO 00084-00085)

514. Letter dated July 10, 2000, from Larry Martin at Zygo to Billy Wu, asking him to serve as Zygo's agent with regard to the damaged AFM equipment located at Nan Ya, and detailing Zygo's proposal to Nan Ya. (ZYGO 00558)

515. Email dated August 1, 2000 from Matt Weidman to Joe Daneman relaying contact information for Billy Wu and Tim Smith. (RY 00210)

516. Email dated August 1, 2000 from Larry Martin of Zygo to Billy Wu and Tim Smith, warning them that they will be receiving a call from the insurance company and asking them to co-operate fully with the individual to expedite the claim. ZYGO 00235)

517. Email chain dated August 9, 2000 from Tim Smith to Larry Martin, stating "I was contacted today by Mr. Leo Chen of GAB Robins . . . ." (ZYGO 00236-00239)

518. Email dated August 9, 2000 from Matt Weidman to Joe Daneman forwarding information and pictures of the damaged cargo.

519. Email dated August 25, 2000 from Richard Chung to Joe Daneman, stating that Billy Wu and Tim Smith "have no positive answer and didn't

2

[sic] know the situation. According to Nan Ya's statement, they have 2 Policies in this journey. The loss was probably caused by insufficient packaging since the same damage happened to the second imported machine. Taiwan Fire & Marine Insurance Co., Ltd. have agreed to settle this claim at half amount on an amicable basic [sic], and the rest amount will be settled by Lee-Tech Co., Ltd. (Zygo Corp.'s Taiwan agent). Now they are awaiting [sic] for Lee-Tech's offer of the salvage. Under the circumstances, we recommend to ignore this claim and close this file."

520. Email dated September 21, 2000, from Larry Martin at Zygo to Billy Wu, stating "I need to understand what Nanya's position is regarding the two damaged units in Taiwan and how we can close this transaction with them." (ZYGO 00087)

521. Email dated September 21, 2000, from Larry Martin to Billy Wu, stating, "Billy, our agent has provided me with the names and phone numbers of the insurance surveyors that we should be talking to. . . ." (ZYGO 00080)

522. Email from Billy Wu to Larry Martin dated September 22, 2000, stating: "I contact with Mr. Richard Chung of Royal & Sun Alliance today. Mr. Chung said they have closed this case because there [sic] are nothing they can do in this case. Did you insure the two systems in USA? If yes, they can provide damaged document for you to get compensation from your insurance company. Basically, the way to solve this problem is that Zygo send an engineer to evaluate the machine as soon as possible. . ." (ZYGO 00561)

523. Email dated October 3, 2000 from Billy Wu to Larry Martin asking for a response to the September 22 email. Attached email dated October 3, 2000 from Larry Martin to Billy Wu, stating: "I am working on setting up a trip for Kelvin Walch to travel to Taiwan to evaluate the machines . . . Within a week I will have a schedule for a trip by Kelvin." (ZYGO 00231)

524. Email dated October 3, 2000 from Larry Martin to Matt Weidman regarding responding to Billy Wu's September 22, 2000 email. (ZYGO 00233)

525. Email dated October 4, 2000 from Billy Wu to Larry Martin, starting: "Thanks to arrange Mr. Walsh to estimate the salvage value of both units. Oct/10/00 is national holiday here, Oct/11/00 is better to visit Nan Ya. . ." (ZYGO 00562)

526. Email dated October 16, 2000 from Larry Martin to Billy Wu, starting: "Billy, two things," and then discussing (1) Kelvin Walch's trip to Taiwan the week of October 30, and (2) information Zygo's insurance company needs to process the claim. (ZYGO 00229)

3

527. Email dated October 25, 2000 from Larry Martin to Billy Wu, starting with "Billy, please see comments below," and responding to an October 20 email from Billy Wu. (ZYGO 00228)

528. Email dated October 26, 2000 from Billy Wu to Larry Martin, starting: "We are glad to receive your message to agree to the points Na Ya requested. 1. Please send us a formal letter via fax stating these three points. [sic] So that we can send to Nan Ya for confirmation and prepare to send back the systems in advance. . ." (ZYGO 00533)

529. Letter dated October 27, 2000 from Lawrence Martin to Billy Wu of Lee-Tech starting: "As a follow-up to my email regarding the agreement to resolve the Nanya/AFM issue I submit the following: . . ." (ZYGO 00532)

530. Reports of the salvage values for the two AFMs dated November 9, 2000. (ZYGO 00663-00666)

531. Reports of the averaged salvage values for the two AFMs dated November 9, 2000. (ZYGO 00222-00225)

532. Letter dated November 10, 2000 from Joe Daneman to Matt Weidman, stating, "our Taiwan office/surveyor have communicated with Billy Wu and Tim Smith, but they have no positive answer and don't know the situation. According to Nan Ya's statement, they have two policies in this journey. The loss was probably caused by insufficient packaging since the same damage happened to the second imported machine. Taiwan Fire & Marine Insurance Co., Ltd. have reportedly agreed to settle this claim at half the amount on an amicable basis, and the rest will reportedly be settled by Lee-Tech Co., Ltd. (Zygo Corp.'s Taiwan agent). Lee-Tech reportedly has offered salvage. Furthermore, the assured does not have an insurable interest. Under the circumstances, we will close our file with no claim payment. Please advise the assured accordingly." (RY 00202)

533. Email dated November 13, 2000 from Larry Martin to Billy Wu and Tim Smith, starting: "I want to thank all of you for the effort put in to resolve this situation Billy, anything you can do to expedite the shipment of these tools will be most helpful. . . ." Email chain dated November 13, 2000 from Jessie at Lee-Tech to Larry Martin, starting: "Packing for the two damaged system [sic] have been finished this morning. . . ." and asking for a letter memorializing the deal as soon as possible. (ZYGO 00676-00678)

534. Letter dated November 15, 2000 from Larry Martin to Nan Ya, starting: "I send this letter to Nan Ya to confirm that Zygo agrees to Nan Ya offsetting the salvage value or [sic] the 1st machine shipment against the balance due Zygo in the first machine. . . ." (ZYGO 00641-00642)

4

535.  Letter dated December 12, 2000 from Matt Weidman to Joe Daneman, starting: "Please find attached, the appraisal for the two Nanya shipments that you are aware of. . . .," and attaching the appraisal documents. (ZYGO 00221-00225)

536.  Fax dated January 4, 2001 from Joe Daneman to Matt Weidman responding to December 12 fax and asking a number of questions regarding coverage issues. (RY 00193)

537.  Email dated January 11, 2001 from Matt Weidman to Joe Daneman regarding two survey reports. (RY 00153)

538.  Email chain dated January 11, 2001 between Larry Martin and Billy Wu regarding Royal's request for permission to contact Nan Ya's insurance company (ZYGO 00160-00161)

539.  Fax dated January 25, 2001 from Larry Martin to Matt Weidman with attached copy of purchase order from Surface Interface, Inc. (WEB 01232, 01234)

540.  Fax from Joe Danemen to Matt Weidman regarding case status (WEB 1128)

540A. Fax dated February 5, 2001 from Joe Daneman to Richard Chung, asking him to contact the insurance carrier of Nan Ya, entirely without prejudice. (RY 00149)

541.  Email dated February 21, 2001 from Larry Martin to Matt Weidman asking the status of the Nanya claim. (WEB 01345)

542.  Letter dated March 23, 2001 from Carroll Sneed to Joe Daneman, starting: "Matt Weidman, who has coordinated our involvement in the subject claim to this point in time, has asked me to review all available information and in turn communicate with you, particularly as related to the questions you have raised regarding coverage for the loss. . . ." (RY 00103-00104)

543.  Letter dated April 5, 2001 from Carroll Sneed to Joe Daneman stating, "In having had no reply from you to my letter of March 23, 2001, I assume that you have proceeded with further investigation through your Taipei office." (RY 00099)

544. Policy Extension Endorsement, dated May 1, 2001, issued by Royal & Sun Alliance to Zygo Corp., and reflecting a flat, non-refundable premium of $20,833 for a one-month extension of the Policy. (RY 00294)

545. Contingency Endorsement, dated May 1, 2001, issued by Royal & Sun Alliance to Zygo, stating that effective May 1, 2001, Clause 52, Contingency, is deleted in its entirety from the Policy. (RY 00292)

546. Renewal Specifications, for 5/1/01 – 5/1/02 policy term, issued by Royal & Sun Alliance to Zygo, providing for a $100,000 minimum premium deposit and deletion of contingency coverage, and stating that the quote "is contingent upon the $700,000 loss amounting to nothing." (RY 00360)

547. Renewal Specifications, for 5/1/01 -5/1/02 policy term, issued by Royal & Sun Alliance to Zygo, providing for a $250,000 flat premium deposit and deletion of contingency coverage, and stating that the quote "reflects the $700,000 loss the insured are pursuing regarding the shipment damages in transit on the way to Taiwan." (RY 00361)

548. Letter dated May 2, 2001 from Joe Daneman to Carroll Sneed, asking for, among other information, a letter confirming that the shipment of the second AFM was FOB. (RY 00051-0052)

549. Fax dated May 3, 2001 from Matt Weidman to Joe Daneman with attached affidavit signed by Richard Dressler. (RY 00100-00102)

550. Letter dated May 7, 2001 from Joe Daneman to Matt Weidman, starting: "We write in connection with the captioned claim and request that you contact the assured Zygo Corporation to obtain additional information which will permit us to proceed with out investigation of this loss – hopefully to conclusion. . . ." (ZYGO 00574-00575)

551. Letter dated May 9, 2001 from Matt Weidman to Larry Martin stating, "In review of Royal & SunAlliance letter from the claims adjuster dated May 7, 2001, Carroll Sneed from our office has few items we would like to you look at." (ZYGO 00092)

552. Letter dated May 9, 2001 from Matt Weidman to Michael Mabe discussing renewal terms from the Ocean Cargo underwriter at Royal. (WEB 01978-01979)

553. Letter dated May 10, 2001 from Carroll Sneed to Joe Daneman, starting: "Our Mr. Weidman has brought to my attention your May 7, 2001 communication to him, and after his discussion with the assured and me, it has been requested that I reply. . . .," and responding to Royal's additional requests for information. (RY 00044-00046)

554. Letter dated May 9, 2001 from Allan Ilias to Chris Tye stating, "Wanted to make you aware of a large loss that will be posted by Joe Daneman tomorrow." (RY 00364)

555. Fax dated May 11, 2001 from Allan Ilias to Matt Weidman discussing month-to-month extension of Zygo's ocean marine policy for premium of $20,833 (RY 00356)

556. Letter dated May 15, 2001 from Joe Daneman to Carroll Sneed and Matt Weidman, starting: "We write in furtherance of our letter of May 7th and in response to the Mathog & Maniello [sic] letter of May 10th, which was signed by Carroll D. Sneed, Claims Examiner. . . .," and discussing coverage issues and requests for information. (ZYGO 00550-00552)

557. Letter dated June 1, 2001 from Larry Martin to Matt Weidman regarding putting together a chronology of events surrounding the second Nan Ya unit in question. (ZYGO 00544-00545)

558. Policy Extension Endorsement dated June 1, 2001 (RY 00291)

559. Letter dated June 1, 2001 from Larry Martin to NanYa Technology Company notifying them of a potential claim. (RY 00073)

560. Letter dated June 14, 2001 from Alan Mathog, Matt Weidman and Carroll Sneed of M&M to Joe Daneman, regarding coverage issues and attaching June 1, 2001 letter from Lawrence Martin to M&M. ( RY 00054-00057)

561. Email dated June 26, 2001 from Matt Weidman to Allan Ilias stating, "Zygo has opted not to extend/renew the ocean cargo coverage with Royal effective 7/1/01." (RY 00355)

562. Fax dated July 16, 2001 from Joe Daneman to Carroll Sneed denying the presented claim. (ZYGO 00047)

563. Letter dated July 16, 2001 from Joe Daneman to Larry Martin, starting: We refer to the claim submitted against the shipment covered by the captioned Order Confirmation for the sale of an atomic force microscope from Zygo Corporation to Nan Ya Technology. . . .," and officially declining coverage under the Policy. (RY 00037-00039)

564. Endorsement No. 18 effective July 1, 2001. (RY 00290)

565. The St Paul Marine Open Cargo Policy (WEB 08000-08031)

566. The St Paul Schedule of Rates effective November 1, 2001. (WEB 07997-07998)

567. The St Paul Endorsement No. 13 effective July 1, 2002. (WEB 07985-07986)

568. The St Paul Endorsement No. 14 effective May 1, 2003. (WEB 06635-06636)

569. Fireman's Fund Open Marine Insurance Portfolio. (WEB 04991-05038, WEB 04980-04986)

570. Royal's Responses to Zygo's First Set of Interrogatories, dated May 31, 2002.

571. Plaintiff/Third-Party Plaintiff Royal Insurance Company of America's Assertion of Claim of Privilege.

572. Letter dated July 15, 2002 from Ian Bjorkman to John Nicoletti discussing Royal's decision not to oppose Nan Ya's summary judgment motion in the third-party action.

573. Letter dated July 26, 2002 from Royal's counsel John A.V. Nicoletti to Zygo's counsel Ian E. Bjorkman regarding Royal's intent not to oppose Nan Ya's motion for summary judgment and its expectation that Zygo would oppose the motion.

574. Letter dated September 18, 2002 from Royal's counsel Robert K. Marzik, Esq. to Judge Goettel, asking Court to re-examine its grant of Nan Ya's motion for summary judgment, and attaching July 26, 2002 letter to Zygo's counsel Ian Bjorkman.

575. Letter dated September 24, 2002 from Royal's counsel John A.V. Nicoletti, Esq. to Judge Goettel, asking for reconsideration of Nan Ya's motion for summary judgment.

576. Re-Notice of deposition dated October 23, 2002 that Zygo served on Royal pursuant to Fed. R. Civ. P. 30(b)(6).

\15160\1\48747.2