# EXHIBIT I

THIS IS INTENTIONALLY LEFT BLANK