# Exhibit J

This is intentionally left blank