UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,   :   **Case No.:**
                                      :   **3:01 CV 1317 (JBA)**
           Plaintiff,         :
                                      :
    -against-                        :
                                      :
ZYGO CORPORATION,                     :
                                      :
           Defendant.         :
---------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,   :
                                      :
           Third-Party Plaintiff, :
                                      :
    -against-                        :
                                      :
NAN YA TECHNOLOGY CORPORATION,        :
                                      :
           Third-Party Defendant. :
---------------------------------------------------------------X

## ROYAL INSURANCE COMPANY OF AMERICA'S
## MOTION IN LIMINE

Comes now Plaintiff Royal Insurance Company of American ("Royal") by and through its attorneys of record herein, Nicoletti Hornig Campise Sweeney & Paige and the Law Office of Robert K. Marzik, P.C., upon the accompanying Affidavit of Geoffrey J. Ginos, Esq. (sworn to on January 18, 2005), and exhibits annexed thereto, and the accompanying memorandum of law, out of the presence of the jury, and hereby moves <u>in limine</u> pursuant to the Federal Rules of Civil Procedure and Federal Rules of Evidence for an Order:

    (i)    declaring that, if the Court finds Clause 52 of the marine open cargo policy (the "Policy") that is the subject matter of this action to be ambiguous, any extrinsic evidence

**ORAL ARGUMENT REQUESTED**
**TESTIMONY REQUIRED**

offered by Defendant Zygo Corporation ("Zygo") of the intent of the parties is restricted to the parties' intent at the time of the execution of the Policy;

   (ii)  construing Royal's claims so as to allow it to present any and all evidence relating to its allegation that Zygo has waived, compromised, settled or otherwise impaired Royal's subrogation rights;

   (iii)  sanctioning Zygo for its spoliation of evidence;

   (iv)  and for such other and further relief the Court deems just and proper.

**WHEREFORE**, Plaintiff Royal Insurance Company of American respectfully requests that its Motion in Limine be granted in its entirety and that any extrinsic evidence offered by Defendant Zygo Corporation of the intent of the parties is restricted to the parties' intent at the time of the execution of the Policy, construing Royal's claims so as to allow it to present any and all evidence relating to its allegation that Zygo has waived, compromised, settled or otherwise impaired Royal's subrogation rights, and sanctioning Defendant Zygo Corporation for its spoliation of evidence.

Dated: New York, New York
    January 18, 2005

            Respectfully submitted,

            NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE
            Attorneys for Plaintiff/Third Party Plaintiff
            Royal Insurance Company of America

    By: _____
            GEOFFREY J. GINOS, ESQ. (ct. 19578)
            Wall Street Plaza, 88 Pine Street, 7th Floor
            New York, New York 10005-1801
            (212) 220-3830
            (Our File No. 21000055 JAVN/GJG)

            LAW OFFICES OF ROBERT K. MARZIK, P.C.
            1512 Main Street
            Stratford, Connecticut 06615

**To:**

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508
Tel: (203) 498-4496

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 565-3574

Daniel L. FitzMaurice, Esq.
& Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499
Tel: (860) 275-0100


**Courtesy Copy:**

Honorable Janet Bond Arterton
United States District Judge,
United States District Court
for the District of Connecticut
141 Church Street
New Haven, Connecticut 06510

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing filing, "Royal Insurance Company of America's Motion In Limine," was sent *via* first class mail, postage prepaid this 18th day of January, 2005 to:

>Honorable Janet Bond Arterton
>United States District Judge,
>United States District Court
>for the District of Connecticut
>141 Church Street
>New Haven, Connecticut  06510
>
>Ian E. Bjorkman, Esq.
>Wiggin & Dana
>One Century Tower
>New Haven, Connecticut 06508
>
>Charlsa D. Broadus, Esq.
>Day, Berry & Howard LLP
>City Place I
>Hartford, Connecticut 06103-3499
>
>Tait Graves, Esq.
>Wilson Sonsini Goodrich & Rosati
>650 Page Mill Road
>Palo Alto, California 94304-1050
>
>Robert K. Marzik, Esq.
>Law Office of Robert K. Marzik, P.C.
>1512 Main Street
>Stratford, Connecticut 06615

*/s/ Geoffrey J. Ginos*
GEOFFREY J. GINOS (CT 19578)