UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,           :   Case No.:
                                              :   3:01 CV 1317 (JBA)
                   Plaintiff,                 :

-against-                                     :

ZYGO CORPORATION,                             :

                   Defendant.                 :
-----------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,           :

                 Third-Party Plaintiff,     :

-against-                                     :

NAN YA TECHNOLOGY CORPORATION,                :

                 Third-Party Defendant.     :
-----------------------------------------------------------------X

**AFFIDAVIT OF GEOFFREY J. GINOS, ESQ. IN SUPPORT OF
ROYAL INSURANCE COMPANY OF AMERICA'S
<u>MOTION IN LIMINE</u>**

STATE OF NEW YORK    )
                                s.s.:
COUNTY OF NEW YORK  )

GEOFFREY J. GINOS, being duly sworn, deposes and says:

1.    I am an attorney duly admitted to the practice of law in the State and Federal Courts of New York and before this Honorable Court *pro hac vice*, and am a member of Nicoletti Hornig Campise Sweeney & Paige, attorneys for Plaintiff/Third-party Plaintiff Royal Insurance Company of America ("Royal"). The Nicoletti Hornig Campise Sweeney & Paige firm, along with the Law Offices of Robert K. Marzik, P.C., are attorneys of record for Royal in the captioned litigation.

2.	I am fully familiar with all the facts, pleadings, and proceedings in this action.

3.	Annexed hereto as Exhibit "1" is a true and accurate copy of the Complaint.

4.	Annexed hereto as Exhibit "2" is a true and accurate copy of the deposition transcript of Richard Dressler.

5.	Annexed hereto as Exhibit "3" is a true and accurate copy of the deposition transcript of Allan Ilias.

6.	Annexed hereto as Exhibit "4" is a true and accurate copy of the deposition transcript of Larry Martin.

7.	Annexed hereto as Exhibit "5" is a true and accurate copy of the deposition transcript of Carroll Sneed.

8.	Annexed hereto as Exhibit "6" is a true and accurate copy of the deposition transcript of Kelvin Walch.

9.	Annexed hereto as Exhibit "7" is a true and accurate copy of the deposition transcript of Matthew Weidman.

10.	Annexed hereto as Exhibit "8" is a true and accurate copy of a Letter from Daneman to Merati, dated 3/8/2000.

11.	Annexed hereto as Exhibit "9" is a true and accurate copy of a memo from Weidman to Daneman, dated 5/1/2000.

12.	Annexed hereto as Exhibit "10" is a true and accurate copy of a letter from Daneman to Weidman, dated 5/12/2000.

13.	Annexed hereto as Exhibit "11" is a true and accurate copy of a letter from Daneman to Weidman, dated 5/19/2000.

14. Annexed hereto as Exhibit "12" is a true and accurate copy of a letter from Daneman to Weidman, dated 6/19/2000.

15. Annexed hereto as Exhibit "13" is a true and accurate copy of a letter from Daneman from Weidman, dated 11/10/2000.

16. Annexed hereto as Exhibit "14" is a true and accurate copy of a letter from Weidman to Daneman, dated 12/12/2000.

17. Annexed hereto as Exhibit "15" is a true and accurate copy of a letter from Sneed to Daneman, dated 3/23/2001.

18. Annexed hereto as Exhibit "16" is a true and accurate copy of a letter from Martin to Daneman, dated 6/14/2001.

19. Annexed hereto as Exhibit "17" is a true and accurate copy of a letter from Daneman to Weidman, dated 7/13/2000.

20. Annexed hereto as Exhibit "18" is a true and accurate copy of Zygo's Application for Marine Insurance.

21. Annexed hereto as Exhibit "19" is a true and accurate copy of a letter from Ilias to Zdanis, dated 4/21/1999.

22. Annexed hereto as Exhibit "20" is a true and accurate copy of a letter from Ilias to Zdanis, dated 4/22/1999.

23. Annexed hereto as Exhibit "21" is a true and accurate copy of a letter from Ilias to Zdanis, dated 4/23/1999.

24. Annexed hereto as Exhibit "22" is a true and accurate copy of the Order Confirmation, consisting of two pages.

25. Annexed hereto as Exhibit "23" is a true and accurate copy of a memo from Walch to Muckenhirn, dated 2/11/2000.

Case 3:01-cv-01317-JBA    Document 186    Filed 01/18/2005    Page 6 of 12

26. Annexed hereto as Exhibit "24" is a true and accurate copy of a memo from Walch to Muckenhirn, dated 2/14/2000.

27. Annexed hereto as Exhibit "25" is a true and accurate copy of correspondence from Wu to Monti, dated 2/15/2000.

28. Annexed hereto as Exhibit "26" is a true and accurate copy of correspondence from Wu to Muckenhirn, dated 2/16/2000.

29. Annexed hereto as Exhibit "27" is a true and accurate copy of the Cathay Survey Report, dated 2/21/2000.

30. Annexed hereto as Exhibit "28" is a true and accurate copy of a letter from Daneman to Weidman, dated 7/21/2000.

31. Annexed hereto as Exhibit "29" is a true and accurate copy of a letter from Daneman to Weidman, dated 1/4/2001.

32. Annexed hereto as Exhibit "30" is a true and accurate copy of an e-mail from Weidman to Martin, dated 6/8/2001.

33. Annexed hereto as Exhibit "31" is a true and accurate copy of a letter from Sneed to Daneman, dated 6/14/2001.

34. Annexed hereto as Exhibit "32" is a true and accurate copy of an e-mail from Chiang to Muckenhirn, dated 2/11/2000.

35. Annexed hereto as Exhibit "33" is a true and accurate copy of the Cathay Survey Report, dated 2/19/2000.

36. Annexed hereto as Exhibit "34" is a true and accurate copy of an e-mail from Lee-Tech to Martin, dated 7/4/2000.

37. Annexed hereto as Exhibit "35" is a true and accurate copy of a letter from Sneed to Daneman, dated 3/23/2001.

Case 3:01-cv-01317-JBA    Document 186    Filed 01/18/2005    Page 8 of 12

38. Annexed hereto as Exhibit "36" is a true and accurate copy of correspondence forwarding internal memo from Walch to Muckenhirn, dated 2/14/2000.

39. Annexed hereto as Exhibit "37" is a true and accurate copy of a letter from Daneman to Merati, dated 3/20/2000.

40. Annexed hereto as Exhibit "38" is a true and accurate copy of a letter from Daneman to Merati, dated 4/19/2000.

41. Annexed hereto as Exhibit "39" is a true and accurate copy of Ilias's handwritten notes.

42. Annexed hereto as Exhibit "40" is a true and accurate copy of Ilias's handwritten notes.

43. Annexed hereto as Exhibit "41" is a true and accurate copy of a letter from Daneman to Weidman, dated 2/5/2001.

44. Annexed hereto as Exhibit "42" is a true and accurate copy of a letter from Ilias to Carroll, dated 5/18/2000.

45. Annexed hereto as Exhibit "43" is a true and accurate copy of a correspondence from Lee-Tech to Martin, dated 11/20/2000.


Dated:   New York, New York
         January 18, 2005

By: _____
    GEOFFREY J. GINOS, ESQ.

Sworn to before me this
18th day of January, 2005

_____
Notary Public
MICHELLE MANISCALCO
Notary Public, State of New York
No. 01MA6088438
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 3, 20__

5



## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing filing, "Affidavit of Geoffrey J. Ginos, Esq. in Support of Royal Insurance Company Of America's Motion In Limine," was sent *via* first class mail, postage prepaid this 18th day of January, 2005 to:

Honorable Janet Bond Arterton
United States District Judge,
United States District Court
for the District of Connecticut
141 Church Street
New Haven, Connecticut 06510

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

Robert K. Marzik, Esq.
Law Office of Robert K. Marzik, P.C.
1512 Main Street
Stratford, Connecticut 06615

*Geoffrey J. Ginos*
GEOFFREY J. GINOS (CT 19578)

X:\Public Word Files\21\55\Legal\Motion in Limine – Affidavit in Support 1.18.05.wmf.s.mm.doc

6