UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,                Case No.
                                                   **CIV 3:01 1317 (JBA)**
           Plaintiff,

    - against -

ZYGO CORPORATION,

           Defendant.
-------------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,

           Third-Party Plaintiff,


    - against -

NAN YA TECHNOLOGY CORPORATION,

           Third-Party Defendant.
-------------------------------------------------------------------X

## NOTICE OF MANUAL FILING
## OF THE AFFIDAVIT OF GEOFFREY J. GINOS, ESQ. IN SUPPORT OF
## ROYAL INSURANCE COMPANY OF AMERICA'S MOTION IN LIMINE

       Please take notice that Plaintiff/Third-Party Plaintiff, Royal Insurance Company of America has manually filed the following document or thing:

- Affidavit of Geoffrey J. Ginos, Esq. in Support of Royal Insurance Company of America's Motion in Limine

       This document has not been filed electronically because:

[ X ]   the document or thing cannot be converted to an electronic format (too voluminous)
[ X ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE
Attorneys for Plaintiff/Third Party Plaintiff
Royal Insurance Company of America

By: *Geoffrey J. Ginos*
GEOFFREY J. GINOS, ESQ. (CT 19578)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
Gginos@NicolettiHornig.com
(FILE NO.: 21000055 JAVN/GJG)

LAW OFFICES OF ROBERT K. MARZIK, P.C.
1512 Main Street
Stratford, Connecticut 06615

**TO:**

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing filing, "Notice of Manual Filing of the Affidavit of Geoffrey J. Ginos, Esq. in Support of Royal Insurance Company of America's Motion in Limine" was sent *via* first class mail, postage prepaid this 18th day of January, 2005 to:

Honorable Janet Bond Arterton
United States District Judge,
United States District Court
for the District of Connecticut
141 Church Street
New Haven, Connecticut 06510

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Charlsa D. Broadus, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

Robert K. Marzik, Esq.
Law Office of Robert K. Marzik, P.C.
1512 Main Street
Stratford, Connecticut 06615

_____
GEOFFREY J. GINOS (CT 19578)

X:\Public Word Files\21\55\Legal\Motion in Limine -- Manual Filing.1.18.05.wmf.s.mm.doc

3