UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZYGO CORPORATION, )<br>)<br>Defendant. )<br>-------------------------------------------------------- )<br>ROYAL INSURANCE COMPANY OF AMERICA, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>NAN YA TECHNOLOGY CORPORATION, )<br>)<br>Third-Party Defendant. )<br>) | CASE NO.: Civil 3:01cv1317 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JANUARY 21, 2005 |

## **APPEARANCE**

TO:   Clerk
        U. S. District Court
        141 Church Street
        New Haven, Connecticut  06510
        Hartford, CT  06510

Please enter the appearance of Joseph K. Scully for Nan Ya Technology Corporation in

the above matter.

Dated at Hartford, Connecticut this 21st day of January, 2005.

NAN YA TECHNOLOGY CORPORATION


By: _____
    Daniel L. FitzMaurice (ct#05331)
    Charlsa D. Broadus (ct#22153)
    Joseph K. Scully (ct#26541)
    DAY, BERRY & HOWARD LLP
    CityPlace I, 185 Asylum Street
    Hartford, CT  06103-3499
    (860) 275-0100 (phone)
    (860) 275-0343 (fax)
    dlfitzmaurice@dbh.com
    cdbroadus@dbh.com
    jkscully@dbh.com


    Tait Graves, Esq. (*pro hac vice* 23302)
    WILSON SONSINI GOODRICH
      & ROSATI
    One Market, Spear Tower, Suite 3300
    San Francisco, CA  94105-1126
    (415) 947-2000 (phone)
    (415) 947-2099 (fax)
    tgraves@wsgr.com

    Its Attorneys

## **CERTIFICATION**

     **THIS IS TO CERTIFY** that a true and correct copy of the foregoing document was sent by first-class mail, postage prepaid this 21st day of January, 2005 to the following counsel of record:

Robert K Marzik, Esq.
LAW OFFICES OF
 ROBERT K. MARZIK, P.C.
1512 Main Street
Stratford, CT  06615

Geoffrey J. Ginos, Esq.
NICOLETTI HORNIG
  CAMPISE & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005-1801

Ian E. Bjorkman, Esq.
WIGGIN & DANA
Attorneys for Zygo Corporation
One Century Tower
P.O. Box 1832
New Haven, CT  06508-1832

                                                                   Joseph K. Scully