UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------X

ROYAL INSURANCE COMPANY OF AMERICA,   :

                 Plaintiff,   :

    -against-   :

ZYGO CORPORATION,   :

                 Defendant.   :

-------------------------------------------------------------------X

ROYAL INSURANCE COMPANY OF AMERICA,   :

             Third-Party Plaintiff,   :

    -against-   :

NAN YA TECHNOLOGY CORPORATION,   :

             Third-Party Defendant.   :

-------------------------------------------------------------------X

Case No.:
**3:01 CV 1317 (JBA)**

**PLAINTIFF ROYAL INSURANCE COMPANY OF AMERICA'S
MOTION FOR LEAVE TO AMEND ITS COMPLAINT
AND ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
AND STATEMENT OF LEGAL ISSUES IN THE JOINT TRIAL MEMORANDUM**

Comes now Plaintiff Royal Insurance Company of American ("Royal") by and through its attorneys of record herein, Nicoletti Hornig Campise Sweeney & Paige and the Law Office of Robert K. Marzik, P.C., upon the accompanying Affidavit of Geoffrey J. Ginos, Esq. (sworn to on January 25, 2005), and exhibits annexed thereto, and the accompanying memorandum of law, hereby moves this Honorable Court pursuant to the Federal Rules of Civil Procedure for an Order:

        (i)    granting Royal leave to serve and file an amended Complaint (annexed as Exhibit "3" to the accompanying affidavit of Affidavit of Geoffrey J. Ginos, Esq.)

**ORAL ARGUMENT REQUESTED**

(ii)    granting Royal leave to amend its Proposed Findings of Fact and Conclusions of Law and Legal Issues in the Joint Trial Memorandum; and

(iii)   for such other and further relief as the Court deems just and proper.

**WHEREFORE**, Plaintiff Royal Insurance Company of American respectfully requests that its motion be granted in its entirety and that the Court grant Royal leave to serve and file an amended Complaint and to amend its Proposed Findings of Fact and Conclusions of Law and Legal Issues in the Joint Trial Memorandum.

Dated:    New York, New York
          January 25, 2005

Respectfully submitted,

NICOLETTI HORNIG CAMPISE SWEENEY & PAIGE
Attorneys for Plaintiff/Third Party Plaintiff
Royal Insurance Company of America

By: _____
GEOFFREY J. GINOS, ESQ. (ct. 19578)
Wall Street Plaza, 88 Pine Street, 7th Floor
New York, New York 10005-1801
(212) 220-3830
(Our File No. 21000055 JAVN/GJG)

-and-

LAW OFFICES OF ROBERT K. MARZIK, P.C.
1512 Main Street
Stratford, Connecticut 06615

**To:**

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508
Tel:  (203) 498-4496

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050
Tel:  (650) 565-3574

Daniel L. FitzMaurice, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499
Tel:  (860) 275-0100

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing filing, "Plaintiff Royal Insurance Company of America's Motion For Leave to Amend Its Complaint and Its Proposed Findings of Fact and Conclusions of Law and Statement of Legal Issues in the Joint Trial Memorandum," was sent *via* Federal Express overnight courier service, this 25th day of January, 2005 to:

Ian E. Bjorkman, Esq.
Wiggin & Dana
One Century Tower
New Haven, Connecticut 06508

Daniel L. FitzMaurice, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

Robert K. Marzik, Esq.
Law Office of Robert K. Marzik, P.C.
1512 Main Street
Stratford, Connecticut 06615

GEOFFREY J. GINOS (CT 19578)

X:\Public Word Files\21\55\legal\Royal's Motion for Leave to Amend the Complaint -- Notice.doc (s.sa)

4