UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 JAN 31  A 10: 43

U.S. DISTRICT COURT
NEW HAVEN, CT

ROYAL INSURANCE          :

v.                       :    NO. 3:01cv1317 (JBA)

ZYGO CORPORATION         :

### ENDORSEMENT ORDER [DOCS. #178, 180, 183, 189]

In light of the settlement reached in the above matter as to Royal Insurance and Zygo Corporation, pending motion numbers: 178, 180, 183 and 189 are DENIED as moot by agreement. See Record of 1/28/05.

IT IS SO ORDERED

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: January 28, 2005