UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ROYAL INSURANCE**              :

**v.**                           :      NO. 3:01cv1317 (JBA)

**NAN YA**                       :

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

- Supervise discovery and resolve discovery disputes:

- Ruling/Hearing:

✔ - Settlement conference:
   *[The parties are unavailable: 2/6/05 through 2/14/05.]*

- Other:

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: January     , 2005**