UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ROYAL INSURANCE** | : |
| **v.** | :    **NO. 3:01cv1317 (JBA)** |
| **ZYGO CORPORATION** | : |

<u>**NOTICE TO COUNSEL**</u>

    On January 28, 2005, Royal Insurance and Zygo Corporation reported on the record that all claims between them in the above-entitled case were fully settled.

    The parties have been advised that an order of dismissal will be entered as to Royal Insurance and Zygo Corporation's claims and counterclaims on February 28, 2005 unless closing papers are filed on or before that date.

    A separate final schedule will be entered for the remaining third party complaint (<u>Royal Insurance v. Nan Ya</u>).

    The Court appreciates the parties' efforts in settling this matter as to these parties.

                                                IT IS SO ORDERED.

                                         _____
                                         Janet Bond Arterton
                                         United States District Judge

**Dated at New Haven, Connecticut:** <u>**January , 2005**</u>