UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ROYAL INSURANCE**           :

**v.**                         :    **NO. 3:01cv1317 (JBA)**

**NAN YA**                    :

### SCHEDULING ORDER & ENDORSEMENT ORDER [DOC. #171]

Pursuant to the colloquy with counsel on the record this date, Motion for Extension of Time [doc. #171] is GRANTED, as follows:

1. All discovery, including expert depositions, will be completed 6/1/05:
   Plaintiff's expert reports will be served 4/1/05;
   Defendant's expert reports will be served 5/1/05.

2. Royal Insurance's Motion for Summary Judgment on Defendant's 21st Affirmative Defense will be filed 2/4/05; Nan Ya's Opposition will be filed 2/25/05; Royal's Reply, if any, will be filed 3/11/05.

3. A status conference will be held 5/5/05 at 3:00 p.m. in Chambers Room 118. Status reports shall be submitted directly to chambers on 5/2/05 [format attached].

4. The parties' Joint Trial Memorandum will be filed 7/1/05.

5. Jury selection will be held 7/6/05 at 9:00 a.m., Courtroom Two.

6. Jury trial will be held 7/11/05 through 7/22/05, 8:30 a.m. – 2:00 p.m. daily.

                                    IT IS SO ORDERED


                                    _____
                                    Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: January , 2005**