# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Joseph K. Scully, Esq.
Direct Dial: (860) 275-0135
E-mail: jkscully@dbh.com

February 2, 2005

**VIA FACSIMILE**

The Honorable Janet Bond Arterton
U.S. District Court
141 Church Street
New Haven, CT 06510

      Re:    <u>Royal Insurance v. Nanya</u>

Dear Judge Arterton:

      Based on the pleadings presently on file with the Court, third-party defendant Nanya Technology Corporation hereby agrees to withdraw the Twenty-First Affirmative Defense of its Amended Answer, Affirmative Defenses and Jury Demand.

      Thank you.

                        Very truly yours,

                        Joseph K. Scully

JKS/deg
cc:    Tait Graves, Esq. (*via e-mail*)
        Daniel L. FitzMaurice (*via e-mail*)
        Geoffrey Ginos
        Ian Bjorkman