UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ROYAL INSURANCE**              :

**v.**                           :   **NO. 3:01cv1317 (JBA)**

**NANYA**                        :

### ENDORSEMENT ORDER

Construing counsel's letter dated February 2, 2005 as Third-Party Defendant Nanya Technology Corporation's Motion to Withdraw the Twenty-First Affirmative Defense of its Amended Answer, Affirmative Defenses and Jury Demand it is GRANTED. The Clerk is directed to docket the attached letter.

IT IS SO ORDERED

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: February , 2005**