UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Royal Insurance Co.**              :

**v.**                                :      No. 3:01cv1317 (JBA)

**Nanya Technology Co.**             :

ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

✓ - Supervise discovery and resolve discovery disputes:
   *Parties are advised that all matters must be briefed pursuant to D. Conn. L. Civ. R. 7(a).*

- Ruling/Hearing:

- Settlement conference:

- Other:

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: February 16, 2005**