IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
                                    :
ROYAL INSURANCE CO.                 :     3:01CV1317(JBA)
                                    :
v.                                  :
                                    :
NANYA TECHNOLOGY CO.                :     FEBRUARY 17, 2005
                                    :
-------------------------------------------------x
```

## ORDER

On February 16, 2005, Judge Janet Bond Arterton referred Royal Insurance Co. v. Nanya Technology Co. to this Magistrate Judge. (See Dkt. #200). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.


Dated at New Haven, Connecticut, this 17th day of February, 2005.


                                    _____/s/_____
                                    Joan G. Margolis
                                    U. S. Magistrate Judge