UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ROYAL INS.** | : | |
| V | : | CIVIL NO: 3:01CV1317 (JBA) |
| **NAN YA TECH.** | : | |

### NOTICE TO COUNSEL

The above-entitled case was reported to the Court on February 18, 2005 as settled. by the parties.  Under Local Rule 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on March 21, 2005, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.  The Court appreciates the parties' efforts in resolving this matter.

Dated at New Haven, Connecticut, this 18th day of February, 2005.


KEVIN F. ROWE, CLERK


By_____/s/_____
         Betty J. Torday
         Deputy Clerk