UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,   :   **Case No.:**
                                       :   **3:01 CV 1317 (JBA)**
                    Plaintiff,   :
                                       :
     -against-                        :
                                       :
ZYGO CORPORATION,                      :
                                       :
                    Defendant.   :
------------------------------------------------------------------X
ROYAL INSURANCE COMPANY OF AMERICA,   :
                                       :
                    Third-Party Plaintiff,   :
                                       :
     -against-                        :
                                       :
NAN YA TECHNOLOGY CORPORATION,        :
                                       :
                  Third-Party Defendant.   :
------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISCONTINUANCE

The above-entitled action, including the third-party action (collectively the "Action"), having been settled, it is hereby stipulated and agreed by and between the undersigned attorneys for the parties herein, that the Action be discontinued and that all claims, counterclaims and/or cross-claims that were, or could have been, asserted are hereby dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure, with prejudice and without costs, but, without prejudice, however, to the right, upon application made within thirty (30) days of March 21, 2005 or the entry of an order of dismissal in the Action, whichever is later, to reopen the Action should this settlement not be fully consummated, the Court retaining jurisdiction over said Action until such consummation.

It is hereby further stipulated and agreed that facsimile copies of the signatures of the attorneys indicated below shall be as binding as original signatures and that this document may be executed in counterparts, including facsimile counterparts, all of which shall be considered the same as if a single document shall have been executed, and shall become effective when all executed counterparts have been submitted to the Court.

Dated: March 18, 2005

NICOLETTI HORNIG & CAMPISE SWEENEY
Attorneys for Plaintiff/Third Party Plaintiff Royal Insurance Company of America, and its successor in interest, Royal Indemnity Company

By: _____
JOHN A. V. NICOLETTI, ESQ. (CT 00842)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
(212) 220-3830

WIGGIN & DANA LLP
Attorneys for Defendant
Zygo Corporation

By: _____
IAN E. BJORKMAN, ESQ. (CT 11648)
P.O. Box 1832
New Haven, Connecticut 06508
Tel: (203) 498-4496

WILSON SONSINI GOODRICH & ROSATI
Attorneys for Third-Party Defendant
Nan Ya Technology Corporation

By: _____
C. TAIT GRAVES, ESQ. (CT 083296)
650 Page Mill Road
Palo Alto, California 94304-1050
(415) 947-2000

SO ORDERED:

_____
Janet Bond Arterton
United States District Judge
United States District Court
for the District of Connecticut

X:\Public Word Files\21\55\legal\Stipulation of Discontinuance (Final).doc

2

It is hereby further stipulated and agreed that facsimile copies of the signatures of the attorneys indicated below shall be as binding as original signatures and that this document may be executed in counterparts, including facsimile counterparts, all of which shall be considered the same as if a single document shall have been executed, and shall become effective when all executed counterparts have been submitted to the Court.

Dated: March 18, 2005

NICOLETTI HORNIG & CAMPISE SWEENEY
Attorneys for Plaintiff/Third Party Plaintiff
Royal Insurance Company of America, and its successor in interest, Royal Indemnity Company

By:_____
JOHN A. V. NICOLETTI, ESQ. (CT 00842)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
(212) 220-3830

WIGGIN & DANA LLP
Attorneys for Defendant
Zygo Corporation

By:_____
IAN E. BJORKMAN, ESQ. (CT 11648)
P.O. Box 1832
New Haven, Connecticut 06508
Tel: (203) 498-4496

WILSON SONSINI GOODRICH & ROSATI
Attorneys for Third-Party Defendant
Nan Ya Technology Corporation

By:_____
C. TAIT GRAVES, ESQ. (CT 083296)
650 Page Mill Road
Palo Alto, California 94304-1050
(415) 947-2000

SO ORDERED:

_____
Janet Bond Arterton
United States District Judge
United States District Court
for the District of Connecticut

C:\Documents and Settings\ctg\Local Settings\Temporary Internet Files\OLK1C3\Stipulation of Discontinuance (Third Version).doc

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing filing, "Stipulation and Order of Discontinuance," was sent *via* first class mail, postage prepaid this 18th day of March, 2005 to:

Ian E. Bjorkman, Esq.
Wiggin & Dana LLP
One Century Tower
New Haven, Connecticut 06508

Daniel L. FitzMaurice, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Tait Graves, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

Robert K. Marzik, Esq.
Law Office of Robert K. Marzik, P.C.
1512 Main Street
Stratford, Connecticut 06615

_____
JOHN A. V. NICOLETTI, ESQ. (CT 00842)