

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

---------------------------------X
Royal Insurance Company of America :

      Plaintiff, :

    -against- :  3: 01 CV 1317 (GLG)
                                         ORDER

Zygo Corporation :

      Defendant. :
---------------------------------X

FILED
Nov 29  12 47 PM '01
U.S DISTRICT COURT
NEW HAVEN, CONN.

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv).

**X**  To supervise discovery and resolve discovery disputes (orefmisc./disc.).

\_\_\_  A ruling on the following motion which is currently pending: (orefm.)

\_\_\_  Settlement conference (orefmisc./cnf).

\_\_\_  A conference to discuss the following:  (orefmisc./cnf)

\_\_\_  Other: (orefmisc./misc)


SO ORDERED.

November 28, 2001
Waterbury, Connecticut.

                                        Gerard L. Goettel
                                 United States District Judge